| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF KENTUCKY |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Hull Organization, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
27-1580099

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1902 Campus Place<br>Suite 9<br>Louisville, KY 40299 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Jefferson | Location of principal assets, if different from principal place of business |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Hull Organization, LLC**  
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

Debtor  **Hull Organization, LLC**                                                                Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**                                    Relationship
District _____  When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Hull Organization, LLC**_____    Case number (*if known*)_____
       Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|--|--|--|--|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Hull Organization, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 13, 2023**
MM / DD / YYYY

X **/s/ Robert E. Hull**                                   **Robert E. Hull**
Signature of authorized representative of debtor           Printed name

Title **Member**

**18. Signature of attorney**

X **/s/ Tyler R. Yeager**                                  Date **December 13, 2023**
Signature of attorney for debtor                           MM / DD / YYYY

**Tyler R. Yeager 92722**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone **(502) 416-1630**    Email address **tyeager@kaplanjohnsonlaw.com**

**92722 KY**
Bar number and State

Debtor **Hull Organization, LLC**
      Name

Case number (*if known*) _____

| | |
|---|---|
| **Fill in this information to identify your case:** | |
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF KENTUCKY | |
| Case number (*if known*) _____  Chapter **11** | ☐ Check if this an amended filing |

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **4 West, LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Western District of Kentucky** | When | **12/13/23** | Case number, if known | |
| Debtor | **Hull Equity, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Kentucky** | When | **12/13/23** | Case number, if known | |
| Debtor | **Hull Properties, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Kentucky** | When | **12/13/23** | Case number, if known | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 6

# RESOLUTION OF THE SOLE MEMBER OF
# HULL ORGANIZATION, LLC

## December 7, 2023

The undersigned, being the sole member of **HULL ORGANIZATION, LLC** (the "Company"), hereby adopts the following recitals and resolutions pursuant to the Operating Agreement of the Company, dated August 16, 2018 (the "Company Agreement"). Capitalized terms not otherwise defined herein have the meaning set forth in the Company Agreement.

**WHEREAS**, the Member has determined that the Company does not have sufficient assets on hand to meet its financial obligations as they come due; and

**WHEREAS**, the Member has determined that it is necessary and in the best interests of the Company and its creditors, and in furtherance of the Company's purposes, for the Company to seek the protection of title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED** that Robert E. Hull, as Member of the Company, is authorized and directed to execute and deliver all documents necessary to commence the Company's voluntary chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Western District of Kentucky.

**FURTHER RESOLVED** that Robert E. Hull, as Member of the Company, is authorized and directed to appear on behalf of the Company in all bankruptcy proceedings, and to perform all acts and deeds and execute and deliver all necessary instruments on behalf of the Company in connection with its bankruptcy case, provided, however, that Mr. Hull may delegate such responsibilities to be exercised by another individual; and

**FURTHER RESOLVED** that the Company is authorized and directed to employ the law firm of Kaplan Johnson Abate & Bird LLP to represent the Company in its bankruptcy case.

**IN WITNESS WHEREOF**, the sole member has executed this Resolution on the date first written above.

*/s/ Robert E. Hull*
Robert E. Hull, Member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hull Organization, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 13, 2023**      X **/s/ Robert E. Hull**
Signature of individual signing on behalf of debtor

**Robert E. Hull**
Printed name

**Member**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Hull Organization, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF KENTUCKY**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AES<br>P.O. Box 740598<br>Cincinnati, OH 45274 | | Electric bill at 9 E Central | | | | $3,367.26 |
| All Pro Dumpsters, LLC<br>4775 State Route 122<br>Eaton, OH 45320 | | Dumpster fees | | | | $917.82 |
| Bilyeu Enterprises, LLC<br>Attn: Cullen Bilyeu<br>5057 Shelbyville Road<br>Louisville, KY 40207 | | Court-appointed receiver | Disputed | | | $0.00 |
| Clark County Treasurer<br>3130 East Main Street<br>Springfield, OH 45503 | | Real property taxes for 130 E. High St. | | | | $13,666.75 |
| Clark County Treasurer<br>3130 East Main Street<br>Springfield, OH 45503 | | Real property taxes for 126 E High St | | | | $13,491.00 |
| Clark County Treasurer<br>3130 East Main Street<br>Springfield, OH 45503 | | Real property taxes for 136-138 E. High St. | | | | $7,321.48 |

