UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

HULL ORGANIZATION, LLC, *et al.*     Case No. 23-32983 (3)
                                      (Jointly Administer)

## MOTION TO TRANSFER HONDA CIVIC

Comes Nancy Hull, an interested party herein, on behalf of her daughter, Cameo E. Hull, by counsel, and files this Motion for an Order of this Court directing Robert Hull, as sole member of the Debtor, Hull Organization, LLC to transfer a vehicle to Cameo E. Hull. As grounds therefor, the Movant states as follows:

1. The Jefferson Circuit Court, Family Division Ten (10) entered an Order in the case of *Nancy P. Hull v. Robert E. Hull*, Case No. 20-CI-500489 on March 21, 2023, directing that the 2015 Honda Civic be retitled in the name of Cameo E. Hull. A copy of the Order is attached hereto as Exhibit A, with the pertinent part on page 10.

2. This Vehicle was a gift to her from her father, Robert Hull, for her 16th birthday. Cameo E. Hull has now reached the age of majority.

3. Hull Organization, LLC, has only bare legal title because the property was to be transferred by Order of the Jefferson County, Family Court Division prior to this filing of this action. In addition, upon information and belief, the funds used to purchase the Honda Civil were obtained through the sale of personally owned precious metals. See attached hereto Exhibit B which is a receipt from the Louisville Neumismatic Exchange, Inc.

4. This Motion is being filed because the registration for the vehicle is near expiration or has expired.

1

5.    It is uncertain whether the car is even insured since Cameo E. Hull, as daughter of Robert Hull, has no employment relationship with Hull Organization, LLC. It is unknown whether she can qualify as an authorized driver under any current company insurance policy. This is particularly true since the car is used for her personally and has no business use whatsoever. The Debtor in Possession has declined to sign an Agreed Order in this regard, despite request.

**WHEREFORE,** the Movant, moves for an order of this Honorable Court ordering Robert Hull, as Debtor in Possession, to take any and all necessary steps to transfer the 2015 Honda Civil into Cameo E. Hull's name.

Respectfully submitted:

/s/ K. Gail Russell
K. GAIL RUSSELL
MARK W. DOBBINS
Tilford Dobbins Schmidt PLLC
1400 One Riverfront Plaza
401 West Main Street
Louisville, Kentucky 40202
(502) 584-1000
mdobbins@tilfordlaw.com
grussell@tilfordlaw.com
Counsel for Nancy P. Hull

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing was this 10th day of January, 2024, served by electronic mail or regular mail upon the following:

Tyler R. Yeager
Kaplan Johnson Abate & Bird, LLP
710 W. Main Street, 4th Floor
Louisville, Kentucky  40202

Michael E. Wheatley, Trustee
PO Box 1072
Prospect, Kentucky  40059

US Trustee
Assistant US Trustee
601 W. Broadway, Suite 512
Louisville, Kentucky 40202

                                          /s/ K. Gail Russell
                                          K. Gail Russell