UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **In re:** | **Case No. 23-32983** |
| **HULL ORGANIZATION, LLC,** *et al.* | **Chapter 11** <br> **(Jointly Administered)** |
| *Debtors*[1] | |

## AMENDED MOTION FOR RULE 2004 EXAMINATION

Comes now the Movant, Nancy Hull, by counsel, and hereby moves this Honorable Court for an Order allowing Nancy Hull to subpoena certain documents from each of the four Hull debtor entities to be produced at the law offices of Tilford Dobbins & Schmidt, 401 West Main Street, Suite 1400, Louisville, Kentucky 40202 on Tuesday, February 6, 2024 at 1:00 p.m. No testimony is sought at this time but the right to move for same in the future is reserved.

The documents sought include the following:

- All documents evidencing the source of funds for the down payment for any properties ever titled in the name of Applegate Manor LLC .

  All documents evidencing involvement of any of the four debtor companies with Extreme Exotics Leasing LLC from its inception to present including but not limited to account statements of depository institutions, insurance claims based on damage to Debtor assets , invoices, receipts, vehicle titles for each vehicle acquired or sold in which any of the debtor companies had a role in the purchase ,sale, money deposits, served as source of funding, or ownership.

- SBA Applications and all documentation related thereto including but not limited to the account statements when the loan funds were deposited from January 1, 2021 to date of filing of these bankruptcies.

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

- All records including but not limited to invoices, receipts, and bank statements reflecting how the SBA loan funds were utilized/ spent.

- All documentation from January 1, 2021 to the present reflecting expenditure for capital improvements made through the expenditure of the SBA loan funds borrowed in the name of each debtor company for any business entity in which Robert Hull is or has been the sole member.

- Payroll records for each debtor entity from Jan 1, 2021 to date of filing

- Rent rolls for each debtor entity from January 1, 2021 to date of filing

- Tax Returns for the years 2021 and 2022 for each of the four debtor entities

- All monthly account statements of all depository institutions in which funds of any of the four debtor entities were placed or withdrawn since January 1. 2021 to present.

- Account statements for all escrow accounts in the name of Robert Hull personally or any of the four debtor entities since January 2021 and any records reflecting the source of those funds.

- All records reflecting claims made and the basis for such claim in which insurance proceeds were received by Robert Hull or any of the four Debtor companies.\

A copy of the proposed subpoena is attached as <u>Exhibit A.</u>

WHEREFORE, Movant respectfully prays for an Order of this Court.

Respectfully submitted:

<u>/s/ K. Gail Russell</u>
K. GAIL RUSSELL
MARK W. DOBBINS
Tilford Dobbins Schmidt PLLC
1400 One Riverfront Plaza
401 West Main Street
Louisville, Kentucky 40202
(502) 584-1000
mdobbins@tilfordlaw.com
grussell@tilfordlaw.com
Counsel for Nancy Hull

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was this 30th day of January, 2024, served by electronic mail or regular mail upon the following:

Tyler R. Yeager
Kaplan Johnson Abate & Bird, LLP
710 W. Main Street, 4th Floor
Louisville, Kentucky  40202

Michael E. Wheatley, Trustee
PO Box 1072
Prospect, Kentucky  40059

US Trustee
Assistant US Trustee
601 W. Broadway, Suite 512
Louisville, Kentucky 40202

/s/ K. Gail Russell
K. Gail Russell

F:\office\MWD\Hull\Bankruptcy cases 2023\Motion 2004 Examination.docx