UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HULL ORGANIZATION, LLC<br><br>Debtors[1] | Case No. 23-32983-acs<br><br>Chapter 11<br>(Jointly Administered) |

### *NUNC PRO TUNC* APPLICATION TO EMPLOY
### COLDWELL BANKER HERITAGE AS BROKER

Hull Organization, LLC ("Hull Org") and 4 West, LLC ("4 West," and collectively with Hull Org, the "Debtors"), by proposed counsel, apply to the Court for *nunc pro tunc* authorization to employ Coldwell Banker Heritage ("Heritage") as broker for the potential sale(s) of real property and improvements commonly identified as 4 West Main Street, Springfield, Clark County, Ohio; 126 East High Street, Springfield, Clark County, Ohio; and 138 East High Street, Springfield, Clark County, Ohio (collectively the "Springfield Properties"). For this Application, Debtor states as follows:

1.  On December 13, 2023 (the "Petition Date") Debtor and its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to Bankruptcy Code § 1184, Debtor is empowered to operate its business as debtor in possession.

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

2. Hull Org is the record owner of real property and improvements commonly identified as 126 East High Street, Springfield, Clark County, Ohio; and 138 East High Street, Springfield, Clark County, Ohio.

3. 4 West is the record owner of real property and improvements commonly identified as 4 West Main Street, Springfield, Clark County, Ohio.

4. Debtors have determined that it is in the best interests of their respective estates to professionally market the Springfield Properties for sale. Subject to further authorization from the Court, Debtors will consult with Heritage to develop a marketing strategy and process for obtaining the highest and best value for the Springfield Properties.

5. Debtors propose to engage Heritage to act as their agent to procure one or more buyers for the Springfield Properties. The terms of Debtors' and Heritage's engagement are set forth in the Exclusive Right to Sell Contracts attached hereto as collective **Exhibit A** (the "Listing Agreements"). The Listing Agreements provide that Heritage shall be paid a 6% broker's commission upon the sale of each of the Springfield Properties.

6. Bankruptcy Code § 327(a) provides, in part, as follows:

> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

7. In support of this Application, Heritage has tendered the affidavit of James F. Cannon attached hereto as **Exhibit B** pursuant to Fed. R. Bankr. P. 2014.

8. No previous action for the relief sought herein has been made to this Court.

9. Debtor seeks approval of this Application, *nunc pro tunc*, as of January 26, 2024.

10.  Debtor reserves its right to seek authorization to employ one or more other real estate agents or brokers concerning potential sale(s) of other commercial real property that remains property of its bankruptcy estate.

WHEREFORE, Debtor respectfully requests that the Court enter an order authorizing employment of Coldwell Banker Heritage as broker for the sale of the Springfield Properties.

Respectfully submitted,

*/s/ Tyler R. Yeager*
CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630
Facsimile: (502) 540-8282
Email: cbird@kaplanjohnsonlaw.com
Email: tyeager@kaplanjohnsonlaw.com
*Proposed Counsel for Debtors*

**Certificate of Service**

I certify that on January 31, 2024, the foregoing *Nunc Pro Tunc Application to Employ Coldwell Banker Heritage as Broker* was (a) mailed electronically through the Bankruptcy Court's ECF system to the electronic addresses as set forth in the ECF system to the United States Trustee and all other persons receiving electronic notifications in this case, and (b) mailed via first-class U.S. mail to all persons who have filed a request to receive such notices.

*/s/ Tyler R. Yeager*
CHARITY S. BIRD
TYLER R. YEAGER