Hyde Park Title Agency, LLC
2623 Erie Avenue
Cincinnati, OH 45208
(513) 533-2989

ALTA Seller's Settlement Statement

| | | | |
|---|---|---|---|
| **File #:** | 24-OR104-29267 | **Property** | 830 & 834 Ohio Pike Cincinnati, OH 45245 |
| **Prepared:** | 02/06/2024 | | |
| **Closing Attorney:** | Steven W Swick | **Buyer** | Park Plaza Holdings LLC |
| | | **Seller** | Hull Organization, LLC, by and through Cullen Bilyeu of Bilyeu Enterprises, LLC, as appointed receiver for Robert E. Hull, Case No.: 20-CI-500489, Jefferson County Circuit Court, Family Division |
| | | **Lender** | Forcht Bank, N.A. 10505 Taylorsville Road Louisville, KY 40299 |
| **Settlement Date** | 02/07/2024 | | |
| **Disbursement Date** | 02/07/2024 | | |

| Description | Seller | |
|---|---|---|
| | Debit | Credit |
| **Financial** | | |
| Sales Price of Property | | $1,825,000.00 |
| **Prorations/Adjustments** | | |
| February Utility Costs 02/01/2024 to 02/07/2024 | $500.00 | |
| **Payoff(s)** | | |
| Payoff to Stock Yards Bank & Trust Co. | $1,536,814.97 | |
| **Government Recording and Transfer Charges** | | |
| County Auditor's Transfer Fee (Deed) to Clermont County Auditor | $0.50 | |
| County Transfer Tax (Deed) to Clermont County Auditor | $7,300.00 | |
| **Commission** | | |
| Listing Agent Commission to Durnil Realtors/Auctioneers, Inc. dba Tranzon Asset Advisors | $109,500.00 | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Deed Preparation Fees (3) to Stagnaro, Saba & Patterson | $375.00 | |
| Title - Examination & Update Fees (3 parcels) to Hyde Park Title Agency, LLC | $425.00 | |
| Title - Wire Fees (4) to Hyde Park Title Agency, LLC | $120.00 | |
| **Miscellaneous** | | |
| 2023 RE Taxes (Parcel -018) to Clermont County Treasurer | $36,008.26 | |
| 2023 RE Taxes (Parcel -019) to Clermont County Treasurer | $6,905.64 | |
| 2023 RE Taxes (Parcel -020) to Clermont County Treasurer | $2,583.42 | |
| HVAC Repair Service Charge to Four Seasons | $95.00 | |
| Payoff Judgment Lien to Zimmer and Sons, Inc. dba Zimmer Heating and Cooling ($17,425.04 POC by Seller) | | |
| Plumbing Repair Fees to Max Hofmeyer & Sons, Inc. | $1,538.00 | |
| Reimbursement for Receiver Expenses to Bilyeu Enterprises, LLC. | $3,953.42 | |
| Remaining Sale Proceeds to Michael Wheatley, Trustee (US Bankruptcy Court; Case No 23-32983) | $117,982.76 | |
| Service and Fuel Surcharge Fees (1/17/24-2/1/24) to Rumpke Ohio | $255.28 | |
| Water Bill to Clermont County Water Resources Dept. | $642.75 | |

|  | Debit | Credit |
|---|---:|---:|
| **Subtotals** | $1,825,000.00 | $1,825,000.00 |
| Due to Seller | $0.00 |  |
| **Totals** | $1,825,000.00 | $1,825,000.00 |

**See signature addendum**

# Signature Addendum

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize Hyde Park Title Agency, LLC to cause the funds to be disbursed in accordance with this statement.

By: _____    Date

CULLEN BILYEU, of Bilyeu Enterprises, LLC, solely in his capacity as the court-appointed receiver in possession of certain assets of Robert E. Hull, including the assets of Hull Organization, LLC, a Kentucky limited liability company, pursuant to orders entered by Jefferson County Circuit Court, Family Division, Case No. 20-CI-500489

REVIEWED AND APPROVED BY:

By: _____    Date

Michael Wheatley, Trustee (US Bankruptcy Case No. 23-32983)