UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HULL ORGANIZATION, LLC<br><br>Debtors[1] | Case No. 23-32983-acs<br><br>Chapter 11<br>(Jointly Administered) |

**AGREED ORDER FOR ADEQUATE PROTECTION**

This matter having come before the Court upon the agreement of Hull Properties, LLC (the "Debtor"), and First Financial Bank ("FFB"), and the Court being otherwise sufficiently advised;

Debtor and FFB hereby STIPULATE AND AGREE:

A. FFB holds a Mortgage and an Assignment of Rents in the Office of the Clerk of Jefferson County, Kentucky in Mortgage Book 14322, Page 697 and Deed Book 10494, Page 742 respectively (collectively, the "FFB Mortgage") on November 10, 2015. The FFB Mortgage constitutes an interest in the estate of Hull Properties' interest in the real property, rents, and profits of real property commonly identified as Suites 9 and 10 in Crossings Business Center, 1902 Campus Place, Louisville, Jefferson County, Kentucky (the "Campus Place Properties"). The FFB Mortgage also encumbers the proceeds of insurance policies covering the Campus Place Properties.

B. FFB is entitled to adequate protection of its interest in the Campus Place Properties.

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

C.  After commencement of Debtor's chapter 11 case, FFB applied the balance of Debtor's checking account maintained with FFB (the "Pre-Petition Account") against the balance of Debtor's indebtedness to FFB;

D.  Debtor's pre-petition FFB checking account included proceeds of an insurance claim Debtor had made against its State Farm Fire and Casualty Company policy for damage sustained at the Campus Place Properties;

E.  Debtor incurred expenses and liabilities to Austen Pollard d/b/a Pollards Projects ("Pollard") for restoration and repair of the property. The amount of the insurance claim was determined, in part, based on Pollard's estimate of labor and supplies;

F.  Pollard is due $8,006.18 for materials, expense reimbursement, and labor supplied during the final phase of the project. All work on the Campus Place Properties has been completed in a satisfactory manner.

G.  Failure to pay the amounts due Pollard may result in Pollard asserting statutory lien rights against the Campus Place Properties which could impair the value of Debtor's bankruptcy estate.

H.  On or around February 12, 2024, FFB refunded approximately $9,060.00 to the Pre-Petition Account.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.  Within two (2) business days of entry of this Order, Debtor shall pay $8,006.18 to Pollard and provide FFB with proof of payment to Pollard.

2.  In addition to the replacement liens granted to FFB in the *Interim Order Authorizing Use of Cash Collateral*, as and all withine protection of FFB's interest in the Campus Place Properties, Debtor shall (a) obtain FFB's approval of a written public sale listing of the

Campus Place Properties and, upon said approval, publicly list the Campus Place Properties for sale, all within thirty (30) days of entry of this Order; or (b) file an application to employ a licensed commercial real estate broker to assist Debtor with marketing and selling the Campus Place Properties within forty-five (45) days of entry of this Order.

SO ORDERED.

Have seen and agreed:

| | |
|---|---|
| /s/ Tyler R. Yeager | /s/ Keith J. Larson (with email permission) |
| CHARITY S. BIRD | KEITH J. LARSON |
| TYLER R. YEAGER | **Morgan Pottinger McGarvey** |
| **Kaplan Johnson Abate & Bird LLP** | 401 South Fourth Street, Suite 1200 |
| 710 W. Main St., 4th Floor | Louisville, Kentucky 40202 |
| Louisville, Kentucky 40202 | Telephone: (502) 560-6785 |
| Telephone: (502) 416-1630 | Email: kjl@mpmfirm.com |
| Facsimile: (502) 540-8282 | *Counsel for First Financial Bank* |
| Email: cbird@kaplanjohnsonlaw.com | |
| Email: tyeager@kaplanjohnsonlaw.com | |
| *Proposed Counsel for Debtors* | |

Alan C. Stout
United States Bankruptcy Judge

Dated: February 15, 2024