UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE:                                                )
    HULL ORGANIZATION, LLC, et al.    )    Chapter 11
                           Debtors[1]    )    (Jointly Administered)
                                     )
                                     )    Bankruptcy No. 23-32983-acs
                                     )

## AGREED ORDER FOR ADEQUATE PROTECTION
## OF MARTIN GOLDSMITH

Come the Debtors, Hull Organization, LLC and 4 West, LLC (hereinafter collectively referred to as the Debtors, but individually referred to as either HO or 4West), and a Secured Creditor of the Debtors, Martin Goldsmith (hereinafter referred to as Goldsmith), both by counsel, and they do hereby agree as follows:

    1.    HO is indebted to Goldsmith on a mortgage loan in the original principal amount of $155,000.00 dated July 27, 2021, and known as Loan No. 7445, that requires monthly payments to be made to Goldsmith and there is a current amount due and owing to Goldsmith on the loan in monthly payments of $1,594.35, plus a late charge for that payment of $79.72 (if paid more than fifteen days after the due date), for a total payment of $1,674.07.

    2.    That Goldsmith is entitled to adequate protection of his first mortgage on the properties owned by HO that secure the aforesaid debt, being properties located at 5-23 Elm Street, West Carrollton, Montgomery County, Ohio.[2]

---

[1] The Debtors in this jointly administered bankruptcy case and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and, 4 West, LLC (23-32987).

[2] Goldsmith asserts that he has a mortgage interest on other property than described in this paragraph, including property at 1 – 17 East Central Avenue, West Carrollton, Montgomery County, Ohio, and upon Goldsmith providing evidence

3. That until the properties described in the preceding paragraph are sold or this Court orders otherwise, Goldsmith shall be entitled to adequate protection payments from HO retroactive to January 27, 2024, as follows:

(a) An immediate payment of $1,594.35 to Goldsmith upon entry of this Agreed Order for the January, 2024 payment; and,

(b) Subsequent monthly payments, beginning on February 27, 2024, in the amount of $1,594.35 each.

4. The Debtors are indebted to Goldsmith on a mortgage loan in the original principal amount of $432,900.32 dated July 27, 2021, and known as Loan No. 7446, that requires monthly payments to be made to Goldsmith and there is a current amount due and owing to Goldsmith on the Loan in monthly payments ($4,452.87 each) for December, 2023 and January, 2024, in the total sum of $8,905.84, plus late charges for the abovesaid payments ($222.64 each) in the sum of $445.28, for a total payment of $9,351.12.

5. That Goldsmith is entitled to adequate protection of his first mortgage on the properties owned by HO that secure the aforesaid debt, being properties located at 1, 3, and 17 Central Avenue, West Carrollton, Montgomery County, Ohio, and owned by 4 West at 4 West Main Street, Springfield, Clark County, Ohio.

6. That until the properties described in the preceding paragraph are sold or this Court orders otherwise, Goldsmith shall be entitled to adequate protection payments from the Debtors retroactive to December 27, 2023, as follows:

(a) An immediate payment of $8,905.74 to Goldsmith upon entry of this Agreed Order for the December, 2023 and January, 2024 payments; and,

(b) Subsequent monthly payments, beginning on February 27, 2024, in the amount of $4,452.87 each.

---

of said mortgage interest, HO agrees to amend this part of the Agreed Adequate Protection Order.

7. That the accrued late charges on Loan Nos. 7445 and 7446 for December 2023 through January 2024 shall remain outstanding and payable upon sale of the respective properties securing the obligations or if this Court orders otherwise.

8. That Goldsmith and HO shall jointly negotiate the check from State Farm Casualty Insurance Company related to the property damage claim for 1, 3, and 17 Central Avenue, and HO shall deposit the proceeds in HO's debtor in possession bank account for use in accordance with the terms of this Agreed Order and only for payment of repairs and work for the property damage claim related to the above properties.

The Court being sufficiently advised of the foregoing, IT IS SO ORDERED.

AGREED TO:

*/s/ Tyler R. Yeager*
TYLER R. YEAGER
KAPLAN JOHNSON ABATE & BIRD LLP
Attorney for Debtors
710 West Main Street, 4th Floor
Louisville, Kentucky 40202
(502) 416-1630
FAX 540-8282
tyeager@kaplanjohnsonlaw.com

TENDERED BY AND AGREED TO:

*/s/ Michael R. Gosnell* (w/ email permission)
MICHAEL R. GOSNELL
SEILLER WATERMAN LLC
Attorney for Goldsmith
462 South Fourth Street, 22nd Floor
Louisville, Kentucky 40202
(502) 584-7400
FAX: 583-2100
mgosnell@derbycitylaw.com

*/s/ Michael E. Wheatley* (w/ email permission)
MICHAEL E. WHEATLEY
Subchapter V Trustee for Estate of Hull Organization, LLC
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
MwheatleyTR@gmail.com

s:\temp files\patti\my documents\goldsmith, martin\hull, robert\2023 chap 11 bankruptcy\agreed order for adequate protection (goldsmith)(1213480.2)-mrg.doc