UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: | |
| HULL ORGANIZATION, LLC | Case No. 23-32983-acs |
| Debtors[1] | Chapter 11 (Jointly Administered) |

## AGREED ORDER FOR ADEQUATE PROTECTION

This matter having come before the Court upon the agreement of Hull Equity, LLC (the "Debtor"), and Stock Yards Bank & Trust Company ("SYB"), and the Court being otherwise sufficiently advised;

Debtor and SYB hereby STIPULATE AND AGREE:

A.      SYB has an interest in Debtor's estate's interest in the rents and profits of real property and improvements more commonly identified as 1931 Grantline Road (aka 1921-2003 Grantline Road and Graybrook Lane) (collectively, the "Indiana Property") by virtue of a mortgage and an assignment of rents and leases that was executed by the Debtor on February 8, 2017, and duly recorded on February 13, 2017, in the Official Records of the Floyd County, Indiana, Recorder as Instrument 201701899 (the "Mortgage"), and Instrument 2017018998 ("Assignment of Rents") against the Indiana Property.

B.      SYB is entitled to adequate protection of its interest in the Indiana Property.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

1.      In addition to the replacement liens granted to SYB in the *Interim Order Authorizing Use of Cash Collateral*, as and for adequate protection of SYB's interest in the Indiana Property, Debtor shall pay $2,555.55 per month to SYB for February 2024 and March 2024. Said payments shall be applied to cover the accrued interest for the months identified above on Debtor's indebtedness to SYB secured by the Indiana Property. Debtor's first payment shall be made within seven (7) days of the entry of this Order, and second payment shall be due on or before March 10, 2024. Time is of the essence for each payment due under this Agreed Order which is only effective through March 13, 2024.

2.      As additional adequate protection, SYB and the Debtor shall obtain estimates from licensed contractors within the next thirty (30) days to perform roof and sanitary sewer line repairs to the Indiana Property. SYB and the Debtor shall share estimates obtained and mutually agree upon the selection of the contractor(s) to perform the repairs.

SO ORDERED.


Have seen and agreed:

| | |
|---|---|
| */s/ Tyler R. Yeager* | */s/ Paul T. Saba* (w/ email permission) |
| CHARITY S. BIRD | PAUL T. SABA |
| TYLER R. YEAGER | **Stagnaro, Saba & Patterson Co., L.P.A.** |
| **Kaplan Johnson Abate & Bird LLP** | 2623 Erie Avenue |
| 710 W. Main St., 4th Floor | Cincinnati, Ohio 45208 |
| Louisville, Kentucky 40202 | Telephone: (513) 533-2703 |
| Telephone: (502) 416-1630 | Email: pts@sspfirm.com |
| Facsimile: (502) 540-8282 | *Counsel for Stock Yards Bank & Trust* |
| Email: cbird@kaplanjohnsonlaw.com | *Company* |
| Email: tyeager@kaplanjohnsonlaw.com | |
| *Proposed Counsel for Debtors* | |

Alan C. Stout
United States Bankruptcy Judge

Dated: February 16, 2024