UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **HULL ORGANIZATION LLC et al**) | CASE NUMBER: |
| ) | 23-32983   CHAPTER 11 |
| ) | |
| DEBTOR ) | |
| ) | |

MOTION OF THE U.S. TRUSTEE TO DISMISS CASE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Comes the U.S. Trustee, by and through counsel, and requests that the court DISMISS this case under 11U.S.C. 1112(b)(4)(A), (B), (C). (F), (H), (K) and (M). In support of this motion, the U.S. Trustee states:

1. This case was commenced by the filing of a voluntary petition under Chapter 11 on December 13, 2023 as a Subchapter V case. There has been no creditors committee appointed and the debtor is one in possession. This case has been administratively consolidated with case # 23-32884, 23-32985, 23-32987

2. The Debtor is not prosecuting its case under Chapter 11 due to the following deficiencies under 11USC 1112:

**(b)(4)(A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation;**

- In this case, there is no reasonable likelihood of rehabilitation because:
    - There is no equity in the business per the combined schedules,
    - There are total liabilities of more than $5 million dollars and very little income to pay a plan.  The statements of financial affairs filed in the combined cases show only $134,563 gross income for 2023.

**(b)(4)(B) gross mismanagement of the estate:**

- Debtors have not prepared, retained and turned over standard corporate financial records (balance sheets),
- Debtors have not prepared and filed income tax returns for his corporate entities for the tax years ending 2021 and 2022,
- Debtors have not maintained insurance coverage for real properties at the following locations:
    - 4 West, LLC: 4 West Main Street, Springfield, OH,
    - Hull Organization: 126 East High Street, Springfield OH, and 138 East High Street, Springfield OH,
    - Hull Equity: the building at Graybrook Lane, Floyd Count, IN.
    - Hull Property: 1902 Campus Place suite 9 and 10, Louisville, KY 40299

**(b)(4)(C) failure to maintain appropriate insurance that poses a risk to the estate or to the public;**

- Hull Organization, Hull Equity, or Hull Properties have not added the UST to their insurance policies,
- 4 West, LLC has not provided insurance coverage for real property at 4 West Main Street, Springfield, OH, or any general liability insurance,
- Hull Organization has not provided insurance coverage for real property at 126 East High Street, Springfield OH or 138 East High Street, Springfield OH
- Hull Equity's has not provided insurance coverage for the building at Graybrook Lane, Floyd Count, IN.
- Hull Property has not provided insurance coverage for the real property at 1902 Campus Place suite 9 and 10, Louisville, KY 40299

**(b)(4)(F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter;**

- Debtors have not filed monthly operating reports for the months of December 2023 and January 2024,
- Debtors have not filed a standard corporate balance sheets with their rule 2015.3 controlled entity reports, Docket entry 53.

**(b)(4)(H) failure timely to provide information or attend meetings reasonably requested by the United States trustee (or the bankruptcy administrator, if any);**

- An initial debtor interview was not held as Debtors counsel did not provide timely, relevant and/or adequate financial information, and did not contact our office, despite multiple requests to do so, until approximately 4PM EST on Jan 23, 2024.
- Balance sheets for the corporate entities have not been prepared and/or turned over,
- 2020 and 2021 federal and state income tax returns have not been prepared and turned over,
- Debtors have not provided evidence of closure of pre-petition bank accounts.

**(b)(4)(K) failure to pay any fees or charges required under chapter 123 of title 28;**

- Quarterly fees for 4th quarter 2023 are delinquent and have not been paid:
    - 4 West LLC          $250
    - Hull Properties, LLC   $250

These are the minimum amounts due. Since monthly operating reports have not been filed, the actual amounts owed may be more.

**(b)(4)(M) inability to effectuate substantial consummation of a confirmed plan;**

- The major creditor in this case (Nancy Hull) has already filed a motion to dismiss, and there was a state receiver in place prior to the filing. On information and belief, the state receiver was appointed due to non-compliance with state court Judge's orders. The Debtors are not complying with their chapter 11 statutory duties.
- The Ch 11 filings do not appear to be for purposes of reorganization, but merely to bypass the state court action and to return the companies from State appointed receiver to the DIP representatives; see Docket 28 Motion to Dismiss filed by interested party Nancy Hull.

HEREFORE, the U.S. Trustee seeks to have HULL ORGANIZATION, LLC et al. Case, 23-32983 dismissed and for other orders as this court deems just and proper.

Respectfully submitted,

PAUL RANDOLPH
Acting U.S. TRUSTEE, REGION 8

/s/ John R. Stonitsch
John R. Stonitsch
Trial Attorney
601 West Broadway, Suite 512
(502) 582-6000
John.R.Stonitsch@usdoj.gov

CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing United States Trustee's Motion for a status conference was served by either first class U.S. Mail, postage prepaid, or electronically on February 22nd, 2024 to all parties listed on the CM/ECF filing receipt as not having been served electronically.

                                                   /s/ John R. Stonitsch
                                                    John R. Stonitsch