# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Hull Organization, LLC<br>et al.<br><br>Debtor(s) | Case No.:23−32983−acs<br><br>Chapter: 11<br>Judge: Alan C. Stout |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Sua Sponte Notice of Telephonic Status Hearing regarding Motion to Dismiss Case Filed by Interested Party Nancy Hull 28. Status hearing to be held on 3/21/2024 at 11:30 AM Eastern Time / 10:30 Central Time by Telephonic Hearing. Parties to call in at 1−888−684−8852 and use the Access Code 2390218#. Parties are to use the prompt to bypass the security code. Parties are directed to put their call on mute until their case is called. CC: service list. (AO)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 3/15/24

By: AO
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court