UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HULL ORGANIZATION, LLC<br><br>Debtors[1] | Case No. 23-32983-acs<br><br>Chapter 11<br>(Jointly Administered) |

### ORDER LIMITING NOTICE AND SHORTENING OBJECTION PERIOD

This matter came before the Court upon the *Motion to (i) Limit Notice, and (ii) Approve Settlement with Request for Expedited Hearing* (the "Motion") filed by Hull Organization, LLC, Hull Equity, LLC, Hull Properties, LLC, and 4 West, LLC. The Court having reviewed the Motion, and the Court having determined that sufficient cause has been shown to limit notice of the Motion;

IT IS HEREBY ORDERED that:

1. Notice of the Motion and this Order by electronic mail or facsimile to the entities in the mailing matrix maintained in these jointly administered cases is adequate and sufficient under the circumstances.

2. **Any objection to the requested approval of the settlement described in the Motion shall be filed with the Court no later than April 15, 2024**. Any objection must be typewritten and in proper pleading form as required by applicable federal and local rules.

SO ORDERED.

CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.