UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HULL ORGANIZATION, LLC<br><br>Debtors[1] | Case No. 23-32983-acs<br><br>Chapter 11<br>(Jointly Administered) |

## ORDER APPROVING SETTLEMENT

This matter came before the Court upon the *Motion to (i) Limit Notice, and (ii) Approve Settlement with Request for Expedited Hearing* (the "Motion")[2] filed by Hull Organization, LLC, Hull Equity, LLC, Hull Properties, LLC, and 4 West, LLC. The Court having reviewed the Motion, good and sufficient cause appearing therefor, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that:

1.      The Motion is **GRANTED**.

2.      Debtors' settlement of claims and controversies reflected in the Settlement Agreement submitted as an exhibit to the Motion is **APPROVED**.

3.      Debtors are authorized to take all actions and execute all instruments as necessary to implement the Settlement Agreement without further order or approval from the Court.

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed in the Motion.

4.      The transfers of property of Debtors' respective estates, recording of liens affecting property of the Debtors' estates, and Debtors' execution of releases contemplated within the Settlement Agreement are approved and authorized without further order or relief from this Court.

5.      The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order and the Settlement Agreement except as specifically limited by agreement of the parties therein.

SO ORDERED.


CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630