UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HULL ORGANIZATION, LLC<br><br>Debtors[1] | Case No. 23-32983-acs<br><br>Chapter 11<br>(Jointly Administered) |

**MOTION TO SHORTEN TIME TO OBJECT TO
DEBTORS' MOTION TO APPROVE SETTLEMENT**

Hull Organization, LLC ("Hull Org"), Hull Equity, LLC ("Hull Equity,"), Hull Properties, LLC ("Hull Properties"), and 4 West, LLC ("4 West," and collectively with Hull Org, Hull Equity, and Hull Properties, the "Debtors"), by counsel, request that the Court enter an order shortening the time to object to Debtors' previously filed *Motion to Approve Settlement* (the "9019 Motion") to April 16, 2024. In support of this Motion, Debtors state as follows:

**Jurisdiction and Venue**

1.  The Court has jurisdiction over this Motion under 28 U.S.C. § 1334. Venue of these cases and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2.  The statutory predicates for the relief requested in this Motion are 11 U.S.C. § 105 and Fed. R. Bankr. P. 2002 and 9019.

**Background**

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

3. On December 13, 2023 (the "Petition Date"), each of the Debtors filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Court has entered an Order for Joint Administration of these chapter 11 cases.

4. Since the Petition Date, the parties to the litigation and contested matters described in the 9019 Motion, through their respective counsel, have engaged in extensive negotiations to resolve the sprawling dispute which has impacted nearly every aspect of the individuals' and business' existence. On February 27, 2024, the Debtors, Mr. Hull, and Mrs. Hull attended mediation conducted by Hon. U.S. Bankruptcy Judge Charles Merrill to attempt to reach a global settlement. While the mediation did not end with a final settlement agreement, the parties emerged with a framework for their mutual agreement which has finally been reached through the parties' diligent negotiations.

5. The compromises and settlement that the Debtors have agreed to, subject to the Court's approval, are reflected in the Settlement Agreement filed as Exhibit A to the 9019 Motion.

**Relief Requested**

6. The Debtors request entry of an order under Fed. R. Bankr. P. 2002(a)(3) modifying the notice requirements thereunder. In lieu of 21 days' notice being given by mail to the Debtors, the trustee, all creditors and indenture trustees, the Debtors submit that notice of this Motion by electronic mail or facsimile to the entities identified in the mailing matrix maintained in these jointly administered cases should be deemed adequate under the circumstances of this case. Notice of this Motion by electronic mail or facsimile to the entities identified in the mailing matrix is more efficient than 21 days' notice via mail, and can provide

sufficient opportunity for parties to be heard to the extent that any party elects to be heard on the substance of this Motion.

7. The compromises contained in the subject settlement agreement involve transfers of property and releases among the Debtors and non-debtor entities who are parties to the agreement. Approval of the 9019 Motion on an expedited basis will ease the burden on the family court's and Kentucky Court of Appeals' respective dockets, and enable the Debtors and non-debtor entities to meet present liquidity needs. The Debtors submit that a 7-day notice period for objections to approval of the settlement would be adequate and appropriate under the circumstances and in full compliance with the applicable provisions of the Bankruptcy Code and Bankruptcy Rules.

WHEREFORE, Debtors respectfully request that the Court enter an order shortening the period in which parties may file written objections to the 9019 Motion, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Tyler R. Yeager
CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630
Facsimile: (502) 540-8282
Email: cbird@kaplanjohnsonlaw.com
Email: tyeager@kaplanjohnsonlaw.com
*Counsel for Debtors*

## Certificate of Service

      I certify that on April 9, 2024, a true and correct copy of the foregoing *Motion Shorten Time to Object to Debtors' Motion to Approve Settlement* was filed and served through the Bankruptcy Court's CM/ECF system to all parties who have requested notice in the above-captioned case. If the Notice of Electronic Filing from the Bankruptcy Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service, a copy of this document will be mailed to such parties via first-class U.S. Mail to the addresses as listed therein.

      */s/ Tyler R. Yeager*
      CHARITY S. BIRD
      TYLER R. YEAGER