UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **HULL ORGANIZATION LLC et al** | ) | CASE NUMBER: |
| | ) | 23-32983   CHAPTER 11 |
| | ) | |
| DEBTOR | ) | |
| | ) | |

## OBJECTION BY THE UNITED STATES TRUSTEE TO DEBTOR'S MOTION TO SHORTEN NOTICE

Paul A. Randolph, the Acting United States Trustee for Region 8 (hereinafter referred to as the "UST"), and HEREBY OBJECTS TO THE DEBTOR'S MOTION TO SHORTEN NOTICE of the settlement agreement(Docket #144) and states:

1) This case has been on file since December 13th, 2023. Besides the debtor's lack of compliance of its statutory duties under the Code, it has been an arduous and acrimonious journey from the start with various allegations made by the ex-wife of Mr. Hull for his failure to conform to orders of the State Court concerning various agreements made in a civil action.'

2) Without belaboring the point, after many hearings, 2004 exam requests', arbitration and negotiations, an agreement has been reached. This process has taken 6 months.

3) Now the debtor wishes to circumvent the normal Notice requirements of

1

    the Code to cut the notice down to 5 days, 2 days being a weekend; This seems a bit disingenuous considering the length of time it took to get there.

4) The Settlement agreement seems not only to affect the 2 parties but also the various debtor entities in waiving Chapter 5 causes of actions as well as 3rd party releases.'

5) Due process would require that proper notice to object be given to all parties'. The UST believes the required 21 days notice should be given in light of the complexities of this case.

    WHEREFORE, the UST respectfully request that the Court enter an Order directing the Debtor to give the required 21 days notice to all parties and for all other relief as is just and proper.

Dated April 10, 2024.

    Respectfully submitted,

PAUL A. RANDOLPH
ACTING UNITED STATES TRUSTEE,
REGION 8

*/s/ John. R. Stonitsch*
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
601 W. Broadway, Suite 512
Louisville, Kentucky 40202
(502) 582-6067
John.R.Stonitsch@usdoj.gov

2

## CERTIFICATE OF SERVICE

It is hereby certified that on April 1th, 2024 a true and correct copy of the foregoing was served electronically through the court's CM/ECF system at the electronic addresses as set forth in the ECF system.

<em>/s/John R. Stonitsch</em>