UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HULL ORGANIZATION, LLC<br><br>Debtors[1] | Case No. 23-32983-acs<br><br>Chapter 11<br>(Jointly Administered) |

### *NUNC PRO TUNC* APPLICATION TO EMPLOY
### PRG COMMERCIAL PROPERTY ADVISORS AS BROKER

Hull Properties, LLC (the "Debtor"), by counsel, applies to the Court for *nunc pro tunc* authorization to employ PRG Commercial Property Advisors ("PRG") as broker for the sale of real property and improvements commonly identified as Suites 9 and 10 in the Crossings Business Center 1902 Campus Place, Louisville, Jefferson County, Kentucky (the "Property"). For this Application, Debtor states as follows:

1. On December 13, 2023 (the "Petition Date") Debtor and its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to Bankruptcy Code § 1108, Debtor is authorized to operate its business as debtor in possession.

2. On April 8, 2024, Debtor and its affiliates filed their *Motion to Approve Settlement* [Doc. 145] to obtain the Court's approval of the global settlement and compromise of controversies among the Debtor, its affiliated debtors and non-debtor entities, and interested party Nancy Pruitt Hull. The terms of the parties' proposed settlement include a requirement

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

that the settling parties mutually approve Debtor's engagement of a commercial broker to market and sell the Property. In accordance with the parties' settlement agreement, Debtor submits this Application following consultation with and assent by Mrs. Hull.

3. Debtor proposes to engage PRG to act as its agent to procure one or more buyers for the Property. The terms of Debtor's and PRG's engagement are set forth in the Commercial Listing Contract attached hereto as **Exhibit A** (the "Listing Agreement"). The Listing Agreement provides that PRG shall be paid a 6% broker's commission upon the sale of the Property.

4. Bankruptcy Code § 327(a) provides, in part, as follows:

> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

5. In support of this Application, PRG has tendered the verified statement of Jennifer Johnston attached hereto as **Exhibit B** pursuant to Fed. R. Bankr. P. 2014.

6. No previous action for the relief sought herein has been made to this Court.

7. Debtor seeks approval of this Application, *nunc pro tunc*, as of April 15, 2024.

8. Debtor reserves its right to seek authorization to employ one or more other real estate agents or brokers concerning potential sale(s) of other commercial real property that remains property of its bankruptcy estate.

WHEREFORE, Debtor respectfully requests that the Court enter an order authorizing employment of PRG Commercial Property Advisors as broker for the sale of the Property.

Respectfully submitted,

*/s/ Tyler R. Yeager*
CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630
Facsimile: (502) 540-8282
Email: cbird@kaplanjohnsonlaw.com
Email: tyeager@kaplanjohnsonlaw.com
*Counsel for Debtors*

## Certificate of Service

I certify that on April 16, 2024, the foregoing *Nunc Pro Tunc Application to Employ PRG Commercial Property Advisors as Broker* was (a) mailed electronically through the Bankruptcy Court's ECF system to the electronic addresses as set forth in the ECF system to the United States Trustee and all other persons receiving electronic notifications in this case, and (b) mailed via first-class U.S. mail to all persons who have filed a request to receive such notices.

*/s/ Tyler R. Yeager*
CHARITY S. BIRD
TYLER R. YEAGER