UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: | |
| HULL ORGANIZATION, LLC | Case No. 23-32983-acs |
| Debtors[1] | Chapter 11 (Jointly Administered) |

## AGREED ORDER RESOLVING
## MOTION FOR RELIEF FROM STAY

This matter came before the Court upon the *Motion for Relief from Stay* [Doc. 379] (the "Motion") filed by secured creditor Martin Goldsmith, and the objections thereto filed by Nancy Pruitt Hull [Doc. 394] and Hull Organization, LLC ("Hull Org") and 4 West, LLC [Doc. 395] (collectively, with Hull Org, the "Debtors"). The parties having reached an agreement to resolve the Motion and Objections, and the Court being otherwise sufficiently advised;

NOW, THEREFORE, IT IS HEREBY **AGREED** AND **ORDERED**:

1.      Mr. Goldsmith remains entitled to monthly adequate protection payments from the Debtors as previously agreed and approved in the *Order Granting Motion for Adequate Protection* entered herein [Doc. 92] (the "Adequate Protection Order").

2.      The Subchapter V Trustee is AUTHORIZED and DIRECTED to immediately disburse $36,958.80 to Mr. Goldsmith from the insurance claim proceeds Hull Org previously delivered to the Subchapter V Trustee to be held in escrow pending further Order of the Court.

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

Upon payment by the Subchapter V Trustee on behalf of Hull Org, the Debtors will be current on adequate protection payments owed to Mr. Goldsmith through February 27, 2025.

3.  Notwithstanding the Subchapter V Trustee's disbursement authorized herein, Debtors shall comply with all terms of the Adequate Protection Order henceforth.

SO ORDERED.

Have seen and agreed:

| | |
|---|---|
| */s/ Tyler R. Yeager* | */s/ Mark W. Dobbins* (via email permission) |
| CHARITY S. BIRD | K. GAIL RUSSELL |
| TYLER R. YEAGER | MARK W. DOBBINS |
| **Kaplan Johnson Abate & Bird LLP** | **Tilford Dobbins Schmidt PLLC** |
| 710 W. Main St., 4th Floor | 1400 One Riverfront Plaza |
| Louisville, Kentucky 40202 | 401 West Main Street |
| Telephone: (502) 416-1630 | Louisville, Kentucky 40202 |
| Facsimile: (502) 540-8282 | Telephone: (502) 584-1000 |
| Email: cbird@kaplanjohnsonlaw.com | Email: grussell@tilfordlaw.com |
| Email: tyeager@kaplanjohnsonlaw.com | Email: mdobbins@tilfordlaw.com |
| *Counsel for Debtors* | *Counsel for Nancy Pruitt Hull* |
| | |
| */s/ Michael R. Gosnell* (via email permission) | */s/ Michael E. Wheatley* (via oral permission) |
| MICHAEL R. GOSNELL | MICHAEL E. WHEATLEY |
| **Seiller Waterman LLC** | PO Box 1072 |
| 462 South Fourth St., 22nd Floor | Prospect, Kentucky 40059 |
| Louisville, Kentucky 40202 | Telephone: (502) 744-6484 |
| Telephone: (502) 584-7400 | Email: mwheatleytr@gmail.com |
| Email: mgosnell@derbycitylaw.com | *Subchapter V Trustee for Hull Organization,* |
| *Counsel for Martin Goldsmith* | *LLC and Hull Equity, LLC* |

Alan C. Stout
United States Bankruptcy Judge

Dated: February 4, 2025