UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

HULL ORGANIZATION, LLC, *et al.*                    Case No. 23-32983 (3)
                                                    (Jointly Administered)

**OBJECTION TO MOTION TO DISMISS 4 WEST, LLC**

Comes Nancy Hull, an interested party herein, by counsel, and files this objection to Debtor's Motion to Dismiss 4 West, LLC. The dismissal of the 4 West case is premature.

Debtor has moved this Court to dismiss 4 West, LLC but does not address the issue of allocation of administrative costs between all of the respective entities – 4 West, LLC and others. 4 West, LLC should not be dismissed until those issues have been addressed and resolved.

A settlement agreement between Nancy Hull and Robert Hull, on behalf of various entities, remains unexecuted by Mr. Hull. Circumstances surrounding the negotiation and execution of that Settlement Agreement are more fully addressed in Nancy Hull's Objection to the Motion to Dismiss Hull Properties, LLC, which is filed simultaneously herewith.

Under the settlement agreement between Nancy Hull and the various entities, she would have waived her interest in 4 West LLC. However, given that the Settlement Agreement remains inchoate, and for the other reasons described above, Nancy Hull objects to the dismissal of 4 West, LLC.

1

Respectfully submitted:

/s/ K. Gail Russell
K. GAIL RUSSELL
MARK W. DOBBINS
Tilford Dobbins Schmidt PLLC
1400 One Riverfront Plaza
401 West Main Street
Louisville, Kentucky 40202
(502) 584-1000
mdobbins@tilfordlaw.com
grussell@tilfordlaw.com
Counsel for Creditor Nancy P. Hull

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was served on the 12th day of February, 2025 by electronic notification via the Court's ECF System upon all parties receiving electronic notice, specifically the following:

Tyler R. Yeager
Kaplan Johnson Abate & Bird, LLP
710 W. Main Street, 4th Floor
Louisville, Kentucky 40202

Michael E. Wheatley, Trustee
PO Box 1072
Prospect, Kentucky 40059

US Trustee
Assistant US Trustee
601 W. Broadway, Suite 512
Louisville, Kentucky 40202

/s/ K. Gail Russell
K. Gail Russell

F:\office\MWD\Hull\Bankruptcy cases 2023\4 West LLC\limitedobjection-saleof4west.doc