UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISON

| | | |
|---|---|---|
| IN RE: | ) | Case Number 23-32983 acs |
| | ) | |
| | ) | |
| HULL ORGANIZATION LLC | ) | |
| | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors[1] | ) | |
| | ) | |

**LIMITED OBJECTION TO DEBTOR's MOTION TO DISMSS CASE OF HULL PROPERITES LLC (ECF 549) AND MOTION TO DISMISS CASE OF 4 WEST LLC (ECF 550)**

Now Comes the United States Trustee, Paul R. Randolph, who herein files this limited Objection to the Motion to Dismiss filed by Debtor Hull Properties LLC (ECF No 549) and the Motion to Dismiss filed by Debtor 4 West LLC (ECF No 550) and in support of this Limited Objection states as follows:

      1. Both Debtors have filed a Motion to Dismiss which provides in part for the distribution of funds held by each Debtor subject to the resolution of a separate not yet filed "reallocate" the fees awarded to counsel each of the four affiliated bankruptcy estates.

      2. Given that it is not known what the impact of this reallocation may be, or how such reallocation may impact distributions, the United States Trustee

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987).

1

objects to the entry of an Order of Dismissal for either Hull Properties LLC (23-32985) or 4 West LLC(23-32987) .

Wherefore, the United States Trustee prays that the Court not grant the requested Order of Dismissal, pending the filing of he referenced but not yet filed Motion to Reallocate certain attorney fees and expenses and for such other relief that this Court deems just and equitable.

August 5, 2025

PAUL A. RANDOLPH
ACTING UNITED STATES TRUSTEE, REGION 8
/s/ Timothy E, Ruppel
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
601 W. Broadway, Suite 512
Louisville, Kentucky 40202
(502) 582-6050
Tim.Ruppel@usdoj.gov

Certificate of Service
I certify that on August 5, 2025, the foregoing Objection to Debtors Motion to Dismiss Case of 4 West LLC and Hull Properies LLC will be mailed electronically through the Bankruptcy Court's ECF system to the electronic addresses as set forth in the ECF system to all persons receiving electronic notifications in this case, and mailed via first-class U.S. mail to the following:   NONE

/s/ Tim Ruppel