UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: ) | | Case Number 23-32983 |
| ) | | |
| ) | | |
| HULL ORGANIZATION LLC ET AL[1]  ) | | |
| ) | | Chapter 11 |
| ) | | Sub V |
| Debtor ) | | HONORABLE JUDGE STOUT |
| ) | | |

### MOTION TO CONVERT CASE TO ONE FILED UNDER CHAPTER 7

Paul A. Randolph, the Acting United States Trustee for Region 8 (hereinafter referred to as the "UST"), through undersigned counsel, herein requests entry of an order converting Hull Organization LLC 23-32983.and Hull Equity LLC 23-32984 ("Joint Debtors") to a case filed under chapter 7 pursuant to 11 U.S.C. § 1112 for cause. In further support of this motion for conversion, the UST states:

1. Debtor Hull Organization LLC ("Debtor") and three associated debtors (Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987)) ("Associated Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on December 13, 2023 (Petition Date).  All four cases are being jointly are being jointly administered.

2. The schedules and statements of the Associated Debtors disclosed that

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987).

1

      a. The Associated Debtors are wholly owned and managed by Mr. Robert Hull (Mr. Hull); and

      b. Hull Organization LLC owned and operated various real estate properties (ECF 48 Page 6 Q 55) including

          i. 126 East High Street Springfield Ohio

          ii. 138 East High Street Springfield Ohio

3. Upon information and belief[2]:

      a. The Debtor has retained an auctioneer Ohio Real Estate Auctions LLC to auction 126 East High Street Springfield Ohio and 138 East High St Springfield Ohio, and

      b. An online auction for both parcels is ongoing.  The Auction started Thursday 7/3/25 and is scheduled to end on Tuesday August 12 at 12 p.m. EDT.

4. The Debtor has not filed a Motion to Sell at Auction either parcel of real estate, a Motion to Set Sale Procedures or Terms or a Motion to Employ the Ohio Real Estate Auctions LLC.  An agreement, found online, states that the seller is Hull Organization LLC.  Neither the bankruptcy estate nor this Courts authority to approve such sales appear to have been mentioned.

5. The failure to provide transparency, disclosure and notice appears to have become a practice of the management of the Associated Debtors.  Currently pending before this Court are Motions involving a prior sale of real estate which are now being questioned due to a lack of notice to tenants (DOC 550 and DOC 554).

6. Pursuant to 11 U.S.C. § 1112 …on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case

---

[2] Attached hereto as Exhibit 1 are copies of Auction Web Page for Ohio Real Estate Auctions advertising 126 East High St Springfield and 136-138 East High Street along with a sample purchase agreements which is linked to the website.

under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.

7.  It is in the best interest of the estate and creditors to convert the Hull Organization LLC and Hull Equity to chapter 7. Current management has previously gone through the approval process for sale of other properties in this case. He knows or should know what is required under the Bankruptcy Code.  Debtor's current management have repeatedly grossly mismanaged the estates assets.  The conducting of an unauthorized auction and using professional not retained constitutes "gross mismanagement," and therefore "cause" for conversion of her Chapter 11 case to Chapter 7.

WHEREFORE, the UST respectfully requests that the Court enter an Order converting this case to a case under chapter 7 and for all other relief as is just and proper.

Dated: August 7 2025.                                           Respectfully submitted,

PAUL A. RANDOLPH
ACTING UNITED STATES TRUSTEE,
REGION 8

*/s/ Timothy E. Rupel*
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
601 W. Broadway, Suite 512
Louisville, Kentucky 40202
(502) 582-6050
tim.ruppel@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that on August 7, 2025, a true and correct copy of the foregoing

Motion and Proposed Order was served electronically through the court's CM/ECF system at the electronic addresses as set forth in the ECF system.

*/s/Tim Ruppel*

☎ 1-877-BID-OHIO (243-6446)    contact



SPECIALIZING IN THE SALE OF
REAL ESTATE AT PUBLIC AUCTION

**WEEKLY EMAIL BLAST SIGNUP**

E-mail Address

SUBSCRIBE

HOME    UPCOMING AUCTIONS    ONLINE AUCTIONS    PREVIOUS AUCTIONS    FORECLOSURE    BUYERS    SELLERS    REALTORS

OUR AUCTIONEERS    VIDEOS

# Commercial Space in Downtown Springfield



## Property Address
126 East High St
Springfield
Clark County
OH, 45502

Bid Now

## Auction Location
Online

## Auction Starts:
Thursday, July 3rd @ 12:00 PM EDT

## Auction Ends:
Tuesday, August 12th @ 12:00 PM EDT

Commercial Space in downtown Springfield with strong redevelopment potential!

