UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISON

| | | |
|---|---|---|
| IN RE: | ) | Case Number 23-32983 acs |
| | ) | |
| | ) | |
| HULL ORGANIZATION LLC | ) | |
| | ) | Chapter 11 sub v |
| | ) | |
| Debtors1 | ) | |
| | ) | |

### ORDER CONVERTING CASE

This matter came before this Court on the Motion of United States Trustee for Entry of an Order Converting this Chapter 11 case to Chapter 7 under 11 U.S.C. § 1112(b) (the "Motion"); and finding that due and sufficient notice of the Motion having been given; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefore, based upon the record, the Court finds that grounds exist to convert the above-captioned Chapter 11 case to a case under Chapter 7, pursuant to 11 U.S.C. §1112(b). Based on the foregoing and on the record in this case, it is hereby ORDERED, ADJUDGED and DECREED as follows:

a) The Associated Cases, Hull Organization LLC   23-32983. Hull

---

1 The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987).

1

Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987)) are herein severed, and

b) The Motion is GRANTED insofar as it seeks to convert the cases Hull Organization LLC 23-32983.and Hull Equity LLC 23-32984 Chapter 11 case to cases under Chapter 7, and this case is hereby converted to a case under Chapter 7 and the United States Trustee shall appoint a Chapter 7 Trustee in each case. .

SO, ORDERED.

Proposed Order Prepared and Tendered By:

PAUL A. RANDOLPH
ACTING UNITED STATES TRUSTEE, REGION 8

*/s/ Timothy E. Ruppel*
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
601 W. Broadway, Suite 512
Louisville, Kentucky 40202
(502) 582-6050
tim.ruppel@usdoj.gov