UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: ) | | Case Number 23-32983 |
| ) | | |
| ) | | |
| HULL ORGANIZATION LLC ET AL[1] ) | | |
| ) | | Chapter 11 |
| ) | | Sub V |
| **Debtor** ) | | HONORABLE JUDGE STOUT |
| ) | | |

**MOTION FOR EXPEDITED HEARING ON UNTITED STATES TRUSTEES CONVERT CASE TO ONE FILED UNDER CHAPTER 7**

Paul A. Randolph, the Acting United States Trustee for Region 8 (hereinafter referred to as the "UST"), through undersigned counsel, herein requests entry of an order expediting the hearing on said Motion to Conver allowing the United States Trustees Motion to Convert filed on August 7 2025 to be called up for hearing before this Court on August 12 2025 at 11 am EDT and in further support of this Motion states:

1. Debtor Hull Organization LLC ("Debtor") and three associated debtors (Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987)) ("Associated Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on December 13, 2023 (Petition Date). All four cases are being jointly are being jointly administered.

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987).

1

2. Various matters are currently scheduled for hearing on August 12 2025 at 11 am before this Court. These matters include

- 28 Motion to Dismiss Case . Filed by Interested Party Nancy Hull.
- 492 Fourth Amended Chapter 11 Plan-Subchapter V. Filed by Debtor Hull Organization, LLC
- 493 Fourth Amended Chapter 11 Plan-Subchapter V. Filed by Associated Debtor Hull Equity, LLC
- 513 Motion to Allow Administrative Expense Claim(s) of AP Development LLC. Filed by Interested Party AP Development LLC
- 549 Motion to Dismiss Case . Filed by Associated Debtor Hull Properties, LLC.
- 550 Motion to Dismiss Case . Filed by Associated Debtor 4 West, LLC.
- 554 Motion FOR RELIEF FROM THE ORDER AUTHORIZING THE PRIVATE SALE OF COLLATERAL FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES AND MEMORANDUM IN SUPPORT. Filed by Interested Party US Martial Arts Academy, Inc..
- 555 Motion for Protective Order Pending Motion Granting Relief. Filed by Interested Party US Martial Arts Academy, Inc..

Along with various other related pending issues associated with pending adversaries between the Associated Debtors Mr. Hull and Mrs. Hull

3. The issues and concerns related to the United States Trustees most recently filed Motion to Convert have only recently come to the United States Trustees attention and are related to many of the matters raised above and should be called up and heard by the Cout at the same

2

time.

WHEREFORE, the UST respectfully requests that the Court enter an Order authoring shorten notice and allowing the recently filed Motion to Convert of the United States Trustee be called up for hearing on August 12 2025 at 11 am EDT and for all other relief as is just and proper.

Dated: August 7 2025.                                    Respectfully submitted,

          PAUL A. RANDOLPH
          ACTING UNITED STATES TRUSTEE,
          REGION 8

*/s/ Timothy E. Rupel*
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
601 W. Broadway, Suite 512
Louisville, Kentucky 40202
(502) 582-6050
tim.ruppel@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that on August 7, 2025, a true and correct copy of the foregoing Motion and Proposed Order was served electronically through the court's CM/ECF system at the electronic addresses as set forth in the ECF system.

          */s/Tim Ruppel*