UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISON

| | | |
|---|---|---|
| IN RE: | ) | Case Number 23-32983 acs |
| | ) | |
| **Hull Organization Et Al1.** | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor** | ) | |

**ORDER GRANTING EXPEDITED HEARING**

    This matter came before this Court on the Motion of United States Trustee for Entry of an Order Expediting a hearing on the Motion Converting this Chapter 11 case to Chapter 7 and upon the Notice and finding that due and sufficient notice of the Motion having been given; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and therefore, based upon the record and the agreement of the parties,

    IT IS HEREBY ORDERED, ADJUDGED and DECREED AS FOLLOWS: The request for an expedited hearing is granted. The hearing on the United States Trustee's Motion shall be held on August 12 2025 at 11 am EDT

---

1 Jointly Administrated cases include the above lead case and Hull Equity LLC 23-32984, Hull Properties, LLC, 23-32985 and 4 West LLC 23-32987

1

                                                                                */s/ Alan C. Stout*
                                                                                Alan C. Stout
                                                                                United States Bankruptcy Judge

Dated: August 7, 2025

Proposed Order Prepared and Tendered By:

PAUL A. RANDOLPH
ACTING UNITED STATES TRUSTEE, REGION 8

*/s/Timothy E. Ruppel*
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
601 W. Broadway, Suite 512
Louisville, Kentucky 40202
(502) 582-6050
tim.ruppel@usdoj.gov