UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ) | |
| Hull Organization, et al. ) | Case Number 23-32983 acs |
| ) | Chapter 11 |
| ) | |
| Debtor ) | |
| ) | |

ORDER

On August 7, 2025, the Office of United States Trustee ("UST") filed a motion to convert these Chapter 11 cases to Chapter 7 and filed a motion requesting that an expedited hearing be held on the motion. The UST asked that a hearing be held on August 12, 2025, at the same time that other matters were scheduled in this case.

The basis of the UST's motions, is an allegation that one of the debtors in this case may be attempting to auction several pieces of bankruptcy estate real property, without receiving court authority or seeking court authorization to hire an auctioneer. The UST alleged that this unauthorized auction began on Thursday July 3, 2025 and is scheduled to end on Tuesday August 12, 2025 at 12 p.m. EDT.

The Court granted the request for expedited hearing by separate order and a hearing on the UST's motion to convert will be held on August 12, 2025 at 11:00 a.m. EDT. Because this unauthorized auction is set to close shortly after the time set for the hearing, the Court has concerns that the auction will be completed before the Court can look into this alleged unauthorized activity by the Debtor(s). As such, the Court has determined to enter the following order:

**IT IS ORDERED** that the Debtors are prohibited from completing or going through with the alleged auction of bankruptcy estate property which appears to be currently taking place.

**IT IS ORDERED** that the Debtors refrain from selling, auctioning, or otherwise disposing of any bankruptcy estate property prior to the hearing scheduled on August 12, 2025.

**IT IS ORDERED** that, to the extent an auction of bankruptcy estate property is taking place,

the Debtors take whatever steps are necessary to stop or cancel said auction until the Court can properly review the factual circumstances surrounding the alleged unauthorized auction of bankruptcy estate property. The Debtors are **NOT** authorized to auction or transfer bankruptcy estate property without first seeking appropriate court authority.

Finally, **IT IS ORDERED** that should the UST's allegations prove true, that the Debtors have attempted to sell bankruptcy estate property without court authorization, sanctions, in addition to conversion, may be considered against the Debtors, their insiders, or their counsel.

The Court wants to be perfectly clear on this point. No auction of estate property is authorized and any efforts to circumvent the Bankruptcy Code to dispose of bankruptcy estate property will not be taken well by the Court.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: August 7, 2025