**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISON**

| | | |
|---|---|---|
| IN RE: | ) | Case Number 23-32983 ACS |
| | ) | |
| **HULL ORGANIZATION ET AL**[1] | ) | |
| | ) | Chapter 11   Sub V |
| | ) | |
| **Debtor** | ) | |

**NOTICE OF EXPEDITED HEARING ON UNITED STATES TRUSTEE MOTION TO <u>CONVERT</u>**

    Paul A. Randolph, the Acting United States Trustee for Region 8 (hereinafter referred to as the "UST"), through undersigned counsel, hereby gives notice that on 8/7/25 an Order was entered (EFC 587) granting the UST Motion to Expedite the Hearing (ECF 586) scheduling an expedited hearing on the UST recently filed Motion to Convert Case to Chapter 7 from 11. (ECF 586),   **An expedited hearing is scheduled on said Motion to Convert on 8/12/2025 at 11:00 AM Eastern Time at Courtroom #2, 5th Fl. (7th St. Elevators), 601 West Broadway, Louisville, KY 40202.**

Dated:   August 9. 2025

                                                         Respectfully submitted,

                                                         PAUL A. RANDOLPH
                                                         ACTING UNITED STATES TRUSTEE,
                                                         REGION 8

---

[1] Jointly Administrated cases include the above lead case and Hull Equity LLC, Hull Properties, LLC, and 4 West LLC

1

        <u>*/s/ Timothy E, Ruppel*</u>
        TIMOTHY E. RUPPEL
        U.S. DEPARTMENT OF JUSTICE
        OFFICE OF THE UNITED STATES TRUSTEE
        601 W. Broadway, Suite 512
        Louisville, Kentucky 40202
        (502) 582-6050
        Tim.ruppel@usdoj.gov