UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

HULL ORGANIZATION, LLC, *et al.*    Case No. 23-32983 (3)
                                    (Jointly Administer)

RESPONSE TO MOTION TO CONVERT OF UNITED STATES TRUSTEE

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

Comes Nancy Hull, an interested party herein, by counsel, and files this Response in support of the United States Trustee's ("UST") Motion to Convert these cases.

Nancy Hull notified counsel late in the afternoon of August 6, 2025, that she had discovered a pending auction sale of properties located at 126 East High Street, Springfield, Clark County, Ohio and 138 East High Street, Springfield, Clark County, Ohio. *See* Exhibit 1 No notice had been provided to this Court, the Trustee, or any other party herein. The sale was apparently to take place "in secret" as it was set to close on August 12, 2025. There has been no application to employ the above-named real estate company to sell this property and the terms were not revealed to the parties herein.

Mr. Hull's apparent intent was to deprive Ms. Hull and the other parties of their right to protect any equity in these properties.

The sale, as advertised, included an opening bidding reserve minimum of $20,000 for each tract. This was as indicated in the advertisements of Ohio Real Estate Auctions, LLC. This reserve amount is not even sufficient to cover the property tax liens listed in the Hull Organization Schedules for the High Street properties. Those taxes would become a burden to the estate as a whole.

1

This "secret" sale is set to close on August 12, 2025, the very date that crucial hearings have been scheduled before this Court. Numerous motions are set in this case which would determine the futures of these companies and Robert Hull and Nancy Hull. A review of the Court's directives at the June 10, 2025 hearing reflects that this next hearing is to be a show cause hearing. This latest secretive activity and Mr. Hull's failure to handle this matter in good faith goes beyond even Mr. Hull's conduct to date.

In 2024, a contract for a real estate agreement to list the property at $850,000 was approved by this Court. Moreover, Mr. Hull has placed a high value on these properties in the past. Now he wants to auction these properties off with negligible minimums? This secretive maneuver to sell property without providing notice to the parties herein in order that they have an opportunity to bid themselves or monitor the situation is shocking.

On an additional note, the Court held a status conference on Thursday, May 22, 2025. Judge Stout at that time ordered that the settlement agreement between Robert Hull (for his various entities) and Nancy Hull be filed by noon on the following day, May 23. 2025. Nancy Hull negotiated in good faith. A motion to approve the settlement agreement was filed timely by Debtor's counsel, after what Nancy's counsel believed were successful settlement negotiations between them.

At the next hearing before this Court on June 10, 2025, Debtor's counsel represented to the Court in the presence of Robert Hull, that a settlement agreement had been reached. Counsel for Nancy Hull confirmed that she had signed the Settlement Agreement. The undersigned recalls that Debtor's counsel then advised the Court that Robert Hull also had signed the Agreement. Ms. Hull's counsel then asked Mr. Hull, pointedly, whether he had signed the Agreement. Mr. Hull responded that he had not. However, there was additional discussion and

2

Mr. Hull allowed his counsel to lead the Court and all parties to believe that it was going to be signed imminently.

The SBA and the UST informally agreed at the June 10, 2025 to withdraw their objections to the settlement. The undersigned counsel then noted that there were inconsistent terms in the Settlement Agreement and the proposed Plans. Counsel for the Debtor agreed to timely file amended plans which would incorporate the settlement and remove inconsistencies. A hearing then was set for August 12, 2025, to review and/or address various matters.

The Motion to Dismiss Hull Properties, LLC, which was filed by counsel for the Debtor on July 14, 2025, continues to reference the Settlement Agreement between Robert Hull and Nancy Hull as though it was fully executed and a *fait accompli*. Now, though, in spite of continued representations to this Court by Debtor's counsel that a settlement agreement had been reached, it appears that Mr. Hull and his counsel were not being forthright with the Court or Ms. Hull and her counsel.

In light of the surreptitious tactics employed by Mr. Hull in connection with the purported auction of 126 East High Street, Springfield, Clark County, Ohio and 138 East High Street, Springfield, Clark County, Ohio, and his apparent refusal to sign the Settlement Agreement between himself and Nancy Hull, all the while leading the Court to believe the Settlement Agreement had already been signed, Nancy Hull believes that she is left with no alternative but to agree with the Trustee's motion to convert the cases.

In conclusion, the continued conduct, lack of transparency and Mr. Hull's failure to abide by the requirements of this Court by Mr. Hull on behalf of the Debtors, should not be rewarded with the granting of confirmation orders.

**WHEREFORE,** Interested Party Nancy Hull objects to the proposed sales of 126 East High Street, Springfield, Clark County, Ohio and 138 East High Street, Springfield, Clark County, Ohio and supports the US Trustee's conversion motion.

