UNITED STATES BANKRUPTCY COURT
Western District of Kentucky Louisville

In re:
  Hull Organization, LLC,
        Debtor(s).

Case No.: 23-32983
Chapter: 11

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 08/08/2025, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated.  Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Motion to Convert , Motion for Expedited Hearing , Order on Expedited Hearing and Notice of Hearing

Declaration Notice of Expedited Hearing on Motion to Convert (related document(s)585 Motion to Convert Case to Chapter 7 from 11. filed by US Trustee U.S. Trustee, 586 Motion to Expedite Hearing  filed by US Trustee U.S. Trustee). Filed by U.S. Trustee (Ruppel, Tim) (Entered: 08/08/2025)

Order Granting 586 Motion to Expedite the Hearing on 585 Motion to Convert Case to Chapter 7 from 11. Hearing scheduled for 8/12/2025 at 11:00 AM Eastern Time at Courtroom #2, 5th Fl. (7th St. Elevators), 601 West Broadway, Louisville, KY 40202. COUNSEL FOR THE MOVANT SHALL PROVIDE NOTICE TO ALL INTERESTED PARTIES AND FILE A CERTIFICATE OF SERVICE WITH THE COURT UPON COMPLETION OF SERVICE. Entered on 8/7/2025. (AO) (Entered: 08/07/2025)

Motion to Expedite Hearing  (related document(s)585 Motion to Convert Case to Chapter 7 from 11. filed by US Trustee U.S. Trustee) Filed by US Trustee U.S. Trustee. (Attachments: # 1 Proposed Order) (Ruppel, Tim) (Entered: 08/07/2025)

Motion to Convert Case to Chapter 7 from 11.. Filed by US Trustee U.S. Trustee.
(Attachments: # 1 Proposed Order) (Ruppel, Tim) (Entered: 08/07/2025)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

