UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hull Organization, et al. | ) | Case Number 23-32983 acs |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

ORDER

On August 7, 2025, the Office of United States Trustee ("UST") filed a motion to convert these Chapter 11 cases to Chapter 7 and filed a motion requesting that an expedited hearing be held on the motion. The UST asked that a hearing be held on August 12, 2025, at the same time that other matters were scheduled in this case.

The basis of the UST's motions, is an allegation that one of the debtors in this case may be attempting to auction several pieces of bankruptcy estate real property, without receiving court authority or seeking court authorization to hire an auctioneer. The UST alleged that this unauthorized auction began on Thursday July 3, 2025 and is scheduled to end on Tuesday August 12, 2025 at 12 p.m. EDT.

The Court granted the request for expedited hearing by separate order and a hearing on the UST's motion to convert will be held on August 12, 2025 at 11:00 a.m. EDT. Because this unauthorized auction is set to close shortly after the time set for the hearing, the Court has concerns that the auction will be completed before the Court can look into this alleged unauthorized activity by the Debtor(s). As such, the Court has determined to enter the following order:

**IT IS ORDERED** that the Debtors are prohibited from completing or going through with the alleged auction of bankruptcy estate property which appears to be currently taking place.

**IT IS ORDERED** that the Debtors refrain from selling, auctioning, or otherwise disposing of any bankruptcy estate property prior to the hearing scheduled on August 12, 2025.

**IT IS ORDERED** that, to the extent an auction of bankruptcy estate property is taking place,

the Debtors take whatever steps are necessary to stop or cancel said auction until the Court can properly review the factual circumstances surrounding the alleged unauthorized auction of bankruptcy estate property. The Debtors are **NOT** authorized to auction or transfer bankruptcy estate property without first seeking appropriate court authority.

Finally, **IT IS ORDERED** that should the UST's allegations prove true, that the Debtors have attempted to sell bankruptcy estate property without court authorization, sanctions, in addition to conversion, may be considered against the Debtors, their insiders, or their counsel.

The Court wants to be perfectly clear on this point. No auction of estate property is authorized and any efforts to circumvent the Bankruptcy Code to dispose of bankruptcy estate property will not be taken well by the Court.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: August 7, 2025

United States Bankruptcy Court
Western District of Kentucky

In re:  Case No. 23-32983-acs
Hull Organization, LLC  Chapter 11
Hull Equity, LLC
   Debtors

## CERTIFICATE OF NOTICE

District/off: 0644-3  User: KYWBECFAd  Page 1 of 2
Date Rcvd: Aug 07, 2025  Form ID: pdf408  Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Hull Organization, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| aty | + | Brandon Edward Lira, Stoel Rives LLP, 600 University Street, Ste 3600, Seattle, WA 98101-3197 |
| aty | + | Kaplan Johnson Abate & Bird LLP, 710 W. Main St., 4th Floor, Louisville, KY 40202-2698 |
| ascdb | + | 4 West, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| ascdb | + | Hull Equity, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| ascdb | + | Hull Properties, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| cr | + | Louisville Gas & Electric Company, Care of: Sara Abner, Frost Brown Todd LL, 400 West Market Street, Suite 3200, Louisville, KY 40202-3359 |
| cr | + | Martin Goldsmith, c/o Michael R. Gosnell, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202, UNITED STATES 40202-3466 |
| cr | + | PMGT, LLC d/b/a PMGTKY LLC, c/o Michael R. Gosnell, Attorney at Law, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202 UNITED STATES 40202-3466 |
| intp | + | US Martial Arts Academy, Inc., US Martial Arts Academy, Inc., 834 Ohio Pike, Suite 240, Cincinnati, OH 45245-2200 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy.notices@syb.com | Aug 07 2025 18:53:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Aug 07 2025 18:53:00 | United States of America, U.S. Attorney's Office, 717 W. Broadway, Louisville, KY 40202-2215 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Aug 07 2025 18:53:00 | United States of America for Internal Revenue Serv, c/o U.S. Attorney's Office, 717 West Broadway, Louisville, KY 40202-2215 |
| intp | + | Email/Text: dsbankruptcy@dinsmore.com | Aug 07 2025 18:53:00 | Windsor Companies, Ltd., c/o Ellen Arvin Kennedy, Esq., Dinsmore & Shohl LLP, 100 West Main Street, Suite 900, Lexington, KY 40507-1839 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0644-3 | User: KYWBECFAd | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: pdf408 | Total Noticed: 14 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Albers, Jr. | on behalf of Creditor Louisville/Jefferson County Metro Government Dan.AlbersJr@louisvilleky.gov |
| Ellen Arvin Kennedy | on behalf of Defendant Windsor Companies Ltd dsbankruptcy@dinsmore.com |
| John R. Stonitsch | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  john.r.stonitsch@usdoj.gov |
| K. Gail Russell | on behalf of Interested Party Nancy Hull grussell@tilfordlaw.com  cgregory@tilfordlaw.com |
| Katherine A. Bell | on behalf of Creditor United States of America Katherine.bell@usdoj.gov  caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov |
| Keith J. Larson | on behalf of Creditor First Financial Bank  successor by merger to MainSource Bank kjl@mpmfirm.com, louretailbankruptcy@morganandpottinger.com |
| Kemal Catalan | on behalf of Interested Party US Martial Arts Academy  Inc. kemalvcatalan@kvclawfirm.com |
| Matthew R. Lindblom | on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com  emily.keith@skofirm.com;kent.durning@skofirm.com |
| Michael E. Wheatley | mwheatleytr@gmail.com  ky36@ecfcbis.com |
| Michael R. Gosnell | on behalf of Creditor PMGT  LLC d/b/a PMGTKY LLC mgosnell@derbycitylaw.com |
| Michael W. McClain | on behalf of Creditor Bilyeu Enterprises  LLC mmcclain@mcclainlawgroup.com, McClain.MichaelB136855@notify.bestcase.com |
| Paul Saba | on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com  eak@sspfirm.com;srb@sspfirm.com;archive@recap.email |
| Sara L. Abner | on behalf of Creditor Louisville Gas & Electric Company sabner@fbtlaw.com  osnider@fbtlaw.com |
| Tim Ruppel | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com |
| Tyler R. Yeager | on behalf of Associated Debtor 4 West  LLC hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com |
| U.S. Trustee | ustpregion08.lo.ecf@usdoj.gov |
| William P. Harbison | on behalf of Creditor Martin Goldsmith harbison@derbycitylaw.com  benich@derbycitylaw.com |

TOTAL: 17