UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: | |
| HULL ORGANIZATION, LLC | Case No. 23-32983-acs |
| Debtors[1] | Chapter 11<br>(Jointly Administered) |

## *NUNC PRO TUNC* APPLICATION TO EMPLOY
## OHIO REAL ESTATE AUCTIONS, LLC AS AUCTIONEER

Hull Organization, LLC (the "Debtor"), by counsel, applies to the Court for *nunc pro tunc* authorization to employ Ohio Real Estate Auctions, LLC ("OREA") as auctioneer for the potential sale(s) of real property and improvements commonly identified as 126 East High Street, Springfield, Clark County, Ohio; and 138 East High Street, Springfield, Clark County, Ohio (collectively the "High St. Properties"). For this Application, Debtor states as follows:

1. On December 13, 2023 (the "Petition Date") Debtor and its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to Bankruptcy Code § 1184, Debtor is empowered to operate its business as debtor in possession.

2. Hull Org is the record owner of the High St. Properties.

3. Debtor has determined that it is in the best interest of its estate to professionally market the High St. Properties for sale via online public auction. Prior to the filing of this Application, Debtor had engaged a commercial real estate broker to market the High St.

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

Properties, but no satisfactory offers were received while the listings were active for more than one year.

4.      Debtor has engaged OREA to act as auctioneer with respect to the High St. Properties to market, control information and access made available to prospective buyers, and manage the collection of auction bids. The terms of Debtor's and OREA's engagement are set forth in Exclusive Right to Sell Contracts identifying the High St. Properties (the "Listing Agreements"). An exemplary copy of one of the Listing Agreements is attached hereto as **Exhibit A**.

5.      Bankruptcy Code § 327(a) provides, in part, as follows:

> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

6.      Each Listing Agreement provides that OREA shall collect a "Buyer Premium" equal to 10% of the high bid amount, and OREA's standard auction purchase contracts to be used in the auctions of High St. Properties require the purchaser to commit to paying the Buyer Premium.[2] In addition to the compensation to be collected from the purchaser at closing, the Listing Agreement provides that OREA shall be reimbursed $750 out of the sale proceeds at each closing to cover the promotion and advertisement costs of each auction.

7.      Debtor submits that the terms and conditions of OREA's compensation as set forth in the Listing Agreements are reasonable. OREA's promotional budget to be reimbursed

---

[2] Under the Listing Agreements, Debtor may be held liable to pay OREA an amount equal to the Buyer Premium that would have been collected in certain scenarios where an auction sale does not occur or close due to a default by Debtor.

is appropriately modest yet effective, and the commission to be collected is not only within industry standards but also a cost borne by the purchaser rather than the bankruptcy estate.

8.      In support of this Application, OREA has tendered the verified statement of Chris Cox attached hereto as **Exhibit B** pursuant to Fed. R. Bankr. P. 2014.

9.      To the best of Debtor's knowledge, OREA has no connections with Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee other than as stated in Mr. Cox's statement.

10.     No previous action for the relief sought herein has been made to this Court.

11.     Debtor seeks approval of this Application, *nunc pro tunc*, as of June 27, 2025.

12.     Debtor reserves its right to seek authorization to employ one or more other auctioneers concerning potential sale(s) of other real or personal property that remains property of its bankruptcy estate.

WHEREFORE, Debtor respectfully requests that the Court enter an order authorizing employment of Ohio Real Estate Auctions, LLC as auctioneer for the sale of the High St. Properties.

Respectfully submitted,

/s/ Tyler R. Yeager
CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630
Facsimile: (502) 540-8282
Email: cbird@kaplanjohnsonlaw.com
Email: tyeager@kaplanjohnsonlaw.com
*Counsel for Debtors*

## Certificate of Service

I certify that on August 11, 2025, the foregoing *Nunc Pro Tunc Application to Employ Ohio Real Estate Auctions, LLC as Auctioneer* was (a) mailed electronically through the Bankruptcy Court's ECF system to the electronic addresses as set forth in the ECF system to the United States Trustee and all other persons receiving electronic notifications in this case, and (b) mailed via first-class U.S. mail to all persons who have filed a request to receive such notices.

/s/ Tyler R. Yeager
CHARITY S. BIRD
TYLER R. YEAGER