## Exhibit B

*Verified Statement of Chris Cox*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HULL ORGANIZATION, LLC<br><br>Debtors[1] | Case No. 23-32983-acs<br><br>Chapter 11<br>(Jointly Administered) |

**VERIFIED STATEMENT OF CHRIS COX ON BEHALF OF
OHIO REAL ESTATE AUCTIONS, LLC AS PROPOSED AUCTIONEER**

1. I am over the age of 18 and an auctioneer with Ohio Real Estate Auctions, LLC ("OREA"). I am familiar with the books and records of OREA and am authorized to speak on behalf of OREA concerning the representations set forth herein.

2. OREA maintains an office located at 5030 Calum Way, Grove City, Ohio 43123.

3. Hull Organization, LLC (the "Debtor") has engaged OREA to provide real estate auctioneer services pursuant to Exclusive Right to Sell Agreements (the "Agreements"). Pursuant to the Agreements, OREA will market, advertise, and otherwise solicit cash bids from prospective buyers for the Debtor's real properties in Springfield, Ohio.

4. I have personal knowledge of the records of OREA, and have reviewed the mailing matrix maintained in Debtor's bankruptcy case and the list of attorneys having entered their appearance in the case.

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

5. OREA has no connections with the Debtor other than those typical of the client-auctioneer relationship.

6. OREA has disclosed to the Debtor the following connections that OREA has with creditors of the Debtor's estate, other parties in interest, their respective attorneys and accountants, the Office of the United States Trustee, and/or any person employed in the Office of the United States Trustee:

| Party In Interest | Connection to Firm | Duration |
|---|---|---|
| James Cannon, Coldwell Banker Heritage | Parties have agreed to 50/50 split of OREA's Buyer Premium (after deduction of 1% commission to Buyer's agent, if any) pursuant to a Real Estate Referral Agreement. | Agreement executed June 26, 2025. |

7. OREA is not a creditor, an equity security holder, or an insider of the Debtor.

8. OREA is not and was not, within two (2) years before the date of the filing of Debtor's petition, a director, officer, or employee of Debtor.

9. Upon my information and belief, OREA does not have an interest materially adverse to the interests of the Debtor's estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Date: 8/11/2025

_____
CHRIS COX, AMM AARE
**Ohio Real Estate Auctions, LLC**