UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HULL ORGANIZATION, LLC<br><br>Debtors[1] | Case No. 23-32983-acs<br><br>Chapter 11<br>(Jointly Administered) |

### ORDER AUTHORIZING EMPLOYMENT OF
### OHIO REAL ESTATE AUCTIONS, LLC AS AUCTIONEER *NUNC PRO TUNC*

This matter came before the Court upon the *Nunc Pro Tunc Application to Employ Ohio Real Estate Auctions, LLC as Broker* (the "Application") filed by Hull Organization, LLC (the "Debtor"). The Court has considered the Application and the corresponding affidavit of Chris Cox on behalf of Ohio Real Estate Auctions, LLC ("OREA"). Notice of the Application having been given, and the Court being otherwise sufficiently advised;

IT IS HEREBY FOUND AND DECREED that:

A.  OREA does not hold or represent an interest adverse to the estate.

B.  OREA is a "disinterested person" within the meaning of § 101(14) of title 11 of the United States Code (the "Bankruptcy Code").

C.  The employment and retention of OREA is necessary and in the best interests of the Debtor, estate, and its creditors.

Sufficient cause appearing therefor, **IT IS HEREBY ORDERED AND ADJUDGED** that:

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

1.	Pursuant to Bankruptcy Code § 327, Debtor is authorized and empowered, *nunc pro tunc*, to employ OREA on the terms set forth in the Exclusive Right to Sell Agreements, effective June 27, 2025, to serve as auctioneer for the sale of the real property and improvements commonly identified as 126 East High Street, Springfield, Clark County, Ohio; and 138 East High Street, Springfield, Clark County, Ohio (collectively the "<u>High St. Properties</u>").

2.	OREA shall collect its 10% Buyer Premium and $750 for the reimbursement of its promotion budget from the sale proceeds at closing of the sale(s) of the High St. Properties. The compensation and reimbursement to be paid to OREA for services rendered to Debtor as described in the Application are approved pursuant to Bankruptcy Code § 328, subject to adjustment by subsequent order of the Court pursuant to Bankruptcy Code § 328(a) or (c). The closing agent for the sale(s) of the High St. Properties shall disburse the compensation and reimbursement directly to OREA.

3.	Nothing in this Order shall be deemed to authorize Debtor's sale of the High St. Properties, which shall remain subject to further Order of this Court.

	SO ORDERED.

Charity S. Bird
Tyler R. Yeager
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630