## Exhibit A

*Proposed Bidding Procedures*

**Bidding Procedures for Hull Organization, LLC's Sale of
126 East High Street and 138 East High Street, Springfield, Clark County, Ohio**

1. <u>Eligible Bidders</u>. To submit a bid for the purchase of either of the High St. Properties, an entity must register with Ohio Real Estate Auctions, LLC ("<u>OREA</u>") to bid through OREA's online platform at www.ohiorealesateauctions.com. Once the auction listing is active on OREA's website, parties may select the "Register to bid" button for each property and follow instructions from there.

2. <u>Bid Qualification</u>. The minimum bid for each of the High St. Properties is $20,000.00. Debtor will exercise its business judgment to select the bidder that provides the highest and best offer for the Property. However, in order to be considered by the Debtor at auction, each bid must include (i) acknowledgment that the Property is being sold "As Is; Where Is" and the bid is offered without contingencies and (ii) a commitment to close the transaction, subject to approval of the United States Bankruptcy Court for the Western District of Kentucky, on the terms and conditions substantially similar to the form Purchase Agreement attached as **Exhibit 1** to these Bidding Procedures (the "<u>Purchase Agreement</u>").

3. <u>Auction Date</u>. OREA shall accept bids submitted through www.ohiorealesateauctions.com, on or before September 26, 2025 at 12:00 p.m. (the "<u>Bid Deadline</u>"). Debtor, in consultation with OREA, may extend the Bid Deadline by a period of not more than 28 days, in which case Debtor shall file a notice of such extension and the extended Bid Deadline shall be published on each listing of the High St. Properties. Bidding at the auctions shall commence as soon as the listings are active on the OREA Platform. Upon expiration of the Bid Deadline, Debtor shall identify the entity (each a "<u>Successful Bidder</u>") submitting the highest or best bid for the respective High St. Properties (each a "<u>Successful Bid</u>").

4. <u>Deposit by Successful Bidder</u>. Upon Debtor's selection of the Successful Bidder, each Successful Bidder shall tender to OREA a non-refundable earnest money deposit equal to ten percent (10%) of the total purchase price, to be credited against the consideration due to seller at closing. All deposits will be held in the trust account of OREA until closing.

5. <u>Notice of Successful Bid</u>. Within six (6) hours from the conclusion of the auction, Debtor shall file a notice with the Bankruptcy Court identifying each Successful Bidder and summarizing the terms of each Successful Bid. Each Notice of Successful Bid must also include a detailed summary disclosing the number of bids received for the property and each eligible bidder's highest bid by dollar amount. Any party in interest wishing to challenge Debtor's selection shall file a written objection on or before the third business day following the filing of the Notice of Successful Bidder, which shall be noticed for an expedited hearing by the Court at which time the Successful Bidder shall be designated by the Court.

6. <u>Debtor's Remedies</u>. Nothing in these Bidding Procedures shall limit the Debtor and/or OREA from proceeding to enforce upon the Successful Bidder all claims and actions including forfeiture of deposit, collection of damages, or other relief to the extent permitted by any applicable agreement and applicable law.

7. <u>Additional OREA Procedures</u>. OREA may, in its discretion, impose additional requirements of registered bidders and the Successful Bidder and follow its standard auction procedures in the ordinary course of its business so long as such requirements or customs do not directly conflict with these Bidding Procedures.



# Ohio Real Estate Auctions, LLC
## CONTRACT TO PURCHASE AT PUBLIC AUCTION
(This is a legally binding contract. If not understood, seek legal advice. For real estate advice, consult your Realtor)

DATE: **8/12/25**

1. **PROPERTY DESCRIPTION:** The undersigned Purchaser agrees to purchase from the undersigned owner (seller) through *Ohio Real Estate Auctions, LLC*, (Broker), the following described real estate in **Springfield**, **Clark** County, OH and known as **126 E High St, Springfield, OH 45502 Clark County, PID:3400700034200028**.

2. **PRICE AND TERMS:** Purchaser agrees to pay the amount of the high bid $_____ plus the buyer premium of $_____ for a **Total Contract Price of** $_____ for the Real Estate as follows: A non-refundable (except in the case of a non-marketable title) down payment of $_____ to apply toward the Purchase Price and to be deposited by Broker, upon acceptance of this offer, in a non-interest bearing trust account pending closing. In the event this Contract to Purchase does not close for any reason other than as agreed, Purchaser agrees that the down payment shall be disbursed by Broker 5 days from closing date unless Broker is previously notified in writing by purchaser that litigation has been filed with a court of competent jurisdiction. A copy of the filing must be attached.

3. **BALANCE & CLOSING:** The balance of the Purchase Price shall be paid in the form required by the closing agent on date of closing, on or before **9/12/25**. The closing date shall be automatically extended up to 30 days if Auctioneer deems necessary.

