UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HULL ORGANIZATION, LLC<br><br>Debtors[1] | Case No. 23-32983-acs<br><br>Chapter 11<br>(Jointly Administered) |

### ORDER APPROVING BIDDING PROCEDURES
### FOR DEBTOR'S SALE OF REAL PROPERTY

This matter came before the Court upon the *Motion to (i) Approve Bidding Procedures for the Sale of Real Property, and (ii) Set Expedited Hearing to Consider Approval of Sale Free and Clear of Any Interests* (the "Sale Procedures Motion") filed by Hull Organization, LLC (the "Debtor"). Notice of the Sale Procedures Motion having been given, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the bidding procedures filed as Exhibit A to the Sale Procedures Motion (the "Bidding Procedures") are **APPROVED** and incorporated into this Order as if fully restated herein. The specific inclusion of any provision of the Bidding Procedures in this Order does not negate or modify any provision(s) of the Bidding Procedures not specifically included in the terms of this Order.

IT IS FURTHER ORDERED that Debtor is hereby **AUTHORIZED** to auction its real property and improvements commonly identified as **126 East High Street, Springfield, Clark County, Ohio**, and **138 East High Street, Springfield, Clark County, Ohio**

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

(collectively, the "Properties") pursuant to the Bidding Procedures via online reserve auction conducted by Ohio Real Estate Auctions, LLC, at www.ohiorealestateauctions.com through **September 26, 2025 at 12:00 p.m.** (the "Bid Deadline"). Debtor may, in its discretion, extend the Bid Deadline by up to 28 days, but shall promptly file notice of any such extension.

AND IT IS FINALLY ORDERED that, within six (6) hours from the conclusion of the auctions, Debtor shall file a notice identifying the Successful Bidders and summarizing the terms of the Successful Bids. Each Notice of Successful Bid must also include a detailed summary disclosing the number of bids received for the Property and each eligible bidder's highest bid by dollar amount. Any party in interest wishing to challenge Debtor's selection shall file a written objection on or before the third business day following the filing of the Notice of Successful Bidder, and the Court will designate the Successful Bidder at the hearing to consider approval of the sale free and clear of any interests.

SO ORDERED.

CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630