UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HULL ORGANIZATION, LLC<br><br>Debtors[1] | Case No. 23-32983-acs<br><br>Chapter 11<br>(Jointly Administered) |

**ORDER SETTING EXPEDITED HEARING
TO CONSIDER APPROVAL OF DEBTOR'S SALE OF
REAL PROPERTY FREE AND CLEAR OF ANY INTERESTS**

This matter came before the Court upon the *Motion to (i) Approve Bidding Procedures for the Sale of Real Property, and (ii) Set Expedited Hearing to Consider Approval of Sale Free and Clear of Any Interests* (the "Sale Procedures Motion") filed by Hull Organization, LLC (the "Debtor"). Notice of the Sale Procedures Motion having been given, and the Court having determined that sufficient cause has been shown to shorten the notice period with respect to the Sale Procedures Motion;

IT IS HEREBY ORDERED that:

1. A hearing to consider and act upon the Debtor's proposed sale of its real properties and improvements commonly identified as **126 East High Street, Springfield, Clark County, Ohio and 138 East High Street, Springfield, Clark County, Ohio** (collectively, the "Properties") is scheduled for October __, 2025, at __:___ __.m. at Courtroom #2, 601 West Broadway, 5th Floor (7th St. Elevators), Louisville, Kentucky 40202.

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

2. **Any objection to the proposed sale of the Properties free and clear of any interests must be filed and served within three (3) business days of the Debtor filing its Notices of Successful Bidder**. Any objection must be typewritten and in proper pleading form as required by applicable federal and local rules.

3. Notice of this Order by electronic mail or facsimile to the entities in the mailing matrix maintained in these jointly administered cases is adequate and sufficient under the circumstances where available. Debtor shall serve a copy of this Order upon all entities in the mailing matrix maintained in these jointly administered cases and file a certificate of service regarding same.

SO ORDERED.

CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630