UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HULL ORGANIZATION, LLC, et al. | ) | CASE NOS. 23-32983, 23-32984, |
| | ) | 23-32985, 23-32987 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

### ORDER

      This matter having come before the Court on August 12, 2025 regarding various matters, and it appearing to the Court that per the oral record of the hearing (with Written and Entered on the Docket Order to follow), that the Court has ordered conversion of these cases and estates to Chapter 7, and the Court being sufficiently otherwise sufficiently advised,

      **IT IS HEREBY ORDERED** that the Joint Administration of the above cases and estates be, and is **DISSOLVED**.

      **IT IS FURTHER ORDERED** that upon entry of the Order of Conversion, a Notice of Conversion will be entered separately in each of the above-referenced cases; the United States Trustee will then appoint a trustee in each case to administer the Chapter 7 estates and the debtor, in each case, will be permitted to file a Schedule of Unpaid Debts in each case. A Meeting of Creditors will be scheduled in each separate case upon conversion and debtor, by counsel, will be required to serve said Meeting of Creditors notice, the Notice of Conversion and any related matters on any creditor or party not listed separately or completely in the related case.

      A copy of this Order shall be entered in each case number listed above.

*Alan C. Stout*
Alan C. Stout
United States Bankruptcy Judge

Dated: August 12, 2025

msp