UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: Hull Organization, LLC, et al.[1] | Case No. 23-32983-acs |
| Debtors | Chapter 11 (Jointly Administered) |

**ORDER GRANTING MOTION FOR ALLOWANCE**
**OF ADMINISTRATIVE EXPENSE CLAIM**

Upon the Motion For Allowance Of Administrative Expense Claim (the "Motion") filed by AP Development LLC ("AP Development"), and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the Motion is granted; and

IT IS FURTHER ORDERED that AP Development shall have an allowed administrative expense claim in the amount of $37,992.28 pursuant to 11 U.S.C. § 503(b).

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: August 13, 2025

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987).

Tendered by:

/s/ Matthew R. Lindblom
Matthew R. Lindblom
(KBA# 92153)
Stoll Keenon Ogden PLLC
400 West Market Street, Suite 2700
Louisville, Kentucky 40202
(502) 333-6000
matt.lindblom@skofirm.com

*Counsel for AP Development LLC*