UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HULL ORGANIZATION, LLC et al. | ) Case No. 23-32983 (3) 11 |
| | ) |
| Debtor(s) | ) |
| | ) |

**O R D E R**

The above styled case came before the Court on August 12, 2025, for a hearing on the Interested Party, Nancy Hull's, Motion to Dismiss (doc. no. 28). The Court having converted the case to a Chapter 7, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Dismiss be and hereby is **DENIED**.

Alan C. Stout
United States Bankruptcy Judge

Dated: August 13, 2025

alo