UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
HULL ORGANIZATION, LLC et al. ) Case No. 23-32983 (3) 11
)
)
Debtor(s) )
_____ )

**O R D E R**

The above styled case came before the Court on a Nunc Pro Tunc Application to Employ Ohio Real Estate Auctions, LLC as Auctioneer (doc no. 598). The Court having converted the case to a Chapter 7, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Nunc Pro Tunc Application to Employ Auctioneer be and hereby is **DENIED**.

Alan C. Stout
United States Bankruptcy Judge

Dated: August 13, 2025

alo