UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HULL ORGANIZATION, LLC et al. | ) | Case No. 23-32983 (3) 11 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |
| _____ | ) | |

**O R D E R**

The above styled case came before the Court on a Motion to Approve Bidding Procedures for the Sale of Real Property (doc no. 599). The Court having converted the case to a Chapter 7, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Approve Bidding Procedures for the Sale of Real Property be and hereby is **DENIED**.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: August 13, 2025

alo