UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HULL ORGANIZATION, LLC et al. | ) | Case No. 23-32983 (3) 11 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |
| _____ | ) | |

**O R D E R**

The above styled case came before the Court on August 12, 2025, for a Confirmation Hearing on the Debtor's Fourth Amended Chapter 11 Plan (doc. no. 492). The Court having converted the case to a Chapter 7, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Chapter 11 Plan Confirmation be and hereby is **DENIED**.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: August 13, 2025

alo