UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HULL ORGANIZATION, LLC et al. | ) Case No. 23-32983 (3) 11 |
| | ) |
| Debtor(s) | ) |

**<u>O R D E R</u>**

    The above styled case came before the Court on August 12, 2025, for a hearing on the United States Trustee's Motion to Convert the Case to a Chapter 7 (doc. no. 585).  The Court having considered statements of the Debtors' Counsel, the United States Trustee, various Creditors' Counsels, and the Court being otherwise sufficiently advised, pursuant to findings of fact and conclusions of law as dictated into the Court's record at the hearing and same being incorporated herein,

    IT IS HEREBY ORDERED that the Motion to Convert the Case to a Chapter 7 be and hereby is **GRANTED**.  The cases Hull Organization, LLC 23-32983, Hull Equity, LLC 23-32984, Hull Properties, LLC 23-32985, and 4 West, LLC 23-32987 are hereby converted to cases under Chapter 7.

    IT IS FURTHER ORDERED that the Court reserves the right to enter supplemental findings of fact and conclusions of law regarding this matter.

alo

                                                       Alan C. Stout
                                                       United States Bankruptcy Judge

Dated: August 13, 2025