UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: )
)
Hull Organization, LLC )
) CASE NO. : 23-32983-acs
DEBTOR(S) )
_____ )

MOTION FOR EXPEDITED OPERATING ORDER

Comes the Chapter 7 Trustee, Michael E. Wheatley, and respectfully moves this Court to enter an expedited Operating Order granting the trustee authority to operate the commercial properties of the debtor for a <u>limited period of time</u> pursuant to 11 U.S.C. §721. In support of this motion, the trustee states as follows:

1. On August 13, 2025 the trustee was appointed to serve in the above captioned estate.

2. The debtor owns and operates several commercial real estate properties in Ohio. These properties have tenants. The trustee requests an order granting him authority to collect rents, pay utilities, mortgages and any other normal business expense pending the liquidation of said commercial properties.

3. It is the judgement of the trustee that the operation of the commercial properties at this time is in the best interest of the estate and consistent with the orderly liquidation of the estate.

Therefore, trustee respectfully requests the Court to enter the Operating Order as tendered.

        Respectfully submitted,

        /s/ Michael E. Wheatley
        Michael E. Wheatley, Trustee
        P.O. Box 1072
        Prospect, KY 40059
        (502) 744-6484
        mwheatleytr@gmail.com

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on August 14, 2025 I sent a copy of the foregoing Motion for Expedited Operating Order and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

        /s/
        Michael E. Wheatley