# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

IN RE: )

Hull Organization, LLC )

)  CASE NO. : 23-32983-acs

DEBTOR(S) )

_____ )

## OPERATING ORDER

Upon the motion of the Chapter 7 trustee, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Trustee is granted authority to operate the commercial properties of the debtor for a limited period pursuant to 11 U.S.C. §721 with full authority to conduct business in the manner he deems is in the best interest of the estate and consistent with the orderly liquidation of the estate including access and possession of all corporate books and records, all company records including, any and all contracts and rental agreements, all bank records including all bank statements and canceled checks for all accounts in which debtor has had an interest since August 9, 2023, all checkbook registers and unused check stock, all documentation regarding automatic withdrawals or deposits to and from bank accounts, all paid and unpaid invoices, all receipts, tax returns and tax schedules, all passwords for computer access, all laptop and other computers, all keys, security and

access codes, all service contracts, if any, for the HVAC, plumbing and electrical units, all documentation regarding cleaning services, service technicians, repair persons, plumbers, electricians, grounds maintenance or other subcontractors which the debtor uses or has used in the past for purposes of maintaining, repairing or cleaning properties.

Trustee is granted authority to collect funds and other assets owing to the debtor, to incur and pay unsecured debt in the ordinary course of business, including but not limited to, accounts payable and to file necessary personal property tax returns, if any, and to maintain property in a safe condition, to protect and preserve the debtor's property, including the hiring and retention of independent contractors to maintain the commercial properties, as well as any other service personnel deemed necessary. Trustee is granted authority to redirect all debtor's mail to an address he deems appropriate.

Tendered by:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
mwheatleytr@gmail.com