**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE: Hull Organization, LLC      )
      )
      )    CASE:23-32983-acs
     DEBTOR(S)      )
_____)

## APPLICATION TO EMPLOY REAL ESTATE AGENT

COMES the Chapter 7 Trustee, Michael E. Wheatley, and respectfully moves this Court for authorization to employ Doug Myers, broker associate with Semonin Realtors in Louisville, Kentucky to assist in the sale of debtor's real property located at 3918 S. Brook Street, Jefferson County, Louisville, Kentucky.

Based upon the Declaration attached hereto as Exhibit A, Trustee believes that Doug Myers does not hold or represent any interest adverse to that of the debtor estate and that Doug Myers is a disinterested person within the meaning of 11 U.S.C. Section 101(14).

Doug Myers has extensive experience with the marketing of real estate in the Louisville area as identified by the over half dozen credentials and certifications listed in the declaration attached to said application to employ. Mr. Myers has a data base of real estate investors to market too. It is highly likely an investor will be the ultimate purchaser. Real estate commission to be based on 6% of accepted selling price.

The liquidation of the real property is expected to result in net funds into the estate after the payment of costs of sale and any tax liability.

A motion for authority to market real property will be filed shortly.

Respectfully Submitted:

_____/s/_____
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on August 14, 2025 I sent a copy of the foregoing Application to Employ Real Estate Agent and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

_____/s/_____
Michael E. Wheatley