IN RE: Hull Organization, LLC )
)
)   CASE:23-32983-acs
DEBTOR(S) )
)
)

Declaration of Doug Myers

I, Doug Myers:

1. I am a licensed Real Estate Agent in the Commonwealth of Kentucky.

2. I am a broker associate with Semonin Realtors. I hold the following credentials: ABR, BPOR, CHHS, GRI, LKYR, PSA & SFR.

3. Semonin Realtors does not hold any interest adverse to the above-entitled estate and said Real Estate firm is a disinterested party as defined in 11 U.S.C. Section 101 (14).

4. I have no connection with the debtor, creditors, or any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the Office of the United States Trustee.

5. For the services rendered to the Trustee the applicant intends to charge her regular commission rate of 6%.

I declare under penalty of perjury that the foregoing is true and correct.

_____

SUBSCRIBED and SWORN to before me by Doug Myers, on this _____ day of August 14, 2025.

My commission expires: __08/31/2027__

*/s/ Jennifer R. Nevins*
NOTARY PUBLIC
STATE AT LARGE, KENTUCKY

[Notary Seal: JENNIFER R. NEVINS, COMM. EXPIRES 08/31/2027, NOTARY PUBLIC, ID #KYNP78749, STATE AT LARGE, KENTUCKY]