## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: Hull Organization, LLC ) | |
| ) | |
| ) | CASE:23-32983-acs |
| DEBTOR(S)    ) | |
| _____) | |

### **ORDER**

The Court having considered the foregoing application of the Trustee to employ real estate agent and notarized declaration of Doug Myers, real estate agent with Semonin Realtors in Louisville, Kentucky, in support thereof, and it appearing that Doug Myers is a disinterested person and that the employment of said real estate broker by the trustee is in the best interest of this estate;

**IT IS HEREBY ORDERED**, that Michael E. Wheatley, Trustee herein, is authorized to employ Doug Myers as real estate agent for the trustee and the estate, to market and procure a buyer for real property located at 3918 S. Brook Street, Jefferson County, Louisville, Kentucky.

Tendered By:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com