**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE: Hull Organization, LLC        )
                                     )
                                     )        CASE:23-32983-acs
        DEBTOR(S)                    )
_____)

**MOTION TO REDUCE TIME FOR OBJECTIONS**

  Comes the Chapter 7 Trustee Michael E. Wheatley and hereby respectfully moves the Court to shorten the time to file objections to the Trustee's Motion to Employ Realtor to ten days pursuant to Rule 9006(c)(1).

  As a basis for this Motion, the Trustee states there is an urgency in that it is currently uncertain if debtor maintained insurance on property, the property is vacant and property taxes are accruing. The Trustee does not believe any creditor would be prejudiced by the shortening of time for objections.

  WHEREFORE, the Trustee respectfully requests that the Court enter the Order tendered herewith reducing the required notice period to ten (10) days for objections hereto.

  An Order is tendered herewith.

Respectfully Submitted:

_____/s/_____
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on August 14, 2025 I sent a copy of the foregoing Motion to Reduce Time For Objections and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

_____/s/_____
Michael E. Wheatley