# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

IN RE: Hull Organization, LLC         )
                                      )
                                      )    CASE:23-32983-acs
      DEBTOR(S)                   )
_____)

## ORDER

THIS MATTER having come before the Court on the Trustee's Motion to Reduce Time for Objections, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the notice period for objections to the Trustee's Application to Employ Realtor be and hereby is, **REDUCED** to a period of ten (10) days pursuant to Rule 9006(c)(1) to and including the _____day of _____, 2025.

Tendered by:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484