# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: Hull Organization, LLC ) | |
| ) | |
| ) | CASE:23-32983-acs |
| DEBTOR(S) ) | |
| _____) | |

## MOTION FOR AN ORDER AUTHORIZING THE TRUSTEE TO MARKET FOR SALE REAL PROPERTY LOCATED AT 3918 S. BROOK STREET, LOUISVILLE, KENTUCKY

Comes Now Michael E. Wheatley, as Chapter 7 Trustee for the estate of Hull Oorganization, LLC ("Debtor") and hereby respectfully moves the Court for entry of an Order Authorizing the Trustee to Market for Sale Real Property Located at 3918 S. Brook Street, Jefferson County, Louisville, KY. In support of the Motion, the Trustee respectfully states as follows:

### BACKGROUND

1. The Debtor initiated Case No. 23-32983 on December 13, 2023 by filing a voluntary petition for relief under Chapter 11.

2. On August 13, 2025, the case was converted to a Chapter 7.

2. On August 13, 2025, Michael E. Wheatley was duly appointed as the Chapter 7 Trustee for the Debtor's bankruptcy estate.

3. On August 14, 2025, an application to employ Doug Myers with Semonin Realtors as realtor was filed [dn 619]. Said application to employ is currently out on notice for objections.

4. On schedule A of petition, Debtor listed real property located at 3918 S. Brook Street, Jefferson County, Louisville, Kentucky at a value of $65,000.00. A comparable sale analysis by the realtor suggests the fair market value to be approximately $80,000.00 to $90,000.00 but the condition of the interior of house will affect the fair market value. A preliminary title exam revealed no mortgage but numerous liens for code violations ( approximately 18) and a lien by Christine Hoogenboom of approximately $1,292.00. All of these liens are accruing interest. The liens for code violations at the rate of 18%. Any tax liabilities associated with the sale of this real property is believed to be minor. After satisfaction of all outstanding liens, payment of realtor fees and closing costs it is estimated that there would be meaningful influx of funds into the estate.

## ARGUMENTS AND AUTHORITIES

4. The Trustee proposes to sell the real property pursuant to Code § 363(c)(2)(B) and (f) which, among other things, authorizes a trustee to sell property outside of the ordinary course of business, free and clear of any interest, lien, claim, encumbrance or security interest of any other party, including, but not limited to, administrative expense or priority claims asserted in this Chapter 7 case (collectively, "Liens"). Specifically, Code Section 363(f) reads:

> (f) The Trustee may sell property under subsection (b) or (c) of this

section free and clear of any interest in such property of an entity other than the estate, only if-

>   (1) applicable nonbankruptcy law permits sale of such property free and clear of such interest;

>   (2) such entity consents;

>   (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

>   (4) such interest is in bona fide dispute;

>   (5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

5. Trustee requests an Order granting him authority to sign listing agreement (exhibit attached) and to market for sale the real property located at 3918 S. Brook Street, Jefferson County, Louisville, Kentucky free and clear of all liens and interests.

   Wherefore, Trustee respectfully moves the Court for an Order granting the Motion to Market for Sale Real Property Located at 3918 S. Brook Street, Jefferson County, Louisville, Kentucky.

Respectfully Submitted:

_____/s/_____
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 9036-1, I certify that on August 15, 2025 I sent a copy of the foregoing Motion Authorizing the Trustee to Market for Sale Real Property Located at 3918 S. Brook Street, Jefferson County, Louisville, Kentucky and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

_____/s/_____
Michael E. Wheatley