UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: Hull Organization, LLC            )
                                         )
                                         )    CASE: 23-32983-acs
          DEBTOR(S)                      )
_____          )

### MOTION TO REDUCE TIME FOR OBJECTIONS

Comes the Trustee Michael E. Wheatley and hereby respectfully moves the Court to shorten the time to file objections to the Trustee's Motion for an Order Pursuant to 11 U.S.C. § 363 Authorizing the Trustee to Market for Sale Real Property Located at 3918 S. Brook Street, Jefferson County, Louisville, Kentucky to ten (10) days pursuant to Rule 9006(c)(1).

As a basis for this Motion, the Trustee states there is an urgency in that the property is vacate, there are no less than 18 liens on the property accruing interest at the rate of 18%. Property taxes continue to accrue and ground maintenance continues to be an issue. The Trustee does not believe any creditor would be prejudiced by the shortening of time for objections.

WHEREFORE, the Trustee respectfully requests that the Court enter the Order tendered herewith reducing the required notice period to ten (10) days for objections hereto.

An Order is tendered herewith.

Respectfully Submitted:

*/s/ Michael E. Wheatley*
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
mwheatleytr@gmail.com

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on August 15, 2025 I sent a copy of the foregoing Motion for an Order Pursuant to 11 U.S.C. § 363 Authorizing the Trustee to Market for Sale Real Property Located at 3918 S. Brook Street, Jefferson County, Louisville, Kentucky and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

_____/s/_____
Michael E. Wheatley