UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: Hull Organization, LLC )
                                                     )
                                                     )      CASE:23-32983-acs
        DEBTOR(S) )
_____)

**ORDER**

THIS MATTER having come before the Court on the Trustee's Motion to Reduce Time for Objections, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the notice period for objections to the Trustee's Application to Employ Realtor be and hereby is, **REDUCED** to a period of ten (10) days pursuant to Rule 9006(c)(1)

Tendered by:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: August 15, 2025