# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: Hull Organization, LLC | ) | CASE NO. :  23-32983-acs |
| | ) | |
| | ) | Chapter 7 |
| DEBTOR | ) | |
| _____ | ) | |

## APPLICATION TO EMPLOY AUCTIONEER TO CONDUCT ONLINE AUCTION SALE OF REAL PROPERTY LOCATED IN SPRINGFIELD OHIO

Comes now Michael E. Wheatley, duly appointed trustee, and hereby respectfully moves this honorable Court to enter an order permitting him to employ Chris Cox, Auctioneer with Ohio Real Estate Auctions, LLC ("OREA") to conduct an online auction sale of real property and improvements commonly identified as 126 East High Street, Springfield, Clark County, Ohio; and 138 East High Street, Springfield, Clark County, Ohio (collectively the "High St. Properties"). As grounds, the Trustee states:

1. On December 13, 2023 (the "Petition Date") Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On August 13, 2025, the case was converted to a Chapter 7.

3. On August 13, 2025, Michael E. Wheatley  was duly appointed as the Chapter 7

Trustee for the Debtor's bankruptcy estate.

4. Trustee has determined that it is in the best interest of the estate to professionally market the High St. Properties for sale via online public auction. The properties are in poor condition. Prior to the filing of this Application, Debtor had engaged a commercial real estate broker to market the High St. Properties, but no satisfactory offers were received while the listings were active for over one year.

5. Applicant, Trustee, Michael E. Wheatley, proposes to employ Chris Cox, Auctioneer with Ohio Real Estate Auctions, LLC. Mr. Cox is familiar with said properties and has obtained a valuable working knowledge of properties which will facilitate maximizing value for the estate.

6. Applicant, Trustee, Michael E. Wheatley, has received from Chris Cox, an offer to liquidate said real property via a public online bankruptcy auction sale upon the terms and conditions set forth in the Auction Contracts, attached hereto as Exhibit "A" and "B".

7. Said real property is to be sold free and clear of all liens, mortgages, encumbrances and other interests, if any, and said valid liens, mortgages, encumbrances or other interests to attach to the proceeds in the same manner and with the same rank of seniority, priority and validity as they were attached to the real property.

8. Applicant, Trustee, Michael E. Wheatley, is informed and believes and therefore alleges, that the granting of this Application is in the best interest of this estate and accordingly that the Court should approve said employment as provided in 11 U.S.C. Section 327(a). From the Declaration made by Chris Cox, in connection with his employment as Auctioneer herein, the Trustee is informed and believes that said auctioneer and his firm are disinterested persons within the meaning of 11 U.S.C. Section 101(14), and accordingly, that it is appropriate to employ him and his firm under the provisions of 11 U.S.C. Section 327(a). The auctioneer had previous interactions with the DIP and had briefly listed said properties online but were withdrawn. The Trustee has spoken with Mr. Cox extensively and does not believe prior interactions with the DIP are adverse to this estate. In fact, Trustee believes it is a benefit to the estate in that Mr. Cox is extremely familiar with said properties and has contacts with interested parties.

WHEREFORE, your applicant prays that after due notice to all parties in interest, this Application be granted and that Trustee be authorized to employ Chris Cox, Auctioneer with Ohio Real Estate Auctions, LLC, as auctioneer to conduct a public online bankruptcy auction sale on the terms and conditions contained in this application.

A proposed Order is tendered herewith.

Respectfully Submitted:

___/s/_____
Michael E. Wheatley
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

<u>CERTIFICATE OF SERVICE</u>

In accordance with Local Rule 9036-1, I certify that on August 15, 2025 I sent a copy of the foregoing Application to Employ Auctioneer and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

*/s/ Michael E. Wheatley*
Michael E. Wheatley