IN RE: Hull Organization, LLC           )
                                        )
                                        )
                                        )   CASE:23-32983-acs
DEBTOR(S)                               )
                                        )

### VERIFIED STATEMENT OF CHRIS COX ON BEHALF OF
### OHIO REAL ESTATE AUCTIONS, LLC AS PROPOSED AUCTIONEER

1. I am over the age of 18 and an auctioneer with Ohio Real Estate Auctions, LLC.

2. Ohio Real Estate Auctions, LLC maintains an office located at 5030 Calum Way, Grove City, Ohio.

3. Neither I nor Ohio Real Estate Auctions, LLC holds any interest adverse to the above-entitled estate and said auctioneer firm is a disinterested party as defined in 11 U.S.C. Section 101(14).

4. I have no connection with the creditors, or any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the Office of the United States Trustee. The only connection to the Debtor was a prior auction listing with Robert Hull that was suspended.

5. Ohio Real Estate Auctions, LLC is not a creditor, equity security holder, or insider of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Chris Cox_

SUBSCRIBED and SWORN to before me by Chris Cox, on this 14th day of August 14, 2025.

My commission expires: August 13 2030

SONYA K BAKER
Notary Public
State of Ohio
My Comm. Expires
August 13, 2030

*Sonya K. Baker*
NOTARY PUBLIC
STATE AT LARGE, OHIO