**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE: Hull Organization, LLC    )
             )
             )  CASE:23-32983
   DEBTOR(S)     )
_____ )

**ORDER SHORTENING OBJECTION PERIOD ON**
**MOTION AUTHORIZING TRUSTEE TO MARKET FOR SALE REAL ESTATE**
**LOCATED AT 3918 S. BROOK STREET, LOUISVILLE, KENTUCKY**

This matter comes before the Court on the Motion to Shorten Time for Objections to the Motion Authorizing Trustee to Market for sale the real estate located at 3918 S. Brook Street, Jefferson County, Louisville, Kentucky, the matter having come before the Court, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that any Objections to the Motion Authorizing Trustee to Market for Sale real estate located at 3918 S. Brook Street, Jefferson County, Louisville, Kentucky must be filed ten within ten (10) days from the entry of this Order.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: August 15, 2025

Prepared by,

/s/ Michael E. Wheatley, Trustee
Michael E. Wheatley
P.O. Box 1072
Prospect, Kentucky  40059
(502) 744-6484