UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:

**HULL ORGANIZATION, LLC**  CASE NO. **23-32983 (3)**

CHAPTER 7

Debtor(s)

## ORDER SCHEDULING MEDIATION DATE

IT IS HEREBY ORDERED that mediation regarding the Motion For Relief from the Order Authorizing the Private Sale of Collateral Free and Clear of Liens, Claims, and Encumbrences and Memorandum in Support (Doc. No. 554) and the Motion for Protective Order Pending Motion Granting Relief (Doc. No. 555) filed in the the above styled case be held on **August 20, 2025 at 9:15 a.m. (Eastern Time) in Courtroom #3, Fifth Floor, Gene Snyder Courthouse, 601 W. Broadway, Louisville, Kentucky** before the Honorable Charles R. Merrill. Persons with full settlement authority are directed to appear at this mediation.

IT IS FURTHER ORDERED that the parties shall deliver to the Court a "Mediation Statement" no later than 5:00 PM Eastern Time Monday August 18, 2025. This document should <u>not</u> simply repeat the allegations contained in the pleadings of record. Nor should the document be in the nature of a trial brief. This document will be used by the Court to help the parties reach an agreed settlement and thus should only state information relative to <u>settlement</u>; *i.e.,* what each party would be willing to accept as settlement. This document is not to be filed electronically and/or made part of the record herein. <u>Should the parties fail to timely comply with this Order, the Court, in its</u> <u>discretion, may cancel the mediation.</u>

alo

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: August 15, 2025