# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:  
Hull Organization, LLC

Case No.:23−32983−acs

Debtor(s)

Chapter: 7

# NOTICE OF CONVERSION AND RELATED ORDERS

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Notice of Conversion to Chapter 7. The debtor is granted an Order of Relief under Chapter 7. Deadlines set in this Notice and its related orders supersede any deadlines set previously. If a deadline is set for incomplete filings, please be advised that a new petition and all schedules for the new chapter must be filed in their entirety. Trustee Michael E. Wheatley removed from the case and relieved of his duties as trustee. Incomplete Filing. Remaining Documents, including the Statement of Current Monthly Income if not filed previously and if applicable due by 8/27/2025. This case may be dismissed without further notice if the schedules are not filed timely. (CB)

Dated: 8/13/25

By: CB  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Western District of Kentucky

In re:     Case No. 23-32983-acs

Hull Organization, LLC     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0644-3     User: KYWBECFAd     Page 1 of 4

Date Rcvd: Aug 13, 2025     Form ID: 241     Total Noticed: 60

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Hull Organization, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| aty | + | Kaplan Johnson Abate & Bird LLP, 710 W. Main St., 4th Floor, Louisville, KY 40202-2698 |
| cr | + | Louisville Gas & Electric Company, Care of: Sara Abner, Frost Brown Todd LL, 400 West Market Street, Suite 3200, Louisville, KY 40202-3359 |
| cr | + | Martin Goldsmith, c/o Michael R. Gosnell, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202, UNITED STATES 40202-3466 |
| cr | + | PMGT, LLC d/b/a PMGTKY LLC, c/o Michael R. Gosnell, Attorney at Law, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202 UNITED STATES 40202-3466 |
| intp | + | US Martial Arts Academy, Inc., US Martial Arts Academy, Inc., 834 Ohio Pike, Suite 240, Cincinnati, OH 45245-2200 |
| 7153832 | + | All Pro Dumpsters, LLC, 4775 State Route 122, Eaton, OH 45320-9429 |
| 7153833 | + | Applegate Manor LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7153834 | + | Bilyeu Enterprises, LLC, Attn: Cullen Bilyeu, 5057 Shelbyville Road, Louisville, KY 40207-3309 |
| 7154789 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, Revenue Recovery, P.O. Box 117, Columbus, OH 43216 |
| 7153857 | + | Chris Walters, PO Box 264, Lynchburg, OH 45142-0264 |
| 7153841 | | Christine Hoogenboom, 2307 Watterson Trail, Suite 200, Louisville, KY 40299-2533 |
| 7154776 | + | City of Jeffersontown, Kentucky, 10416 Watterson Trail, Louisville, KY 40299-3790 |
| 7153835 | + | Clark County Treasurer, 3130 East Main Street, Springfield, OH 45503-6533 |
| 7154788 | + | Clark County,Ohio Treasurer, 31 N Limestone St, PO Box 1305, Springfield, OH 45501-1305 |
| 7154770 | + | First Financial Bank Inc., 255 East 5th Street, Suite 700, Cincinnati, OH 45202-4138 |
| 7154755 | + | Floyd County Treasurer, 311 Hauss Square, Room 113, New Albany, IN 47150-3591 |
| 7154771 | + | Gus Goldsmith, 143 W. Market Street, Louisville, KY 40202-1967 |
| 7153839 | + | Helvey & Associates, P.O. Box 1280, Oaks, PA 19456-1280 |
| 7153840 | | Home Depot Pro, PO BOX 669824, Dallas, TX 75266-0781 |
| 7154775 | + | Jefferson County Sheriff's Office, 531 Court Place, 6th Floor, Louisville, KY 40202-3394 |
| 7154785 | | Joyce Versino, 2307 Watterson Trail, Suite 100, Louisville, KY 40299-2533 |
| 7153848 | + | Justin M. Montgomery, 1019 Mary Street, Louisville, KY 40204-1921 |
| 7154777 | + | L&W Supply, PO Box 6237, Department 174, Chicago, IL 60680-6208 |
| 7153845 | + | Louisville-Jefferson County Metro Gov't, Dept. of Codes & Regulations, 444 S. 5th Street, Louisville, KY 40202-2343 |
| 7153846 | | Lowe's Pro, PO BOX 669824, Dallas, TX 75266-0781 |
| 7154778 | + | Mac Ten LLC, PO Box 13, Glenview, KY 40025-0013 |
| 7153836 | + | Mark W. Dobbins, Tilford Dobbins & Schmidt, PLLC, 401 W. Main St. #1400, Louisville, KY 40202-4232 |
| 7225113 | + | Martin Goldsmith, c/o Michael R. Gosnell, Attorney at Law, 462 South Fourth Street, 22nd Floor, Louisville, Kentucky 40202-3466 |
| 7153838 | + | Martin Goldsmith, 821 West Broadway, Louisville, KY 40202-2217 |
| 7253408 | + | Nancy Hull, c/o Tilford Dobbins & Schmidt, PLLC, 401 West Main Street, Ste 1400, Louisville, Kentucky 40202-2926 |
| 7154794 | + | Otis Elevator Company, 1 Carrier Place, Farmington, CT 06032-2562 |
| 7153849 | + | PMGT, LLC, 821 West Broadway, Louisville, KY 40202-2217 |
| 7153851 | + | RiverLink, 204 S Floyd St., Louisville, KY 40202-1208 |
| 7153842 | + | Robert E. Hull, 524 N Capitol Ave, Corydon, IN 47112-1502 |
| 7153852 | + | Stock Yards Bank & Trust Company, P.O. Box 39511, Louisville, KY 40233-9511 |
| 7154759 | + | Supreme Cuts Lawn and Landscaping, 300 Powder House Ln., New Albany, IN 47150-6065 |
| 7153853 | | TPG, LLC, 5413 Creekview Dr., Middletown, OH 45044 |
| 7154781 | + | Truist Bank, Inc., 214 North Tryon, Charlotte, NC 28202-1078 |

