## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Hull Organization, LLC<br><br>Debtor(s) | Case No.:23−32983−acs<br><br>Chapter: 11<br>Judge: Alan C. Stout |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court to continue the hearings held 8/12/2025 on the Motion FOR RELIEF FROM THE ORDER AUTHORIZING THE PRIVATE SALE OF COLLATERAL FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES AND MEMORANDUM IN SUPPORT. Filed by Interested Party US Martial Arts Academy, Inc 554, AND Motion for Protective Order Pending Motion Granting Relief. Filed by Interested Party US Martial Arts Academy, Inc 555 , so ORDERED by /s/ Judge Stout. Pre−Trial Conference scheduled on 10/7/2025 at 09:00 AM Eastern Time by Telephonic Hearing. Parties to call in at 1−855−244−8681 and use the Access Code 2312 237 3755#. Parties are to use the prompt to bypass the attendee code. Parties are directed to put their call on mute until their case is called. (AO)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 8/13/25

By: AO  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:                                                                                                  Case No. 23-32983-acs
Hull Organization, LLC                                                                                  Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0644-3                         User: KYWBECFAd                                Page 1 of 2
Date Rcvd: Aug 13, 2025                      Form ID: 266                                   Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db   | #+ | Hull Organization, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| aty  | +  | Kaplan Johnson Abate & Bird LLP, 710 W. Main St., 4th Floor, Louisville, KY 40202-2698 |
| cr   | +  | Louisville Gas & Electric Company, Care of: Sara Abner, Frost Brown Todd LL, 400 West Market Street, Suite 3200, Louisville, KY 40202-3359 |
| cr   | +  | Martin Goldsmith, c/o Michael R. Gosnell, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202, UNITED STATES 40202-3466 |
| cr   | +  | PMGT, LLC d/b/a PMGTKY LLC, c/o Michael R. Gosnell, Attorney at Law, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202 UNITED STATES 40202-3466 |
| intp | +  | US Martial Arts Academy, Inc., US Martial Arts Academy, Inc., 834 Ohio Pike, Suite 240, Cincinnati, OH 45245-2200 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr   | + | Email/Text: bankruptcy.notices@syb.com       | Aug 13 2025 18:48:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| cr   | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov   | Aug 13 2025 18:47:00 | United States of America, U.S. Attorney's Office, 717 W. Broadway, Louisville, KY 40202-2215 |
| cr   | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov   | Aug 13 2025 18:47:00 | United States of America for Internal Revenue Serv, c/o U.S. Attorney's Office, 717 West Broadway, Louisville, KY 40202-2215 |
| intp | + | Email/Text: dsbankruptcy@dinsmore.com        | Aug 13 2025 18:48:00 | Windsor Companies, Ltd., c/o Ellen Arvin Kennedy, Esq., Dinsmore & Shohl LLP, 100 West Main Street, Suite 900, Lexington, KY 40507-1839 |

TOTAL: 4

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0644-3 | User: KYWBECFAd | Page 2 of 2
Date Rcvd: Aug 13, 2025 | Form ID: 266 | Total Noticed: 10
Date: Aug 15, 2025 | Signature: /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

**Name**     **Email Address**

Daniel Albers, Jr.
on behalf of Creditor Louisville/Jefferson County Metro Government Dan.AlbersJr@louisvilleky.gov

Ellen Arvin Kennedy
on behalf of Defendant Windsor Companies Ltd dsbankruptcy@dinsmore.com

John R. Stonitsch
on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov john.r.stonitsch@usdoj.gov

K. Gail Russell
on behalf of Interested Party Nancy Hull grussell@tilfordlaw.com cgregory@tilfordlaw.com

Katherine A. Bell
on behalf of Creditor United States of America Katherine.bell@usdoj.gov caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov

Keith J. Larson
on behalf of Creditor First Financial Bank successor by merger to MainSource Bank kjl@mpmfirm.com, louretailbankruptcy@morganandpottinger.com

Kemal Catalan
on behalf of Interested Party US Martial Arts Academy Inc. kemalvcatalan@kvclawfirm.com

Matthew Golden
trustee@mattgoldenlaw.com mjg@trustesolutions.net;jessica.dunigan@thatlawlady.com

Matthew R. Lindblom
on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com emily.keith@skofirm.com;kent.durning@skofirm.com

Michael E. Wheatley
mwheatleytr@gmail.com ky36@ecfcbis.com

Michael R. Gosnell
on behalf of Creditor PMGT LLC d/b/a PMGTKY LLC mgosnell@derbycitylaw.com

Michael W. McClain
on behalf of Creditor Bilyeu Enterprises LLC mmcclain@mcclainlawgroup.com, McClain.MichaelB136855@notify.bestcase.com

Paul Saba
on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Sara L. Abner
on behalf of Creditor Louisville Gas & Electric Company sabner@fbtlaw.com osnider@fbtlaw.com

Tim Ruppel
on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com

Tyler R. Yeager
on behalf of Debtor Hull Organization LLC
hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com

U.S. Trustee
ustpregion08.lo.ecf@usdoj.gov

William P. Harbison
on behalf of Creditor Martin Goldsmith harbison@derbycitylaw.com benich@derbycitylaw.com

TOTAL: 18