# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Hull Organization, LLC | Case No.:23−32983−acs |
| Debtor(s) | Trustee: Michael E. Wheatley<br>PO Box 1072<br>Prospect, KY 40059<br>(502) 744−6484 |
| Chapter:7 | Meeting Date: 9/18/25<br>Meeting Time: 10:30 AM |

## Order For Debtor to Submit Documents

The above−named debtor shall at least **14 days** prior to the initial date set for the 11 U.S.C. §341 meeting of creditors submit to the trustee, whose name and address appear above, along with a copy of this Order, **only photocopies** of the following documents:

1. All personal and business books, records of account, bank books, bank statements and cancelled checks for the 6 months preceding bankruptcy (the last bank statement must show the amount on deposit on the date of bankruptcy);

2. All contracts or title papers pertaining to any property in which the debtor has an interest, including any deed or contract under which the debtor holds title to or any interest in real estate, all recorded mortgages, tax assessments, liens, or encumbrances upon said property, including the amount owed on date of filing. These documents may be obtained from the Office of the Clerk for the county in which the real estate is located;

3. Title papers to any motor vehicles, mobile homes, trailers or boats (if original papers have been lost, duplicates must be obtained from the Office of the Clerk for the county in which the vehicles are registered);

4. Certificates of stock, bonds and a disclosure of any safe deposit boxes and list of contents;

5. Contracts of life or burial insurance;

6. The debtor's most recent state and federal income tax returns, including copies of all 1099 and W−2 forms;

7. Payment advices (wage statements) received within 60 days before filing from any employer;

8. All notes, security agreements, loan disclosure statements and other documents relating to loan transactions to which the debtor is a party.

9. Copy of the most recent federal income tax return, balance sheet and income statement for any business in which the debtor and/or spouse holds (or has held) a 50% or greater ownership interest within two years of the filing date;

Copies of all complaints (or counter and/or cross claims) for all pending lawsuits in which the debtor is the plaintiff (or counter and/or cross claimant); and copies of all wills, trusts, and probate petitions related to any suits and/or administrative proceedings to which the debtor is or was a benficiary within one year of the filing date.

**Failure to timely comply with this order will result in the dismissal of this case without further notice.**

**Transmittal of the documents to the above−named Trustee shall comply with that Trustee's preferred transmittal method listed on the table attached hereto.**

Dated: 8/14/25

ENTERED BY ORDER OF THE COURT
United States Bankruptcy Court
Elizabeth H. Parks

United States Bankruptcy Court
Western District of Kentucky

In re:  Case No. 23-32983-acs
Hull Organization, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0644-3 | User: KYWBECFAd | Page 1 of 2
Date Rcvd: Aug 14, 2025 | Form ID: 228 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Hull Organization, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Albers, Jr. | on behalf of Creditor Louisville/Jefferson County Metro Government Dan.AlbersJr@louisvilleky.gov |
| Ellen Arvin Kennedy | on behalf of Defendant Windsor Companies Ltd dsbankruptcy@dinsmore.com |
| John R. Stonitsch | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  john.r.stonitsch@usdoj.gov |
| K. Gail Russell | on behalf of Interested Party Nancy Hull grussell@tilfordlaw.com  cgregory@tilfordlaw.com |
| Katherine A. Bell | on behalf of Creditor United States of America Katherine.bell@usdoj.gov  caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov |

District/off: 0644-3                       User: KYWBECFAd                              Page 2 of 2
Date Rcvd: Aug 14, 2025                    Form ID: 228                                  Total Noticed: 1

Keith J. Larson
    on behalf of Creditor First Financial Bank  successor by merger to MainSource Bank kjl@mpmfirm.com, louretailbankruptcy@morganandpottinger.com

Kemal Catalan
    on behalf of Interested Party US Martial Arts Academy  Inc. kemalvcatalan@kvclawfirm.com

Matthew Golden
    trustee@mattgoldenlaw.com  mjg@trustesolutions.net;jessica.dunigan@thatlawlady.com

Matthew R. Lindblom
    on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com emily.keith@skofirm.com;kent.durning@skofirm.com

Michael E. Wheatley
    mwheatleytr@gmail.com  ky36@ecfcbis.com

Michael R. Gosnell
    on behalf of Creditor PMGT  LLC d/b/a PMGTKY LLC mgosnell@derbycitylaw.com

Michael W. McClain
    on behalf of Creditor Bilyeu Enterprises  LLC mmcclain@mcclainlawgroup.com, McClain.MichaelB136855@notify.bestcase.com

Paul Saba
    on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Sara L. Abner
    on behalf of Creditor Louisville Gas & Electric Company sabner@fbtlaw.com  osnider@fbtlaw.com

Stephen Barnes
    sbarnes@kentuckytrustee.com  SBarnes@ecf.axosfs.com

Tim Ruppel
    on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com

Tyler R. Yeager
    on behalf of Debtor Hull Organization  LLC hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com

U.S. Trustee
    ustpregion08.lo.ecf@usdoj.gov

William P. Harbison
    on behalf of Creditor Martin Goldsmith harbison@derbycitylaw.com  benich@derbycitylaw.com

TOTAL: 19