# Trustee's Preferred Methodology For Document Turnover

| Trustee | Preferred Method for Turnover | Trustee's Contact Information |
|---|---|---|
| **Bowling Green** | | |
| Mark H. Flener | Via DocLink | www.doclink.bms7.com |
| **Louisville** | | |
| Stephen Barnes | Via AxosDDP | sbarnes@kentuckytrustee.com |
| William Stephen Reisz | Via Stretto | TrusteeReisz@gmail.com |
| Michael E. Wheatley | Via Stretto | mwheatleytr@gmail.com |
| **Owensboro** | | |
| Mark H. Flener | Via DocLink | www.doclink.bms7.com |
| Matthew Golden | Via BlueStylus | trustee@mattgoldenlaw.com |
| Mark Little | Via BlueStylus | trustee@littlelawky.com |
| **Paducah** | | |
| Mark Little | Via BlueStylus | trustee@littlelawky.com |

United States Bankruptcy Court
Western District of Kentucky

In re:                                                          Case No. 23-32983-acs
Hull Organization, LLC                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0644-3                    User: KYWBECFAd                    Page 1 of 2
Date Rcvd: Aug 14, 2025                 Form ID: 254                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Hull Organization, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Albers, Jr. | on behalf of Creditor Louisville/Jefferson County Metro Government Dan.AlbersJr@louisvilleky.gov |
| Ellen Arvin Kennedy | on behalf of Defendant Windsor Companies Ltd dsbankruptcy@dinsmore.com |
| John R. Stonitsch | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  john.r.stonitsch@usdoj.gov |
| K. Gail Russell | on behalf of Interested Party Nancy Hull grussell@tilfordlaw.com  cgregory@tilfordlaw.com |
| Katherine A. Bell | on behalf of Creditor United States of America Katherine.bell@usdoj.gov  caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov |

District/off: 0644-3

User: KYWBECFAd

Page 2 of 2

Date Rcvd: Aug 14, 2025

Form ID: 254

Total Noticed: 1

Keith J. Larson
on behalf of Creditor First Financial Bank  successor by merger to MainSource Bank kjl@mpmfirm.com,
louretailbankruptcy@morganandpottinger.com

Kemal Catalan
on behalf of Interested Party US Martial Arts Academy  Inc. kemalvcatalan@kvclawfirm.com

Matthew Golden
trustee@mattgoldenlaw.com  mjg@trustesolutions.net;jessica.dunigan@thatlawlady.com

Matthew R. Lindblom
on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com
emily.keith@skofirm.com;kent.durning@skofirm.com

Michael E. Wheatley
mwheatleytr@gmail.com  ky36@ecfcbis.com

Michael R. Gosnell
on behalf of Creditor PMGT  LLC d/b/a PMGTKY LLC mgosnell@derbycitylaw.com

Michael W. McClain
on behalf of Creditor Bilyeu Enterprises  LLC mmcclain@mcclainlawgroup.com,
McClain.MichaelB136855@notify.bestcase.com

Paul Saba
on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Sara L. Abner
on behalf of Creditor Louisville Gas & Electric Company sabner@fbtlaw.com  osnider@fbtlaw.com

Stephen Barnes
sbarnes@kentuckytrustee.com  SBarnes@ecf.axosfs.com

Tim Ruppel
on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com

Tyler R. Yeager
on behalf of Debtor Hull Organization  LLC
hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com

U.S. Trustee
ustpregion08.lo.ecf@usdoj.gov

William P. Harbison
on behalf of Creditor Martin Goldsmith harbison@derbycitylaw.com  benich@derbycitylaw.com

TOTAL: 19