| Information to identify the case: | | |
|---|---|---|
| Debtor | Hull Organization, LLC <br> Name | EIN: 27–1580099 |
| United States Bankruptcy Court  Western District of Kentucky | | Date case filed in chapter: 11  12/13/23 |
| Case number: 23–32983–acs | | Date case converted to chapter: 7  8/13/25 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | Hull Organization, LLC | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1902 Campus Place <br> Suite 9 <br> Louisville, KY 40299 | |
| 4. | **Debtor's attorney** <br> Name and address | Tyler R. Yeager <br> Kaplan Johnson Abate & Bird, LLP <br> 710 W. Main St., 4th Floor <br> Louisville, KY 40202 | Contact phone 502.416.1630 <br><br> Email: tyeager@kaplanjohnsonlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Michael E. Wheatley <br> PO Box 1072 <br> Prospect, KY 40059 | Contact phone (502) 744–6484 <br><br> Email: mwheatleytr@gmail.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 450 U.S. Courthouse <br> 601 W. Broadway <br> Louisville, KY 40202 | Hours open: <br> 8:30 a.m. to 4:00 p.m. Eastern Time Zone <br><br> Contact phone 502–627–5700 <br><br> Date: 8/14/25 |
| 7. | **Meeting of creditors** <br><br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. <br><br> The case may be dismissed without further notice if the debtor fails to attend the meeting. | **September 18, 2025 at 10:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> Louisville division meetings are held in the Eastern Time Zone; Bowling Green, Owensboro, and Paducah division meetings are held in the Central Time Zone. | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 362 954 9665, and Passcode 0508437988, OR call 502–557–4503** <br><br> For additional information go to https://www.justice.gov/ust/moc. |
| 8. | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

United States Bankruptcy Court
Western District of Kentucky

In re: Case No. 23-32983-acs
Hull Organization, LLC Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0644-3 User: KYWBECFAd Page 1 of 5
Date Rcvd: Aug 14, 2025 Form ID: 309C Total Noticed: 80

