# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

IN RE: Hull Organization, LLC            )
                                         )
                                         )        CASE: 23-32983
      DEBTOR(S)                         )
_____)

# CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on August 19, 2025 I sent a copy of the foregoing Order Shortening Objection Period on Motion to Employ Realtor to ten days to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

                        ___/s/_____
                        Michael E. Wheatley, Trustee