**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE: Hull Organization, LLC         )
                                      )
                                      )    CASE: 23-32983
         DEBTOR(S)                    )
_____)

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on August 19, 2025 I sent a copy of the foregoing Order Shortening Objection Period on Motion to Motion for Authority to Market Real Propert located at 3918 S. Brook Street, Jefferson County, Louisville, KY to ten days to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

                    ___/s/_____
                    Michael E. Wheatley, Trustee