UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: Hull Organization, LLC | ) | CASE NO. : 23-32983-acs |
| | ) | |
| | ) | Chapter 7 |
| DEBTOR | ) | |
| _____ | ) | |

### APPLICATION TO EMPLOY COMMERCIAL REAL ESTATE AGENT TO MARKET ELM STREET AND CENTRAL AVENUE PROPERTIES IN WEST CARROLLTON, OHIO

Comes now Michael E. Wheatley, duly appointed trustee, and hereby respectfully moves this honorable Court to enter an order permitting him to employ Nick Miller-Jacobson with Crest Commercial Property ("CCP") in Dayton, Ohio to market for sale real property and improvements commonly identified as 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio. As grounds, the Trustee states:

1. On December 13, 2023 (the "Petition Date") Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On August 13, 2025, the case was converted to a Chapter 7.

3. On August 13, 2025, Michael E. Wheatley was duly appointed as the Chapter 7

Trustee for the Debtor's bankruptcy estate.

4. Trustee has determined that it is in the best interest of the estate to professionally market the West Carrollton, Ohio properties for sale via a commercial real estate firm. The trustee met with the realtor at the premises. The properties are in poor condition, mostly vacant, boarded or locked up with many units having a "condemned" notice on door.

5. Applicant, Trustee, Michael E. Wheatley, proposes to employ Nick Miller-Jacobson with Crest Commercial Property . Mr. Miller-Jacobson is familiar with West Carrollton, Ohio where the properties are located and the area is within his area of expertise.

6. Applicant, Trustee, Michael E. Wheatley, has received from Nick Miller-Jacobson , a listing agreement for both properties which will be incorporated in a motion for authority to market said properties.

7. Said real property is to be sold free and clear of all liens, mortgages, encumbrances and other interests, if any, and said valid liens, mortgages, encumbrances or other interests to attach to the proceeds in the same manner and with the same rank of seniority, priority and validity as they were attached to the real property.

8. Applicant, Trustee, Michael E. Wheatley, is informed and believes and therefore alleges, that the granting of this Application is in the best interest of this estate and accordingly that the Court should approve said employment as provided in 11 U.S.C. Section 327(a). From the Declaration made by Nick Miller-Jacobson, in

connection with his employment as real estate agent herein, the Trustee is informed and believes that said real estate agent and his firm are disinterested persons within the meaning of 11 U.S.C. Section 101(14), and accordingly, that it is appropriate to employ him and his firm under the provisions of 11 U.S.C. Section 327(a).

WHEREFORE, your applicant prays that after due notice to all parties in interest, this Application be granted and that Trustee be authorized to employ Nick Miller-Jacobson with **Crest Commercial Property** in Dayton, Ohio, as real estate agent to market said properties on the terms and conditions contained in the motion for authority to market 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio.

A proposed Order is tendered herewith.

                                                        Respectfully Submitted:

\_\_\_/s/_____
Michael E. Wheatley
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

<u>CERTIFICATE OF SERVICE</u>

In accordance with Local Rule 9036-1, I certify that on August 19, 2025 I sent a copy of the foregoing Application to Employ Real Estate Agent and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

*/s/ Michael E. Wheatley*
Michael E. Wheatley