IN RE: Hull Organization, LLC            )
                                         )
                                         )    CASE:23-32983-acs
        DEBTOR(S)                        )
                                         )


Declaration of Nick Miller-Jacobson

I, Nick Miller-Jacobson:

1. I am a licensed Real Estate Agent in the State of Ohio.

2. I am a sales and leasing agent with Crest Commercial Realty in Dayton, Ohio. I specialize in industrial, office and retail properties.

3. Neither I nor Crest Commercial Realty hold any interest adverse to the above-entitled estate and said Real Estate firm is a disinterested party as defined in 11 U.S.C. Section 101 (14).

4. Neither I nor Crest Commercial Realty have any connection with the debtor, creditors, or any other party in interest, their respective attorneys, the United States Trustee, or any person employed in the Office of the United States Trustee.

5. For the services rendered to the Trustee the applicant intends to charge his regular commercial commission rate of 6%. If an offer is tendered and accepted by the Bankruptcy Court with 45 days of active listing the commission rate to be 8%.

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_

August 19, 2025

SUBSCRIBED and SWORN to before me by Nick Miller-Jacobson, on this 19th day of August, 2025.

My commission expires: _____

DIANE M. SENTNER
NOTARY PUBLIC • STATE OF OHIO
My commission expires Aug. 1, 2026

NOTARY PUBLIC
STATE AT LARGE, OHIO