## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

IN RE: Hull Organization, LLC        )
                                     )    CASE: 23-32983-acs
                                     )
       DEBTOR(S)            )
_____ )

### MOTION TO REDUCE TIME FOR OBJECTIONS

Comes the Trustee Michael E. Wheatley and hereby respectfully moves the Court to shorten the time to file objections to the Trustee's Application to Employ Nick Miller-Jacobson with Crest Commercial Property to ten (10) days pursuant to Rule 9006(c)(1).

As a basis for this Motion, the Trustee states that the trustee met with the realtor at the premises on August 18, 2025. The properties are in poor condition, mostly vacant, boarded or locked up with many units having a "condemned" notice on door. Fines, penalties, interest, maintenance concerns, carrying costs and property taxes continue to accrue.  Getting the property on the market as quick as possible is in the best interest of ALL parties.

WHEREFORE, the Trustee respectfully requests that the Court enter the Order tendered herewith reducing the required notice period to ten (10) days for objections hereto.

An Order is tendered herewith.

Respectfully Submitted:

_/s/ *Michael E. Wheatley*
Michael E. Wheatley
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on August 19, 2025 I sent a copy of the foregoing MOTION TO REDUCE TIME FOR OBJECTIONS and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

___/s/_____
Michael E. Wheatley