UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: HULL ORGANIZATION ) | |
| ) | |
| ) | |
| ) | CASE: 23-32983 |
| DEBTOR(S) ) | |
| _____ ) | CHAPTER 7 |

**TRUSTEE'S APPLICATION TO EMPLOY ATTORNEY; DECLARATION OF PROPOSED ATTORNEY; AND ORDER THEREON**

The Application of Michael E. Wheatley respectfully alleges:

1. Applicant is the duly qualified and acting trustee in the case.

2. To perform his duties as trustee, your applicant requires the services of an attorney for the following purposes:

a. To assist the Trustee in the recovery and liquidation of estate assets and to assist in any and all Chapter 5 actions.

b. To appear for, prosecute, defend and represent applicants' interest in any litigation arising in or related to the above referenced cause of action(s).

3. For the foregoing and all other necessary and proper purposes, applicant desires to retain Scott A. Bachert of Kerrick Bachert PSC as counsel for the trustee.

4. Based upon the Declaration attached hereto, applicant believes that Scott A. Bachert does not hold or represent any interest adverse to that of your applicant or the debtor estate and that Scott A. Bachert is a disinterested person within the meaning of 11 U.S.C. Section 101 (14). The hourly billing rate for Scott A. Bachert to be $400.00 per hour plus reimbursement of case expenses and it is contemplated that said attorney will seek compensation based upon the above stipulated rate.

    WHEREFORE, applicant prays that he be authorized to employ Scott A. Bachert as his attorney to render services in the areas described above, and other areas as may be needed, with compensation to be paid as administration expense in such amounts as this Court may hereinafter determine and allow.

    Respectfully Submitted:

_____/s/_____
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on August 20, 2025 I sent a copy of the foregoing Application to Employ, Declaration and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

\_\_/s/_____
Michael E. Wheatley