IN RE: HULL ORGANIZATION )
)
)
) CASE: 23-32983
DEBTOR(S) )
)

## AFFIDAVIT OF SCOTT A. BACHERT
## IN SUPPORT OF APPLICATION FOR AUTHORIZATION TO EMPLOY
## KERRICK BACHERT PSC AS COUNSEL
## FOR CHAPTER 7 TRUSTEE

The Affiant, Scott A. Bachert, after first being sworn, states as follows:

1. This Affidavit is offered in support of the Application for Authorization to Employ Kerrick Bachert PSC as Counsel for the Chapter 7 Trustee. The matters set forth herein are true and correct to the best of my knowledge, information, and belief.

2. I am duly admitted to practice law in the United Stated District Court for the Western District of Kentucky and thereby, the United States Bankruptcy Court for the Western District of Kentucky.

3. The law firm of Kerrick Bachert PSC (" KB"), its members and associates do not "hold or represent an interest adverse to the estate", as required by Section 327(a) of the Bankruptcy Code.

4. I have no connections with the Trustee, Debtor, Debtor's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employee in the Office of the United States Trustee, except as disclosed herein.

5. To the best belief and knowledge of counsel, there exists no debts or claims as between these entities and the Debtor, nor any real or potential conflicts of interest that would disqualify counsel from serving as counsel for the Trustee.

6. Scott A. Bachert and the other members of Kerrick Bachert PSC, are not related to any bankruptcy judge for the United States Bankruptcy Court for the Western District of Kentucky or the United States Trustee or the Assistant United States Trustee for the Western District of Kentucky.

7. The only compensation to be paid to me if I am retained as counsel for the estate and/or trustee for the purposes set forth in the foregoing application is the proposed compensation plus expenses set forth in the application to employ.

8. Scott A. Bachert and the law firm of Kerrick Bachert PSC, will submit periodic payments for compensation and reimbursement in accordance with the Bankruptcy Code, the Bankruptcy Rules, and/or any orders entered by this Court establishing procedures for payment of fees and expenses of professionals.

9. No third parties have guaranteed payment to Scott A. Bachert or the law firm of Kerrick Bachert PSC for compensation of legal fees or reimbursement of expenses in this matter.

10. Scott A. Bachert has not agreed to share any compensation or reimbursement awarded in this case with any other person.

Based upon the foregoing, the employment of Kerrick Bachert PSC, as counsel for the Chapter 7 Trustee would be in the best interest of the estate and is appropriate under the applicable provisions of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

Further Affiant sayeth not.

/s/ Scott A. Bachert
SCOTT A. BACHERT

COMMONWEALTH OF KENTUCKY    )
COUNTY OF WARREN    )

The foregoing Affidavit was subscribed, sworn to and acknowledged before me by Scott A. Bachert on this day, August 20, 2025.

My commission expires 12/07/25.

Michelle A Whott KYNP 40134
Notary Public, Kentucky State-at-Large