# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: HULL ORGANIZATION ) | |
| ) | |
| ) | |
| ) | CASE: 23-32983 |
| DEBTOR(S) ) | |
| _____ ) | CHAPTER 7 |

## ORDER

The Court having considered the foregoing Application of the Trustee to employ attorney and the Declaration of Scott A. Bachert of Kerrick Bachert PSC, in support thereof, and it appearing that Scott A. Bachert is a disinterested person and that the employment of Scott A. Bachert by the trustee is in the best interest of this estate;

**IT IS HEREBY ORDERED** that Michael E. Wheatley, Trustee herein, is authorized effective the date the Trustee's Application to Employ Attorney was filed to employ Scott A. Bachert as attorney for the trustee and the estate, with compensation to be paid in such amounts as may be allowed by the court upon proper application or applications therefor.

Tendered by:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484