UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: Hull Organization, LLC     )
                                  )     CASE: 23-32983-acs
                                  )
    DEBTOR(S)                     )
_____   )

## ORDER

THIS MATTER having come before the Court on the Trustee's Motion to Reduce Time for Objections, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the notice period for objections to the Trustee's Application to Employ Nick Miller-Jacobson with **Crest Commercial Property** be and hereby is, **REDUCED** to a period of ten (10) days pursuant to Rule 9006(c)(1) to and including August 29, 2025.

Tendered by:
Michael E. Wheatley
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: August 20, 2025