**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE: Hull Organization, LLC      )
                                   )
                                   )     CASE: 23-32983
         DEBTOR(S)                 )
_____)

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on August 20, 2025 I sent a copy of the foregoing Order Shortening Objection Period on Motion to Employ Nick Miller-Jacobson with Crest Commercial Property as Real Estate Agent to ten days to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

___/s/_____
Michael E. Wheatley, Trustee