UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: Hull Organization, LLC           )
                                        )
                                        )    CASE:23-32983-acs
            DEBTOR(S)                   )
_____ )

## MOTION NOT TO DISMISS CASE

Comes now Michael E. Wheatley having been appointed Interim Trustee of the Estate of the above-named Debtor(s) and makes this motion Not to Dismiss the Debtor's case, in part, based upon the following:

1 The Debtor initiated Case No. 23-32983 on December 13, 2023 by filing a voluntary petition for relief under Chapter 11.

2. On August 13, 2025, the case was converted to a Chapter 7.

3. On August 13, 2025, the movant was appointed interim trustee, duly qualified, and is presently serving as such trustee.

4. The filing of conversion schedules is due by August 27, 2025. If not filed, the case risks being dismissed without further notice.

5. To date, conversion schedules have not been filed.

6. Dismissal of case would be prejudicial to all creditors.

WHEREFORE, the Trustee respectfully moves the Court to not dismiss case for debtor's failure to file any and all conversion schedules.

Respectfully Submitted:

_____/s/_____
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 9036-1, I certify that on August 22, 2025 I sent a copy of the foregoing Motion to Not Dismiss Case and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

_____/s/_____
Michael E. Wheatley