# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

IN RE: Hull Organization, LLC           )
                                        )
                                        )   CASE:23-32983-acs
        DEBTOR(S)                       )
_____)

## ORDER NOT TO DISMISS CASE

THIS MATTER having come before the Court on the Trustee's Motion to Not Dismiss Case due to debtor's failure to file conversion schedules and the Court having considered the matter and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Debtor's case shall not be dismissed for debtor's failure to file any and all conversion schedules.


Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484