UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: Hull Organization, LLC            )
                                         )
                                         )    CASE:23-32983-acs
          DEBTOR(S)                      )
_____  )

## MOTION TO COMPEL TURNOVER
## OF DOCUMENTS AND KEYS

    Comes the Trustee Michael E. Wheatley and respectfully petitions this Court pursuant to Sec. 521(4) of the U.S. Bankruptcy Code to compel turnover of the following documents and keys and in support of motion states:

1. The Debtor initiated Case No. 23-32983 on December 13, 2023 by filing a voluntary petition for relief under Chapter 11.

2. On August 13, 2025, the case was converted to a Chapter 7.

3. On August 13, 2025, Michael E. Wheatley was duly appointed as the Chapter 7 Trustee for the Debtor's bankruptcy estate.

4. On August 14, 2025, an Order Granting Chapter 7 Trustee's Expedited Motion for Operating Order was entered [Dn 618]. The Order granted the trustee authority to collect rents, pay utilities, mortgages and any other normal business expense pending the liquidation of said commercial properties.

5. On August 15, 2025, the trustee requested the turnover of the keys to all properties, insurance information and preliminary title exams for the springfield properties.

6. On August 15, 2025, the trustee requested a schedule and/ or spreadsheet of tenants and the monthly rent.

7. To date, the requests for the above referenced documents have not been provided nor has the Trustee received a date from debtor as to when said documents and keys will be produced. These documents and keys are vital in the trustee's efforts to operate the Elm Street and Central Avenue properties and for the realtors to access properties.

8. The Trustee also requests all bank accounts check stock and online access codes, if any, all mail received since conversion, lease agreements and tenant contact information including email addresses where available.

     THEREFORE, Michael E. Wheatley, Trustee, respectfully requests an Order requiring debtor to turnover the above listed documents and keys immediately.

                          Respectfully Submitted:

                          __/s/_____
                          Michael E. Wheatley, Trustee
                          P. O. Box 1072
                          Prospect, Kentucky 40059
                          (502) 744-6484

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 9036-1, I certify that on August 22, 2025 I sent a copy of the foregoing Motion to Compel Turnover of Documents, keys and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

                                                __/s/_____
                                                Michael E. Wheatley