# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

IN RE: Hull Organization, LLC            )
                                         )
                                         )    CASE:23-32983-acs
      DEBTOR(S)                 )
_____)

## ORDER FOR TURNOVER OF DOCUMENTS AND KEYS

    THIS MATTER having come before the Court upon Trustee's Motion to Compel Turnover of Documents and keys and the Court being otherwise sufficiently advised;

    **IT IS HEREBY ORDERED** that the Debtor turnover to Trustee;

1. Keys for 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio, 3918 S. Brook Street, Louisville, Kentucky, 126 East High Street, Springfield, Clark County, Ohio; and 138 East High Street, Springfield, Clark County, Ohio.

2. Complete up to date list of tenants with contact information and monthly rent amounts.

3. Copies of leases for all tenants within last twelve months.

4. List of any and all security deposits held and the name of financial institution holding said funds.

5. All check stock for Hull Organization, LLC bank accounts and online access codes, if any, to said bank account(s).

6. All mail received since date of conversion.

Said documents and keys to be turned over to Trustee on or before _____ .

Tendered by:

Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com