UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: Hull Organization, LLC | ) | |
| | ) | |
| | ) | CASE:23-32983-acs |
| DEBTOR(S) | ) | |
| _____ | ) | |

**MOTION FOR AN ORDER  AUTHORIZING THE TRUSTEE TO MARKET FOR SALE  REAL PROPERTY LOCATED AT
1-3-17 CENTRAL AVENUE AND 5-23 ELM STREET, WEST CARROLLTON, OHIO**

   Comes  Now Michael E. Wheatley, as Chapter 7 Trustee for the estate of Hull Organization, LLC ("Debtor") and hereby respectfully moves the Court for entry of an Order  Authorizing the Trustee to Market for Sale Real Property Located at 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio. In support of the Motion, the Trustee respectfully states as follows:

**BACKGROUND**

1. The Debtor initiated Case No. 23-32983 on December 13, 2023 by filing a voluntary petition for relief under Chapter 11.

2. On August 13, 2025, the case was converted to a Chapter 7.

3. On August 13, 2025, Michael E. Wheatley  was duly appointed as the Chapter 7

Trustee for the Debtor's bankruptcy estate.

3. On August 19, 2025, an application to employ Nick Miller-Jacobson with Crest Commercial Property as Real Estate Agent was filed [dn 641]. Said application to employ is currently out on notice for objections.

4. On schedule A of petition, Debtor listed real property located at 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio at a value of $290,000.00. A comparable sale analysis completed by Coldwell Banker Heritage Realtors in February, 2025 estimated the value at $350,000.00. The debtor listed real property located at 5-23 Elm Street, West Carrollton, Montgomery County, Ohio at a value of $240,000.00. A comparable sale analysis completed by Coldwell Banker Heritage Realtors in February, 2025 estimated the value at $450,000.00. Both valuations were estimates and were not offers made at fair market value in an arms length transaction.  Martin Goldsmith has filed POC's #13 & #14 representing mortgages against the properties. The proof of claim filed against the Elm Street property is $170,008.29 excluding accruals. The proof of claim against the Central Avenue property has been satisfied in full by the sale of cross collateralized property in the 4 West case. After satisfaction of mortgages and all outstanding liens, payment of realtor fees and closing costs it is estimated that there would be meaningful influx of funds into the estate.

## **ARGUMENTS AND AUTHORITIES**

4. The Trustee proposes to sell the real property pursuant to Code § 363(c)(2)(B) and (f) which, among other things, authorizes a trustee to sell property outside of the ordinary course of business, free and clear of any interest, lien, claim, encumbrance or security interest of any other party, including, but not limited to, administrative expense or priority claims asserted in this Chapter 7 case (collectively, "Liens"). Specifically, Code Section 363(f) reads:

>(f) The Trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if-
>
>>(1) applicable nonbankruptcy law permits sale of such property free and clear of such interest;
>>
>>(2) such entity consents;
>>
>>(3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
>>
>>(4) such interest is in bona fide dispute;
>>
>>(5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

5. Trustee requests an Order granting him authority to sign listing agreements (exhibits attached) and to market for sale the real property located at 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio free and clear of all liens and interests.

      Wherefore, Trustee respectfully moves the Court for an Order granting the Motion to Market for Sale Real Property Located at at 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio and authority to enter into listing agreements attached as exhibits.

Respectfully Submitted:

_____/s/_____
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 9036-1, I certify that on August 25, 2025 I sent a copy of the foregoing Motion Authorizing the Trustee to Market for Sale Real Property Located at at 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

_____/s/_____
Michael E. Wheatley