# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: Hull Organization, LLC ) | |
| ) | CASE: 23-32983-acs |
| ) | |
| DEBTOR(S) ) | |
| _____ ) | |

## ORDER

THIS MATTER having come before the Court on the Trustee's Motion to Reduce Time for Objections, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the notice period for objections to the Trustee's Motion for an Order Authorizing the Trustee to Market for Sale Real Property Located at 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio be and hereby is, **REDUCED** to a period of ten (10) days pursuant to Rule 9006(c)(1) to and including September 4, 2025.

Tendered by:
Michael E. Wheatley
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com