


# OWNER/LANDLORD AGENCY AGREEMENT, EXCLUSIVE RIGHT TO REPRESENT
## Commercial/Industrial/Investment Real Estate

(Form approved by Dayton REALTORS®. This is a legally binding contract.
If the provisions are not understood, legal advice should be obtained.)

**Please be advised: Broker commissions are not set by law and are fully negotiable.
These commissions or fees may be paid by the seller, the buyer, the landlord, the tenant, or a third party, or by sharing or splitting the fees between brokers.**

1  This Owner/Landlord Agency Agreement, Exclusive Right to Represent ("Contract") is made this _____ day of
2  _September_____, 20_25_, between __Hull Organization LLC_____
3  _____("Owner/Landlord", whether one or
4  more), whose address is _1902 Campus Pl Ste 9 Louisville, KY 40299_____
5  _____ and _Crest Commercial Realty_
6  ("Broker"), whose address is _Suite 150, 6601 Centerville Business Pkwy Centerville OH
7  _45459_____. Owner/Landlord represents and warrants the following: (a) that Owner/Landlord is not bound by any other
8  exclusive representation agreement for the Real Estate described herein, (b) that the person(s) or entity(ies) named above
9  and executing this Contract represent all persons or entities who own any portion of the real estate described herein, and
10  (c) that the signatory(ies) below are all of the title Owner(s)/Landlord(s) and each has/have full authority to enter into this
11  Contract, and shall provide to Broker any and all documentation reasonably requested to verify the existence of any
12  Owner/Landlord that is an entity and/or to verify the authority of any and all signor(s) acting on behalf of such entity. If any
13  Owner/Landlord is a natural person (who is not acting on behalf of a trust, estate, or other entity) and who is married to
14  someone who is not a title Owner/Landlord, that Owner's/Landlord's spouse must also execute the deed of conveyance, if
15  applicable, to a buyer. Owner/Landlord represents and warrants that the following individual(s) is/are all of the non-owning
16  spouse(s) of a Owner/Landlord and that he/she/they have agreed to execute the deed of conveyance to a buyer:
17  
18  
19  (This shall be construed as "None" or "Not Applicable" if left blank.)

20  **1. Exclusive Right to Represent.** In consideration for Broker's efforts to procure a buyer and/or tenant, as applicable,
21  and for Broker's acceptance of the duties as Owner's/Landlord's exclusive agent, Owner/Landlord grants to Broker the
22  exclusive right to ☐ lease and/or ☒ sell the real property located at/commonly known as (use street address and/or lot/unit
23  number or acreage detail, and include <u>any and all</u> auditor's parcel numbers): _PID: K48 00104 0103, 0105, 0106_
24  _5-23 Elm St. West Carrollton, OH 45449_____.
25  This shall include the land, together with all buildings, improvements, fixtures, and all items affixed or wired thereto, and all
26  appurtenant rights and privileges therein, but shall exclude the following: _____
27  _____(This shall be construed as
28  "None" if left blank.) this shall also include the following items of personal property (trade fixtures, furnishings, equipment,
29  etc.):_____
30  _____ (collectively, the "Real Estate").
31  *Note: While Broker will communicate the exclusions in certain listing medium, any and all inclusions and/or exclusions are*
32  *subject to the final terms and conditions of the contract to purchase or lease the Real Estate as negotiated and agreed*
33  *between the buyer and Owner/Landlord. Owner/Landlord is advised to carefully review all provisions of any contract to*
34  *purchase or lease prior to agreeing to its terms and conditions.*
35  ☐ If checked, this Contract shall <u>only</u> apply to the following buyer(s) or tenant(s) (including their spouse(s), assignee(s),
36  and/or any other person or entity acting on their behalf or benefit, and/or in which they may have a beneficial and/or
37  ownership interest):_____. (This
38  shall be construed as "Not Applicable" if left blank.)
39      Owner/Landlord authorizes Broker to list and to market the Real Estate with any content, in any manner, location,
40  medium, and/or as otherwise determined by Broker in Broker's reasonable discretion. This shall include, but is not limited
41  to, placement in any and all listing service(s), cooperative exchange(s), publication(s), and/or media. Owner/Landlord
42  consents to other brokerages using publicly-available information related to the Real Estate for advertising or promotion in
43  accordance with the laws, rules and regulations applicable within the State of Ohio and/or the listing services(s) and/or
44  cooperative exchange(s). Notwithstanding the foregoing, Broker shall not engage in the following: _____
45  _____(This shall be construed as "Not Applicable" if left
46  blank). Owner/Landlord acknowledges that once released to any service, agency, exchange and/or medium, any and all

