# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

IN RE: Hull Organization, LLC            )
                                                   )    CASE: 23-32983-acs
                                                 )
        DEBTOR(S)            )
_____ )

## ORDER

THIS MATTER having come before the Court on the Trustee's Motion to Reduce Time for Objections, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the notice period for objections to the Trustee's Motion for an Order Authorizing the Trustee to Market for Sale Real Property Located at 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio be and hereby is, **REDUCED** to a period of ten (10) days pursuant to Rule 9006(c)(1) to and including September 4, 2025.

Tendered by:
Michael E. Wheatley
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: August 26, 2025

Case 23-32983-acs    Doc 657    Filed 08/26/25    Entered 08/26/25 13:44:00    Page 2 of 2