UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-32983 |
| | : | |
| HULL ORGANIZATION, LLC, *et al.* | : | Chapter 7 |
| | : | (Jointly Administered) |
| *Debtors* | : | |
| | : | ORDER GRANTING MOTION TO EXPEDITE EVIDENTIARY HEARING AND FOR RECONSIDERATION OF NEED FOR EVIDENTIARY HEARING ON MOTION FOR STAY (#555) |

*****************************************************************************

**ORDER GRANTING MOTION TO EXPEDITE EVIDENTIARY HEARING AND FOR RECONSIDERATION OF NEED FOR EVIDENTIARY HEARING ON MOTION FOR STAY (#555)**

This matter came before the Court on US Martial Arts Academy, Inc.'s ("USMAA") Motion to Expedite Evidentiary Hearing and for Reconsideration of Need for Evidentiary Hearing on Motion for Stay (the "Motion"). The Court having considered the Motion, the record in this case, and being otherwise sufficiently advised,

**IT IS HEREBY FOUND** that:

1. USMAA has demonstrated good cause for expedited consideration of its Motion for Stay Enforcement of Order based on the imminent threat of irreparable harm and the time-sensitive nature of the relief sought;

2. The issues presented in USMAA's Motion for Stay are primarily legal and procedural in nature, involving constitutional due process violations and statutory notice

requirements that can be adequately addressed through briefing without the need for additional evidentiary development;

3. Judicial efficiency and the interests of justice favor resolving the stay motion through an expedited briefing schedule rather than a protracted evidentiary hearing process;

4. The unsuccessful mediation efforts between the parties demonstrate that judicial intervention is necessary and appropriate; and

5. The October 17, 2025 pretrial setting requires prompt resolution of the stay motion to ensure proper case management and to prevent prejudice to USMAA's ongoing business operations.

**IT IS THEREFORE ORDERED** that:

1. **EXPEDITED BRIEFING SCHEDULE**: The Motion to Expedite Evidentiary Hearing is **GRANTED**. The following expedited briefing schedule shall govern USMAA's Motion for Stay Enforcement of Order:

    a. Any response brief in opposition to the Motion for Stay shall be filed within **seven (7) days** of the entry of this Order;

    b. Any reply brief by USMAA shall be filed within **three (3) days** after service of the response brief;

    c. The Motion for Stay shall be submitted for decision immediately upon the filing of the reply brief or expiration of the time to file same.

2. **EVIDENTIARY HEARING WAIVED**: The request for reconsideration of the need for an evidentiary hearing on the Motion for Stay is **GRANTED**. The Court finds that an evidentiary hearing is not necessary for resolution of the Motion for Stay, as the legal and procedural issues presented can be adequately addressed through the briefing process.

3. **ORAL ARGUMENT**: The Court reserves the right to schedule brief oral argument on the Motion for Stay if, after reviewing the briefs, the Court determines that oral argument would assist in the resolution of the motion.

4. **PRIORITY CONSIDERATION**: The Motion for Stay shall be given priority consideration to ensure resolution prior to the October 17, 2025 pretrial setting.

5. **STATUS PRESERVATION**: Pending resolution of the Motion for Stay, the parties shall maintain the status quo with respect to USMAA's occupancy of the premises at 834 Ohio Pike, Suite 240, Cincinnati, Ohio 45245, and Park Plaza Holdings, LLC is enjoined from taking any action to evict USMAA or otherwise interfere with USMAA's leasehold rights.

## _____    ALTERNATIVE: MOTION FOR STAY GRANTED

**Alternatively, if the Court determines that the existing record is sufficient and that further briefing is not necessary, IT IS ORDERED that:**

6. **MOTION FOR STAY GRANTED**: Based on the Court's review of USMAA's Motion for Relief from Judgment and Motion for Stay, and the constitutional due process

violations apparent from the record, USMAA's **Motion for Stay Enforcement of Order is hereby GRANTED**.

7. **STAY OF ENFORCEMENT**: Enforcement of the Order Authorizing the Private Sale of Collateral Free and Clear of Liens, Claims, and Encumbrances entered on January 23, 2024, is hereby **STAYED** as to USMAA's leasehold interest pending final resolution of USMAA's Motion for Relief from Judgment.

8. **INJUNCTIVE RELIEF**: Park Plaza Holdings, LLC is hereby enjoined from taking any action to evict USMAA or otherwise interfere with USMAA's rights under its lease agreement with Hull Organization, LLC dated March 1, 2020, until further order of this Court.

**IT IS FURTHER ORDERED** that this Order shall take effect immediately upon entry.

_____
ALAN C. STOUT
UNITED STATES BANKRUPTCY JUDGE

DATE: _____

Tendered by:
/s/ Kemal V. Catalan
Kemal V. Catalan (OH Bar# 0102993)
KVC Law Firm, LLC
539 Liberty Hill
Cincinnati, OH 45202
Phone: 513-549-6246
Email: kemalvcatalan@kvclawfirm.com
Attorney for US Martial Arts Academy, Inc.