# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

IN RE: Hull Organization, LLC    )
                                          )
                                          )    CASE: 23-32983
        DEBTOR(S)           )
_____)

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on August 28, 2025 I sent a copy of the foregoing Order Shortening Objection Period on Motion for Authority to Market Real Property located at 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio to ten days to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

                                                      ___/s/_____
                                                      Michael E. Wheatley, Trustee