UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

HULL ORGANIZATION, LLC.                                        Case No. 23-32983

### ORDER ESTABLISHING PROCEDURES FOR ALLOCATION OF DEBTOR"S ATTORNEY FEES

***** ***** ***** ***** ***** ***** ***** ***** ***** ***** ***** ***** ***** *****

Nancy Hull, an interested party herein, by counsel, having moved the Court to establish procedures for allocation of Debtor's Chapter 11 attorney fees previously awarded and potential fees which may be awarded to Debtor's counsel as Chapter 11 administrative expenses, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED:**

1) Within ten (10) days from the date of the entry of this Order, Debtor's counsel shall file any final fee application for Chapter 11 services.

2) Objection to the fee application shall be filed fourteen (14) days from the filing of the timely fee application of Debtor's counsel.

3) Within fourteen (14) days of the entry of this Order a proposal shall be filed regarding how all of Debtor's counsel's currently awarded fees should be allocated, while also reflecting the amounts previously paid in this case and the application thereof, thereby identifying to which case payments have been applied.

4) Debtor's counsel shall file within fourteen (14) days of the entry of this Order, a proposal as to how any fees anticipated to be awarded from any then pending Chapter 11 fee application should be allocated, if awarded.

5) A hearing on all the concerns set forth above will be scheduled by separate order, prior to the retirement of Judge Stout.

s/s K. GAIL RUSSELL
K. GAIL RUSSELL
MARK W. DOBBINS
Tilford Dobbins Schmidt PLLC
1400 One Riverfront Plaza
401 West Main Street
Louisville, Kentucky 40202
(502) 584-1000
mdobbins@tilfordlaw.com
grussell@tilfordlaw.com
Counsel for Nancy Hull