# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: Hull Organization, LLC ) | |
| ) | |
| ) | CASE:23-32983-acs |
| DEBTOR(S) ) | |
| _____) | |

## ORDER

The Court having considered the foregoing application of the Trustee to employ real estate agent and notarized declaration of Nick Miller-Jacobson , real estate agent with **Crest Commercial Property** in Dayton, Ohio, in support thereof, and it appearing that Nick Miller-Jacobson is a disinterested person and that the employment of said real estate broker by the trustee is in the best interest of this estate;

**IT IS HEREBY ORDERED**, that Michael E. Wheatley, Trustee herein, is authorized to employ Nick Miller-Jacobson as real estate agent for the trustee and the estate, to market and procure a buyer for real property and improvements commonly identified as 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio.

Tendered By:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

Alan C. Stout
United States Bankruptcy Judge
Dated: September 2, 2025