UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-32983 |
| | : | |
| HULL ORGANIZATION, LLC, *et al.* | : | Chapter 7 |
| | : | (Jointly Administered) |
| *Debtors* | : | |
| | : | ORDER GRANTING USMAA'S MOTION FOR EXPEDITED RECONSIDERATION OF NEED FOR EVIDENTIARY HEARING ON MOTION FOR STAY (#555) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING USMAA'S MOTION FOR EXPEDITED RECONSIDERATION OF NEED FOR EVIDENTIARY HEARING ON MOTION FOR STAY (#555)**

This matter having come before the Court on US Martial Arts Academy, Inc.'s ("USMAA") Motion for Expedited Reconsideration of Need for Evidentiary Hearing on Motion for Stay (#555) (the "Motion"); and the Court having reviewed the Motion, the underlying Motion for Stay Enforcement of Order (Doc. 555), and the record in this case; and the Court being otherwise fully advised in the premises;

**FINDINGS**

The Court finds as follows:

1. **Legal and Procedural Nature of Issues:** The issues presented in USMAA's Motion for Stay are primarily legal and procedural in nature, involving the application of well-established legal standards rather than disputed questions of fact.

2. **Four-Factor Stay Test:** The established four-factor test for granting a stay pending resolution of a motion—(1) likelihood of success on the merits; (2) irreparable harm; (3) substantial injury to other parties; and (4) public interest—can be adequately addressed through briefing and legal argument based on the existing record.

3. **Constitutional Due Process Issues:** USMAA's underlying motion for relief raises constitutional due process violations and notice deficiencies that are matters of law, not fact, and the question of whether USMAA received constitutionally adequate notice can be determined from the record without additional evidence.

4. **Established Legal Framework:** The legal standards governing both Rule 60(b) relief and stay motions are well-established, and USMAA's arguments are grounded in existing case law and constitutional principles that do not require factual development beyond the current record.

5. **Judicial Efficiency:** Resolving the stay motion through briefing would promote judicial efficiency and preserve judicial resources while allowing for expeditious resolution of USMAA's request for relief.

6. **Time-Sensitive Circumstances:** The ongoing irreparable harm to USMAA and the October 17, 2025 pretrial setting create urgency for prompt resolution of this threshold procedural question.

**ORDER**

Based upon the foregoing findings, and for good cause shown, IT IS HEREBY ORDERED that:

1. USMAA's Motion for Expedited Reconsideration of Need for Evidentiary Hearing on Motion for Stay (#555) is **GRANTED**.

2. The Court **DETERMINES** that an evidentiary hearing is not necessary for resolution of USMAA's Motion for Stay Enforcement of Order (Doc. 555).

3. The Court **FINDS** that the Motion for Stay can be resolved through briefing and legal argument based on the existing record without the need for witness testimony or evidentiary development.

4. Any previously scheduled evidentiary hearing on the Motion for Stay is hereby **VACATED**.

5. The Motion for Stay (Doc. 555) shall proceed for resolution through the briefing process and/or legal argument as determined by the Court.

6. This Order shall be effective immediately upon entry.

**IT IS SO ORDERED.**

_____
**ALAN C. STOUT**
UNITED STATES BANKRUPTCY JUDGE
**DATE:** _____

Tendered by:
/s/ Kemal V. Catalan
Kemal V. Catalan (OH Bar# 0102993)

KVC Law Firm, LLC
539 Liberty Hill
Cincinnati, OH 45202
Phone: 513-549-6246
Email: kemalvcatalan@kvclawfirm.com
Attorney for US Martial Arts Academy, Inc.