**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 23-32983 |
| | : | |
| HULL ORGANIZATION, LLC, *et al.* | : | Chapter 7 |
| | : | (Jointly Administered) |
| *Debtors* | : | |
| | : | USMAA'S MOTION FOR RULING ON MOTION FOR STAY ENFORCEMENT OF ORDER (#555) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**USMAA'S MOTION FOR RULING ON MOTION FOR STAY ENFORCEMENT OF ORDER (Doc #555)**

COMES NOW, US Martial Arts Academy, Inc. ("USMAA"), by and through the undersigned counsel, and hereby respectfully moves this Court for an order ruling on USMAA's Motion for Stay Enforcement of Order pending resolution of USMAA's Motion for Relief from Judgment (Doc. 555) based on the existing record and briefing.

**I. BACKGROUND**

1. On July 17, 2025, USMAA filed its Motion for Relief from the Order Authorizing the Private Sale of Collateral Free and Clear of Liens, Claims, and Encumbrances (Doc. 554) and its Motion to Stay Enforcement of Order (Doc. 555).

2. The Motion for Stay seeks to preserve the status quo and prevent irreparable harm to USMAA while the underlying Motion for Relief from Judgment is pending.

3. The Motion for Stay presents well-established legal issues that can be resolved based on the existing record without further procedural delays.

4. USMAA continues to suffer ongoing irreparable harm with each day that passes without a stay in place.

5. The Motion for Stay is currently scheduled for a Pretrial setting October 17, 2025.

## II. GROUNDS FOR RULING ON MOTION FOR STAY

### A. Sufficient Record for Determination

The existing record, including USMAA's Motion for Relief from Judgment and supporting memorandum, the Motion for Stay and supporting memorandum, and any responses filed by opposing parties, provides sufficient information for this Court to apply the established four-factor test for granting a stay.

### B. Well-Established Legal Standard

The legal standard for granting a stay pending resolution of a motion for relief is well-established: (1) likelihood of success on the merits; (2) irreparable harm; (3) substantial injury to other parties; and (4) public interest. These factors can be evaluated and balanced based on the current record.

### C. Continuing Irreparable Harm

Each day that passes without resolution of the stay motion causes USMAA ongoing irreparable harm. USMAA faces the threat of eviction and interference with its business operations, harm that cannot be adequately compensated by monetary damages. While it

has not yet filed a forcible detainer, Park Plaza has made its intent clear that it will pursue the matter aggressively.

### D. Constitutional Due Process Issues

USMAA's underlying Motion for Relief raises clear constitutional due process violations based on lack of notice, which support both the likelihood of success factor and the public interest factor in the stay analysis.

### E. Judicial Efficiency

Ruling on the stay motion based on the existing record would promote judicial efficiency and allow for prompt resolution of USMAA's request for relief, while preserving the Court's resources for other matters.

## III. REQUEST FOR RULING

USMAA respectfully requests that this Court review the Motion for Stay (Doc. 555) and the supporting record and enter a ruling granting the requested stay relief. The motion has been fully briefed and presents legal issues that do not require additional factual development or procedural steps.

**WHEREFORE**

USMAA respectfully requests that this Court:

1. **GRANT** this Motion and proceed to rule on USMAA's Motion for Stay Enforcement of Order (Doc. 555);

2. **REVIEW** the existing record and briefing on the Motion for Stay;

3.  **APPLY** the established four-factor test for granting a stay pending resolution of a motion for relief;

4.  **GRANT** USMAA's Motion for Stay based on the constitutional due process violations, irreparable harm, and other factors established in the record; and

5.  **GRANT** such other and further relief as this Court deems just and proper.

An Order is tendered herewith.

> Respectfully submitted.
> /s/ Kemal V. Catalan
> Kemal V. Catalan (OH Bar# 0102993)
> KVC Law Firm, LLC
> 539 Liberty Hill
> Cincinnati, OH 45202
> Phone: 513-549-6246
> Email: kemalvcatalan@kvclawfirm.com
> Attorney for US Martial Arts Academy, Inc.

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 9036-1, I certify that on August 28, 2025 I sent a copy of the foregoing Motion and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

/s/ Kemal V. Catalan
Kemal V. Catalan