**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 23-32983 |
| | : | |
| HULL ORGANIZATION, LLC, *et al.* | : | Chapter 7 |
| | : | (Jointly Administered) |
| *Debtors* | : | |
| | : | ORDER GRANTING USMAA'S MOTION FOR RULING ON MOTION FOR STAY ENFORCEMENT OF ORDER (#555) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING USMAA'S MOTION FOR RULING ON MOTION FOR STAY ENFORCEMENT OF ORDER (#555)**

This matter having come before the Court on US Martial Arts Academy, Inc.'s ("USMAA") Motion for Ruling on Motion for Stay Enforcement of Order (#555) (the "Motion"); and the Court having reviewed the Motion, the underlying Motion for Stay Enforcement of Order (Doc. 555), USMAA's Motion for Relief from the Order Authorizing the Private Sale of Collateral Free and Clear of Liens, Claims, and Encumbrances (Doc. 554), the supporting memoranda, and any responses filed by opposing parties; and the Court being otherwise fully advised in the premises;

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The Court finds and concludes as follows:

1. **Sufficient Record for Determination:** The existing record provides sufficient information for this Court to apply the established four-factor test for granting a stay pending resolution of a motion for relief.

2. **Well-Established Legal Standard:** The legal standard for granting a stay pending resolution of a motion for relief is well-established and can be evaluated based on the current record without additional factual development.

3. **Four-Factor Analysis:** (a) Likelihood of Success on the Merits: USMAA has demonstrated a likelihood of success on its underlying Motion for Relief from Judgment based on constitutional due process violations arising from lack of notice of the bankruptcy proceedings and the sale motion. (b) Irreparable Harm: USMAA faces ongoing irreparable harm, including the threat of eviction and interference with its established business operations, harm that cannot be adequately compensated by monetary damages. (c) Substantial Injury to Other Parties: The stay will not cause substantial injury to other parties, as it merely preserves the status quo pending resolution of the underlying motion for relief. (d) Public Interest: The public interest favors ensuring constitutional due process rights are protected and that interested parties receive adequate notice before their property interests are affected by bankruptcy proceedings.

4. **Constitutional Due Process:** USMAA's underlying motion raises clear constitutional due process violations based on lack of notice, supporting both the likelihood of success and public interest factors.

5. **Judicial Efficiency:** Granting the stay based on the existing record promotes judicial efficiency while preserving the Court's resources.

**ORDER**

Based upon the foregoing findings and conclusions, and for good cause shown, IT IS HEREBY ORDERED that:

1. USMAA's Motion for Ruling on Motion for Stay Enforcement of Order (#555) is GRANTED.

2. USMAA's Motion for Stay Enforcement of Order (Doc. 555) is GRANTED.

3. Enforcement of the Order Authorizing the Private Sale of Collateral Free and Clear of Liens, Claims, and Encumbrances entered on January 23, 2024, is STAYED as to USMAA's leasehold interest pending resolution of USMAA's Motion for Relief from Judgment (Doc. 554).

4. Park Plaza Holdings, LLC, and any other parties claiming through or under the sale order, are ENJOINED from taking any action to terminate USMAA's lease, evict USMAA from the premises, or otherwise interfere with USMAA's leasehold rights pending resolution of the underlying Motion for Relief from Judgment.

5. This stay shall remain in effect until further order of this Court or final resolution of USMAA's Motion for Relief from Judgment (Doc. 554).

6. This Order shall be effective immediately upon entry.

**IT IS SO ORDERED.**

_____

**ALAN C. STOUT**
UNITED STATES BANKRUPTCY JUDGE

**DATE:** _____

Tendered by:
/s/ Kemal V. Catalan
Kemal V. Catalan (OH Bar# 0102993)
KVC Law Firm, LLC
539 Liberty Hill
Cincinnati, OH 45202
Phone: 513-549-6246
Email: kemalvcatalan@kvclawfirm.com
Attorney for US Martial Arts Academy, Inc.