# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-32983 |
| | : | |
| HULL ORGANIZATION, LLC, *et al.* | : | Chapter 7 |
| | : | (Jointly Administered) |
| *Debtors* | : | |
| | : | ORDER GRANTING USMAA'S MOTION TO EXPEDITE EVIDENTIARY HEARING ON MOTION FOR STAY (#555) |

*******************************************************************************

**ORDER GRANTING USMAA'S MOTION TO EXPEDITE EVIDENTIARY HEARING ON MOTION FOR STAY (#555)**

This matter having come before the Court on US Martial Arts Academy, Inc.'s ("USMAA") Motion to Expedite Evidentiary Hearing on Motion for Stay (#555) (the "Motion"); and the Court having reviewed the Motion, the underlying Motion for Stay Enforcement of Order (Doc. 555), and the record in this case; and the Court being otherwise fully advised in the premises;

**FINDINGS**

The Court finds as follows:

1. **Imminent Irreparable Harm:** USMAA faces imminent irreparable harm absent expedited consideration of its stay motion, as each day of delay allows Park Plaza Holdings, LLC to initiate efforts to evict USMAA or interfere with its leasehold rights, causing harm that cannot be adequately compensated by monetary damages.

2. **Time-Sensitive Nature:** The October 17, 2025 pretrial setting creates urgency for resolution of the stay motion, and delaying the hearing could prejudice USMAA's ability to maintain its business operations and render the requested relief ineffective.

3. **Good Cause:** Good cause exists to expedite the evidentiary hearing on USMAA's Motion for Stay based on the urgent nature of the relief sought and the continuing harm to USMAA.

ORDER

Based upon the foregoing findings, and for good cause shown, IT IS HEREBY ORDERED that:

1. USMAA's Motion to Expedite Evidentiary Hearing on Motion for Stay (#555) is GRANTED.

2. An expedited briefing schedule is hereby established as follows:

   - Response Brief: Any response to USMAA's Motion for Stay shall be filed within ten (10) business days of entry of this Order

   - Reply Brief: USMAA's reply brief, if any, shall be filed within three (3) business days after service of any response brief

3. An evidentiary hearing on USMAA's Motion for Stay Enforcement of Order (Doc. 555) is hereby scheduled for _____, 2025, at : _.m., in Courtroom #__, 5th Floor, 601 West Broadway, Louisville, KY 40202.

4. The evidentiary hearing shall be completed and a determination on the stay motion shall be made within fourteen (14) days of completion of the briefing schedule set forth above.

1. This expedited schedule shall allow for complete resolution of the stay motion well in advance of the October 17, 2025 pretrial setting to allow proper case management.

2. All parties shall be prepared to proceed on the scheduled hearing date with witnesses and evidence ready for presentation.

3. This Order shall be effective immediately upon entry.

**IT IS SO ORDERED.**

_____
**ALAN C. STOUT**
UNITED STATES BANKRUPTCY JUDGE
**DATE:** _____

Tendered by:
/s/ Kemal V. Catalan
Kemal V. Catalan (OH Bar# 0102993)
KVC Law Firm, LLC
539 Liberty Hill
Cincinnati, OH 45202
Phone: 513-549-6246
Email: kemalvcatalan@kvclawfirm.com
Attorney for US Martial Arts Academy, Inc.