# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-32983 |
| | : | |
| HULL ORGANIZATION, LLC, *et al.* | : | Chapter 7 |
| | : | (Jointly Administered) |
| *Debtors* | : | |
| | : | |
| | : | USMAA'S MOTION FOR SHORTENED BRIEFING SCHEDULE ON MOTION FOR EXPEDITED RECONSIDERATION OF NEED FOR EVIDENTIARY HEARING (#555) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**USMAA'S MOTION FOR SHORTENED BRIEFING SCHEDULE ON MOTION FOR EXPEDITED RECONSIDERATION OF NEED FOR EVIDENTIARY HEARING (#555)**

COMES NOW, US Martial Arts Academy, Inc. ("USMAA"), by and through the undersigned counsel, and hereby respectfully moves this Court for an order establishing a shortened briefing schedule on USMAA's Motion for Expedited Reconsideration of Need for Evidentiary Hearing on Motion for Stay.

## I. BACKGROUND

1. On July 17, 2025, USMAA filed its Motion for Relief from the Order Authorizing the Private Sale of Collateral Free and Clear of Liens, Claims, and Encumbrances (Doc. 554) and its Motion to Stay Enforcement of Order (Doc. 555).

2. Both motions were continued by this Court for an evidentiary hearing on a date to be determined.

3.  USMAA has contemporaneously filed a Motion for Expedited Reconsideration of Need for Evidentiary Hearing, arguing that the threshold question of whether an evidentiary hearing is necessary can be resolved through briefing alone.

4.  The time-sensitive nature of the underlying issues requires prompt resolution of this threshold procedural question.

## II. GROUNDS FOR SHORTENED BRIEFING SCHEDULE

### A. Imminent Irreparable Harm

USMAA continues to face imminent irreparable harm with each day of delay. The threshold question of whether an evidentiary hearing is necessary should be resolved expeditiously so that the underlying stay motion can proceed without further delay, whether through hearing or briefing.

### B. Limited Scope of Issues

The reconsideration motion presents a narrow threshold question regarding the appropriate procedural mechanism for resolving the stay motion. This limited scope supports a shortened briefing schedule, as the legal arguments can be presented concisely without extensive factual development.

### C. Judicial Efficiency

Prompt resolution of whether an evidentiary hearing is necessary will allow the Court to efficiently manage its calendar and resources. If the Court determines that briefing alone is sufficient, this will expedite resolution of the underlying stay motion. If the Court

determines that a hearing is necessary, this will allow for prompt scheduling without further delay.

**D. Time Constraints**

The October 17, 2025 pretrial setting creates urgency for resolving all related motions. A shortened briefing schedule on the threshold procedural question will preserve maximum time for resolution of the underlying substantive issues.

**III. PROPOSED SHORTENED BRIEFING SCHEDULE**

Given the limited scope of the reconsideration motion and the urgent circumstances, USMAA respectfully proposes the following shortened briefing schedule:

1. **Response Brief:** Within 7 business days of service of this motion

2. **Reply Brief:** Within 2 business days of service of response brief

3. **Court's Determination:** Within 5 business days of completion of briefing

This schedule would allow for prompt resolution of the threshold procedural question while providing all parties adequate opportunity to present their legal arguments.

**WHEREFORE**

USMAA respectfully requests that this Court:

1. **GRANT** this Motion for Shortened Briefing Schedule;

2. **ESTABLISH** the proposed shortened briefing schedule for the Motion for Expedited Reconsideration of Need for Evidentiary Hearing;

3.    **ORDER** prompt consideration and resolution of the reconsideration motion to

facilitate efficient case management; and

4.    **GRANT** such other and further relief as this Court deems just and proper.

An Order is tendered herewith.

Respectfully submitted.
/s/ Kemal V. Catalan
Kemal V. Catalan (OH Bar# 0102993)
KVC Law Firm, LLC
539 Liberty Hill
Cincinnati, OH 45202
Phone: 513-549-6246
Email: kemalvcatalan@kvclawfirm.com
Attorney for US Martial Arts Academy, Inc.

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 9036-1, I certify that on August 28, 2025 I sent a copy of the foregoing Motion and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

/s/ Kemal V. Catalan
Kemal V. Catalan