UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-32983 |
| | : | |
| HULL ORGANIZATION, LLC, *et al.* | : | Chapter 7 |
| | : | (Jointly Administered) |
| Debtors | : | |
| | : | ORDER GRANTING USMAA'S MOTION FOR SHORTENED BRIEFING SCHEDULE ON MOTION FOR EXPEDITED RECONSIDERATION OF NEED FOR EVIDENTIARY HEARING (#555) |

*************************************************************************

**ORDER GRANTING USMAA'S MOTION FOR SHORTENED BRIEFING SCHEDULE ON MOTION FOR EXPEDITED RECONSIDERATION OF NEED FOR EVIDENTIARY HEARING (#555)**

This matter having come before the Court on US Martial Arts Academy, Inc.'s ("USMAA") Motion for Shortened Briefing Schedule on Motion for Expedited Reconsideration of Need for Evidentiary Hearing (#555) (the "Motion"); and the Court having reviewed the Motion and the record in this case; and the Court being otherwise fully advised in the premises;

**FINDINGS**

The Court finds as follows:

1. **Continuing Irreparable Harm:** USMAA faces imminent irreparable harm with each day of delay, and the threshold question of whether an evidentiary hearing is

necessary should be resolved expeditiously so that the underlying stay motion can proceed without further delay.

2. **Limited Scope of Issues:** The reconsideration motion presents a narrow threshold question regarding the appropriate procedural mechanism for resolving the stay motion, which limited scope supports a shortened briefing schedule as the legal arguments can be presented concisely without extensive factual development.

3. **Judicial Efficiency:** Prompt resolution of whether an evidentiary hearing is necessary will allow the Court to efficiently manage its calendar and resources, whether the Court determines that briefing alone is sufficient or that a hearing is necessary.

4. **Time Constraints:** The October 17, 2025 pretrial setting creates urgency for resolving all related motions, and a shortened briefing schedule on the threshold procedural question will preserve maximum time for resolution of the underlying substantive issues.

5. **Good Cause:** Good cause exists to establish a shortened briefing schedule given the urgent circumstances and the limited scope of the reconsideration motion.

**ORDER**

Based upon the foregoing findings, and for good cause shown, IT IS HEREBY ORDERED that:

1. USMAA's Motion for Shortened Briefing Schedule on Motion for Expedited Reconsideration of Need for Evidentiary Hearing (#555) is **GRANTED**.

2. The following shortened briefing schedule is hereby **ESTABLISHED** for USMAA's Motion for Expedited Reconsideration of Need for Evidentiary Hearing:

    **a. Response Brief:** Any response to the Motion for Expedited Reconsideration shall be filed within **seven (7) business days** of entry of this Order.

    **b. Reply Brief:** USMAA's reply brief, if any, shall be filed within **two (2) business days** after service of any response brief.

    **c. Court's Determination:** The Court shall issue its determination on the Motion for Expedited Reconsideration within **five (5) business days** of completion of the briefing schedule set forth above.

3. All parties are **DIRECTED** to comply strictly with the shortened briefing schedule set forth herein to facilitate efficient case management and prompt resolution of the threshold procedural question.

4. This Order shall be effective immediately upon entry.

**IT IS SO ORDERED.**

_____
**ALAN C. STOUT**
UNITED STATES BANKRUPTCY JUDGE
**DATE:** _____

Tendered by:
/s/ Kemal V. Catalan

Kemal V. Catalan (OH Bar# 0102993)
KVC Law Firm, LLC
539 Liberty Hill
Cincinnati, OH 45202
Phone: 513-549-6246
Email: kemalvcatalan@kvclawfirm.com
Attorney for US Martial Arts Academy, Inc.