UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: Hull Organization, LLC )
)
) CASE: 23-32983-acs
DEBTOR(S) )
_____ )

### ORDER GRANTING MOTION FOR AN ORDER AUTHORIZING THE TRUSTEE TO MARKET FOR SALE REAL PROPERTY LOCATED AT 1-3-17 CENTRAL AVENUE AND 5-23 ELM STREET, WEST CARROLLTON, OHIO

This matter having come before the Court on the Motion for an Order Authorizing the Trustee to Market for Sale Real Property Located at 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio, filed by the Trustee, Michael Wheatley, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED as follows:**

1. That the Motion for Authority to Market for Sale Real Property filed by the Trustee be and hereby is **GRANTED**. The Trustee is hereby authorized to sign listing agreements to market for sale the property located 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio.

2. It is further understood that the property is to be sold free and clear of all liens and interests, but these liens and interests shall attach to the proceeds of the sale in their lawful priority.

3. Any offer which the Trustee seeks to accept is subject to court approval after proper notice to all parties entitled to such notice under the Bankruptcy Code and Rules.

Alan C. Stout
United States Bankruptcy Judge

Dated: September 5, 2025

Tendered By:

Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Email: mwheatleytr@gmail.com