**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 23-32983 |
| | : | |
| HULL ORGANIZATION, LLC, *et al.* | : | Chapter 7 |
| | : | (Jointly Administered) |
| *Debtors* | : | |
| | : | ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER |

*******************************************************************************

**ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

Upon consideration of US Martial Arts Academy, Inc.'s ("USMAA") Emergency Motion for Temporary Restraining Order, the Declaration of David Tester filed in support thereof, and the Court being otherwise fully advised, the Court finds:

**FINDINGS OF FACT**

**1.** This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.

**2.** On September 5, 2025, Park Plaza Holdings, LLC ("Park Plaza") posted a termination notice on USMAA's business premises and simultaneously changed the locks, preventing USMAA from accessing its martial arts academy located at 834 Ohio Pike, Unit 240, Cincinnati, Ohio 45245.

**3.** Park Plaza's actions constitute self-help eviction in violation of Ohio Revised Code § 5321.15, which prohibits landlords from changing locks or excluding tenants without proper legal process.

**4.** USMAA operates a martial arts academy that has been in business for thirty (30) years, with the last fifteen (15) years at the subject premises.

**5.** As a result of the lockout, USMAA has been forced to suspend all martial arts classes and freeze all student subscriptions, as it cannot rightfully charge for services it cannot provide.

**6.** New students who had enrolled to begin classes this week have been adversely affected by the sudden closure.

**7.** USMAA has pending before this Court a Motion for Relief from Judgment (Doc #554) and Motion for Stay (Doc #555) challenging the scope of this Court's Sale Order as applied to USMAA's leasehold interest.

**8.** USMAA's lease contained a termination option requiring 180-day notice prior to March 1, 2025, which expired unexercised on September 1, 2024.

**9.** USMAA has continued to pay rent and perform under its lease in good faith throughout the pendency of these proceedings.

**CONCLUSIONS OF LAW**

**10.** USMAA has demonstrated a substantial likelihood of success on the merits of its underlying motions based on: (a) the unexercised lease termination option, (b) constitutional due process violations stemming from lack of notice of the bankruptcy sale,

and (c) the MMH Automotive precedent supporting tenant protection in bankruptcy proceedings.

**11.** USMAA faces immediate and irreparable harm from the complete shutdown of its business operations that cannot be adequately compensated by monetary damages.

**12.** The balance of harms favors USMAA, as maintaining the status quo pending resolution of the underlying legal issues will not materially harm Park Plaza.

**13.** The public interest supports protecting established tenant rights and ensuring constitutional due process in bankruptcy proceedings.

**14.** Emergency relief is necessary to prevent further irreparable harm to USMAA's business operations and student relationships.

**ORDER**

**IT IS HEREBY ORDERED** that USMAA's Emergency Motion for Temporary Restraining Order is **GRANTED**, and:

**A. TEMPORARY RESTRAINING ORDER ISSUED**

Park Plaza Holdings, LLC, its agents, servants, employees, and all persons acting in concert with them, are hereby **RESTRAINED AND ENJOINED** from:

**1.** Continuing to deny USMAA operational access to the premises located at 834 Ohio Pike, Unit 240, Cincinnati, Ohio 45245 necessary to resume martial arts classes and serve students;

**2.** Interfering with USMAA's agreed Monday morning access to retrieve computers, business records, and personal property;

**3.** Preventing USMAA from resuming business operations and martial arts classes at the premises;

**4.** Initiating eviction proceedings against USMAA without compliance with Ohio statutory notice requirements under Ohio Revised Code § 5321.17;

**5.** Taking any further self-help eviction actions in violation of Ohio Revised Code § 5321.15.

**B. AFFIRMATIVE RELIEF ORDERED**

Park Plaza Holdings, LLC is hereby **ORDERED** to:

**1.** Honor its agreement to provide USMAA access on Monday morning to retrieve computers and files;

**2.** Immediately restore full operational access to the premises to allow USMAA to resume martial arts classes and serve its students;

**3.** Provide USMAA with new keys or access codes to the premises within twenty-four (24) hours of this Order.

**C. EXPEDITED HEARING SCHEDULED**

**IT IS FURTHER ORDERED** that an expedited hearing on USMAA's underlying Motions for Relief from Judgment (Doc #554) and Stay (Doc #555) is **SCHEDULED** for _____, 2025, at _____ \_.m., in Courtroom \_\_, United States Bankruptcy Court, 601 West Broadway, Louisville, Kentucky 40202.

**D. DURATION AND SCOPE**

**IT IS FURTHER ORDERED** that:

**1.** This Temporary Restraining Order shall remain in effect until _____, 2025, at 11:59 p.m., or until further order of this Court, whichever occurs first;

**2.** This Order does not prejudice the Court's determination of the underlying legal issues regarding lease validity and the scope of the Sale Order;

**3.** USMAA shall provide immediate notice of this Order to Park Plaza and its counsel;

**4.** No bond is required of USMAA for issuance of this Temporary Restraining Order.

**E. SERVICE AND ENFORCEMENT**

**IT IS FURTHER ORDERED** that:

**1.** This Order may be served by any method authorized by Federal Rule of Civil Procedure 4 or Federal Rule of Bankruptcy Procedure 7004;

**2.** Any violation of this Order may result in sanctions for contempt of court;

**3.** This Court retains jurisdiction to enforce this Order and to grant such further relief as may be just and proper.

**IT IS SO ORDERED.**

_____
**ALAN C. STOUT**
UNITED STATES BANKRUPTCY JUDGE
**DATE:** _____

Tendered by:
/s/ Kemal V. Catalan
Kemal V. Catalan (OH Bar# 0102993)
KVC Law Firm, LLC
539 Liberty Hill
Cincinnati, OH 45202
Phone: 513-549-6246
Email: kemalvcatalan@kvclawfirm.com
Attorney for US Martial Arts Academy, Inc.