# NOTICE

SEPTEMBER 5, 2005

Attn:  USMAA

Your lease has been terminated and are no longer permitted to occupy the premises.  All items of personal property can be removed by calling (513)608-3619 and arranging a time with movers to vacate the space.

Any attempt to enter the premises without calling the above number and arranging the removal of items of personal property will be considered trespassing and charges will be filed.

PARK PLAZA HOLDINGS LLC