UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-32983 |
| | : | |
| HULL ORGANIZATION, LLC, *et al.* | : | Chapter 7 |
| | : | (Jointly Administered) |
| *Debtors* | : | |
| | : | USMAA'S MOTION FOR EXPEDITED EVIDENTIARY HEARING FOR RELIEF FROM SALE ORDER (Doc 554) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**USMAA'S MOTION FOR EXPEDITED EVIDENTIARY HEARING FOR RELIEF FROM SALE ORDER (Doc 554)**

COMES NOW, US Martial Arts Academy, Inc. ("USMAA"), by and through the undersigned counsel, and hereby respectfully moves this Court pursuant to Federal Rule of Civil Procedure 65 and Federal Rule of Bankruptcy Procedure 7065, for an order scheduling an expedited evidentiary hearing on USMAA's Motion for Relief from the Order Authorizing the Private Sale of Collateral Free and Clear of Liens, Claims, and Encumbrances (Doc. 554).

**I. BACKGROUND**

1. On July 17, 2025, USMAA filed its Motion for Relief from the Order Authorizing the Private Sale of Collateral Free and Clear of Liens, Claims, and Encumbrances (Doc. 554) and its Motion to Stay Enforcement of Order (Doc. 555).

2. Both motions were continued by this Court for an evidentiary hearing on a date to be determined.

3. A pretrial setting is currently scheduled for October 17, 2025, creating urgency for resolution of these threshold issues.

4. On September 5, 2025, Park Plaza Holdings, LLC served USMAA with a termination notice, demonstrating the immediate and ongoing threat to USMAA's leasehold rights.

## II. GROUNDS FOR EXPEDITED EVIDENTIARY HEARING

### A. Imminent and Ongoing Irreparable Harm

USMAA faces imminent irreparable harm absent expedited consideration of its relief motion, as detailed in USMAA's concurrently filed Emergency Temporary Restraining Order. The September 5, 2025 termination notice creates immediate jeopardy requiring expedited resolution.

### B. October 17, 2025 Deadline Creates Urgency

The current pretrial setting of October 17, 2025 requires expedited resolution of USMAA's threshold legal challenges. Delaying the evidentiary hearing until after pretrial proceedings could:

1. Prejudice USMAA's ability to maintain business operations during extended proceedings
2. Render requested relief ineffective due to intervening business disruption
3. Create unnecessary complexity in case management if relief issues remain unresolved

### C. Limited Scope of Required Evidence

The issues requiring evidentiary development are narrow and can be efficiently addressed within an expedited timeframe:

1. **Constitutional Due Process**: USMAA's lack of notice regarding the bankruptcy sale presents primarily legal questions with minimal factual disputes requiring development.

2. **Section 363(f) Requirements**: The legal standards governing "free and clear" sales under 11 U.S.C. § 363(f) present established legal frameworks requiring limited evidentiary development.

3. **Lease Interpretation**: The interpretation of USMAA's lease terms, including the expired termination option, involves contract law principles that can be efficiently addressed through focused evidence.

4. **Minimal Discovery Needed**: The factual disputes center on notice provisions and lease interpretation, requiring limited discovery that can be completed within an expedited timeline.

5. **Limited Scope for Opposing Evidence**: USMAA anticipates that Park Plaza will likely want to introduce evidence supporting its arguments, and USMAA proposes that this evidence be limited in scope to the disputes of fact already presented by Park Plaza in its responses to USMAA's motions, ensuring focused and efficient proceedings.

## III. PROPOSED EXPEDITED TIMELINE

Given the urgent circumstances and limited scope of factual issues, USMAA respectfully proposes the following expedited schedule:

**A. Discovery Schedule**

- **Discovery Cutoff**: 14 days before the evidentiary hearing
- **Scope**: Limited to notice issues, lease interpretation, and constitutional due process questions

**B. Briefing Schedule**

- **Opening Brief**: 7 days after discovery cutoff
- **Response Brief**: 5 days after opening brief
- **Reply Brief**: 2 days after response brief

**C. Hearing Schedule**

- **Evidentiary Hearing**: Within 30 days of this Motion's filing
- **Duration**: Estimated 2-3 hours given the limited scope of issues

**D. Resolution Timeline**

- **Decision**: Within 14 days of hearing to allow proper case management before the originally scheduled October 17, 2025 pretrial setting

**CONCLUSION**

The constitutional due process violations, ongoing irreparable harm to USMAA's business operations, and approaching October 17 deadline create compelling circumstances for expedited evidentiary hearing.

**WHEREFORE**

USMAA respectfully requests that this Court:

1. **GRANT** this Motion for Expedited Evidentiary Hearing;

2. **SCHEDULE** an evidentiary hearing within 30 days on USMAA's Motion for Relief from Sale Order;

3. **ESTABLISH** the proposed expedited discovery and briefing schedule set forth herein;

4. **ORDER** such other and further relief as this Court deems just and proper.

An Order is tendered herewith.

        Respectfully submitted.
        /s/ Kemal V. Catalan
        Kemal V. Catalan (OH Bar# 0102993)
        KVC Law Firm, LLC
        539 Liberty Hill
        Cincinnati, OH 45202
        Phone: 513-549-6246
        Email: kemalvcatalan@kvclawfirm.com
        Attorney for US Martial Arts Academy, Inc.

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 9036-1, I certify that on August 28, 2025 I sent a copy of the foregoing Motion and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

/s/ Kemal V. Catalan
Kemal V. Catalan