# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-32983 |
| | : | |
| HULL ORGANIZATION, LLC, *et al.* | : | Chapter 7 |
| | : | (Jointly Administered) |
| *Debtors* | : | |
| | : | ORDER GRANTING USMAA'S MOTION FOR EXPEDITED EVIDENTIARY HEARING FOR RELIEF FROM SALE ORDER (Doc 554) |

*****************************************************************************

**ORDER GRANTING USMAA'S MOTION FOR EXPEDITED EVIDENTIARY HEARING FOR RELIEF FROM SALE ORDER (Doc 554)**

This matter came before the Court on USMAA's Motion for Expedited Evidentiary Hearing for Relief from Sale Order (Doc 554). Having considered the motion, any responses thereto, and being otherwise sufficiently advised, the Court finds that:

1. USMAA faces imminent irreparable harm absent expedited consideration of its Motion for Relief from Sale Order;

2. The September 5, 2025 termination notice creates immediate jeopardy to USMAA's business operations requiring prompt judicial intervention;

3. The October 17, 2025 pretrial setting creates urgency for resolution of these threshold legal issues;

4. The limited scope of factual disputes can be efficiently addressed through an expedited evidentiary hearing and discovery schedule;

5. Judicial efficiency and case management favor expedited resolution of these matters; and

6. Good cause exists for granting the requested expedited relief.

**IT IS HEREBY ORDERED:**

**1. MOTION GRANTED:** USMAA's Motion for Expedited Evidentiary Hearing for Relief from Sale Order is GRANTED.

**2. EVIDENTIARY HEARING SCHEDULED:** An evidentiary hearing on USMAA's Motion for Relief from the Order Authorizing the Private Sale of Collateral Free and Clear of Liens, Claims, and Encumbrances (Doc. 554) is hereby scheduled for:

**Date:** _____, 2025

**Time:** _____

**Location:** United States Bankruptcy Court, Western District of Kentucky, Louisville Division

**Estimated Duration:** 2-3 hours

**3. DISCOVERY SCHEDULE:**

a. **Discovery Cutoff:** _____, 2025 (14 days before evidentiary hearing)

b. **Scope of Discovery:** Limited to:

- Notice issues related to the bankruptcy sale
- Lease interpretation and contract terms
- Constitutional due process questions
- Factual disputes already presented by the parties in their respective motions and responses

**4. BRIEFING SCHEDULE:**

a. **Opening Brief:** Due _____, 2025 (7 days after discovery cutoff)

b. **Response Brief:** Due _____, 2025 (5 days after opening brief)

c. **Reply Brief:** Due _____, 2025 (2 days after response brief)

**5. DECISION TIMELINE:** The Court will issue its decision within 14 days of the evidentiary hearing to allow proper case management before the October 17, 2025 pretrial setting.

**6. LIMITED SCOPE:** The evidentiary hearing shall be limited to the factual disputes identified in the parties' pleadings and shall not expand beyond the core issues necessary for resolution of USMAA's Motion for Relief from Sale Order.

**7. NOTICE:** The Clerk shall provide notice of this Order to all parties in interest and all parties who have requested notice in this case.

**ENTERED:**

_____
**ALAN C. STOUT**
UNITED STATES BANKRUPTCY JUDGE
**DATE:** _____

Tendered by:
/s/ Kemal V. Catalan
Kemal V. Catalan (OH Bar# 0102993)
KVC Law Firm, LLC
539 Liberty Hill
Cincinnati, OH 45202
Phone: 513-549-6246
Email: kemalvcatalan@kvclawfirm.com
Attorney for US Martial Arts Academy, Inc.