**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: Hull Organization, LLC | ) | CASE NO. : 23-32983-acs |
| | ) | |
| | ) | Chapter 7 |
| DEBTOR | ) | |
| _____ | ) | |

**ORDER AUTHORIZING EMPLOYMENT OF**
**OHIO REAL ESTATE AUCTIONS, LLC AS AUCTIONEER**

THIS MATTER having come before the Court on the Trustee's Application to Employ Ohio Real Estate Auctions, LLC as AUCTIONEER (the "Application"), the Court having considered the Application and the corresponding affidavit of Chris Cox on behalf of Ohio Real Estate Auctions, LLC ("OREA"), and the Court being otherwise sufficiently advised;

IT IS HEREBY FOUND AND DECREED that:

A. OREA does not hold or represent an interest adverse to the estate.

B. OREA is a "disinterested person" within the meaning of § 101(14) of title 11 of the United States Code (the "Bankruptcy Code").

C. The employment and retention of OREA is necessary and in the best interests of the estate and its creditors.

Sufficient Cause appearing therefor,

**IT IS HEREBY ORDERED** that Pursuant to Bankruptcy Code § 327, Trustee is authorized and empowered to employ OREA on the terms set forth in the Exclusive Right to Sell Agreements to serve as auctioneer for the online sale of the real property and improvements commonly identified as 126 East High Street, Springfield, Clark County, Ohio; and 138 East High Street, Springfield, Clark County, Ohio (collectively the "High St. Properties")

**IT IS FURTHER ORDERED** that the Trustee be authorized to execute any and all documents necessary to convey title to the purchaser(s) of said real property.

**IT IS FINALLY ORDERED** that the Trustee be authorized to pay all fees and expenses to Ohio Real Estate Auctions, LLC per the Exclusive Right to Sell Agreements immediately upon confirmation of the sale by this Court, said amount to be paid as a cost of administration.

Tendered by:

Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: September 8, 2025