UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-32983 |
| | : | |
| HULL ORGANIZATION, LLC, *et al.* | : | Chapter 7 |
| | : | (Jointly Administered) |
| *Debtors* | : | |
| | : | ORDER GRANTING AMENDED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER TO RESTORE POSSESSION OF PREMISES BACK TO USMAA |

*******************************************************************************

**ORDER GRANTING AMENDED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER TO RESTORE POSSESSION OF PREMISES BACK TO USMAA**

This matter having come before the Court on the Amended Emergency Motion for Temporary Restraining Order To Restore Possession of Premises Back to US Martial Arts Academy, Inc. ("USMAA"), for entry of an order granting emergency temporary relief due to Park Plaza Holdings, LLC's ("Park Plaza") actions on and since September 5, 2025:

Of forcibly taking possession of the premises located at 834 Ohio Pike, Unit 240, Cincinnati, Ohio 45245 through self help measures by posting a Notice on the premises that USMAA's Lease is Terminated, and by changing the locks; by preventing USMAA access to its business property and the premises, and by causing the cessation of USMAA's ability to operate its business.

Because Park Plaza's September 5, 2025 actions create immediate and ongoing irreparable harm requiring emergency TRO relief, the Court has determined to enter the following order pending resolution of the threshold matters:

**IT IS SO ORDERED** that Park Plaza restore USMAA's possession and access to the premises located at 834 Ohio Pike, Unit 240, Cincinnati, Ohio 45245.

_____
**ALAN C. STOUT**
UNITED STATES BANKRUPTCY JUDGE
**DATE:** _____

Tendered by:
/s/ Kemal V. Catalan
Kemal V. Catalan (OH Bar# 0102993)
KVC Law Firm, LLC
539 Liberty Hill
Cincinnati, OH 45202
Phone: 513-549-6246
Email: kemalvcatalan@kvclawfirm.com
Attorney for US Martial Arts Academy, Inc.