UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HULL ORGANIZATION, LLC et al. | ) Case No. 23-32983 (3) 7 |
| | ) |
| | ) |
| Debtor(s) | ) |
| _____ | ) |

**O R D E R**

    The above styled case came before the Court on a Motion to Reconsider if an Evidentiary Hearing is necessary (doc no. 664), and the Court being otherwise sufficiently advised,

    IT IS HEREBY ORDERED the Motion to Reconsider if an Evidentiary Hearing is necessary be and hereby is **DENIED**.

Alan C. Stout
United States Bankruptcy Judge

Dated: September 8, 2025

alo