UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HULL ORGANIZATION, LLC et al. | )  Case No. 23-32983 (3) 7 |
| | ) |
| | ) |
| Debtor(s) | ) |
| _____ | ) |

**O R D E R**

The above styled case came before the Court on a Renewed Motion for Preliminary Injunction Relief (doc no. 665), and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED the Renewed Motion for Preliminary Injunction Relief be and hereby is **DENIED**.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: September 8, 2025

alo