UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: )
)
Hull Organization, LLC ) CASE NO. 23-32983
) CHAPTER 7
)
Debtor(s) )
_____ )

## ORDER

This matter having come before the Court on USMAA's motion styled as "Motion to Expedite Evidentiary Hearing on Motion for Stay," filed as Document #666 on the Court's official docket and record; the Court having reviewed the motion and related objections or responses thereto, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Motion to Expedite Evidentiary Hearing on Motion for Stay be, and is, **DENIED**.

A copy of this Order shall be served on the electronic recipients list.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: September 8, 2025

msp