UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Hull Organization, LLC | ) | CASE NO. 23-32983 |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | |
| _____ | ) | |

### ORDER

    This matter having come before the Court on USMAA's motion styled as "Motion For Shortened Briefing Schedule On Motion For Expedited Reconsideration Of Need For Evidentiary Hearing," filed as Document #667 on the Court's official docket and record; the Court having reviewed the motion and related objections or responses thereto, and the Court being otherwise sufficiently advised,

    IT IS HEREBY ORDERED that Motion For Shortened Briefing Schedule filed at Document #667 be, and is, **DENIED**.

    A copy of this Order shall be served on the electronic recipients list.

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: September 8, 2025

msp