UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: Hull Organization, LLC       )
                                    )
                                    )   CASE:23-32983-acs
          DEBTOR(S)                 )
_____)

### EMERGENCY MOTION FOR AUTHORITY TO PAY TRUSTEE INSURANCE AGENCY, INC.

Comes the Trustee Michael E. Wheatley and hereby respectfully moves the Court for authority to pay Trustee Insurance Agency, Inc. seven thousand, seven hundred, ninety dollars and ninety four cents ( $7,790.94) per month for property insurance coverage. In support of this Motion the Trustee advises the Court as follows:

1. The Debtor initiated Case No. 23-32983 on December 13, 2023 by filing a voluntary petition for relief under Chapter 11.

2. On August 13, 2025, the case was converted to a Chapter 7.

3. On August 13, 2025, Michael E. Wheatley was duly appointed as the Chapter 7 Trustee for the Debtor's bankruptcy estate.

4. The debtor's estate consists of real property and improvements commonly identified as;

    a.) 126 East High Street, Springfield, Clark County, Ohio and 138 East High Street, Springfield, Clark County, Ohio (collectively the "High St. Properties")

    b.) 1-3-17 Central Avenue, West Carrollton, Montgomery County, Ohio and 5-23 Elm Street, West Carrollton, Montgomery County, Ohio and,

    c.) 3918 S. Brook Street, Jefferson County, Louisville, Kentucky.

5. After rejections by several insurance carriers the Trustee has obtained insurance on the above referenced real properties from Trustee Insurance Agency, Inc.

    WHEREFORE, the Trustee hereby moves the Court for authorization to remit the premium amount of $7,790.94 to Trustee Insurance Agency, Inc. for each month insurance coverage is in effect. The monthly premium will be reduced as properties are liquidated.

                                      Respectfully Submitted:

                                      _/s/_____
                                      Michael E. Wheatley, Trustee
                                      P.O. Box 1072
                                      Prospect, Kentucky 40059
                                      (502) 744-6484

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on September 10, 2025 I sent a copy of the foregoing Motion for authority to Pay Trustee Insurance Agency, Inc. and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

_____/s/_____
Michael E. Wheatley