**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| IN RE: Hull Organization, LLC ) | |
| ) | |
| ) | CASE:23-32983-acs |
| DEBTOR(S) ) | |
| _____) | |

### ORDER TO PAY TRUSTEE INSURANCE AGENCY, INC.

THIS MATTER having come before the Court on the Trustee's Emergency Motion for Authority to Pay Trustee Insurance Agency, Inc. and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Emergency Motion for Authority to pay Trustee Insurance Agency, Inc. is hereby **GRANTED** and the Trustee is authorized to remit the initial monthly premium amount of $7,790.94.

**IT IS FURTHER ORDERED** that the Trustee is authorized to pay subsequent monthly premiums to Trustee Insurance Agency, Inc. Premiums will be reduced as properties are liquidated.

**IT IS FURTHER ORDERED** that the Trustee has the authority to obtain insurance coverage at a lessor rate without a further Order of the Court.

**IT IS FINALLY ORDERED** that the aforementioned payments represent an administrative expense of the estate.

Tendered By:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484