UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: Hull Organization, LLC                )
                                              )
                                              )    CASE:23-32983-acs
         DEBTOR(S)                            )
_____)

## MOTION FOR EXPEDIATED HEARING

Comes the Trustee Michael E. Wheatley and respectfully petitions this Court to set an expedited hearing on debtor's failure to obey an Order of this Court and in support of motion states:

1. The Debtor initiated Case No. 23-32983 on December 13, 2023 by filing a voluntary petition for relief under Chapter 11.

2. On August 13, 2025, the case was converted to a Chapter 7.

3. On August 13, 2025, Michael E. Wheatley was duly appointed as the Chapter 7 Trustee for the Debtor's bankruptcy estate.

4. On August 14, 2025, an Order Granting Chapter 7 Trustee's Expedited Motion for Operating Order was entered [Dn 618]. The Order granted the trustee authority to collect rents, pay utilities, mortgages and any other normal business expense pending the liquidation of said commercial properties.

5. On August 15, 2025, the trustee requested various documents to assist in the administration of the estate.

6. Due to debtor's non responsiveness, on August 22, 2025 the Trustee was forced to file a Motion to Compel Turnover of documents and keys.  On August 25, 2025, an Order was entered granting Trustee's motion to compel turnover giving the debtor up to August 29, 2025 at 5:00 pm to turnover to Trustee the referenced documents and keys to the buildings. That date passed with no production. The Trustee allowed debtor a few additional days for production. To date, the Trustee has ONLY received a key ring with 26 keys. The Trustee has received no copies of active leases.  The Dayton Ohio realtor cannot effectively market the Central Avenue and Elm Street properties without up to date rental income information and copies of leases. Realtor has stated without this information the value of the properties could be drastically reduced. In addition the non compliance and lack of cooperation by debtor impedes the Trustee's efforts in operating said properties pending liquidation.

7. The Trustee was told there were no locks on the real property located at 3918 Brook Street in Louisville, Kentucky. Armed with that information the Trustee purchased locks and went to location to secure premises only to learn that there were indeed locks on doors. The keys provided did not include keys to access the Brook Street property.

   THEREFORE, Michael E. Wheatley, Trustee, respectfully requests an Order setting an expedited hearing and requiring debtor representative and counsel for debtor to personally appear and explain failure to obey the Order of the Court.

Respectfully Submitted:

\_\_/s/_____
Michael E. Wheatley, Trustee
P. O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
mwheatleytr@gmail.com

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on September 10, 2025 I sent a copy of the foregoing Motion to Set Expedited Hearing and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

\_\_/s/_____
Michael E. Wheatley