# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

IN RE: Hull Organization, LLC                )
                                             )
                                             )        CASE:23-32983-acs
      DEBTOR(S)                            )
_____)        CHAPTER 7

## ORDER

This matter coming before the Court on the Motion of the Chapter 7 Trustee for an expedited hearing on the Debtor's failure to obey an Order of the Court and this Court having considered the matter and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that this matter is set for a hearing on _____, 2025, at _____.m. (Eastern Time).

**IT IS FINALLY ORDERED** that debtor representative shall personally appear at hearing along with counsel for debtor.

Tendered by:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484