UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: Hull Organization, LLC             )
                                          )
                                          )    CASE:23-32983-acs
         DEBTOR(S)                        )
_____)

### ORDER TO PAY TRUSTEE INSURANCE AGENCY, INC.

THIS MATTER having come before the Court on the Trustee's Emergency Motion for Authority to Pay Trustee Insurance Agency, Inc. and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the Emergency Motion for Authority to pay Trustee Insurance Agency, Inc. is hereby **GRANTED** and the Trustee is authorized to remit the initial monthly premium amount of $7,790.94.

**IT IS FURTHER ORDERED** that the Trustee is authorized to pay subsequent monthly premiums to Trustee Insurance Agency, Inc. Premiums will be reduced as properties are liquidated.

**IT IS FURTHER ORDERED** that the Trustee has the authority to obtain insurance coverage at a lessor rate without a further Order of the Court.

**IT IS FINALLY ORDERED** that the aforementioned payments represent an administrative expense of the estate.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: September 10, 2025

Tendered By:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484