UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: Hull Organization, LLC ) | |
| ) | |
| ) | CASE:23-32983-acs |
| DEBTOR(S) ) | |
| _____) | CHAPTER 7 |

**ORDER**

This matter coming before the Court on the Motion of the Chapter 7 Trustee for an expedited hearing on the Debtor's failure to obey an Order of the Court and this Court having considered the matter and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that this matter is set for a hearing on **September 15, 2025 at 10:00 AM (Eastern Time) at Courtroom #2, 5th Fl. (7th St. Elevators), 601 West Broadway, Louisville, KY 40202.**

**IT IS FINALLY ORDERED** that debtor representative shall personally appear at hearing along with counsel for debtor.

Tendered by:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484

Alan C. Stout
United States Bankruptcy Judge
Dated: September 10, 2025