# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: Hull Organization, LLC )<br>)<br>)   CASE:23-32983-acs<br>DEBTOR(S)   )<br>) | |

## MOTION TO APPEAR BY TELEPHONE AT NEXT HEARING

Comes now Scott A. Bachert, counsel for the Trustee Michael E. Wheatley, and hereby respectfully moves the Court to allow undersigned counsel to appear by telephone at the upcoming hearing set for Monday, September 15 2025 at 10:00 AM (EST) in Louisville, Kentucky. The undersigned counsel is located in Bowling Green, and counsel will save significant resources for the estate if he is able to appear by telephone at the upcoming hearing to be held in Louisville, Kentucky.

Accordingly, Scott A. Bachert respectfully requests the Court to allow him to appear as counsel for the Trustee by phone at the upcoming hearing and for any and all other relief to which he may be entitled.

Respectfully submitted,

KERRICK BACHERT PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, Kentucky 42102-9547
Telephone: (270) 782-8160
sbachert@kerricklaw.com


*/s/ Scott A. Bachert*
SCOTT A. BACHERT

**CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing was filed with the Court's CM/ECF system on September 11, 2025 which will provide notice to Debtor's counsel, the U.S. Trustee, and all other parties requesting notice on this matter.

*/s/ Scott A. Bachert*
SCOTT A. BACHERT