# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

IN RE: Hull Organization, LLC    )
                                         )
                                         )    CASE: 23-32983
        DEBTOR(S)         )
_____)

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on September 11, 2025 I sent a copy of the foregoing Order Granting Trustee's Motion to Set Expedited Hearing (Related Doc #685) Hearing scheduled for 9/15/2025 at 10:00 AM Eastern Time at Courtroom #2, 5th Fl. (7th St. Elevators), 601 West Broadway, Louisville, KY 40202 to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

                                        ___/s/_____
                                        Michael E. Wheatley, Trustee