## Exhibit A

*Billing Summary*

# Hull Organization, LLC - Time Entry Report

Date Start: 4/1/2025 | Date End: 8/12/2025

| Date | User | Description | Billable Time | Hourly Rate | Billable Amt |
|---|---|---|---|---|---|
| 07/18/2025 | Hunter Frint | Manage calendaring of Hearing on Motion for Relief from the Order Authorizing the Private Sale of Collateral Free and Clear of Liens, Claims, and Encumbrances and Memorandum in Support | 0.10 | $155.00/hr | $15.50 |
| 07/18/2025 | Hunter Frint | Manage calendaring of deadline to object to Motion for Relief from the Order Authorizing the Private Sale of Collateral Free and Clear of Liens, Claims, and Encumbrances and Memorandum in Support | 0.10 | $155.00/hr | $15.50 |
| 07/18/2025 | Hunter Frint | Manage calendaring of deadline to object to Motion for Protective Order Pending Motion Granting Relief | 0.10 | $155.00/hr | $15.50 |
| 07/23/2025 | Hunter Frint | Manage calendaring of Telephonic Hearing on Motion for Protective Order | 0.10 | $155.00/hr | $15.50 |
| 07/23/2025 | Hunter Frint | Manage calendaring of deadline to object Motion for Protective Order | 0.10 | $155.00/hr | $15.50 |
| 07/29/2025 | Tyler Yeager | Representation at hearing on USMA's motion to modify sale order | 0.50 | $335.00/hr | $167.50 |
| 07/31/2025 | Tyler Yeager | Communications with counsel for Park Plaza and USMAA re: potential resolutions to USMAA claim | 0.20 | $335.00/hr | $67.00 |
| 08/01/2025 | Tyler Yeager | Communications with KC and PS re: USMAA demand and analysis of same. Communications with M. Wheatley re: input and strategy | 1.00 | $335.00/hr | $335.00 |
| 08/04/2025 | Hunter Frint | Manage calendaring of deadline to file responsive pleadings | 0.10 | $155.00/hr | $15.50 |
| 08/04/2025 | Tyler Yeager | Phone conference with P. Saba and K. Catalan re: resolution to USMAA claim | 0.30 | $335.00/hr | $100.50 |
| 08/05/2025 | Gabe Dennery | Initial research concerning lessee rule 60(b) motion, DHH subsequent case law, related decisions, applicable statutes; researched subsequent opinions; discussions with CSB re: different statutory arguments, legal positions; correspondence with TRY | 5.00 | $225.00/hr | $1,125.00 |
| 08/05/2025 | Charity Bird | Discuss sale order/tenant issue with JGD; Follow up with TRY re: same; Discuss motion to vacate with JGD and TRY; Review relevant documents re: same | 0.90 | $450.00/hr | $405.00 |
| 08/06/2025 | Tyler Yeager | Communications with UST re: auction of High St. properties and employment of auctioneer | 0.30 | $335.00/hr | $100.50 |
| 08/07/2025 | Tyler Yeager | Review Order re: High St. auction. Communications with client and C. Cox re: same | 0.30 | $335.00/hr | $100.50 |
| 08/07/2025 | Tyler Yeager | Phone conference with client re: Order to cease auction | 0.20 | $335.00/hr | $67.00 |
| 08/08/2025 | Tyler Yeager | Confer with JGD re: research concerning USMAA's purported damages claim and response to Motion to Amend Sale Order | 0.40 | $335.00/hr | $134.00 |
| 08/08/2025 | Gabe Dennery | Discussion with TRY re: research for response to tenant's 60(b) motion, examination of record, and strategy | 0.50 | $225.00/hr | $112.50 |
| 08/08/2025 | Gabe Dennery | Drafted Response to Motion for relief; correspondence to TRY re same | 1.80 | $225.00/hr | $405.00 |
| 08/08/2025 | Tyler Yeager | Communications with auctioneer re: steps taken to pause auction per Court Order and potential effect on market for High St. Properties | 0.90 | $335.00/hr | $301.50 |
