# Exhibit B

*Summary of Fees and Expenses for Associated Debtors*

# Hull Organization, LLC - Summary by Activity Type

Date Start: 4/1/2025 | Date End: 8/12/2025

| Activity Type | Billable Time | Billable Amount |
|---|---|---|
| **Asset Disposition** | | |
| Totals | 24.80 | $7,428.50 |
| **Business Operations** | | |
| Totals | 2.90 | $971.50 |
| **Case Administration** | | |
| Totals | 6.90 | $2,257.50 |
| **Claims Administration and Objections** | | |
| Totals | 6.50 | $1,781.50 |
| **Fee/Employment Applications** | | |
| Totals | 8.70 | $2,878.50 |
| **Litigation** | | |
| Totals | 57.50 | $18,956.50 |
| **Plan and Disclosure Statement** | | |
| Totals | 6.50 | $1,519.50 |
| **Grand Total** | 113.80 | $35,793.50 |

# Hull Equity, LLC - Summary by Activity Type

Date Start: 4/1/2025 | Date End: 8/12/2025

| Activity Type | Billable Time | Billable Amount |
|---|---|---|
| **Business Operations** | | |
| Totals | 0.80 | $268.00 |
| **Case Administration** | | |
| Totals | 2.90 | $971.50 |
| **Claims Administration and Objections** | | |
| Totals | 0.20 | $31.00 |
| **Litigation** | | |
| Totals | 0.20 | $31.00 |
| **Plan and Disclosure Statement** | | |
| Totals | 3.70 | $973.50 |
| **Grand Total** | 7.80 | $2,275.00 |

# Hull Properties, LLC - Summary by Activity Type

Date Start: 4/1/2025 | Date End: 8/12/2025

| Activity Type | Billable Time | Billable Amount |
|---|---|---|
| **Asset Disposition** | | |
| Totals | 0.10 | $33.50 |
| **Case Administration** | | |
| Totals | 6.00 | $1,941.00 |
| **Claims Administration and Objections** | | |
| Totals | 1.30 | $406.50 |
| **Grand Total** | 7.40 | $2,381.00 |

# 4 West, LLC - Summary by Activity Type

Date Start: 4/1/2025 | Date End: 8/12/2025

| Activity Type | Billable Time | Billable Amount |
|---|---|---|
| **Asset Disposition** | | |
| Totals | 0.30 | $100.50 |
| **Case Administration** | | |
| Totals | 4.20 | $1,338.00 |
| **Claims Administration and Objections** | | |
| Totals | 0.70 | $144.50 |
| **Litigation** | | |
| Totals | 7.60 | $2,348.00 |
| **Grand Total** | 12.80 | $3,931.00 |