UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: <br><br> HULL ORGANIZATION, LLC <br><br> Debtor | Case No. 23-32983-acs <br><br> Chapter 7 |

**ORDER GRANTING FOURTH APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This matter came before the Court upon the *Fourth Application for Compensation and Reimbursement of Expenses* (the "Application")[1] filed by Kaplan Johnson Abate & Bird LLP ("KJAB") as counsel for Hull Organization, LLC ("Hull Org" or the "Debtor"). After due notice to parties in interest, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that KJAB is awarded compensation in the amount of $35,793.50 for actual, necessary professional services rendered to Debtor during April 1, 2025 through August 12, 2025 (the "Application Period"), and reimbursement of $234.81 for actual, necessary expenses incurred in its representation of Debtor during the Application Period, for a total allowed administrative expense claim of $36,028.31.

AND IT IS FURTHER ORDERED that the chapter 7 trustee for Debtor's estate may, within his discretion, disburse payment to KJAB from estate funds.

AND IT IS FURTHER ORDERED that this Order is without prejudice to any proposed reallocation of the compensation and reimbursement awarded or to be awarded to KJAB for services rendered and expenses incurred while Debtor's case and the cases of the

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed in the Application.

Associated Debtors were pending joint administration under chapter 11 of the Bankruptcy Code.

    SO ORDERED.

CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202