UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re: <br><br>HULL ORGANIZATION, LLC <br><br>Debtor | Case No. 23-32983-acs <br><br>Chapter 7 |
| In re: <br><br>HULL EQUITY, LLC <br><br>Debtor | Case No. 23-32984 <br><br>Chapter 7 |
| In re: <br><br>HULL PROPERTIES, LLC <br><br>Debtor | Case No. 23-32985 <br><br>Chapter 7 |
| In re: <br><br>4 WEST, LLC <br><br>Debtor | Case No. 23-32987 <br><br>Chapter 7 |

**ORDER EXTENDING TIME TO FILE PROPOSAL REGARDING ALLOCATION OF FEES AWARDED AND TO BE AWARDED**

This matter having come before the Court upon the *Motion to Extend Time* (the "Motion") filed by Kaplan Johnson Abate & Bird LLP ("KJAB"), and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Motion is **GRANTED**; the proposals required pursuant to the *Order Granting Motion to Establish Special Compensation Procedures* entered herein on September 3, 2025, shall be filed on or before September 19, 2025.

SO ORDERED.

CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202