UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. Case 23-32983-acs |
| | ) | |
| Hull Organization, LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Converted to Chp 7 |

**APPLICATION FOR FINAL COMPENSATION**

✻ ✻ ✻✻ ✻ ✻✻ ✻ ✻

Michael E. Wheatley ("Case Trustee"), as approved SubChapter V Case Trustee for Hull Organization, LLC (the "Debtor"), hereby submits this Application for Final Compensation (the "Application") pursuant to 11 U.S.C. §§ 330 and 331. In support of this Application, Case Trustee states as follows:

1. On December 13, 2023 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Debtor elected to proceed under Subchapter V of Chapter 11 on December 13, 2023. Wheatley was appointed Case Trustee on December 14, 2023, and served as Case Trustee up to time of conversion to Chapter 7.

2. No agreement or understanding exists between Case Trustee and any other person for the sharing of compensation received or to be received by Case Trustee in connection with the services rendered in this case.

3. The time for which an award of compensation is requested by this Application is for the period January 27, 2025 through August 13, 2025 (the "Application Period").

4. A separate schedule setting forth the amount of time and description of services performed as SubChapter V Trustee is attached hereto as **Exhibit A**. As disclosed in the Verified Statement of Michael E. Wheatley, Docket #4, the hourly rate charged is $275.00

5. No out-of-pocket expenses were incurred by the Case Trustee in this matter.

6. Case Trustee seeks a total award of $4,345.00 in professional fees.

### Factors to be Considered

7. The applicable legal standard for determining the amount of reasonable compensation is set forth in Bankruptcy Code § 330, which provides that the award shall be based on the nature, extent, and value of services performed, with consideration given to the time spent on such services and the cost of comparable services other than in a case under the Bankruptcy Code.

8. *Time and Labor Required*: The billing summary submitted herewith indicates that the Case Trustee devoted 15.80 hours of time during the Application Period.

9. *Value of Services Provided:* The time incurred by the Case Trustee was necessary to fulfill his responsibilities as the Court appointed Sub V Trustee.

10. *Skill Requisite to Perform Services*: Michael E. Wheatley is a Chapter 11 SubChapter V Trustee for the United States Bankruptcy Court Western District of Kentucky. Case Trustee has drawn upon his education, judgment, and experience in providing services in this matter. Wheatley has been a Trustee for over 26 years handling Chapter 7, Chapter 12, Chapter 13 and Chapter 11 cases.

11. *Customary Fee*: The rate charged by the Case Trustee as set forth in the attached schedule is consistent with rates charged for non-Bankruptcy matters. The hourly rate was disclosed in the Verified Statement of Subchapter Trustee filed on December 14, 2023.

### Previous Requests

12. There has been one previous request for compensation filed by Case Trustee in this case. That interim application was approved on February 19, 2025.

13. Case Trustee reaffirms his previous representations that he does not represent or

hold an interest adverse to the interests of the Debtor's estate and is a disinterested person within the meaning of the Bankruptcy Code.

14. Bankruptcy Code § 330 requires notice and a hearing prior to an award of compensation or reimbursement of expenses to an attorney or other professional. Case trustees are compensated through § 330(a)(1)(A) which allows for "reasonable compensation for actual, necessary services rendered by the trustee… and by any paraprofessional person employed by any such person."

15. Pursuant to Bankruptcy Code § 503(b), administrative expenses shall be allowed after notice and hearing. In accordance with Bankruptcy Code § 102(1), the Court may give such notice and opportunity for a hearing as is appropriate in the circumstances presented.

16. The notice and hearing requirements of Bankruptcy Code §§ 503 and 102(1) and Fed. R. Bankr. P. 2002 will be satisfied if twenty-one (21) days' written notice of this Application is given by mail to all interested parties and a date is set by which any objections to this Application shall be filed. In the event no objection or requests for hearing is filed by the objection deadline, then the requirements of Bankruptcy Code §§ 503 and 102(1) will have been met without an actual hearing.

Wherefore, Case Trustee respectfully requests entry of an Order awarding final compensation to Case Trustee in the amount of $4,345.00 for professional services rendered during the Application Period.

## NOTICE

Please take notice that unless an objection to this Application, properly noticed for hearing, is filed within 21 days of the date of service of this Application, an order granting the relief requested may be entered without a hearing.

Respectfully submitted,

*/s/ Michael E. Wheatley*
Michael E. Wheatley
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
mwheatleytr@gmail.com
SubChapter V Case Trustee

## Certificate of Service

It is hereby certified that on September 19, 2025, a true and correct copy of the foregoing Application for Final Compensation and tendered order was (a) mailed electronically through the U.S. Bankruptcy Court's CM/ECF system at the electronic addresses set forth therein to the United States Trustee and all other persons receiving electronic notifications in this case, and (b) mailed via First Class U.S. Mail to all persons identified on the mailing matrix filed in this case.

*/s/ Michael E. Wheatley*
Michael E. Wheatley
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
mwheatleytr@gmail.com
SubChapter V Case Trustee