Debtor **Hull Organization, LLC**  
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Clark County Treasurer**<br>3130 East Main Street<br>Springfield, OH 45503 | | Real property taxes for 132 E. High St. | | | | $6,282.14 |
| **Duke Energy**<br>P.O. Box 1094<br>Charlotte, NC 28201 | | Electric bill at 834 Ohio Pike | | | | $4,891.87 |
| **Helvey & Associates**<br>P.O. Box 1280<br>Oaks, PA 19456 | | Collections for Duke Energy | | | | $4,147.30 |
| **Home Depot Pro**<br>PO BOX 669824<br>Dallas, TX 75266-0781 | | Credit card purchases | | | | $12,642.57 |
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | Subject to Setoff | | | Unknown |
| **LG&E**<br>820 West Broadway<br>Louisville, KY 40202 | | Electric bill at 1902 Campus Place, Suite 10 | | | | $3,489.10 |
| **LG&E**<br>820 West Broadway<br>Louisville, KY 40202 | | Electric bill at 1902 Campus Place, Suite 9 | | | | $5,704.68 |
| **Lowe's Pro**<br>PO BOX 669824<br>Dallas, TX 75266-0781 | | Credit card purchases | | | | $6,729.21 |
| **Montgomery County Treasurer**<br>451 West Third St.<br>Dayton, OH 45422 | | Real property taxes on 5-23 Elm Street | | | | $11,927.65 |
| **Montgomery County Treasurer**<br>451 West Third St.<br>Dayton, OH 45422 | | Real property taxes on 1-3-17 Central | | | | $8,368.14 |
| **Justin M. Montgomery**<br>1019 Mary Street<br>Louisville, KY 40204 | | Transferee of 1019 Mary St. | Disputed | | | $0.00 |
| **RiverLink**<br>204 S Floyd St.<br>Louisville, KY 40202 | | Tolls | | | | $18.89 |
| **TPG, LLC**<br>5413 Creekview Dr.<br>Middletown, OH 45044 | | Electrical repairs | | | | $1,800.00 |

Debtor **Hull Organization, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chris Walters PO Box 264 Lynchburg, OH 45142** | | **Roof repairs** | | | | $2,700.00 |

# United States Bankruptcy Court
### Western District of Kentucky

In re: **Hull Organization, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **December 13, 2023**

**/s/ Robert E. Hull**
**Robert E. Hull**/**Member**
Signer/Title

```
AES
P.O. Box 740598
Cincinnati, OH 45274

All Pro Dumpsters, LLC
4775 State Route 122
Eaton, OH 45320

Applegate Manor LLC
1902 Campus Place
Suite 9
Louisville, KY 40299

Bilyeu Enterprises, LLC
Attn: Cullen Bilyeu
5057 Shelbyville Road
Louisville, KY 40207

Clark County Treasurer
3130 East Main Street
Springfield, OH 45503

Mark W. Dobbins
Tilford Dobbins & Schmidt, PLLC
401 W. Main St. #1400
Louisville, KY 40202

Duke Energy
P.O. Box 1094
Charlotte, NC 28201

Martin Goldsmith
821 West Broadway
Louisville, KY 40202

Helvey & Associates
P.O. Box 1280
Oaks, PA 19456

Home Depot Pro
PO BOX 669824
Dallas, TX 75266-0781

Christine Hoogenboom
2307 Watterson Trail, Suite 200
Louisville, KY 40299-2533

Robert E. Hull
524 N Capitol Ave
Corydon, IN 47112

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
```

```
LG&E
820 West Broadway
Louisville, KY 40202

Louisville-Jefferson County Metro Gov't
Dept. of Codes & Regulations
444 S. 5th Street
Louisville, KY 40202

Lowe's Pro
PO BOX 669824
Dallas, TX 75266-0781

Montgomery County Treasurer
451 West Third St.
Dayton, OH 45422

Justin M. Montgomery
1019 Mary Street
Louisville, KY 40204

PMGT, LLC
821 West Broadway
Louisville, KY 40202

Nancy Pruitt Hull
1320 N Beckley Station Rd
Louisville, KY 40245

RiverLink
204 S Floyd St.
Louisville, KY 40202

Stock Yards Bank & Trust Company
P.O. Box 39511
Louisville, KY 40233

TPG, LLC
5413 Creekview Dr.
Middletown, OH 45044

US Small Business Administration
409 3rd St., SW
Washington, DC 20416

US Small Business Administration
2 International Plaza Suite 500
Nashville, TN 37217

US Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203
```

```
Chris Walters
PO Box 264
Lynchburg, OH 45142
```

**United States Bankruptcy Court**
**Western District of Kentucky**

In re   **Hull Organization, LLC**                                                                                                 Case No.
                                                      Debtor(s)                                Chapter   **11**

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hull Organization, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 13, 2023**                                                **/s/ Tyler R. Yeager**
Date                                                                            **Tyler R. Yeager 92722**
                                                                                     Signature of Attorney or Litigant
                                                                                     Counsel for   **Hull Organization, LLC**
                                                                                     **Kaplan Johnson Abate & Bird LLP**
                                                                                     **710 West Main Street**
                                                                                     **Fourth Floor**
                                                                                     **Louisville, KY 40202**
                                                                                     **(502) 416-1630 Fax:(502) 540-8282**
                                                                                     **tyeager@kaplanjohnsonlaw.com**