     

More Information

### ONLINE ONLY REAL ESTATE AUCTION

### Bidding will start at $20,000

**Bidding Ends: Tuesday August 12th @ Noon**

**PROPERTY ADDRESS: 126 East High St. Springfield, OH 45502**

**Clark County Parcel ID: 3400700034200028**

### Description (PLEASE READ)

## Commercial Opportunity in the Heart of Downtown Springfield!

Unlock the potential of this centrally located commercial property in the thriving heart of downtown Springfield! Situated on bustling East High Street, this versatile building offers exceptional visibility, walkability, and access to nearby development, dining, and government services. Whether you're an investor, business owner, or developer, this is your chance to own a piece of a growing downtown district—selling to the highest bidder!

Property Highlights:
  •    Prime Downtown Location — Surrounded by ongoing revitalization and community investment
  •    Flexible Layout — Ideal for retail, office, studio, or mixed-use redevelopment
  •    Excellent Street Exposure — High traffic count with strong foot and vehicle visibility
  •    Close to Key Attractions — Steps from City Hall, shops, restaurants, and parking

Whether you're looking to launch your business, expand your portfolio, or reimagine the space, 126 E High St offers the blank canvas you've been waiting for. With downtown Springfield's continued momentum and public-private investment, this property is positioned for strong future value.

Viewing Dates

**To schedule a showing please contact Chris Cox Auctioneer at 614-285-7273 via text. You can also email me at ChrisCoxAuctioneer@gmail.com**

Documents

**Auditor Info**

**Sample Purchase Contract**

**Realtor Registration Form**

**Lot Size:** 0.127 acres or 5,520 sq ft

**Annual Taxes:** $ 2,429

## PROPERTY MAP

## LEAD AUCTIONEER

**Chris Cox**



 **Email Chris**
W: 614-285-7273

**Basic Terms:**
Real Estate sells subject to seller confirmation. A 10% Non-Refundable deposit will be collected from the winning bidder the day of Auction no later than 5pm. Deposit instructions will be given to the winning bidder. The real estate is sold As Is with no contingencies. All inspections must be done prior to Auction. Close within 30 days. A 10% buyer's premium will be added to the high bid to obtain the final contract selling price. Short tax proration. The Buyer pays all closing costs. A marketable, insurable deed will be given at closing with no liens or back taxes.

**Deposit and Closing:**
Close within 30 days using Ohio Real Estate Title Inc.

**Realtor Participation:**
Realtor showings and cooperation are encouraged. For full compensation instructions, see Realtor Registration form attachment. Please call Auctioneer to schedule all showings.

Number of Times Viewed: **513**

## REAL ESTATE

- Upcoming Auctions
- Previous Auctions
- For Sale
- Forms
- Sell your Real Estate

## INFORMATION

- For Sellers
- For Buyers
- For Auctioneers
- For Realtors
- Videos

## LINK TO US

-  Twitter
- Facebook
- You Tube
- Vimeo
- Ohio Sheriff Sales

## MAILING LIST SIGNUP

Enter Your Email to join mailing list.

E-mail Address

**SUBSCRIBE**

## OHIO REAL ESTATE AUCTIONS

- Our Auctioneers
- Contact
- Privacy Policy
- Terms Of Service

---

COPYRIGHT � 2012 OHIO REAL ESTATE AUCTIONS.

REAL ESTATE SITE BY: **LOCUSTSYSTEMS.COM**

   



☎ 1-877-BID-OHIO (243-6446)    contact

Specializing in the sale of Real Estate at Public Auction

**WEEKLY EMAIL BLAST SIGNUP**

E-mail Address

SUBSCRIBE

HOME · UPCOMING AUCTIONS · ONLINE AUCTIONS · PREVIOUS AUCTIONS · FORECLOSURE · BUYERS · SELLERS · REALTORS · OUR AUCTIONEERS · VIDEOS

# Lagonda Building in Downtown Springfield



     

## Property Address

138 East High St
Springfield
Clark County
OH, 45502

**Bid Now**

## Auction Location

Online

## Auction Starts:

Thursday, July 3rd @ 12:00 PM EDT

## Auction Ends:

Tuesday, August 12th @ 1:00 PM EDT

Bidding starts at $20,000 - Large Commercial building in the heart of Springfield with strong history, potential and long term value!