Respectfully submitted:

/s/ K. Gail Russell
K. GAIL RUSSELL
MARK W. DOBBINS
Tilford Dobbins Schmidt PLLC
1400 One Riverfront Plaza
401 West Main Street
Louisville, Kentucky 40202
(502) 584-1000
mdobbins@tilfordlaw.com
grussell@tilfordlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was this 8th day of August, 2025, served by electronic mail or regular mail upon the following:

Tyler R. Yeager
Kaplan Johnson Abate & Bird, LLP
710 W. Main Street, 4th Floor
Louisville, Kentucky 40202

Michael E. Wheatley, Trustee
PO Box 1072
Prospect, Kentucky 40059

US Trustee
Assistant US Trustee
601 W. Broadway, Suite 512
Louisville, Kentucky 40202

/s/ K. Gail Russell
K. Gail Russell

F:\office\MWD\Hull\Bankruptcy cases 2023\Hull Organization LLC\objectiontosaleofhighstreetproperties.doc

4

📞 1-877-BID-OHIO (243-6446)   contact



**OhioRealEstateAuctions LLC**

SPECIALIZING IN THE SALE OF
REAL ESTATE AT PUBLIC AUCTION

**WEEKLY EMAIL BLAST SIGNUP**

E-mail Address

SUBSCRIBE

🏠 HOME  UPCOMING AUCTIONS  ONLINE AUCTIONS  PREVIOUS AUCTIONS  FORECLOSURE  BUYERS  SELLERS  REALTORS

OUR AUCTIONEERS  VIDEOS  🔍

# Commercial Space in Downtown Springfield





## Property Address
**126 East High St**
Springfield
Clark County
OH, 45502

Bid Now

## Auction Location
Online

## Auction Starts:
Thursday, July 3rd @ 12:00 PM EDT

## Auction Ends:
Tuesday, August 12th @ 12:00 PM EDT

Commercial Space in downtown Springfield with strong redevelopment potential!

More Information

# ONLINE ONLY REAL ESTATE AUCTION

## Bidding will start at $20,000

Bidding Ends: Tuesday August 12th @ Noon

PROPERTY ADDRESS: 126 East High St. Springfield, OH 45502

Clark County Parcel ID: 3400700034200028

## Description (PLEASE READ)

Viewing Dates

To schedule a showing please contact Chris Cox Auctioneer at 614-285-7273 via text. You can also email me at ChrisCoxAuctioneer@gmail.com

Documents

Auditor Info

Sample Purchase Contract

Realtor Registration Form

## Commercial Opportunity in the Heart of Downtown Springfield!

Unlock the potential of this centrally located commercial property in the thriving heart of downtown Springfield! Situated on bustling East High Street, this versatile building offers exceptional visibility, walkability, and access to nearby development, dining, and government services. Whether you're an investor, business owner, or developer, this is your chance to own a piece of a growing downtown district—selling to the highest bidder!

Property Highlights:
- Prime Downtown Location — Surrounded by ongoing revitalization and community investment
- Flexible Layout — Ideal for retail, office, studio, or mixed-use redevelopment
- Excellent Street Exposure — High traffic count with strong foot and vehicle visibility
- Close to Key Attractions — Steps from City Hall, shops, restaurants, and parking

Whether you're looking to launch your business, expand your portfolio, or reimagine the space, 126 E High St offers the blank canvas you've been waiting for. With downtown Springfield's continued momentum and public-private investment, this property is positioned for strong future value.

**Lot Size:** 0.127 acres or 5,520 sq ft 

**Annual Taxes:** $ 2,429

## PROPERTY MAP



## LEAD AUCTIONEER

**Chris Cox**

✉ Email Chris
W: 614-285-7273

### Basic Terms:
Real Estate sells subject to seller confirmation. A 10% Non-Refundable deposit will be collected from the winning bidder the day of Auction no later than 5pm. Deposit instructions will be given to the winning bidder. The real estate is sold As Is with no contingencies. All inspections must be done prior to Auction. Close within 30 days. A 10% buyer's premium will be added to the high bid to obtain the final contract selling price. Short tax proration. The Buyer pays all closing costs. A marketable, insurable deed will be given at closing with no liens or back taxes.

### Deposit and Closing:
Close within 30 days using Ohio Real Estate Title Inc.

### Realtor Participation:
Realtor showings and cooperation are encouraged. For full compensation instructions, see Realtor Registration form attachment. Please call Auctioneer to schedule all showings.

Number of Times Viewed: **522**

## REAL ESTATE

> Upcoming Auctions
> Previous Auctions
> For Sale
> Forms
> Sell your Real Estate

## INFORMATION

> For Sellers
> For Buyers
> For Auctioneers
> For Realtors
> Videos

## LINK TO US

 Twitter
 Facebook
 You Tube
Vimeo
Ohio Sheriff Sales

## MAILING LIST SIGNUP

Enter Your Email to join mailing list.