08/08/2025

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**Hull Organization, LLC 23-32983**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 25490 | 4 West, LLC , 1902 Campus Place, Suite 9, Louisville, KY, 40299-2335, United States of America | First Class |
| 25490 | 450 U.S. Courthouse, 601 W. Broadway, Louisville, KY, 40202-2238 | First Class |
| 25490 | ADAIR ASSET MANAGEMENT LLC, ATTN RACHEL FRAZIER LEGAL COORDINATOR, 405 N 115TH STREET, STE 100, OMAHA, NE, 68154-2507 | First Class |
| 25490 | AES , P.O. Box 740598, Cincinnati, OH, 45274-0598 | First Class |
| 25490 | All Pro Dumpsters, LLC , 4775 State Route 122, Eaton, OH, 45320-9429 | First Class |
| 25490 | AP Development LLC | None |
| 25490 | Applegate Manor LLC , 1902 Campus Place, Suite 9, Louisville, KY, 40299-2335, United States of America | First Class |
| 25490 | Bilyeu Enterprises, LLC | None |
| 25490 | Bilyeu Enterprises, LLC , Attn: Cullen Bilyeu, 5057 Shelbyville Road, Louisville, KY, 40207-3309 | First Class |
| 25490 | Capital One Spark , 1680 Capital One Drive, Mc Lean, VA, 22102-3407 | First Class |
| 25490 | Chris Walters , PO Box 264, Lynchburg, OH, 45142-0264 | First Class |
| 25490 | Christine Hoogenboom , 2307 Watterson Trail, Suite 200, Louisville, KY, 40299-2533 | First Class |
| 25490 | City of Jeffersontown, Kentucky , 10416 Watterson Trail, Louisville, KY, 40299-3790 | First Class |
| 25490 | Clark County Treasurer , 3130 East Main Street, Springfield, OH, 45503-6533 | First Class |
| 25490 | Clark County,Ohio Treasurer , 31 N Limestone St, PO Box 1305, Springfield, OH, 45501-1305 | First Class |
| 25490 | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS, OH, 43215-4157 | First Class |
| 25490 | Duke Energy , P.O. Box 1094, Charlotte, NC, 28201-1094 | First Class |
| 25490 | First Financial Bank Inc. , 255 East 5th Street, Suite 700, Cincinnati, OH, 45202-4138 | First Class |
| 25490 | First Financial Bank, successor by merger to | None |
| 25490 | Floyd County Treasurer , 311 Hauss Square, Room 113, New Albany, IN, 47150-3591 | First Class |
| 25490 | Gus Goldsmith , 143 W. Market Street, Louisville, KY, 40202-1967 | First Class |
| 25490 | Helvey & Associates , P.O. Box 1280, Oaks, PA, 19456-1280 | First Class |
| 25490 | Home Depot Pro , PO BOX 669824, Dallas, TX, 75266-0781 | First Class |
| 25490 | Hull Equity, LLC , 1902 Campus Place, Suite 9, Louisville, KY, 40299-2335, United States of America | First Class |
| 25490 | Hull Organization, LLC , 1902 Campus Place, Suite 9, Louisville, KY, 40299-2335, United States of America | First Class |
| 25490 | Hull Organization, LLC , 1902 Campus Place, Suite 9, Louisville, KY, 40299-2335, United States of America | First Class |
| 25490 | Hull Properties, LLC , 1902 Campus Place, Suite 9, Louisville, KY, 40299-2335, United States of America | First Class |
| 25490 | Internal Revenue Service , P.O. Box 7346, Philadelphia, PA, 19101-7346, United States of America | First Class |
| 25490 | Jefferson County Sheriff's Office , 531 Court Place, 6th Floor, Louisville, KY, 40202-3394 | First Class |
| 25490 | Joyce Versino , 2307 Watterson Trail, Suite 100, Louisville, KY, 40299-2533 | First Class |
| 25490 | Justin M. Montgomery , 1019 Mary Street, Louisville, KY, 40204-1921 | First Class |
| 25490 | Kaplan Johnson Abate & Bird LLP , 710 W. Main St., 4th Floor, Louisville, KY, 40202-2698 | First Class |
| 25490 | L&W Supply , PO Box 6237, Department 174, Chicago, IL, 60680-6208 | First Class |
| 25490 | LG&E , 820 West Broadway, Louisville, KY, 40202-2218 | First Class |
| 25490 | Louisville Gas & Electric Company , Care of: Sara Abner, Frost Brown Todd LL, 400 West Market Street, Suite 3200, Louisville, KY, 40202-3359 | First Class |
| 25490 | LOUISVILLE GAS AND ELECTRIC COMPANY, PO BOX 9001960, LOUISVILLE, KY, 40290-1960 | First Class |
| 25490 | Louisville-Jefferson County Metro Gov't, Dept. of Codes & Regulations, 444 S. 5th Street, Louisville, KY, 40202-2343 | First Class |
| 25490 | Louisville/Jefferson County Metro Government, c/o Daniel T. Albers, Jr., Jefferson County Attorney's Office, 200 S. 5th St., Suite 200N, Louisville, KY, 40202-3279 | First Class |