4. Buyers will close through **Ohio Real Estate Title Inc.**

5. If buyer does not close on or before scheduled closing date, seller may, at seller's option, extend the closing date in consideration for a sum of $**100** per day after original closing date.

6. **OBTAINING FINANCING:** This purchase is not contingent upon the Purchaser obtaining financing. There are no buyer contingencies.

7. **BINDING OBLIGATION:** Purchaser **is buying the property As-Is, Where-Is and without Recourse.** If Purchaser fails to close for any reason whatsoever, except a nonmarketable title, Purchaser voluntarily agrees to forfeit entire down payment and may be held liable by Seller for any deficiency, plus court costs and reasonable legal fees, resulting from subsequent resale of the property. Time is of the essence and this is an irrevocable offer to purchase, with no contingencies. In the event Purchaser fails to perform according to the terms of this contract, the down payment shall be forfeited as partial liquidated damages, and not as a penalty, without affecting any of Seller's further remedies. Either party may demand specific performance of this agreement.

8. **OWNER'S CERTIFICATION:** Seller(s) certifies to Purchaser that, to the best of Sellers's knowledge: (a) there are no undisclosed latent defects; (b) there are no pending orders or ordinances or resolutions that have been enacted or adopted authorizing work or improvements for which the Real Estate may be assessed, except _____; (c) there are no City, County or State orders that have been served upon Seller(s) requiring work to be done or improvements to be made which have not been performed, except _____. Inspections regarding habitability and use of the Real Estate shall be the responsibility of the Purchaser. All Inspections must be completed prior to Auction. PURCHASER IS RELYING SOLEY UPON HIS EXAMINATIONS OF THE REAL ESTATE, AND THE SELLER'S CERTIFICATION HEREIN FOR ITS PHYSICAL CONDITION AND CHARACTER, AND NOT UPON ANY REPRESENTATION BY THE AUCTIONEERS/REAL ESTATE AGENTS INVOLVED, WHO SHALL NOT BE RESPONSIBLE FOR ANY DEFECTS IN THE REAL ESTATE.

9. **INDEMNITY:** Seller and Purchaser recognize that the AUCTIONEERS/BROKERS are relying on information provided by Seller or his/her agents in connection with the Real Estate, and agree to indemnify and hold harmless the AUCTIONEERS/BROKERS, their agents and employees, from any claims, demands, damages, suits, liabilities, costs and expenses (including reasonable legal fees) arising out of any misrepresentation or concealment of facts by Seller or his/her agents.

10. **CONVEYANCE AND CLOSING:** Seller shall convey marketable title to the Real Estate by **Warranty** deed with release of dower right, if any, AND SUBJECT TO THE RIGHTS OF THE TENANTS, if any, under existing leases and state law. Title shall be free and unencumbered as of Closing, except restrictions and easements of record and except the following assessments (certified or otherwise): _____.

Buyers Initials _____ _____

Page 1 of 3

Revised 10/26/09

11. **CONDITION OF IMPROVEMENTS:** The risk of destruction or substantial damage by fire or Act of God prior to delivery of deed is assumed by Seller. Seller agrees that on possession, the Real Estate shall be in the same condition as it is on the date of this contract, except for ordinary wear and tear. If the Real Estate should be damaged or destroyed by fire or other casualty and if, prior to Closing, the real Estate shall not be repaired or restored by and at the Sellers expense, to a condition as good as it was prior to the damage or destruction, then Purchaser, at his option, may terminate this contract by written notice to Seller and the Down Payment Shall be returned to Purchaser. While this contract is pending, Sellers shall not change any existing lease or enter into any new lease, nor make any substantial alterations or repairs without the consent of the Purchaser. In addition, the Purchaser also has an insurable interest in the property from date of this contract. Purchaser is hereby notified that insurance should be placed upon the property immediately to protect Purchasers' interest.

12. **DISCLOSURE:** ☐ Buyer    ☐ Seller    - is a licensed Real Estate Broker or Sales Person.

13. **POSSESSION:** Possession shall be given ☑ at closing, ☐ _____ days after closing @ _____ ☐ AM ☐ PM, subject to Tenants' Rights, with deed. (Until such date, Seller shall have the right of possession free of rent, but shall pay for all utilities.) No work can be done on the property by the Purchaser until possession is given.

14. **AGENCY DISCLOSURE STATEMENT:** Purchaser acknowledges having reviewed and signed the Agency Disclosure Statement.

15. **SOLE CONTRACT:** The parties agree that this offer constitutes their entire agreement and that no oral or implied agreement exists. Any amendments to this offer shall be made in writing, signed by all parties, and copies shall be attached to all copies of the original offer. This offer shall be binding upon the parties, their heirs, administrators, executors, successors and assigns.