| District/off: 0644-3 | User: KYWBECFAd | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: 241 | Total Noticed: 60 |

| | | |
|---|---|---|
| 7154760 | + | Truist Bank, Inc., 214 North Tryon Street, Charlotte, NC 28202-1078 |
| 7153855 | + | US Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy.notices@syb.com | Aug 13 2025 18:48:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Aug 13 2025 18:47:00 | United States of America, U.S. Attorney's Office, 717 W. Broadway, Louisville, KY 40202-2215 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Aug 13 2025 18:47:00 | United States of America for Internal Revenue Serv, c/o U.S. Attorney's Office, 717 West Broadway, Louisville, KY 40202-2215 |
| intp | + | Email/Text: dsbankruptcy@dinsmore.com | Aug 13 2025 18:48:00 | Windsor Companies, Ltd., c/o Ellen Arvin Kennedy, Esq., Dinsmore & Shohl LLP, 100 West Main Street, Suite 900, Lexington, KY 40507-1839 |
| 7203025 | | Email/Text: BankruptcyNotices@usassets.net | Aug 13 2025 18:48:00 | Adair Asset Management, LLC, 405 N. 115th Street, Ste 100, Omaha, NE 68154 |
| 7153831 | + | Email/Text: aesohiobankruptcyprocessing@aes.com | Aug 13 2025 18:48:00 | AES, P.O. Box 740598, Cincinnati, OH 45274-0598 |
| 7154768 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 13 2025 18:57:11 | Capital One Spark, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 7153837 | + | Email/Text: lynn.colombo@duke-energy.com | Aug 13 2025 18:48:00 | Duke Energy, P.O. Box 1094, Charlotte, NC 28201-1094 |
| 7153843 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2025 18:48:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7153844 | + | Email/Text: dcgregor@pplweb.com | Aug 13 2025 18:48:00 | LG&E, 820 West Broadway, Louisville, KY 40202-2218 |
| 7174535 | | Email/Text: dcgregor@pplweb.com | Aug 13 2025 18:48:00 | Louisville Gas and Electric Company, 820 W. Broadway, Louisville, KY 40202 |
| 7161471 | + | Email/Text: ryan.kendall@louisvilleky.gov | Aug 13 2025 18:48:00 | Louisville/Jefferson County Metro Government, c/o Daniel T. Albers, Jr., Jefferson County Attorney's Office, 200 S. 5th St., Suite 200N, Louisville, KY 40202-3279 |
| 7153847 | + | Email/Text: bankruptcy@mcohio.org | Aug 13 2025 18:48:00 | Montgomery County Treasurer, 451 West Third St., Dayton, OH 45422-1000 |
| 7172380 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 13 2025 18:48:00 | Ohio Edison, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 7154793 | | Email/Text: bankruptcy@firstenergycorp.com | Aug 13 2025 18:48:00 | Ohio Edison/First Energy, P.O. Box 3687, Akron, OH 44309-3687 |
| 7154758 | + | Email/Text: bankruptcy.notices@syb.com | Aug 13 2025 18:48:00 | Stock Yards Bank & Trust Company, 1040 E. Main St., PO Box 32890, Louisville, KY 40232-2890 |
| 7167409 | + | Email/Text: david.higgs@sba.gov | Aug 13 2025 18:48:00 | U.S. Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |
| 7153854 | + | Email/Text: bankruptcynotices@sba.gov | Aug 13 2025 18:47:00 | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 |
| 7153856 | + | Email/Text: BhamBankruptcy@sba.gov | Aug 13 2025 18:47:00 | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |