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Hull Organization, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| aty | + | Daniel Albers, Jr., Jefferson County Attorney's Office, First Trust Centre, 200 S. Fifth St., Suite 200N, Louisville, KY 40202-3279 |
| aty | + | K. Gail Russell, Tilford Dobbins & Schmidt, PLLC, 401 West Main Street, Ste 1400, Louisville, KY 40202-4232 |
| aty | + | Kaplan Johnson Abate & Bird LLP, 710 W. Main St., 4th Floor, Louisville, KY 40202-2698 |
| aty | + | Keith J. Larson, Morgan Pottinger McGarvey, 401 South Fourth Street, Suite 1200, Louisville, KY 40202-2976 |
| aty | + | Kemal Catalan, 539 Liberty Hill, Cincinnati, OH 45202-6867 |
| aty | + | Matthew R. Lindblom, Stoll Keenon Ogden PLLC, 400 West Market Street, Suite 2700, Louisville, KY 40202-2874 |
| aty | + | Michael R. Gosnell, Seiller Waterman LLC, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202-3459 |
| aty | + | Michael W. McClain, McClain Law Group, PLLC, 6500 Glenridge Park Place, Unit 10, 40222 Louisville, KY 40222-3450 |
| aty | + | Paul Saba, Ssp Law, 2623 Erie Ave, Ste 2623 Erie Ave, Cincinnati Cincinnati, OH 45208-2001 |
| aty | + | Sara L. Abner, Frost Brown Todd LLC, 401 West Market Street, 32nd Floor, Louisville, ky 40202, U.S.A. 40202-3301 |
| aty | + | William P. Harbison, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202-3466 |
| cr | + | Louisville Gas & Electric Company, Care of: Sara Abner, Frost Brown Todd LL, 400 West Market Street, Suite 3200, Louisville, KY 40202-3359 |
| cr | + | Martin Goldsmith, c/o Michael R. Gosnell, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202, UNITED STATES 40202-3466 |
| cr | + | PMGT, LLC d/b/a PMGTKY LLC, c/o Michael R. Gosnell, Attorney at Law, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202 UNITED STATES 40202-3466 |
| intp | + | US Martial Arts Academy, Inc., US Martial Arts Academy, Inc., 834 Ohio Pike, Suite 240, Cincinnati, OH 45245-2200 |
| 7153832 | + | All Pro Dumpsters, LLC, 4775 State Route 122, Eaton, OH 45320-9429 |
| 7153833 | + | Applegate Manor LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7153834 | + | Bilyeu Enterprises, LLC, Attn: Cullen Bilyeu, 5057 Shelbyville Road, Louisville, KY 40207-3309 |
| 7154789 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas, Revenue Recovery, P.O. Box 117, Columbus, OH 43216 |
| 7153857 | + | Chris Walters, PO Box 264, Lynchburg, OH 45142-0264 |
| 7153841 | | Christine Hoogenboom, 2307 Watterson Trail, Suite 200, Louisville, KY 40299-2533 |
| 7154776 | + | City of Jeffersontown, Kentucky, 10416 Watterson Trail, Louisville, KY 40299-3790 |
| 7153835 | + | Clark County Treasurer, 3130 East Main Street, Springfield, OH 45503-6533 |
| 7154788 | + | Clark County,Ohio Treasurer, 31 N Limestone St, PO Box 1305, Springfield, OH 45501-1305 |
| 7154770 | + | First Financial Bank Inc., 255 East 5th Street, Suite 700, Cincinnati, OH 45202-4138 |
| 7154755 | + | Floyd County Treasurer, 311 Hauss Square, Room 113, New Albany, IN 47150-3591 |
| 7154771 | + | Gus Goldsmith, 143 W. Market Street, Louisville, KY 40202-1967 |
| 7153839 | + | Helvey & Associates, P.O. Box 1280, Oaks, PA 19456-1280 |
| 7153840 | | Home Depot Pro, PO BOX 669824, Dallas, TX 75266-0781 |
| 7154775 | + | Jefferson County Sheriff's Office, 531 Court Place, 6th Floor, Louisville, KY 40202-3394 |
| 7154785 | | Joyce Versino, 2307 Watterson Trail, Suite 100, Louisville, KY 40299-2533 |
| 7153848 | + | Justin M. Montgomery, 1019 Mary Street, Louisville, KY 40204-1921 |
| 7154777 | + | L&W Supply, PO Box 6237, Department 174, Chicago, IL 60680-6208 |
| 7153845 | + | Louisville-Jefferson County Metro Gov't, Dept. of Codes & Regulations, 444 S. 5th Street, Louisville, KY 40202-2343 |
| 7153846 | | Lowe's Pro, PO BOX 669824, Dallas, TX 75266-0781 |
| 7154778 | + | Mac Ten LLC, PO Box 13, Glenview, KY 40025-0013 |

Case 23-32983-acs    Doc 636    Filed 08/16/25    Entered 08/17/25 00:36:58    Page 3 of 6

| District/off: 0644-3 | User: KYWBECFAd | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 309C | Total Noticed: 80 |