Owner/Landlord's Initials: _____

47  Real Estate and other information, pictures, video, documentation and/or content may become permanently available on
48  the publicly available record or within certain private and/or public domain(s). If Owner/Landlord shall at any time provide
49  any exclusionary or limiting marketing or content directive to Broker relative to the Real Estate, Broker shall use its
50  reasonable efforts to comply with such directive, but shall be held harmless and indemnified by Owner/Landlord from any
51  liability, loss or damages resulting from information already released (whether by Broker or otherwise) and/or existing on
52  the publicly available record and/or within such private and/or public domain(s). *in writing by Both Parties MEW*

53  2. **Listing Period.** This Contract shall begin on ~~September 22, 2025~~ *Feb. 28, 2026 may with 6 mo extension if Agreed to* and shall expire at 11:59 PM (Dayton,
54  Ohio time) on ~~July 31, 2026~~ *or as soon as order entered* (the "Listing Period"). If Owner/Landlord is under contract with a buyer to purchase
55  and/or in negotiation(s) with any tenant(s) to rent the Real Estate, the Listing Period herein shall be automatically extended to
56  the date of closing and conveyance to Buyer and until termination of the negotiation(s) or execution of final Lease(s) with a
57  tenant(s). Additionally, at least 60 calendar days, but no more than 90 calendar days prior to the Listing Period expiration
58  date, Owner/Landlord and Broker shall be required to deliver advance, written notice to the other confirming that this
59  Contract will terminate on the date of the expiration of the Listing Period. Unless such written notice is timely delivered by
60  either party to the other (during the original or any extended Listing Period) the Listing Period shall automatically continue
61  to extend, and all of the terms and conditions of this Contract shall remain binding, for a period of time equal to the same
62  number of days as agreed in the original Listing Period.

63  3. **Terms of Sale.** The Real Estate will be offered for sale at a price of $ _450,000_ . (Not applicable if
64  nothing inserted.) Owner/Landlord agrees to convey marketable title to the Real Estate by a ☒ general warranty deed, ☐
65  limited warranty deed, or ☐ fiduciary deed, (shall be general warranty deed if nothing selected), with release of dower from
66  Owner's/Landlord's spouse(s), if applicable. Owner/Landlord understands and acknowledges that if any Owner/Landlord
67  is a natural person (not acting on behalf of a trust, estate, or other entity) and who is married to an individual who is not a title-
68  Owner/Landlord named herein, that Owner/Landlord's spouse _must_ also execute the deed of conveyance to a buyer.
69  It is expressly understood and agreed that the herein-stated offer does not prohibit a buyer from making an offer to
70  purchase the Real Estate under different terms and conditions than offered by Owner/Landlord. Owner/Landlord is advised
71  to carefully review all provisions of any contract prior to agreeing to its terms and conditions.

72  4. **Terms of Lease.** The Real Estate will be offered for lease upon the following terms and conditions:
73  
74  _____. (Not applicable if nothing inserted.)
75  It is expressly understood and agreed that the herein-stated offer does not prohibit a lessee from making an offer
76  to lease the Real Estate under different terms and conditions than offered by Owner/Landlord. Owner/Landlord is advised
77  to carefully review all provisions of any contract or lease prior to agreeing to its terms and conditions.