| 08/08/2025 | Tyler Yeager | Review JGD research re: addressing USMAA claim for lack of notice of sale. Revise draft of Response to Motion for Relief from Sale Order | 2.40 | $335.00/hr | $804.00 |
| 08/09/2025 | Tyler Yeager | Continue revising Response to USMAA Motion for Relief. Analyze terms of sale contract and research re: title insurance exceptions. | 2.50 | $335.00/hr | $837.50 |
| 08/10/2025 | Tyler Yeager | Research, draft, and revise Response to USMAA motion | 3.60 | $335.00/hr | $1,206.00 |
| 08/11/2025 | Tyler Yeager | Draft bidding procedures motion for High St. Properties | 1.90 | $335.00/hr | $636.50 |
| 08/12/2025 | Tyler Yeager | Draft bid procedures, motion to approve, and proposed orders for auction, bid procedures, and sale approval | 1.10 | $335.00/hr | $368.50 |
| 08/12/2025 | Hunter Frint | Convert and file Motion (i) Approve Bidding Procedures for the Sale of Real Property, in addition to Motion to Set Hearing to Consider Approval of Sale Free and Clear of Any Interests on an Expedited Basis, along with exhibits and proposed orders | 0.40 | $155.00/hr | $62.00 |
| | | **Totals For Asset Disposition** | **24.80** | | **$7,428.50** |
| 04/17/2025 | Tyler Yeager | Communications with counsel for LG&E re: final post-petition bills for account | 0.20 | $335.00/hr | $67.00 |
| 04/21/2025 | Tyler Yeager | Phone conference with client re: repair and maintenance issues and HIP challenges | 0.30 | $335.00/hr | $100.50 |
| 04/28/2025 | Tyler Yeager | Draft affidavit in support of requested work release for manager | 1.40 | $335.00/hr | $469.00 |
| 05/05/2025 | Tyler Yeager | Appearance at family court hearing re: modification of home incarceration to enable work release. Confer with M. Dobbins re: settlement and client re: status and strategy | 1.00 | $335.00/hr | $335.00 |
| | | **Totals For Business Operations** | **2.90** | | **$971.50** |
| 04/17/2025 | Tyler Yeager | Communications with client re: MOR materials | 0.10 | $335.00/hr | $33.50 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/18/2025 | Tyler Yeager | Communications with client re: reminder for MORs | 0.10 | $335.00/hr | $33.50 |
| 04/21/2025 | Tyler Yeager | Review financials and prepare March MOR and Amended February MOR. Communications with client re: same | 2.00 | $335.00/hr | $670.00 |
| 05/05/2025 | Hunter Frint | Manage calendaring of deadlines to object to Motion for Summary Judgment against Robert Hull | 0.00 | $0.00/hr | $0.00 |
| 05/07/2025 | Tyler Yeager | Communications with client re: materials for April MOR | 0.10 | $335.00/hr | $33.50 |
| 05/13/2025 | Hunter Frint | Manage calendaring of Telephonic Status Hearing | 0.10 | $155.00/hr | $15.50 |
| 05/21/2025 | Tyler Yeager | Draft April MOR | 0.80 | $335.00/hr | $268.00 |
| 05/21/2025 | Tyler Yeager | Phone conference with client re: April MOR | 0.10 | $335.00/hr | $33.50 |
| 05/21/2025 | Tyler Yeager | Communications with client re: details for MORs | 0.20 | $335.00/hr | $67.00 |
| 06/06/2025 | Tyler Yeager | Respond to creditor inquiry re: case information and documents | 0.20 | $335.00/hr | $67.00 |
| 06/17/2025 | Tyler Yeager | Respond to client inquiries re: projected distributions among creditors, recovery strategies, and payment of administrative claims | 0.60 | $335.00/hr | $201.00 |
| 06/23/2025 | Tyler Yeager | Review financial records and prepare MOR. Communications with client re: same | 0.80 | $335.00/hr | $268.00 |
| 06/23/2025 | Tyler Yeager | Communications with client re: data for MOR. Complete and file May report | 0.30 | $335.00/hr | $100.50 |