More Information

### ONLINE ONLY REAL ESTATE AUCTION

### Bidding will start at $20,000

Bidding Ends: Tuesday August 12th @ 1PM

PROPERTY ADDRESS: 138 East High St. Springfield, OH 45502

Clark County Parcel ID: 3400700034200031

### Description (PLEASE READ)

Viewing Dates

**To schedule a showing please contact Chris Cox Auctioneer at 614-285-7273 via text. You can also email me at ChrisCoxAuctioneer@gmail.com**

Documents

**Auditor Info**

**Sample Purchase Contract**

**Realtor Registration Form**

## The Lagonda Building in the Heart of Downtown Springfield - Rich in History!

Step into Springfield history with the iconic , a Beaux-Arts masterpiece built in 1895 by renowned architect Frank Mills Andrews. Originally home to the prestigious Lagonda Club, this National Register landmark features classical stonework, arched windows, and ornate detailing throughout. Once the social heart of the city and later the Chamber of Commerce, the building remains a symbol of elegance, craftsmanship, and civic legacy making it an unmatched opportunity for investors or preservation-minded visionaries.**Lagonda Building**

Property Features:
 • Downtown Location – Prime spot along East High Street, a central hub of activity and redevelopment
 • Storefront Exposure – Strong street presence with large front windows and steady foot traffic
 • Versatile Space – Perfect for boutique retail, professional services, studio, or custom build-out
 • Eye-catching ornate details that give the building unmistakable charm.

Whether you're looking to grow your business or invest in a vibrant urban center, this property offers location, potential, and value all in one package.

Why 138 E High St?

Springfield continues to attract attention with downtown redevelopment projects, new businesses, and community-focused growth. This property sits in the middle of that momentum ready for your vision to take shape.

The building next door located at 126 E High St is also up for Auction ending on the same date.

**Lot Size:** N/A

**Annual Taxes:** $ 1,273

## PROPERTY MAP



Map data ©2025

## LEAD AUCTIONEER

**Chris Cox**



 Email Chris
W: 614-285-7273

**Basic Terms:**
Real Estate sells subject to seller confirmation. A 10% Non-Refundable deposit will be collected from the winning bidder the day of Auction no later than 5pm. Deposit instructions will be given to the winning bidder. The real estate is sold As Is with no contingencies. All inspections must be done prior to Auction. Close within 30 days. A

10% buyer's premium will be added to the high bid to obtain the final contract selling price. Short tax proration. The Buyer pays all closing costs. A marketable, insurable deed will be given at closing with no liens or back taxes.

**Deposit and Closing:**

Clsoing with Ohio Real Estate Title Inc. Veronica Riggs 937-322-7333 vriggs@oret.com

**Realtor Participation:**

Realtor showings and cooperation are encouraged.For full compensation instructions, see Realtor Registration form attachment. Please call Auctioneer to schedule all showings.

Number of Times Viewed: **1719**

## REAL ESTATE

- Upcoming Auctions
- Previous Auctions
- For Sale
- Forms
- Sell your Real Estate

## INFORMATION

- For Sellers
- For Buyers
- For Auctioneers
- For Realtors
- Videos

## LINK TO US

- Twitter
- Facebook
- You Tube
- Vimeo
- Ohio Sheriff Sales

## MAILING LIST SIGNUP

Enter Your Email to join mailing list.

E-mail Address

SUBSCRIBE

## OHIO REAL ESTATE AUCTIONS

- Our Auctioneers
- Contact
- Privacy Policy
- Terms Of Service

COPYRIGHT � 2012 OHIO REAL ESTATE AUCTIONS.

REAL ESTATE SITE BY: **LOCUSTSYSTEMS.COM**

   

 

# AGENCY DISCLOSURE STATEMENT

**The real estate agent who is providing you with this form is required to do so by Ohio law. You will not be bound to pay the agent or the agent's brokerage by merely signing this form.** Instead, the purpose of this form is to confirm that you have been advised of the role of the agent(s) in the transaction proposed below. (For purposes of this form, the term "seller" includes a landlord and the term "buyer" includes a tenant.)

Property Address: E HIGH ST SPRINGFIELD, OHIO 45502, Clark County PID:3400700034200031

Buyer(s): _____

Seller(s): HULL ORGANIZATION LLC

## I. TRANSACTION INVOLVING TWO AGENTS IN TWO DIFFERENT BROKERAGES

The buyer will be represented by _____ AGENT(S), and _____ BROKERAGE.