E-mail Address

SUBSCRIBE

## OHIO REAL ESTATE AUCTIONS

> Our Auctioneers
> Contact
> Privacy Policy
> Terms Of Service

COPYRIGHT © 2012 OHIO REAL ESTATE AUCTIONS.
REAL ESTATE SITE BY: LOCUSTSYSTEMS.COM

📞 1-877-BID-OHIO (243-6446)      contact



SPECIALIZING IN THE SALE OF
REAL ESTATE AT PUBLIC AUCTION

**WEEKLY EMAIL BLAST SIGNUP**

E-mail Address

SUBSCRIBE

🏠 HOME   UPCOMING AUCTIONS   ONLINE AUCTIONS   PREVIOUS AUCTIONS   FORECLOSURE   BUYERS   SELLERS   REALTORS

OUR AUCTIONEERS   VIDEOS   🔍

# Lagonda Building in Downtown Springfield





## Property Address
**138 East High St**
Springfield
Clark County
OH, 45502

Bid Now

## Auction Location
Online

## Auction Starts:
Thursday, July 3rd @ 12:00 PM EDT

## Auction Ends:
Tuesday, August 12th @ 1:00 PM EDT

Bidding starts at $20,000 - Large Commercial building in the heart of Springfield with strong history, potential and long term value!

More Information

# ONLINE ONLY REAL ESTATE AUCTION

## Bidding will start at $20,000

**Bidding Ends: Tuesday August 12th @ 1PM**
**PROPERTY ADDRESS: 138 East High St. Springfield, OH 45502**
**Clark County Parcel ID: 3400700034200031**

## Description (PLEASE READ)

## Viewing Dates

To schedule a showing please contact Chris Cox Auctioneer at 614-285-7273 via text. You can also email me at ChrisCoxAuctioneer@gmail.com

## Documents

Auditor Info

Sample Purchase Contract

Realtor Registration Form

## The Lagonda Building in the Heart of Downtown Springfield - Rich in History!

Step into Springfield history with the iconic , a Beaux-Arts masterpiece built in 1895 by renowned architect Frank Mills Andrews. Originally home to the prestigious Lagonda Club, this National Register landmark features classical stonework, arched windows, and ornate detailing throughout. Once the social heart of the city and later the Chamber of Commerce, the building remains a symbol of elegance, craftsmanship, and civic legacy making it an unmatched opportunity for investors or preservation-minded visionaries.**Lagonda Building**

Property Features:
  • Downtown Location – Prime spot along East High Street, a central hub of activity and redevelopment
  • Storefront Exposure – Strong street presence with large front windows and steady foot traffic
  • Versatile Space – Perfect for boutique retail, professional services, studio, or custom build-out
  • Eye-catching ornate details that give the building unmistakable charm.

Whether you're looking to grow your business or invest in a vibrant urban center, this property offers location, potential, and value all in one package.

Why 138 E High St?

Springfield continues to attract attention with downtown redevelopment projects, new businesses, and community-focused growth. This property sits in the middle of that momentum ready for your vision to take shape.

The building next door located at 126 E High St is also up for Auction ending on the same date.

**Lot Size:** N/A

**Annual Taxes:** $ 1,273

# PROPERTY MAP

# LEAD AUCTIONEER

**Chris Cox**



✉ Email Chris
W: 614-285-7273

**Basic Terms:**
Real Estate sells subject to seller confirmation. A 10% Non-Refundable deposit will be collected from the winning bidder the day of Auction no later than 5pm. Deposit instructions will be given to the winning bidder. The real estate is sold As Is with no contingencies. All inspections must be done prior to Auction. Close within 30 days. A

10% buyer's premium will be added to the high bid to obtain the final contract selling price. Short tax proration. The Buyer pays all closing costs. A marketable, insurable deed will be given at closing with no liens or back taxes.

**Deposit and Closing:**

Clsoing with Ohio Real Estate Title Inc. Veronica Riggs 937-322-7333 vriggs@oret.com

**Realtor Participation:**

Realtor showings and cooperation are encouraged. For full compensation instructions, see Realtor Registration form attachment. Please call Auctioneer to schedule all showings.

Number of Times Viewed: **1745**



REAL ESTATE
- Upcoming Auctions
- Previous Auctions
- For Sale
- Forms
- Sell your Real Estate

INFORMATION
- For Sellers
- For Buyers
- For Auctioneers
- For Realtors
- Videos

LINK TO US
- Twitter
- Facebook
- You Tube
- Vimeo
- Ohio Sheriff Sales

MAILING LIST SIGNUP

Enter Your Email to join mailing list.

[E-mail Address]

SUBSCRIBE

OHIO REAL ESTATE AUCTIONS
- Our Auctioneers
- Contact
- Privacy Policy
- Terms Of Service

COPYRIGHT © 2012 OHIO REAL ESTATE AUCTIONS.
REAL ESTATE SITE BY: LOCUSTSYSTEMS.COM