| 25490 | Louisville/Jefferson County Metro Government | None |
| 25490 | Lowe's Pro , PO BOX 669824, Dallas, TX, 75266-0781 | First Class |
| 25490 | Mac Ten LLC , PO Box 13, Glenview, KY, 40025-0013 | First Class |
| 25490 | Mac Ten, LLC , PO Box 13, Glenview, KY, 40025-0013 | First Class |
| 25490 | Mark W. Dobbins , Tilford Dobbins & Schmidt, PLLC, 401 W. Main St. #1400, Louisville, KY, 40202-4232 | First Class |
| 25490 | Martin Goldsmith , 821 West Broadway, Louisville, KY, 40202-2217 | First Class |
| 25490 | Martin Goldsmith , c/o Michael R. Gosnell, Attorney at Law, 462 South Fourth Street, 22nd Floor, Louisville, KY, 40202-3466 | First Class |
| 25490 | Martin Goldsmith , c/o Michael R. Gosnell, 462 South Fourth Street, 22nd Floor, Louisville, KY, 40202-3466 | First Class |
| 25490 | Michael E. Wheatley , PO Box 1072, Prospect, KY, 40059-1072, United States of America | First Class |
| 25490 | Montgomery County Treasurer , 451 West Third St., Dayton, OH, 45422-1000 | First Class |
| 25490 | Nancy Hull | None |
| 25490 | Nancy Hull , c/o Tilford Dobbins & Schmidt, PLLC, 401 West Main Street, Ste 1400, Louisville, KY, 40202-2926 | First Class |
| 25490 | Nancy Pruitt Hull , 1320 N Beckley Station Rd, Louisville, KY, 40245-4556 | First Class |
| 25490 | Ohio Edison , 5001 NASA Blvd, Fairmont, WV, 26554-8248, United States of America | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 25490 | Ohio Edison/First Energy , P.O. Box 3687, Akron, OH, 44309-3687, United States of America | **First Class** |
| 25490 | Otis Elevator Company , 1 Carrier Place, Farmington, CT, 06032-2562 | **First Class** |
| 25490 | Park Plaza Holdings, LLC | **None** |
| 25490 | PMGT, LLC , 821 West Broadway, Louisville, KY, 40202-2217 | **First Class** |
| 25490 | PMGT, LLC d/b/a PMGTKY LLC , c/o Michael R. Gosnell, Attorney at Law, 462 South Fourth Street, 22nd Floor, Louisville, KY, 40202-3466 | **First Class** |
| 25490 | RiverLink , 204 S Floyd St., Louisville, KY, 40202-1208 | **First Class** |
| 25490 | Robert E. Hull , 524 N Capitol Ave, Corydon, IN, 47112-1502 | **First Class** |
| 25490 | Stock Yards Bank & Trust Company , P.O. Box 39511, Louisville, KY, 40233-9511 | **First Class** |
| 25490 | Stock Yards Bank & Trust Company , 1040 E. Main St., PO Box 32890, Louisville, KY, 40232-2890 | **First Class** |
| 25490 | Stock Yards Bank & Trust Company , 1040 East Main Street, Louisville, KY, 40206-1888 | **First Class** |
| 25490 | Supreme Cuts Lawn and Landscaping , 300 Powder House Ln., New Albany, IN, 47150-6065 | **First Class** |
| 25490 | TPG, LLC , 5413 Creekview Dr., Middletown, OH, 45044 | **First Class** |
| 25490 | Truist Bank, Inc. , 214 North Tryon, Charlotte, NC, 28202-1078 | **First Class** |
| 25490 | Truist Bank, Inc. , 214 North Tryon Street, Charlotte, NC, 28202-1078 | **First Class** |
| 25490 | Tyler R. Yeager , Kaplan Johnson Abate & Bird, LLP, 710 W. Main St., 4th Floor, Louisville, KY, 40202-2698 | **First Class** |
| 25490 | U.S. Small Business Administration , 2 International Plaza Suite 500, Nashville, TN, 37217-2021 | **First Class** |
| 25490 | U.S. Trustee , Asst. U.S.Trustee, 601 West Broadway #512, Louisville, KY, 40202-2229 | **First Class** |
| 25490 | United States of America , U.S. Attorney's Office, 717 W. Broadway, Louisville, KY, 40202-2215 | **First Class** |
| 25490 | United States of America for Internal Revenu, c/o U.S. Attorney's Office, 717 West Broadway, Louisville, KY, 40202-2215 | **First Class** |
| 25490 | US Martial Arts Academy, Inc. , US Martial Arts Academy, Inc., 834 Ohio Pike, Suite 240, Cincinnati, OH, 45245-2200 | **First Class** |
| 25490 | US Small Business Administration , 409 3rd St., SW, Washington, DC, 20416-0005 | **First Class** |
| 25490 | US Small Business Administration , 2 International Plaza Suite 500, Nashville, TN, 37217-2021 | **First Class** |
| 25490 | US Small Business Administration , 2 North 20th Street, Suite 320, Birmingham, AL, 35203-4002 | **First Class** |
| 25490 | Windsor Companies, Ltd. , c/o Ellen Arvin Kennedy, Esq., Dinsmore & Shohl LLP, 100 West Main Street, Suite 900, Lexington, KY, 40507-1839 | **First Class** |