16. **TERMS:** The property sells: ☐ to the high bidder regardless of price, *or* ☑ subject to seller's confirmation.

17. $_____**10%**_____ must be deposited at the time of Auction as down payment by company, corporate or personal check (presented with positive I.D). This non-refundable down payment will be applied to the contract purchase price at closing and will be held in the trust account of _____**OREA**_____ as escrow agents for the sellers.

18. ☑ A ten percent Buyer Premium will be added to the high bid amount to determine the final contract-selling price paid by the purchaser. ☐ No Buyer premium will be charged.

19. Taxes will be prorated using the method in which Seller's share is based upon the number of days from the date of the immediately preceding semiannual installment (June 30 or December 31) to the date of closing. Buyer will be assuming 6 months of accrued taxes.

20. This property is being sold at Public Auction, without recourse. Personal on-site inspection/s of the property or properties is strongly recommended. The property will sell "as is, where is," with no warranty expressed or implied as to improvements, availability of utilities, zoning, or environmental and wetland issues. Information contained online was obtained by sources deemed reliable. However, neither Ohio Real Estate Auctions, LLC nor their agents will be responsible for any errors or omissions herein. Announcements made at the auction will take precedence over written material, advertisements, or any other oral statements made prior to the day of auction. Purchasers should carefully verify all items and make their own decision as to the accuracy thereof before relying on same. Except in the case of an absolute auction, Auction Firm reserves the right to bid on behalf of the sellers. Auctioneer reserves the right to bid on behalf of himself at any auction. The seller and Auction Company reserve the right to preclude any person from bidding if there are any questions as to the person's credentials, fitness, etc.

21. Auction Firm hereby acknowledges that they represent the Seller. An Agency Disclosure Statement must be signed by the high bidder.

22. The ☑ buyer, ☐ seller shall be responsible for all transfer taxes, recording fees, title search, and deed preparation. Seller is responsible for real estate tax prorata, mortgage releases and will convey a good and marketable title. The ☑ buyer, ☐ seller, ☐ split 50/50, is responsible for survey cost, if a survey is required for a transfer. ***Buyer is responsible for all other costs associated with closing.***

23. By bidding, the buyer agrees to waive the 10 day post inspection for lead based paint. Buyer also agrees to waive their right to receive a Residential Property Disclosure form and their right to rescind the Contract to Purchase.

Buyers Initials _____  _____

Page 2 of 3

Revised 10/26/09

24. Real Estate is sold through Ohio Real Estate Auctions, LLC.

25. **OTHER:** Seller's ability and obligation to convey clear title is subject to the approval of the United States Bankruptcy Court for the Western District of Kentucky.

26. **EXPIRATION AND APPROVAL:** This offer is void if not accepted in writing on or before _____ o'clock ☐ A.M ☐ P.M ☐ Noon ☐ Midnight EASTERN STANDARD TIME _____, 20 **25**.

27. Make Deed to: (print) _____**TBD**_____.

The Purchaser has read, fully understands and approves the foregoing offer and acknowledges receipt of a signed copy.

          *Print*          *Sign*          *Date*

PURCHASER: _____
PURCHASER: _____
FULL ADDRESS: _____
PHONE NUMBERS: _____
WITNESS: _____

28. **ACTION BY OWNER:** The undersigned Seller has read and fully understands the foregoing offer and hereby: ☑ accepts said offer and agrees to convey the Real Estate according to the above terms and conditions, ☐ rejects said offer, or ☐ counteroffers according to the modifications initialed by Seller(s). Counteroffer shall become null and void if not accepted in writing on or before _____ o'clock ☐A.M. ☐ P.M. ☐ Noon ☐ Midnight EASTERN STANDARD TIME _____, 20____. Owner acknowledges that Agency Disclosure Statement has been signed.

29. **SELLING FEES AND EXPENSES:** Seller is to pay an auction selling fee and reimburse agreed expenses as per the Auction Contract.

    *Print*    *Sign*    *Date*

SELLER: __**HULL ORGANIZATION LLC**__
SELLER: _____
FULL ADDRESS: __**126 E High St, Springfield, OH 45502 Clark County, PID:3400700034200028**__
PHONE NUMBERS: _____
WITNESS: _____

30. **RECEIPT BY Ohio Real Estate Auctions, LLC:** DATE_____. I hereby acknowledge receipt of $_____ ☐ cash ☐ cashier's check ☐ personal check #_____ made payable to _____ as downpayment; ☐ other _____ in accordance with terms herein provided.

_____ $ _____ X _____ % _____
CO-OP REALTOR /BROKER FIRM      CO-OP AGENT / BROKER

PHONE_____



Page 3 of 3

Revised 10/26/09