TOTAL: 19

| District/off: 0644-3 | User: KYWBECFAd | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: 241 | Total Noticed: 60 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7154752 | *+ | Applegate Manor LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7154766 | *+ | Applegate Manor LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7154786 | *+ | Applegate Manor LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7154753 | *+ | Bilyeu Enterprises, LLC, Attn: Cullen Bilyeu, 5057 Shelbyville Road, Louisville, KY 40207-3309 |
| 7154767 | *+ | Bilyeu Enterprises, LLC, Attn: Cullen Bilyeu, 5057 Shelbyville Road, Louisville, KY 40207-3309 |
| 7154787 | *+ | Bilyeu Enterprises, LLC, Attn: Cullen Bilyeu, 5057 Shelbyville Road, Louisville, KY 40207-3309 |
| 7154773 | *+ | Hull Organization, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7154756 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7154774 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7154792 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7171961 | *+ | Mac Ten, LLC, PO Box 13, Glenview, KY 40025-0013 |
| 7154754 | *+ | Mark W. Dobbins, Tilford Dobbins & Schmidt, PLLC, 401 W. Main St. #1400, Louisville, KY 40202-4232 |
| 7154769 | *+ | Mark W. Dobbins, Tilford Dobbins & Schmidt, PLLC, 401 W. Main St. #1400, Louisville, KY 40202-4232 |
| 7154790 | *+ | Mark W. Dobbins, Tilford Dobbins & Schmidt, PLLC, 401 W. Main St. #1400, Louisville, KY 40202-4232 |
| 7154772 | *+ | Martin Goldsmith, 821 West Broadway, Louisville, KY 40202-2217 |
| 7154791 | *+ | Martin Goldsmith, 821 West Broadway, Louisville, KY 40202-2217 |
| 7154757 | *+ | Nancy Pruitt Hull, 1320 N Beckley Station Rd, Louisville, KY 40245-4556 |
| 7154780 | *+ | Nancy Pruitt Hull, 1320 N Beckley Station Rd, Louisville, KY 40245-4556 |
| 7154795 | *+ | Nancy Pruitt Hull, 1320 N Beckley Station Rd, Louisville, KY 40245-4556 |
| 7154779 | *+ | PMGT, LLC, 821 West Broadway, Louisville, KY 40202-2217 |
| 7154762 | *+ | US Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |
| 7154783 | *+ | US Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |
| 7154797 | *+ | US Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |
| 7154761 | *+ | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 |
| 7154782 | *+ | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 |
| 7154796 | *+ | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 |
| 7154763 | *+ | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 7154784 | *+ | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 7154798 | *+ | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 7153850 | ##+ | Nancy Pruitt Hull, 1320 N Beckley Station Rd, Louisville, KY 40245-4556 |

TOTAL: 0 Undeliverable, 29 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Albers, Jr. | |
| | on behalf of Creditor Louisville/Jefferson County Metro Government Dan.AlbersJr@louisvilleky.gov |
| Ellen Arvin Kennedy | |

| | |
|---|---|
| District/off: 0644-3 | User: KYWBECFAd                     Page 4 of 4 |
| Date Rcvd: Aug 13, 2025 | Form ID: 241                              Total Noticed: 60 |

        on behalf of Defendant Windsor Companies Ltd dsbankruptcy@dinsmore.com

John R. Stonitsch
        on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  john.r.stonitsch@usdoj.gov

K. Gail Russell
        on behalf of Interested Party Nancy Hull grussell@tilfordlaw.com  cgregory@tilfordlaw.com

Katherine A. Bell
        on behalf of Creditor United States of America Katherine.bell@usdoj.gov  caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov

Keith J. Larson
        on behalf of Creditor First Financial Bank  successor by merger to MainSource Bank kjl@mpmfirm.com, louretailbankruptcy@morganandpottinger.com

Kemal Catalan
        on behalf of Interested Party US Martial Arts Academy  Inc. kemalvcatalan@kvclawfirm.com

Matthew Golden
        trustee@mattgoldenlaw.com  mjg@trustesolutions.net;jessica.dunigan@thatlawlady.com

Matthew R. Lindblom
        on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com emily.keith@skofirm.com;kent.durning@skofirm.com

Michael E. Wheatley
        mwheatleytr@gmail.com  ky36@ecfcbis.com

Michael R. Gosnell
        on behalf of Creditor PMGT  LLC d/b/a PMGTKY LLC mgosnell@derbycitylaw.com

Michael W. McClain
        on behalf of Creditor Bilyeu Enterprises  LLC mmcclain@mcclainlawgroup.com, McClain.MichaelB136855@notify.bestcase.com

Paul Saba
        on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Sara L. Abner
        on behalf of Creditor Louisville Gas & Electric Company sabner@fbtlaw.com  osnider@fbtlaw.com

Tim Ruppel
        on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com

Tyler R. Yeager
        on behalf of Debtor Hull Organization  LLC hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com

U.S. Trustee
        ustpregion08.lo.ecf@usdoj.gov

William P. Harbison
        on behalf of Creditor Martin Goldsmith harbison@derbycitylaw.com  benich@derbycitylaw.com

TOTAL: 18