| | | |
|---|---|---|
| 7153836 | + | Mark W. Dobbins, Tilford Dobbins & Schmidt, PLLC, 401 W. Main St. #1400, Louisville, KY 40202-4232 |
| 7225113 | + | Martin Goldsmith, c/o Michael R. Gosnell, Attorney at Law, 462 South Fourth Street, 22nd Floor, Louisville, Kentucky 40202-3466 |
| 7153838 | + | Martin Goldsmith, 821 West Broadway, Louisville, KY 40202-2217 |
| 7253408 | + | Nancy Hull, c/o Tilford Dobbins & Schmidt, PLLC, 401 West Main Street, Ste 1400, Louisville, Kentucky 40202-2926 |
| 7154794 | + | Otis Elevator Company, 1 Carrier Place, Farmington, CT 06032-2562 |
| 7153849 | + | PMGT, LLC, 821 West Broadway, Louisville, KY 40202-2217 |
| 7153851 | + | RiverLink, 204 S Floyd St., Louisville, KY 40202-1208 |
| 7153842 | + | Robert E. Hull, 524 N Capitol Ave, Corydon, IN 47112-1502 |
| 7153852 | + | Stock Yards Bank & Trust Company, P.O. Box 39511, Louisville, KY 40233-9511 |
| 7154759 | + | Supreme Cuts Lawn and Landscaping, 300 Powder House Ln., New Albany, IN 47150-6065 |
| 7153853 | | TPG, LLC, 5413 Creekview Dr., Middletown, OH 45044 |
| 7154781 | + | Truist Bank, Inc., 214 North Tryon, Charlotte, NC 28202-1078 |
| 7154760 | + | Truist Bank, Inc., 214 North Tryon Street, Charlotte, NC 28202-1078 |
| 7153855 | + | US Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: dsbankruptcy@dinsmore.com | Aug 14 2025 18:54:00 | Ellen Arvin Kennedy, Dinsmore & Shohl LLP, 100 West Main Street, Suite 900, Lexington, KY 40507-1839 |
| aty | + | Email/Text: ustpregion08.lo.ecf@usdoj.gov | Aug 14 2025 18:54:00 | John R. Stonitsch, Office of the US Trustee, 601 West Broadway, Suite 512, Louisville, Ky 40202-2241 |
| aty | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Aug 14 2025 18:54:00 | Katherine A. Bell, U.S. Attorney's Office, 717 West Broadway, Louisville, Ky 40202-2215 |
| aty | + | Email/Text: ustpregion08.lo.ecf@usdoj.gov | Aug 14 2025 18:54:00 | Tim Ruppel, 601 W. Broadway, Room 512, Louisville, KY 40202-2229 |
| aty | | Email/Text: tyeager@kaplanjohnsonlaw.com | Aug 14 2025 18:53:00 | Tyler R. Yeager, Kaplan Johnson Abate & Bird, LLP, 710 W. Main St., 4th Floor, Louisville, KY 40202 |
| tr | ^ | MEBN | Aug 14 2025 18:51:37 | Michael E. Wheatley, PO Box 1072, Prospect, KY 40059-1072 |
| smg | + | Email/Text: ryan.kendall@louisvilleky.gov | Aug 14 2025 18:54:00 | Jefferson County Attorney Office, Fiscal Court Bldg., 531 Court Place, Ste. 900, Louisville, Ky 40202-3315 |
| ust | + | Email/Text: ustpregion08.lo.ecf@usdoj.gov | Aug 14 2025 18:54:00 | U.S. Trustee, Asst. U.S.Trustee, 601 West Broadway #512, Louisville, KY 40202-2229 |
| intp | + | EDI: FMGOLDEN | Aug 14 2025 22:46:00 | Matthew Golden, Chapter 7 Trustee, 3809 Poplar Level Rd, Louisville, KY 40213-1429 |
| intp | + | EDI: QSBARNES | Aug 14 2025 22:46:00 | Stephen Barnes, 163 East Main Street, Ste 200, Lexington, KY 40507-1383 |
| cr | + | Email/Text: bankruptcy.notices@syb.com | Aug 14 2025 18:54:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Aug 14 2025 18:54:00 | United States of America, U.S. Attorney's Office, 717 W. Broadway, Louisville, KY 40202-2215 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Aug 14 2025 18:54:00 | United States of America for Internal Revenue Serv, c/o U.S. Attorney's Office, 717 West Broadway, Louisville, KY 40202-2215 |
| intp | + | Email/Text: dsbankruptcy@dinsmore.com | Aug 14 2025 18:54:00 | Windsor Companies, Ltd., c/o Ellen Arvin Kennedy, Esq., Dinsmore & Shohl LLP, 100 West Main Street, Suite 900, Lexington, KY 40507-1839 |
| 7203025 | | Email/Text: BankruptcyNotices@usassets.net | Aug 14 2025 18:54:00 | Adair Asset Management, LLC, 405 N. 115th Street, Ste 100, Omaha, NE 68154 |