78  5. **Brokerage Fee.** Broker shall be entitled to a Brokerage Fee for any sale or lease of the Real Estate under the
79  scope of this Contract. (Any blanks in this Section 5 shall be construed as "Zero".)
80  A. Owner/Landlord hereby agrees to pay the Broker a Brokerage Fee equal to _6%_ ✱ of the gross selling price
81  of the Property at Closing if the Real Estate is a) sold or exchanged through Broker, or by Owner's/Landlord's efforts,
82  or otherwise, regardless of the amount of the sale price accepted by Owner/Landlord, in a traditional real estate
83  purchase transaction, or LLC membership interest/entity purchase ("drop and swap") structure, or b) a written offer on
84  the terms provided herein is delivered to the Owner/Landlord signed by a ready, willing and able buyer during the term
85  of this listing agreement. The gross sale price shall include, but not be limited to all allocations of the purchase price
86  to land, improvements, personal and other property, and in the case of an LLC membership interest /entity purchase
87  ("drop and swap"), shall include all allocations of the purchase price to the membership interest, assignments of
88  interest(s) in the LLC, contracts, and real property, and goodwill, covenant non-compete(s), employment and
89  consulting contracts with the Seller, or other tangible and intangible assets; **and**

✱ *If a sale occurs within 45 days of listing the property the Brokerage Fee shall equal to 8%. Sale means offer Approved by Court. MEW*

90  B. Owner/Landlord hereby agrees to pay the Broker a Brokerage Fee equal to_____of the gross amount of rent
91  due during the initial lease term if the Real Estate is a) leased, or, b) a written offer to lease on the terms provided
92  herein is submitted to the Owner/Landlord signed by a ready, willing, and able tenant, in advance, upon delivery of a
93  fully executed lease, security deposit, and first-month rent, if any, as stipulated in the lease; **and**

94  In addition, the Owner/Landlord shall pay an Additional Brokerage Fee as follows:
95  • A Brokerage Fee equal to_____of the gross amount of rent due during an extension or renewal term(s) of
96  the lease, payable in advance, upon the tenant's notice to the Owner/Landlord or Broker electing to exercise the
97  extension or renewal term; **and**
98  • A Brokerage Fee equal to _____of the gross amount of rent due during the initial lease term for additional

Owner/Landlord's Initials: ____

space in the same or different real estate, payable in advance, upon delivery of a fully executed new lease, amendment or addendum to the original lease, or other document effectuating the lease of additional space between Owner/Landlord and tenant, or its affiliated person(s) or entity; **and**

- A Brokerage Fee equal to ___6%___ of the selling price of the Real Estate if the Real Estate is sold or exchanged in a traditional real estate purchase transaction, or LLC membership interest/entity purchase ("drop and swap") structure to the tenant during the initial, extension, or renewal term(s), or within 365 days thereafter, with credit given from the Broker to the Owner/Landlord for the unearned portion of any lease brokerage fee already paid, payable in advance, upon delivery of a fully executed purchase contract, amendment or addendum to the original lease, or other document effectuating the sale of the Property from the Owner/Landlord to the tenant, or its affiliated person(s) or entity.

If the Owner/Landlord and buyer and/or tenant sign a purchase agreement for the Real Estate, option to purchase Real Estate, or an agreement to lease the Real Estate during the term of this Contract, but the closing of the sale and/or execution and/or commencement of the lease of the Real Estate will not take place until after the end of the Listing Period, then Owner's/Landlord's obligation to pay a Brokerage Fee, as stated in this Contract, shall be extended to coincide with the closing date, in the event of a sale, or to coincide with the date of execution of a Lease, in the event of the lease. This commission shall be payable in cash at closing or upon full lease execution.

Above stated fees shall be paid if the Property is sold, exchanged, or leased or a contract is entered into for the sale, exchange, or lease, within 365 days (Protection Period) after the expiration of this Contract (or any extension thereof) to any person or entity with whom the Broker has had negotiations prior to expiration, provided the Broker notifies Owner/Landlord of the names of such person (s) or entities, in writing, prior to execution of this Contract (or any extension thereof) expiration.

Owner/Landlord authorizes the Broker to compensate other Brokers as a subagent, buyer-broker, or tenant-broker from the Brokerage Fee paid by Owner/Landlord to Broker. _For a sole agent transaction the fee shall be reduced by 1%._

6. **Consumer Guide to Agency Relationships.** Owner/Landlord (check one) ☐ has ☒ has not received the Consumer Guide to Agency Relationships provided by Broker. If the Consumer Guide to Agency Relationships provided by Broker so states, all licensees in the brokerage are hereby appointed to represent Owner/Landlord.