| 07/09/2025 | Hunter Frint | Manage calendaring of extended deadline to file Motions to Dismiss Hull Properties, LLC and 4 West, LLC | 0.10 | $155.00/hr | $15.50 |
| 07/21/2025 | Tyler Yeager | Communications with A. Redden re: MORs and extension motion. Review and redact bank account statements. Draft and file Motion to Extend Time | 0.70 | $335.00/hr | $234.50 |
| 07/22/2025 | Hunter Frint | Manage calendaring of extended deadline to file Monthly Operating Report for June | 0.10 | $155.00/hr | $15.50 |
| 07/23/2025 | Tyler Yeager | Review financials and prepare June MOR. Confer with client re: same | 0.60 | $335.00/hr | $201.00 |
| | | **Totals For Case Administration** | **6.90** | | **$2,257.50** |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/2025 | Tyler Yeager | Draft and revise bar date motion | 2.10 | $335.00/hr | $703.50 |
| 04/02/2025 | Hunter Frint | Prepare and serve copies of the Order and Notice Setting Last Day to File Proofs of Claim; draft Certificate of Service | 1.80 | $155.00/hr | $279.00 |
| 04/02/2025 | Tyler Yeager | Confer with HF re: service of bar date order. Send notice of bar date order via email to all parties | 0.20 | $335.00/hr | $67.00 |
| 04/02/2025 | Tyler Yeager | Communications with client re: bar date and notice | 0.20 | $335.00/hr | $67.00 |
| 04/02/2025 | Hunter Frint | Manage calendaring of Last Day to File Proofs of Claim | 0.10 | $155.00/hr | $15.50 |
| 04/15/2025 | Tyler Yeager | Review claim records. Communications with Hartley Law and LG&E re: claims asserted against wrong entities and correction of records | 0.80 | $335.00/hr | $268.00 |
| 05/09/2025 | Hunter Frint | Manage retrieval and archiving of amended proof of claim 13 submitted by Martin Goldsmith | 0.10 | $155.00/hr | $15.50 |
| 05/09/2025 | Hunter Frint | Manage retrieval and archiving of proof of claim 19 submitted by Bilyeu Enterprises, LLC | 0.10 | $155.00/hr | $15.50 |
| 05/12/2025 | Hunter Frint | Manage retrieval and archiving of proof of claim 20 submitted by Nancy Hull | 0.10 | $155.00/hr | $15.50 |
| 06/24/2025 | Tyler Yeager | Phone conference with client re: claims analysis | 0.20 | $335.00/hr | $67.00 |
| 06/24/2025 | Tyler Yeager | Analyze IRS, Bilyeu, and LG&E proofs of claims for potential objections or adjustments. Communications with client re: same | 0.60 | $335.00/hr | $201.00 |
| 07/13/2025 | Tyler Yeager | Communications with client re: IRS claims and documents to assist amendment of same | 0.20 | $335.00/hr | $67.00 |
| | | **Totals For Claims Administration and Objections** | **6.50** | | **$1,781.50** |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/2025 | Tyler Yeager | Draft and file third interim fee application | 3.20 | $335.00/hr | $1,072.00 |
| 04/09/2025 | Tyler Yeager | Generate and transmit LEDES reports corresponding to KJAB fee application per UST request | 0.60 | $335.00/hr | $201.00 |
| 04/10/2025 | Tyler Yeager | Communications with UST personnel re: LEDES report for fee application and additional data | 0.30 | $335.00/hr | $100.50 |
| 04/10/2025 | Tyler Yeager | Communications with UST re: LEDES data and alternative report requested | 0.20 | $335.00/hr | $67.00 |
| 04/24/2025 | Hunter Frint | Manage calendaring of Hearing on Third Application for Compensation and Reimbursement of Expenses on an Interim Basis for Kaplan Johnnson Abate & Bird | 0.10 | $155.00/hr | $15.50 |
| 05/12/2025 | Tyler Yeager | Communications with K. Bell re: 5/13 hearing | 0.10 | $335.00/hr | $33.50 |
| 05/13/2025 | Tyler Yeager | Communications with UST re: proposed reallocation of administrative fees and expenses among affiliated estates | 0.20 | $335.00/hr | $67.00 |