The seller will be represented by _____ AGENT(S), and _____ BROKERAGE.

## II. TRANSACTION INVOLVING TWO AGENTS IN THE SAME BROKERAGE

If two agents in the real estate brokerage _____ represent both the buyer and the seller, check the following relationship that will apply:

☐ Agent(s) _____ work(s) for the buyer and Agent(s) _____ work(s) for the seller. Unless personally involved in the transaction, the broker and managers will be "dual agents", which is further explained on the back of this form. As dual agents they will maintain a neutral position in the transaction and they will protect all parties' confidential information.

☐ Every agent in the brokerage represents every "client" of the brokerage. Therefore, agents _____ and _____ will be working for both the buyer and seller as "dual agents". Dual agency is explained on the back of this form. As dual agents they will maintain a neutral position in the transaction and they will protect all parties' confidential information. Unless indicated below, neither the agent(s) nor the brokerage acting as a dual agent in this transaction has a personal, family or business relationship with either the buyer or seller. *If such a relationship does exist, explain:* _____.

## III. TRANSACTION INVOLVING ONLY ONE REAL ESTATE AGENT

Agent(s) Chris Cox _____ and real estate brokerage Ohio Real Estate Auctions LLC _____ will

☐ be "dual agents" representing both parties in this transaction in a neutral capacity. Dual agency is further explained on the back of this form. As dual agents they will maintain a neutral position in the transaction and they will protect all parties' confidential information. Unless indicated below, neither the agent(s) nor the brokerage acting as a dual agent in this transaction has a personal, family or business relationship with either the buyer or seller. *If such a relationship does exist, explain*: _____.

☑ represent only the (*check one*) ☑ **seller** or ☐ **buyer** in this transaction as a client. The other party is not represented and agrees to represent his/her own best interest. Any information provided the agent may be disclosed to the agent's client.

### CONSENT

I (we) consent to the above relationships as we enter into this real estate transaction. If there is a dual agency in this transaction, I (we) acknowledge reading the information regarding dual agency explained on the back of this form.

_____  _____
BUYER/TENANT                     DATE     SELLER/LANDLORD                  DATE

_____  _____
BUYER/TENANT                     DATE     SELLER/LANDLORD                  DATE

# DUAL AGENCY

Ohio law permits a real estate agent and brokerage to represent both the seller and buyer in a real estate transaction as long as this is disclosed to both parties and they both agree. This is known as dual agency. As a dual agent, a real estate agent and brokerage represent two clients whose interests are, or at times could be, different or adverse. For this reason, the dual agent(s) may not be able to advocate on behalf of the client to the same extent the agent may have if the agent represented only one client.

**As a dual agent, the agent(s) and brokerage shall:**
- Treat both clients honestly;
- Disclose latent (not readily observable) material defects to the purchaser, if known by the agent(s) or brokerage;
- Provide information regarding lenders, inspectors and other professionals, if requested;
- Provide market information available from a property listing service or public records, if requested;
- Prepare and present all offers and counteroffers at the direction of the parties;
- Assist both parties in completing the steps necessary to fulfill the terms of any contract, if requested.

**As a dual agent, the agent(s) and brokerage shall not:**
- Disclose information that is confidential, or that would have an adverse effect on one party's position in the transaction, unless such disclosure is authorized by the client or required by law;
- Advocate or negotiate on behalf of either the buyer or seller;
- Suggest or recommend specific terms, including price, or disclose the terms or price a buyer is willing to offer or that a seller is willing to accept;
- Engage in conduct that is contrary to the instructions of either party and may not act in a biased manner on behalf of one party.

**Compensation:** Unless agreed otherwise, the brokerage will be compensated per the agency agreement.

**Management Level Licensees:** Generally the broker and managers in a brokerage also represent the interests of any buyer or seller represented by an agent affiliated with that brokerage. Therefore, if both buyer and seller are represented by agents in the same brokerage, the broker and manager are dual agents. There are two exceptions to this. The first is where the broker or manager is personally representing one of the parties. The second is where the broker or manager is selling or buying his own real estate. These exceptions only apply if there is another broker or manager to supervise the other agent involved in the transaction.

**Responsibilities of the Parties:** The duties of the agent and brokerage in a real estate transaction do not relieve the buyer and seller from the responsibility to protect their own interests. The buyer and seller are advised to carefully read all agreements to assure that they adequately express their understanding of the transaction. The agent and brokerage are qualified to advise on real estate matters. IF LEGAL OR TAX ADVICE IS DESIRED, YOU SHOULD CONSULT THE APPROPRIATE PROFESSIONAL.