| District/off: 0644-3 | User: KYWBECFAd | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 309C | Total Noticed: 80 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 7153831 | + | Email/Text: aesohiobankruptcyprocessing@aes.com | Aug 14 2025 18:54:00 | AES, P.O. Box 740598, Cincinnati, OH 45274-0598 |
| 7154768 | + | EDI: CAPITALONE.COM | Aug 14 2025 22:46:00 | Capital One Spark, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 7153837 | + | Email/Text: lynn.colombo@duke-energy.com | Aug 14 2025 18:55:00 | Duke Energy, P.O. Box 1094, Charlotte, NC 28201-1094 |
| 7153843 | | EDI: IRS.COM | Aug 14 2025 22:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7153844 | + | Email/Text: dcgregor@pplweb.com | Aug 14 2025 18:54:00 | LG&E, 820 West Broadway, Louisville, KY 40202-2218 |
| 7174535 | | Email/Text: dcgregor@pplweb.com | Aug 14 2025 18:54:00 | Louisville Gas and Electric Company, 820 W. Broadway, Louisville, KY 40202 |
| 7161471 | + | Email/Text: ryan.kendall@louisvilleky.gov | Aug 14 2025 18:54:00 | Louisville/Jefferson County Metro Government, c/o Daniel T. Albers, Jr., Jefferson County Attorney's Office, 200 S. 5th St., Suite 200N, Louisville, KY 40202-3279 |
| 7153847 | + | Email/Text: bankruptcy@mcohio.org | Aug 14 2025 18:54:00 | Montgomery County Treasurer, 451 West Third St., Dayton, OH 45422-1000 |
| 7172380 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 14 2025 18:54:00 | Ohio Edison, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 7154793 | | Email/Text: bankruptcy@firstenergycorp.com | Aug 14 2025 18:54:00 | Ohio Edison/First Energy, P.O. Box 3687, Akron, OH 44309-3687 |
| 7154758 | + | Email/Text: bankruptcy.notices@syb.com | Aug 14 2025 18:54:00 | Stock Yards Bank & Trust Company, 1040 E. Main St., PO Box 32890, Louisville, KY 40232-2890 |
| 7167409 | + | Email/Text: david.higgs@sba.gov | Aug 14 2025 18:54:00 | U.S. Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |
| 7153854 | + | Email/Text: bankruptcynotices@sba.gov | Aug 14 2025 18:53:00 | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 |
| 7153856 | + | Email/Text: BhamBankruptcy@sba.gov | Aug 14 2025 18:54:00 | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Matthew Golden, Chapter 7 Trustee, 3809 Poplar Level Rd, Louisville, KY 40213-1429 |
| aty | *+ | Stephen Barnes, 163 East Main Street, Ste 200, Lexington, KY 40507-1383 |
| 7154752 | *+ | Applegate Manor LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7154766 | *+ | Applegate Manor LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7154786 | *+ | Applegate Manor LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7154753 | *+ | Bilyeu Enterprises, LLC, Attn: Cullen Bilyeu, 5057 Shelbyville Road, Louisville, KY 40207-3309 |
| 7154767 | *+ | Bilyeu Enterprises, LLC, Attn: Cullen Bilyeu, 5057 Shelbyville Road, Louisville, KY 40207-3309 |
| 7154787 | *+ | Bilyeu Enterprises, LLC, Attn: Cullen Bilyeu, 5057 Shelbyville Road, Louisville, KY 40207-3309 |
| 7154773 | *+ | Hull Organization, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| 7154756 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7154774 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7154792 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7171961 | *+ | Mac Ten, LLC, PO Box 13, Glenview, KY 40025-0013 |
| 7154754 | *+ | Mark W. Dobbins, Tilford Dobbins & Schmidt, PLLC, 401 W. Main St. #1400, Louisville, KY 40202-4232 |
| 7154769 | *+ | Mark W. Dobbins, Tilford Dobbins & Schmidt, PLLC, 401 W. Main St. #1400, Louisville, KY 40202-4232 |
| 7154790 | *+ | Mark W. Dobbins, Tilford Dobbins & Schmidt, PLLC, 401 W. Main St. #1400, Louisville, KY 40202-4232 |
| 7154772 | *+ | Martin Goldsmith, 821 West Broadway, Louisville, KY 40202-2217 |