7. **Dual Agency.** If a prospective buyer or tenant of the Real Estate is represented by Broker, or any agent of Broker, or if the prospective buyer is an employee or agent of Broker, Broker will be considered a "dual agent" (that is, agent of both Owner/Landlord and the buyer and/or Owner/Landlord and the tenant) in the transaction. If this situation arises, Owner's/Landlord's consent shall be required, as outlined in the Agency Disclosure Statement.

8. **Owner's/Landlord's Representations.** Owner/Landlord further represents and warrants to Broker that (a) there are no other persons and/or entities with rights of possession to the Real Estate (including tenants) except as follows: _____ and/or ☐ under lease agreement(s) attached hereto and made a part hereof, (b) to the best of Owner's/Landlord's knowledge, no latent defects are present in the Real Estate, no toxic, explosive or otherwise hazardous substances have been stored, disposed of, concealed within or released on or from the Real Estate, and (c) no other adverse environmental conditions affect the Real Estate. Owner/Landlord expressly understands and acknowledges that Broker may be required to disclose certain information related to the Real Estate to prospective buyers, even if Owner/Landlord is not.

9. **Owner/Landlord Content License.** Owner/Landlord may provide content, such as photos and videos of the Real Estate ("Owner/Landlord Content") to the Broker. Owner/Landlord represents and warrants that Owner/Landlord has full and unlimited/unrestricted ownership and/or license to any such Owner/Landlord Content and grants to Broker a non-exclusive, perpetual, world-wide, transferable, royalty free license to sub-license (including through multiple tiers), reproduce, distribute, display, perform and create derivative works of the Owner/Landlord Content. Owner/Landlord represents and warrants Owner/Landlord has the authority to provide this license, and that Owner/Landlord Content does not violate any third-party intellectual property rights or laws and also agrees to indemnify, defend and hold Broker and its affiliated agents and licensees harmless from and against any and all claims, demands, actions, losses, damages or judgments arising out of its use of the same. If necessary or requested by Broker, Owner/Landlord agrees to execute any further documents that are necessary to create and/or evidence this license.

10. **Fair Housing Statement.** It is illegal, pursuant to the Ohio Fair Housing Law, Division (H) of Section 4112.02 of the Revised Code and the Federal Fair Housing law, 42 U.S.C.A. 3601, as amended, to refuse to sell, transfer, assign, rent, lease, sublease or finance housing accommodations, refuse to negotiate for the sale or rental of housing accommodations, or otherwise deny or make unavailable housing accommodations because of race, color, religion, sex, familial status as defined in Section 4112.01 of the Revised Code, ancestry, military status as defined in that section, disability as defined in that section, or national origin or to so discriminate in advertising the sale or rental of housing, in the financing of housing, or in the provision of real estate brokerage services.

"Blockbusting" is also illegal. Blockbusting is the practice of inducing or attempting to induce any person to sell or rent a dwelling by representations regarding the entry into the neighborhood of a person or persons belonging to one of the protected classes.

12. **Lead-Based Paint Disclosure.** Owner/Landlord has been advised that if the Real Estate contains housing constructed before 1978, Owner/Landlord is required (a) to provide to the buyer a federally approved lead hazard information pamphlet; (b) to disclose to Broker and the buyer the presence of any known lead-based paint and/or lead-based paint hazards on the Real Estate; and (c) to provide to Broker and the buyer any additional information, records or reports in Owner's/Landlord's possession or available to Owner/Landlord pertaining to lead-based paint and/or lead-based paint hazards in the Real Estate. In addition, Owner/Landlord must provide to the buyer a 10-day opportunity to conduct a risk assessment or inspection of the Real Estate for the presence of lead-based paint and/or lead-based paint hazards, unless waived by the buyer in writing. Finally, any contract for the sale of the Real Estate shall include an attachment containing a Lead Warning Statement as well as the information and disclosures described above. Owner/Landlord agrees to comply with these requirements and to indemnify, defend, and hold Broker harmless against any claims, damages, losses or expenses, including attorney's fees, arising from Owner's/Landlord's violation of these requirements.