| 08/06/2025 | Tyler Yeager | Review auction materials and draft Application to Employ OREA. Communications with OREA re: same | 0.70 | $335.00/hr | $234.50 |
| 08/07/2025 | Tyler Yeager | Communications with C. Cox re: modifications to Application to Employ and Verified Statement, and sale procedures | 0.40 | $335.00/hr | $134.00 |

| Date | Person | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/10/2025 | Tyler Yeager | Analyze proposed addendum drafted by auctioneer. Draft alternative addendum to listing agreements and suggest changes to form purchase contract to adhere to bankruptcy requirements. Revise application, order, and verified statement for auctioneer. Communications with auctioneer re: same | 2.40 | $335.00/hr | $804.00 |
| 08/11/2025 | Tyler Yeager | Review comments and questions from auctioneer on Addendum to listing agreement. Make further revisions and re-circulate. Communications with auctioneer re: same | 0.40 | $335.00/hr | $134.00 |
| 08/12/2025 | Hunter Frint | Manage calendaring of deadline for objections to Nunc Pro Tunc Application to Employ Ohio Real Estate Auctions, LLC as Auctioneer | 0.10 | $155.00/hr | $15.50 |
| | | **Totals For Fee/Employment Applications** | **8.70** | | **$2,878.50** |

| Date | Person | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/2025 | Tyler Yeager | Draft and file Joint Motions to Extend AP response deadlines | 0.70 | $335.00/hr | $234.50 |
| 04/02/2025 | Tyler Yeager | Communications with M. Dobbins and client re: counteroffer from Nancy | 0.20 | $335.00/hr | $67.00 |
| 04/02/2025 | Hunter Frint | Manage calendaring of extended deadline for defendants to file Answers | 0.10 | $155.00/hr | $15.50 |
| 04/07/2025 | Tyler Yeager | Communications re: settlement proposals with client and counsel for NPH | 0.50 | $335.00/hr | $167.50 |
| 04/07/2025 | Tyler Yeager | Receive settlement offer response from M. Dobbins. Communications with client and M. Dobbins re: same | 0.60 | $335.00/hr | $201.00 |
| 04/07/2025 | Tyler Yeager | Communications with client re: settlement analysis and strategy. Draft proposed communications to M. Dobbins for approval | 0.90 | $335.00/hr | $301.50 |
| 04/08/2025 | Tyler Yeager | Communications with client and M. Dobbins re: settlement offer | 0.20 | $335.00/hr | $67.00 |
| 04/09/2025 | Tyler Yeager | Communications with client re: settlement proposal | 0.30 | $335.00/hr | $100.50 |
| 04/13/2025 | Tyler Yeager | Conference call with client to discuss settlement and strategy | 1.30 | $335.00/hr | $435.50 |
| 04/14/2025 | Tyler Yeager | Prepare for pre-trial conferences in Hull APs | 0.90 | $335.00/hr | $301.50 |
| 04/15/2025 | Tyler Yeager | Representation at telephonic pre-trial conference in Nancy Hull APs | 0.20 | $335.00/hr | $67.00 |
| 04/15/2025 | Tyler Yeager | Communications with M. Dobbins re: settlement proposal and defaults | 0.10 | $335.00/hr | $33.50 |
| 04/15/2025 | Hunter Frint | Manage calendaring of continued Pre-Trial Conference | 0.10 | $155.00/hr | $15.50 |
| 04/16/2025 | Tyler Yeager | Analysis of various settlement proposals and counters. Communications with client re: strategy | 0.70 | $335.00/hr | $234.50 |
| 04/16/2025 | Tyler Yeager | Analysis of projected distributions from each debtor estate and potential reallocation of assets and claims for client's consideration in settlement proposal. Communications with client and M. Dobbins re: same | 3.60 | $335.00/hr | $1,206.00 |