**Consent:** By signing on the reverse side, you acknowledge that you have read and understand this form and are giving your voluntary, informed consent to the agency relationship disclosed. If you do not agree to the agent(s) and/or brokerage acting as a dual agent, you are not required to consent to this agreement and you may either request a separate agent in the brokerage to be appointed to represent your interests or you may terminate your agency relationship and obtain representation from another brokerage.

Any questions regarding the role or responsibilities of the brokerage or its agents should be directed to an attorney or to:
Ohio Department of Commerce
Division of Real Estate & Professional Licensing
77 S. High Street, 20th Floor
Columbus, OH 43215-6133
(614) 466-4100




# CONSUMER GUIDE TO AGENCY RELATIONSHIPS



## Ohio Real Estate Auctions LLC

We are pleased you have selected **Ohio Real Estate Auctions LLC** to help you with your real estate needs. Whether you are selling, buying or leasing real estate, **Ohio Real Estate Auctions LLC** can provide you with expertise and assistance. Because this may be the largest financial transaction you will enter into, it is important to understand the role of the agents and brokers with whom you are working. Below is some information that explains the various services agents can offer and their options for working with you.

For more information on agency law in Ohio you can also contact the Ohio Division of Real Estate & Professional Licensing at (614) 466-4100, or on their website www.com.state.oh.us.

### Representing Sellers
Most sellers of real estate choose to list their home for sale with a real estate brokerage. When they do so, they sign a listing agreement that authorizes the brokerage and the listing agent to represent their interests. As the seller's agent, the brokerage and listing agent must: follow the seller's lawful instructions, be loyal to the seller, promote the seller's best interests, disclose material facts to the seller, maintain confidential information, act with reasonable skill and care and, account for any money they handle in the transaction. In rare circumstances, a listing broker may offer "subagency" to other brokerages which would also represent the seller's interests and owe the seller these same duties.

### Representing Buyers
When purchasing real estate, buyers usually choose to work with a real estate agent as well. Often the buyers want to be represented in the transaction. This is referred to as buyer's agency. A brokerage and agent that agree to represent a buyer's interest in a transaction must: follow the buyer's lawful instructions, be loyal to the buyer, promote the buyer's best interests, disclose material facts to the buyer, maintain confidential information and account for any money they handle in the transaction.

### Dual Agency
Occasionally the same agent and brokerage who represents the seller also represents the buyer. This is referred to as dual agency. When a brokerage and its agents become "dual agents," they must maintain a neutral position in the transaction. They may not advocate the position of one client over the best interests of the other client, or disclose any confidential information to the other party without written consent.

### Representing Both the Buyer & Seller
On occasion, the buyer and seller will each be represented by two different agents from the same brokerage. In this case the agents may each represent the best interest of their respective clients. Or, depending on company policy, the agents may both act as dual agents and remain neutral in the transaction. When either of the above occurs, the brokerage will be considered a dual agent. As a dual agent the brokerage and its managers will maintain a neutral position and cannot advocate for the position of one client over another. The brokerage will also protect the confidential information of both parties.

### Working With Ohio Real Estate Auctions LLC
**Ohio Real Estate Auctions LLC** does offer representation to both buyers and sellers. Therefore the potential exists for one agent to represent a buyer who wishes to purchase property listed with another agent in our company. If this occurs each agent will represent their own client, but **Ohio Real Estate Auctions LLC** and its managers will act as a dual agent.

This means the brokerage and its managers will maintain a neutral position and not take any actions that will favor one side over the other. **Ohio Real Estate Auctions LLC** will still supervise both agents to assure that their respective clients are being fully represented and will protect the parties' confidential information.

In the event that both the buyer and seller are represented by the same agent, that agent and **Ohio Real Estate Auctions LLC** will act as dual agents but only if both parties agree.  As dual agents they will treat both parties honestly, prepare and present offers at the direction of the parties, and help the parties fulfill the terms of any contract.  They will not, however, disclose any confidential information that would place one party at an advantage over the other or advocate or negotiate to the detriment of either party.

If dual agency occurs you will be asked to consent to it in writing.  If you do not agree to your agent acting as a dual agent, you can ask that another agent in our company be assigned to represent you or you can seek representation from another brokerage.