| District/off: 0644-3 | User: KYWBECFAd | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 309C | Total Noticed: 80 |

| | | |
|---|---|---|
| 7154791 | *+ | Martin Goldsmith, 821 West Broadway, Louisville, KY 40202-2217 |
| 7154757 | *+ | Nancy Pruitt Hull, 1320 N Beckley Station Rd, Louisville, KY 40245-4556 |
| 7154780 | *+ | Nancy Pruitt Hull, 1320 N Beckley Station Rd, Louisville, KY 40245-4556 |
| 7154795 | *+ | Nancy Pruitt Hull, 1320 N Beckley Station Rd, Louisville, KY 40245-4556 |
| 7154779 | *+ | PMGT, LLC, 821 West Broadway, Louisville, KY 40202-2217 |
| 7154762 | *+ | US Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |
| 7154783 | *+ | US Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |
| 7154797 | *+ | US Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |
| 7154761 | *+ | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 |
| 7154782 | *+ | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 |
| 7154796 | *+ | US Small Business Administration, 409 3rd St., SW, Washington, DC 20416-0005 |
| 7154763 | *+ | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 7154784 | *+ | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 7154798 | *+ | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 7153850 | ##+ | Nancy Pruitt Hull, 1320 N Beckley Station Rd, Louisville, KY 40245-4556 |

TOTAL: 0 Undeliverable, 31 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel Albers, Jr. | on behalf of Creditor Louisville/Jefferson County Metro Government Dan.AlbersJr@louisvilleky.gov |
| Ellen Arvin Kennedy | on behalf of Defendant Windsor Companies Ltd dsbankruptcy@dinsmore.com |
| John R. Stonitsch | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  john.r.stonitsch@usdoj.gov |
| K. Gail Russell | on behalf of Interested Party Nancy Hull grussell@tilfordlaw.com  cgregory@tilfordlaw.com |
| Katherine A. Bell | on behalf of Creditor United States of America Katherine.bell@usdoj.gov  caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov |
| Keith J. Larson | on behalf of Creditor First Financial Bank  successor by merger to MainSource Bank kjl@mpmfirm.com, louretailbankruptcy@morganandpottinger.com |
| Kemal Catalan | on behalf of Interested Party US Martial Arts Academy  Inc. kemalvcatalan@kvclawfirm.com |
| Matthew Golden | trustee@mattgoldenlaw.com  mjg@trustesolutions.net;jessica.dunigan@thatlawlady.com |
| Matthew R. Lindblom | on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com  emily.keith@skofirm.com;kent.durning@skofirm.com |
| Michael E. Wheatley | mwheatleytr@gmail.com  ky36@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0644-3 | User: KYWBECFAd | Page 5 of 5 |
| Date Rcvd: Aug 14, 2025 | Form ID: 309C | Total Noticed: 80 |

Michael R. Gosnell
    on behalf of Creditor PMGT  LLC d/b/a PMGTKY LLC mgosnell@derbycitylaw.com

Michael W. McClain
    on behalf of Creditor Bilyeu Enterprises  LLC mmcclain@mcclainlawgroup.com, McClain.MichaelB136855@notify.bestcase.com

Paul Saba
    on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Sara L. Abner
    on behalf of Creditor Louisville Gas & Electric Company sabner@fbtlaw.com  osnider@fbtlaw.com

Stephen Barnes
    sbarnes@kentuckytrustee.com  SBarnes@ecf.axosfs.com

Tim Ruppel
    on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com

Tyler R. Yeager
    on behalf of Debtor Hull Organization  LLC hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com

U.S. Trustee
    ustpregion08.lo.ecf@usdoj.gov

William P. Harbison
    on behalf of Creditor Martin Goldsmith harbison@derbycitylaw.com  benich@derbycitylaw.com

TOTAL: 19