13. **Electronic Surveillance Devices.** Illegal audio and/or surveillance is a felony offense in Ohio. Owner/Landlord is advised to consult with an attorney regarding the use of such surveillance devices under Ohio law and Owner/Landlord shall be responsible for use of such devices in conformance with the law. Owner/Landlord ☐ **does** ☒ **does not (check one)** have surveillance equipment located on the Real Estate. Owner/Landlord understands that under Ohio law Owner/Landlord cannot use electronic, mechanical or any other device to listen, record or otherwise acquire the content of the oral communications of other persons without the consent of at least one party to the communication. Owner/Landlord agrees that if such surveillance device is present on the Real Estate that Owner/Landlord will turn off any audio feature of the equipment when other persons are present on the Real Estate. This applies to all showings, open houses, and any other appointments at which prospective purchasers, real estate licensees, inspectors, appraisers, contractors or others are on the Real Estate. Owner/Landlord also agrees to indemnify, defend and hold Broker and its affiliated agents and licensees harmless from and against any and all claims, demands, actions, losses, damages or judgments arising out of the Owner's/Landlord's use of surveillance devices.

14. **Use of Personal Information.** In performing services under this Agreement, Broker may collect from Owner/Landlord non- public personal information which may include, but is not limited to, financial information, social security numbers and account numbers ("Personal Information"). Owner/Landlord authorizes Broker to disclose this Personal Information to third parties including (i) mortgage companies and banks, (ii) insurance companies (including title insurance companies), and (iii) real estate settlement service providers (including the escrow and/or settlement agent), to the extent necessary to facilitate and effect the transaction(s) contemplated by this Agreement. Broker will not otherwise disclose Personal Information to third parties except as authorized by Owner/Landlord or as required by law.

15. **Miscellaneous.** (a) If the Real Estate is located in a jurisdiction requiring a housing inspection before transfer, Owner/Landlord shall immediately make application for any required housing inspection and furnish Broker with a copy of the resulting certificate. (b) Owner/Landlord agrees to allow access and to make the Real Estate available for showing at all reasonable times by Broker, its associates, and/or other brokers or representatives representing a buyer and/or tenant. (c) During the Listing Period, Owner/Landlord ☒ **does** ☐ **does not (check one)** authorize Broker to place "For Sale" and/or "For Lease" sign(s), as applicable, on the Real Estate, and Owner/Landlord ☒ **does** ☐ **does not (check one)** authorize the use of a lock-box. If a lockbox is used, Owner/Landlord releases Broker and Broker's affiliated agents and licensees from any liability resulting from the use of the lockbox except any loss or damage resulting from the gross negligence or intentional acts of Broker or its affiliated agents and licensees. (d) Broker is authorized to disclose all information pertaining to the Real Estate to all parties involved with its marketing and/or sale, including all MLS or other listing service and/or exchange participants. (e) Broker is further authorized to place information about the Real Estate in any other informational service medium to advertise and promote the sale and/or lease of the Real Estate, as applicable. (f) This Contract is to be governed by and construed in accordance with the laws of the State of Ohio. (g) The parties hereby submit to the exercise of personal jurisdiction over them by the courts of Ohio and agree that the exclusive jurisdiction for

202  enforcement of this Contract shall be the court serving the location of the Real Estate. (h) This Contract may be signed in
203  counterparts, and which taken together, shall constitute a single, binding and enforceable agreement. (i) This Contract
204  shall be binding upon, inure to the benefit of, and be enforceable by the parties' respective administrators, representatives,
205  successors, heirs and assigns.

206  16. **Indemnification.** Owner/Landlord shall indemnify, defend and hold Broker and its affiliated agents and
207  licensees harmless from and against any and all claims, demands, actions, losses, damages or judgments, including
208  reasonable attorney's fees arising out of or resulting from Broker's reasonable reliance upon Owner's/Landlord's herein
209  agreements, representations and warranties.

**Agreed by all parties on the date and time last set forth below.**

BROKER: _Crest Commercial Realty_
(Name of Firm)

By: _____

Address: _Suite 150, 6601 Centerville Business Pkwy_

Phone: _(937) 222-1600_

Email: _Nick@crestrealtyohio.com_

Date/Time: _____

OWNER/LANDLORD NAME: _Hull Organization LLC_

Signature: _____

Title: _____

Address: _1902 Campus Pl Ste 9 Louisville, KY_

Phone: _(502) 744-6484_

Email: _mwheatleyfr@gmail.com_

Date/Time: _____

OWNER/LANDLORD NAME: _____

Signature: _____

Title: _____

Address: _____

Phone: _____

Email: _____

Date/Time: _____