| 04/17/2025 | Tyler Yeager | Revise draft of settlement proposal and send to client for review and comment | 0.80 | $335.00/hr | $268.00 |
| 04/17/2025 | Tyler Yeager | Communications with client and counsel for NPH re: settlement proposal | 0.30 | $335.00/hr | $100.50 |
| 04/23/2025 | Tyler Yeager | Phone conference with client re: settlement and strategy | 0.30 | $335.00/hr | $100.50 |
| 04/23/2025 | Tyler Yeager | Communications with counsel for NPH re: settlement negotiations | 0.70 | $335.00/hr | $234.50 |
| 04/23/2025 | Tyler Yeager | Communications with counsel for NPH re: estate distribution analysis for settlement considerations | 0.20 | $335.00/hr | $67.00 |
| 05/01/2025 | Hunter Frint | Manage calendaring of Hearing regarding Motion for Default Judgment against Robert Hull in Adversary Proceeding Hull v. Hull et al | 0.10 | $155.00/hr | $15.50 |
| 05/01/2025 | Tyler Yeager | Phone conference with client re: potential settlement and strategy | 0.20 | $335.00/hr | $67.00 |
| 05/02/2025 | Tyler Yeager | Communications with client and M. Dobbins re: settlement and strategy | 0.50 | $335.00/hr | $167.50 |
| 05/05/2025 | Tyler Yeager | Communications with client re: final settlement offer. Convey final offer to M. Dobbins | 0.80 | $335.00/hr | $268.00 |
| 05/06/2025 | Tyler Yeager | Phone conference with M. Dobbins re: structure of settlement offer | 0.20 | $335.00/hr | $67.00 |
| 05/06/2025 | Tyler Yeager | Phone conference with client re: strategy and settlement | 0.30 | $335.00/hr | $100.50 |
| 05/07/2025 | Tyler Yeager | Communications with client re: settlement strategy | 0.20 | $335.00/hr | $67.00 |
| 05/07/2025 | Tyler Yeager | Phone conference with client re: powers in mortgage for settlement agreement | 0.10 | $335.00/hr | $33.50 |
| 05/07/2025 | Tyler Yeager | Settlement communications with counsel for N. Hull re: Central Ave properties. Review county records re: Central | 0.40 | $335.00/hr | $134.00 |
| 05/09/2025 | Tyler Yeager | Communications with counsel for NPH re: change to settlement proposal | 0.10 | $335.00/hr | $33.50 |
| 05/12/2025 | Tyler Yeager | Review Bilyeu and NPH bar date filings. Communications with client and M. Dobbins re: settlement negotiations | 0.40 | $335.00/hr | $134.00 |
| 05/12/2025 | Tyler Yeager | Estate analysis and communications with counsel for NPH re: settlement considerations | 0.50 | $335.00/hr | $167.50 |
| 05/13/2025 | Tyler Yeager | Communications with counsel for NPH re: estate distribution analyses for settlement considerations | 0.30 | $335.00/hr | $100.50 |
| 05/13/2025 | Tyler Yeager | Phone conference with G. Russell re: settlement considerations | 0.30 | $335.00/hr | $100.50 |
| 05/13/2025 | Tyler Yeager | Phone conference with client re: update on pre-hearing discussions with opposing counsel | 0.10 | $335.00/hr | $33.50 |
| 05/13/2025 | Tyler Yeager | Representation at pre-trial hearings in APs, hearing on fee application, and status hearing on Ms. Hull's Motion to Dismiss | 1.30 | $335.00/hr | $435.50 |
| 05/13/2025 | Hunter Frint | Manage calendaring of continued Pretrial Conference | 0.10 | $155.00/hr | $15.50 |
| 05/13/2025 | Hunter Frint | Manage calendaring of continued Hearing on Motion to Dismiss Case | 0.10 | $155.00/hr | $15.50 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/14/2025 | Tyler Yeager | Phone conference with client re: execution of settlement agreement | 0.10 | $335.00/hr | $33.50 |
| 05/15/2025 | Tyler Yeager | Draft settlement agreement | 0.60 | $335.00/hr | $201.00 |