As a buyer, you may also choose to represent yourself on properties **Ohio Real Estate Auctions LLC** has listed.  In that instance **Ohio Real Estate Auctions LLC** will represent the seller and you would represent your own best interests.  Because the listing agent has a duty of full disclosure to the seller you should not share any information with the listing agent that you would not want the seller to know.

**Working With Other Brokerages**
When **Ohio Real Estate Auctions LLC**) lists property for sale it also cooperates with, and offers compensation to, other brokerages that represent buyers. **Ohio Real Estate Auctions LLC** does reserve the right, in some instances, to vary the compensation it offers to other brokerages.  As a seller, you should understand that just because **Ohio Real Estate Auctions LLC** shares a fee with a brokerage representing the buyer, it does not mean that you will be represented by that brokerage.  Instead that company will be looking out for the buyer and **Ohio Real Estate Auctions LLC** will be representing your interests.  When acting as a buyer's agent, **Ohio Real Estate Auctions LLC** also accepts compensation offered by the listing broker.  If the property is not listed with any broker, or the listing broker does not offer compensation, we will attempt to negotiate for a seller-paid fee.

**Fair Housing Statement**
It is illegal, pursuant to the Ohio Fair Housing Law, division (H) of Section 4112.02 of the Revised Code and the Federal Fair Housing Law, 42 U.S.C.A. 3601, as amended, to refuse to sell, transfer, assign, rent, lease, sublease or finance housing accommodations, refuse to negotiate for the sale or rental of housing accommodations, or otherwise deny or make unavailable housing accommodations because of race, color, religion, sex, familial status as defined in Section 4112.01 of the Revised Code, ancestry, disability as defined in that section, or national origin or to so discriminate in advertising the sale or rental of housing, in the financing of housing, or in the provision of real estate brokerage services.  It is also illegal, for profit, to induce or attempt to induce a person to sell or rent a dwelling by representations regarding the entry into the neighborhood of a person or persons belonging to one of the protected classes.

We hope you find this information to be helpful to you as you begin your real estate transaction.  When you are ready to enter into a transaction, you will be given an Agency Disclosure Statement that specifically identifies the role of the agents and brokerages.  Please ask questions if there is anything you do not understand.

Because it is important that you have this information, Ohio law requires that we ask you to sign below, acknowledging receipt of this Consumer Guide. Your signature will not obligate you to work with our company if you do not choose to do so.

_____            _____
Name                    (Please Print)               Name                    (Please Print)


_____            _____
Signature          Date                               Signature          Date



# Ohio Real Estate Auctions, LLC
## CONTRACT TO PURCHASE AT PUBLIC AUCTION

(This is a legally binding contract. If not understood, seek legal advice. For real estate advice, consult your Realtor)

DATE: __8/12/2025__

1. **PROPERTY DESCRIPTION:** The undersigned Purchaser agrees to purchase from the undersigned owner (seller) through *Ohio Real Estate Auctions, LLC*, (Broker), the following described real estate in __Springfield__, __Clark__ County, OH and known as __E HIGH ST SPRINGFIELD, OHIO 45502, Clark County PID:3400700034200031__.

2. **PRICE AND TERMS:** Purchaser agrees to pay the amount of the high bid $_____ plus the buyer premium of $_____ for a **Total Contract Price of** $_____ for the Real Estate as follows: A non-refundable (except in the case of a non-marketable title) down payment of $_____ to apply toward the Purchase Price and to be deposited by Broker, upon acceptance of this offer, in a non-interest bearing trust account pending closing. In the event this Contract to Purchase does not close for any reason other than as agreed, Purchaser agrees that the down payment shall be disbursed by Broker 5 days from closing date unless Broker is previously notified in writing by purchaser that litigation has been filed with a court of competent jurisdiction. A copy of the filing must be attached.

3. **BALANCE & CLOSING:** The balance of the Purchase Price shall be paid in the form required by the closing agent on date of closing, on or before __9/12/2025__. The closing date shall be automatically extended up to 30 days if Auctioneer deems necessary.

4. Buyers will close through __Ohio Real Estate Title Inc__.

5. If buyer does not close on or before scheduled closing date, seller may, at seller's option, extend the closing date in consideration for a sum of $__100__ per day after original closing date.

6. **OBTAINING FINANCING:** This purchase is not contingent upon the Purchaser obtaining financing. There are no buyer contingencies.