| 05/16/2025 | Tyler Yeager | Draft Amended and Restated Settlement Agreement. Communications with client and counsel for NPH re: same | 2.10 | $335.00/hr | $703.50 |
| 05/16/2025 | Hunter Frint | Manage calendaring of deadline to file Motion to Approve Settlement | 0.10 | $155.00/hr | $15.50 |
| 05/16/2025 | Hunter Frint | Manage calendaring of Hearing regarding Settlement Agreement in Adversary Proceeding Cases | 0.10 | $155.00/hr | $15.50 |
| 05/19/2025 | Tyler Yeager | Review comments on draft settlement agreement from opposing counsel. Confer with client and communications with opposing counsel re: same | 0.30 | $335.00/hr | $100.50 |
| 05/19/2025 | Tyler Yeager | Confer with client re: revised settlement agreement, status of family court matters, and strategy | 1.00 | $335.00/hr | $335.00 |
| 05/20/2025 | Tyler Yeager | Work on draft of revised settlement agreement | 3.80 | $335.00/hr | $1,273.00 |
| 05/20/2025 | Tyler Yeager | Phone conference with client re: proposed changes to settlement agreement | 0.20 | $335.00/hr | $67.00 |
| 05/20/2025 | Tyler Yeager | Communications with counsel for parties in interest re: status of settlement agreement. Draft and file motions to extend deadlines in APs | 1.20 | $335.00/hr | $402.00 |
| 05/21/2025 | Hunter Frint | Manage calendaring of extended deadline to file Settlement documents | 0.10 | $155.00/hr | $15.50 |
| 05/23/2025 | Tyler Yeager | Draft and revise exhibits for Settlement Agreement | 2.50 | $335.00/hr | $837.50 |
| 05/23/2025 | Tyler Yeager | Draft and revise Amended & Restated Settlement Agreement. Communications with opposing counsel and client re: same | 3.30 | $335.00/hr | $1,105.50 |
| 05/28/2025 | Hunter Frint | Manage calendaring of deadline to object to Motion to Approve Settlement Agreement | 0.10 | $155.00/hr | $15.50 |
| 05/29/2025 | Tyler Yeager | Communications with client and counsel for Mrs. Hull re: settlement agreement | 0.10 | $335.00/hr | $33.50 |
| 06/02/2025 | Tyler Yeager | Communications with counsel for SBA, UST, and Mrs. Hull re: settlement agreement | 0.40 | $335.00/hr | $134.00 |
| 06/03/2025 | Hunter Frint | Manage calendaring of hearing on Motion to Approve Settlement Agreement in AP Cases | 0.10 | $155.00/hr | $15.50 |
| 06/16/2025 | Tyler Yeager | Phone conference with client re: settlement agreement | 0.40 | $335.00/hr | $134.00 |
| 06/16/2025 | Tyler Yeager | Phone conference with client re: settlement and strategy | 0.60 | $335.00/hr | $201.00 |
| 06/23/2025 | Hunter Frint | Manage calendaring of Hearings on Motions for Default Judgment and Motion to Approve Settlement Agreement in Adversary Cases | 0.10 | $155.00/hr | $15.50 |
| 06/23/2025 | Tyler Yeager | Confer with client re: impact of amended settlement on confirmation of plans and business operations | 1.20 | $335.00/hr | $402.00 |
| 06/23/2025 | Tyler Yeager | Analysis of settlement terms and communications with client re: same | 0.50 | $335.00/hr | $167.50 |
| 06/24/2025 | Tyler Yeager | Communications with client re: settlement and plan analysis | 0.30 | $335.00/hr | $100.50 |
| 06/25/2025 | Tyler Yeager | Phone conference with client re: settlement agreement and Central Ave. mortgage | 0.30 | $335.00/hr | $100.50 |
| 06/25/2025 | Tyler Yeager | Phone conference with client to discuss settlement agreement and plan confirmation strategy | 0.50 | $335.00/hr | $167.50 |
| 06/26/2025 | Tyler Yeager | Communications with client re: settlement, confirmation, and strategy | 1.50 | $335.00/hr | $502.50 |
| 06/26/2025 | Tyler Yeager | Phone conference with client re: proposed changes to settlement agreement | 0.20 | $335.00/hr | $67.00 |