7. **BINDING OBLIGATION:** Purchaser **is buying the property As-Is, Where-Is and without Recourse.** If Purchaser fails to close for any reason whatsoever, except a nonmarketable title, Purchaser voluntarily agrees to forfeit entire down payment and may be held liable by Seller for any deficiency, plus court costs and reasonable legal fees, resulting from subsequent resale of the property. Time is of the essence and this is an irrevocable offer to purchase, with no contingencies. In the event Purchaser fails to perform according to the terms of this contract, the down payment shall be forfeited as partial liquidated damages, and not as a penalty, without affecting any of Seller's further remedies. Either party may demand specific performance of this agreement.

8. **OWNER'S CERTIFICATION:** Seller(s) certifies to Purchaser that, to the best of Sellers's knowledge: (a) there are no undisclosed latent defects; (b) there are no pending orders or ordinances or resolutions that have been enacted or adopted authorizing work or improvements for which the Real Estate may be assessed, except _____; (c) there are no City, County or State orders that have been served upon Seller(s) requiring work to be done or improvements to be made which have not been performed, except _____. Inspections regarding habitability and use of the Real Estate shall be the responsibility of the Purchaser. All Inspections must be completed prior to Auction. PURCHASER IS RELYING SOLEY UPON HIS EXAMINATIONS OF THE REAL ESTATE, AND THE SELLER'S CERTIFICATION HEREIN FOR ITS PHYSICAL CONDITION AND CHARACTER, AND NOT UPON ANY REPRESENTATION BY THE AUCTIONEERS/REAL ESTATE AGENTS INVOLVED, WHO SHALL NOT BE RESPONSIBLE FOR ANY DEFECTS IN THE REAL ESTATE.

9. **INDEMNITY:** Seller and Purchaser recognize that the AUCTIONEERS/BROKERS are relying on information provided by Seller or his/her agents in connection with the Real Estate, and agree to indemnify and hold harmless the AUCTIONEERS/BROKERS, their agents and employees, from any claims, demands, damages, suits, liabilities, costs and expenses (including reasonable legal fees) arising out of any misrepresentation or concealment of facts by Seller or his/her agents.

10. **CONVEYANCE AND CLOSING**: Seller shall convey marketable title to the Real Estate by __Warranty__ deed with release of dower right, if any, AND SUBJECT TO THE RIGHTS OF THE TENANTS, if any, under existing leases and state law. Title shall be free and unencumbered as of Closing, except restrictions and easements of record and except the following assessments (certified or otherwise): _____.

Buyers Initials _____  _____

Page 1 of 3

Revised 10/26/09

11. **CONDITION OF IMPROVEMENTS:** The risk of destruction or substantial damage by fire or Act of God prior to delivery of deed is assumed by Seller.  Seller agrees that on possession, the Real Estate shall be in the same condition as it is on the date of this contract, except for ordinary wear and tear.  If the Real Estate should be damaged or destroyed by fire or other casualty and if, prior to Closing, the real Estate shall not be repaired or restored by and at the Sellers expense, to a condition as good as it was prior to the damage or destruction, then Purchaser, at his option, may terminate this contract by written notice to Seller and the Down Payment Shall be returned to Purchaser.  While this contract is pending, Sellers shall not change any existing lease or enter into any new lease, nor make any substantial alterations or repairs without the consent of the Purchaser.  In addition, the Purchaser also has an insurable interest in the property from date of this contract.  Purchaser is hereby notified that insurance should be placed upon the property immediately to protect Purchasers' interest.

12. **DISCLOSURE:** ☐ Buyer     ☐ Seller     - is a licensed Real Estate Broker or Sales Person.

13. **POSSESSION:** Possession shall be given ☑ at closing, ☐ _____ days after closing @ _____ ☐ AM ☐ PM, subject to Tenants' Rights, with deed.  (Until such date, Seller shall have the right of possession free of rent, but shall pay for all utilities.)  No work can be done on the property by the Purchaser until possession is given.

14. **AGENCY DISCLOSURE STATEMENT:** Purchaser acknowledges having reviewed and signed the Agency Disclosure Statement.

15. **SOLE CONTRACT:** The parties agree that this offer constitutes their entire agreement and that no oral or implied agreement exists.  Any amendments to this offer shall be made in writing, signed by all parties, and copies shall be attached to all copies of the original offer.  This offer shall be binding upon the parties, their heirs, administrators, executors, successors and assigns.

16. **TERMS**: The property sells: ☐ to the high bidder regardless of price, *or* ☑ subject to seller's confirmation.