| 06/27/2025 | Tyler Yeager | Phone conference with client re: proposed changes to settlement agreement and mortgage | 0.40 | $335.00/hr | $134.00 |
| 06/27/2025 | Tyler Yeager | Phone conference with client re: timing considerations for settlement and scope of defaults and powers under mortgage | 0.60 | $335.00/hr | $201.00 |
| 06/27/2025 | Tyler Yeager | Communications with M. Dobbins re: proposed changes to timing of car sale proceeds and insurance requirements for settlement agreement | 0.50 | $335.00/hr | $167.50 |
| 07/01/2025 | Tyler Yeager | Communications with client re: analysis of and obligations under settlement agreement | 0.60 | $335.00/hr | $201.00 |
| 07/02/2025 | Tyler Yeager | Edit and revise settlement agreement, note, and mortgage to incorporate proposed adjustments. Communications with M. Dobbins re: same | 0.40 | $335.00/hr | $134.00 |
| 07/02/2025 | Tyler Yeager | Research Ohio statutes re: instruments affecting an interest in real property. Communications with client re: same | 1.50 | $335.00/hr | $502.50 |
| 07/15/2025 | Tyler Yeager | Phone conference with M. Dobbins re: potential resolution to mortgage issue | 0.10 | $335.00/hr | $33.50 |
| 07/15/2025 | Tyler Yeager | Research Ohio law re: potential for lis pendens or other order to affect title to real estate. Email to counsel for SBA and NPH re: same | 0.70 | $335.00/hr | $234.50 |
| 07/18/2025 | Hunter Frint | Manage calendaring of Hearing regarding Motion for Protective Order Pending Motion Granting Relief | 0.10 | $155.00/hr | $15.50 |
| 07/29/2025 | Tyler Yeager | Research MMH Automotive and related caselaw. Communications with counsel for tenant and buyer re: potential resolutions | 2.10 | $335.00/hr | $703.50 |
| 07/30/2025 | Hunter Frint | Manage recalendaring of multiple hearings in main bankruptcy case and three adversary proceedings | 0.20 | $155.00/hr | $31.00 |
| 07/31/2025 | Tyler Yeager | Phone conference with M. Dobbins re: potential resolutions for recorded interest in Central Ave. Properties | 0.20 | $335.00/hr | $67.00 |
| 08/04/2025 | Tyler Yeager | Phone conferences with client and MW re: Hull settlement agreement and USMAA claim. Follow-up communications with client re: effect of not signing the settlement agreement | 1.30 | $335.00/hr | $435.50 |
| 08/04/2025 | Tyler Yeager | Communications with counsel for NPH re: mortgage alternatives to perfect interest in real property | 0.30 | $335.00/hr | $100.50 |
| 08/05/2025 | Tyler Yeager | Confer with M. Wheatley re: proposed alternative security document for settlement | 0.20 | $335.00/hr | $67.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/05/2025 | Tyler Yeager | Phone conference with client re: settlement agreement and security alternatives | 0.30 | $335.00/hr | $100.50 |
| 08/08/2025 | Tyler Yeager | Analyze factual allegations in UST's motion to dismiss and case history. Draft and file response to UST's Motion | 2.90 | $335.00/hr | $971.50 |
| 08/10/2025 | Tyler Yeager | Review and analyze requested changes to settlement agreement mortgage form. Communications with client re: same | 0.60 | $335.00/hr | $201.00 |
| 08/11/2025 | Tyler Yeager | Phone conference with client re: settlement agreement and confirmation contingencies | 0.60 | $335.00/hr | $201.00 |
| 08/11/2025 | Tyler Yeager | Make suggested revisions to Settlement Agreement and communications with opposing counsel re: same | 1.20 | $335.00/hr | $402.00 |
| 08/11/2025 | Tyler Yeager | Communications with M. Dobbins re: proposed revisions to settlement agreement | 0.30 | $335.00/hr | $100.50 |