17. **$ _____10%_____** must be deposited at the time of Auction as down payment by company, corporate or personal check (presented with positive I.D).  This non-refundable down payment will be applied to the contract purchase price at closing and will be held in the trust account of _____OREA_____ as escrow agents for the sellers.

18. ☑ A ten percent Buyer Premium will be added to the high bid amount to determine the final contract-selling price paid by the purchaser.  ☐ No Buyer premium will be charged.

19. Taxes will be prorated using the method in which Seller's share is based upon the number of days from the date of the immediately preceding semiannual installment (June 30 or December 31) to the date of closing.  Buyer will be assuming 6 months of accrued taxes.

20. This property is being sold at Public Auction, without recourse. Personal on-site inspection/s of the property or properties is strongly recommended.  The property will sell "as is, where is," with no warranty expressed or implied as to improvements, availability of utilities, zoning, or environmental and wetland issues.  Information contained online was obtained by sources deemed reliable.  However, neither Ohio Real Estate Auctions, LLC nor their agents will be responsible for any errors or omissions herein.  Announcements made at the auction will take precedence over written material, advertisements, or any other oral statements made prior to the day of auction.  Purchasers should carefully verify all items and make their own decision as to the accuracy thereof before relying on same.  Except in the case of an absolute auction, Auction Firm reserves the right to bid on behalf of the sellers. Auctioneer reserves the right to bid on behalf of himself at any auction.  The seller and Auction Company reserve the right to preclude any person from bidding if there are any questions as to the person's credentials, fitness, etc.

21. Auction Firm hereby acknowledges that they represent the Seller. An Agency Disclosure Statement must be signed by the high bidder.

22. The ☑ buyer, ☐ seller shall be responsible for all transfer taxes, recording fees, title search, and deed preparation.  Seller is responsible for real estate tax prorata, mortgage releases and will convey a good and marketable title.  The ☑ buyer, ☐ seller, ☐ split 50/50, is responsible for survey cost, if a survey is required for a transfer.  ***Buyer is responsible for all other costs associated with closing.***

23. By bidding, the buyer agrees to waive the 10 day post inspection for lead based paint.  Buyer also agrees to waive their right to receive a Residential Property Disclosure form and their right to rescind the Contract to Purchase.

Buyers Initials _____  _____

Page 2 of 3

Revised 10/26/09

24. Real Estate is sold through Ohio Real Estate Auctions, LLC.

25. **OTHER:**
_____
_____
_____

26. **EXPIRATION AND APPROVAL:** This offer is void if not accepted in writing on or before _____ o'clock ☐ A.M ☐ P.M. ☐ Noon ☐ Midnight  EASTERN STANDARD TIME _____, 20**25**.

27. Make Deed to: (print) _____**TBD**_____.

The Purchaser has read, fully understands and approves the foregoing offer and acknowledges receipt of a signed copy.

                    *Print*                 *Sign*               *Date*

PURCHASER: _____
PURCHASER: _____
FULL ADDRESS: _____
PHONE NUMBERS: _____
WITNESS: _____

28. **ACTION BY OWNER:** The undersigned Seller has read and fully understands the foregoing offer and hereby: ☑ accepts said offer and agrees to convey the Real Estate according to the above terms and conditions, ☐ rejects said offer, or ☐ counteroffers according to the modifications initialed by Seller(s). Counteroffer shall become null and void if not accepted in writing on or before _____ o'clock ☐A.M. ☐ P.M. ☐ Noon ☐ Midnight  EASTERN STANDARD TIME _____, 20____. Owner acknowledges that Agency Disclosure Statement has been signed.

29. **SELLING FEES AND EXPENSES:** Seller is to pay an auction selling fee and reimburse agreed expenses as per the Auction Contract.

                    *Print*                 *Sign*               *Date*

SELLER: __**HULL ORGANIZATION LLC**_____
SELLER: _____
FULL ADDRESS: __**136-138 E HIGH ST SPRINGFIELD, OHIO 45502, Clark County PID:3400700034200031**__
PHONE NUMBERS: _____
WITNESS: _____

30. **RECEIPT BY Ohio Real Estate Auctions, LLC:** DATE_____. I hereby acknowledge receipt of $_____ ☐ cash ☐ cashier's check ☐ personal check #_____ made payable to _____ as downpayment; ☐ other _____ in accordance with terms herein provided.

_____ $ _____ X _____ %  _____
   CO-OP REALTOR /BROKER FIRM                                            CO-OP AGENT / BROKER

                                                                       PHONE_____



Page 3 of 3

Revised 10/26/09