| 08/12/2025 | Tyler Yeager | Phone conference with Amanda re: strategy for 8/12 hearings | 0.30 | $335.00/hr | $100.50 |
| 08/12/2025 | Hunter Frint | Prepare and print copies of original Settlement Agreement, redlined Settlement Agreement, and Mortgage for hearing | 0.30 | $155.00/hr | $46.50 |
| 08/12/2025 | Tyler Yeager | Representation at hearings on Motion to Convert et al. | 1.40 | $335.00/hr | $469.00 |
| | | **Totals For Litigation** | **57.50** | | **$18,956.50** |
| 04/28/2025 | Tyler Yeager | Work on Amended Plan. Communications with client re: same | 1.70 | $335.00/hr | $569.50 |
| 04/29/2025 | Hunter Frint | Manage calendaring of Confirmation Hearing for Hull Organization and Equity | 0.10 | $155.00/hr | $15.50 |
| 04/29/2025 | Hunter Frint | Manage calendaring of deadline to object to plans filed by Hull Organization and Hull Equity | 0.10 | $155.00/hr | $15.50 |
| 04/29/2025 | Hunter Frint | Manage calendaring of deadline to file tabulation of ballots | 0.10 | $155.00/hr | $15.50 |
| 05/07/2025 | Hunter Frint | Reformat and draft Hull Organization ballots for fourth amended plan | 0.80 | $155.00/hr | $124.00 |
| 05/21/2025 | Hunter Frint | Prepare mailing matrix excel sheet for label creation to serve Order on Confirmation Hearing, Chapter 11 Plans, and ballots for Hull Organization and Hull Equity | 0.30 | $155.00/hr | $46.50 |
| 05/23/2025 | Greta Maas | Prepare mailing materials for service of order on confirmation hearing, chapter 11 plan, and ballots | 0.30 | $165.00/hr | $49.50 |
| 05/23/2025 | Hunter Frint | Revise and finalize plan ballots | 0.30 | $155.00/hr | $46.50 |
| 05/27/2025 | Greta Maas | Prepare mailing materials for service of order on confirmation hearing, chapter 11 plan, and ballots | 0.50 | $165.00/hr | $82.50 |
| 05/27/2025 | Hunter Frint | Print ballots; finalize and serve confirmation packages | 0.70 | $155.00/hr | $108.50 |
| 05/28/2025 | Hunter Frint | Draft certificate of service regarding chapter 11 plan, confirmation order, and ballots | 0.20 | $155.00/hr | $31.00 |
| 05/29/2025 | Hunter Frint | Finalize and file certificate of service related to chapter 11 plan and confirmation hearing order | 0.10 | $155.00/hr | $15.50 |
| 05/29/2025 | Tyler Yeager | Analyze requested plan modifications from M. Goldsmith. Communications with M. Gosnell re: same | 0.50 | $335.00/hr | $167.50 |
| 06/03/2025 | Hunter Frint | Send confirmation of ballot reception for Christine Hoogenboom and Martin Goldsmith and archive ballots in iManage | 0.10 | $155.00/hr | $15.50 |
| 06/03/2025 | Hunter Frint | Send confirmation of ballot reception for Clark County, Ohio Treasurer | 0.10 | $155.00/hr | $15.50 |
| 06/06/2025 | Tyler Yeager | Review ballots; draft and file tabulation | 0.10 | $335.00/hr | $33.50 |
| 06/30/2025 | Tyler Yeager | Analyze settlement agreement and plan enforcement provisions. Confer with client re: same | 0.30 | $335.00/hr | $100.50 |
| 07/11/2025 | Tyler Yeager | Phone conference with K. Bell re: potential resolution of SBA objections | 0.20 | $335.00/hr | $67.00 |
| | | **Totals For Plan and Disclosure Statement** | **6.50** | | **$1,519.50** |
| | | **Grand Total** | **113.80** | | **$35,793.50** |

# Hull Organization, LLC - Expense Report

Date Start: 4/1/2025 | Date End: 8/12/2025

| Expense Date | Description | Cost |
|---|---|---|
| **Printing/Copying** | | |
| 05/27/2025 | Printing of confirmation packages | $234.81 |
| | **Totals Billable Amounts for Printing/Copying** | **$234.81** |
| | **Grand Total** | **$234.81** |