Printed: 09/19/25 10:23 AM

# Timesheet Report

### Trustee: Michael E. Wheatley (370650)
### Period: 01/27/25 - 08/13/25

Page: 1

**Case Number:** 23-32983  **Case Name:** HULL ORGANIZATION, LLC
**Case Type:** Asset  **Judge:** ALAN C. STOUT

| Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|
| 08/13/25 | | read Order Granting Motion to Convert Case to Chapter 7 from 11 ( | 0.10 | $27.50 |
| 08/12/25 | | attended hearing on motion to dismiss/convert. lot of issues heard. almost everyone spoke including debtor. court took 10 min break | 1.00 | $275.00 |
| 08/12/25 | | read Nunc Pro Tunc Application to Employ Ohio Real Estate Auctions, LLC as Auctioneer & Motion (i) Approve Bidding Procedures for the Sale of Real Property, | 0.40 | $110.00 |
| 08/12/25 | | read Order Dissolving Joint Administration in advance of orally-ordered conversion of the cases and estates at the hearing held on 8/12/2025 | 0.10 | $27.50 |
| 08/07/25 | | read UST's motion to convert to chp 7 & motion to expedite hearing | 0.30 | $82.50 |
| 08/04/25 | | telephone call with tyler re:options with usmma tenant and settlement agreement with nancy hull | 0.30 | $82.50 |
| 08/04/25 | | telephone call with gail re;settlement agreement | 0.40 | $110.00 |
| 07/29/25 | | attended telephonic hearing on Motion for Protective Order Pending Motion Granting Relief. ohio properties | 0.50 | $137.50 |
| 07/23/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 06/30/2025 | 0.30 | $82.50 |

Printed: 09/19/25 10:23 AM

## Timesheet Report
### Trustee: Michael E. Wheatley (370650)
### Period: 01/27/25 - 08/13/25

Page: 2

| Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|
| 07/21/25 | | read Motion to Extend time to File Monthly Operating Reports for June 2025 | 0.10 | $27.50 |
| 07/17/25 | | read Motion FOR RELIEF FROM THE ORDER AUTHORIZING THE PRIVATE SALE OF COLLATERAL FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES AND MEMORANDUM IN SUPPORT. Filed by Interested Party US Martial Arts Academy, Inc & Motion for protective Order | 0.70 | $192.50 |
| 06/23/25 | | read Amended Debtor-In-Possession Monthly Operating Report for Filing Period April 2025 | 0.20 | $55.00 |
| 06/23/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 05/31/2025 | 0.30 | $82.50 |
| 06/10/25 | | prepped for and attended in person hearing on status of case., settlement agreement and what needs to be in amended Plan<br>hearing 45 min<br>prep 1.5 hr | 2.25 | $618.75 |
| 06/09/25 | | read nancy Hull's obj to tabulation of ballots | 0.10 | $27.50 |
| 06/06/25 | | read Tabulation of Ballots. Filed by Hull Organization, LLC | 0.10 | $27.50 |
| 06/03/25 | | read Goldsmith's obj to confirmation of 4th amended plan | 0.10 | $27.50 |
| 06/03/25 | | read the objections of AP development & nancy hull to confirmation of 4th amended plan | 0.30 | $82.50 |
| 06/02/25 | | read UST's obj to 4th amended Plan | 0.20 | $55.00 |
| 05/22/25 | | attended telephonic status hearing | 0.25 | $68.75 |

Printed: 09/19/25 10:23 AM

# Timesheet Report

### Trustee: Michael E. Wheatley (370650)
### Period: 01/27/25 - 08/13/25

Page: 3

| Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|
| 05/21/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 04/30/2025 | 0.30 | $82.50 |
| 05/13/25 | | attended in person status hearing. hearing 20min. travel 1 hr | 1.20 | $330.00 |
| 04/28/25 | | read Fourth Amended Chapter 11 Plan-Subchapter V. Filed by Debtor Hull Organization, LLC | 0.40 | $110.00 |
| 04/21/25 | | reviewed Amended Chapter 11 Small Business Monthly Operating Report for the Month Ending: 02/28/2025 | 0.20 | $55.00 |
| 04/21/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 03/31/2025 | 0.30 | $82.50 |
| 04/01/25 | | read Motion to Set Last Day to File Proofs of Claim | 0.20 | $55.00 |
| 04/01/25 | | read Third Application for Compensation and Reimbursement of Expenses on an Interim Basis for Kaplan Johnson Abate & Bird LLP, Debtor's Attorney, Period: 11/1/2024 to 3/31/2025, | 0.20 | $55.00 |
| 03/25/25 | | read Order Granting Application For Payment of Administrative Expenses | 0.10 | $27.50 |
| 03/24/25 | | read Response to Agreed Motion Agreed Order Resolving Motion to Convert filed by US Trustee U.S. Trustee Filed by Interested Party Nancy Hull | 0.10 | $27.50 |
| 03/12/25 | | read Agreed Motion Agreed Order Resolving Motion to Convert | 0.20 | $55.00 |

Printed: 09/19/25 10:23 AM

# Timesheet Report

### Trustee: Michael E. Wheatley (370650)

### Period: 01/27/25 - 08/13/25

Page: 4

| Date | Category | Description | Hours/Unit | Total |
|---|---|---|---:|---:|
| 03/10/25 | | read Exhibit List of Witnesses and Exhibits United States Trustee for Hearing March 12 2025 | 0.20 | $55.00 |
| 03/10/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 02/28/2025 | 0.30 | $82.50 |
| 03/10/25 | | reviewed Pre Trial Compliance: Debtors' Exhibits - Vol. III. plus Attachments | 0.80 | $220.00 |
| 03/07/25 | | read Motion to Extend time to File Operating Reports for February 2025 | 0.10 | $27.50 |
| 03/05/25 | | attended telephonic hearing on approving 4 west sale | 0.30 | $82.50 |
| 03/02/25 | | drafted & filed Application for Payment of Administrative Expenses in the amount of $10,326.25 to be paid to Michael Wheatley, SubV Trustee. | 0.60 | $165.00 |
| 02/20/25 | | read Intervenor's Response to Application for Payment of Administrative Expenses in the amount of $35,000.00 to be paid to Kaplan Johnson Abate & Bird LLPas Partial Payment toward Allowed Administrative Expenses Filed by Interested Party Nancy Hull | 0.10 | $27.50 |
| 02/18/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 01.31.2025 | 0.30 | $82.50 |
| 02/18/25 | | reviewed Chapter 11 Small Business Monthly Operating Report for the Month Ending: 01/31/2025 | 0.30 | $82.50 |

Printed: 09/19/25 10:23 AM

## Timesheet Report
### Trustee: Michael E. Wheatley (370650)
### Period: 01/27/25 - 08/13/25

Page: 5

| Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|
| 02/13/25 | | cut check to Martin Goldsmith per order entered 2.05.2025 [dn 400] & mailed to Gosnell | 0.30 | $82.50 |
| 02/05/25 | | read Application for Payment of Administrative Expenses in the amount of $35,000.00 to be paid to Kaplan Johnson Abate & Bird LLPas Partial Payment toward Allowed Administrative Expenses | 0.20 | $55.00 |
| 02/04/25 | | attended in person hearing on motion for relief from stay by Gosnel. even though agreed order had been tendered. judge asked for status update. | 0.50 | $137.50 |
| 02/03/25 | | read emails back and forth throughput day from parties trying to agree to resolution on Goldsmith's motion for relief from stay and payment from insurance funds i am holding. brief telephone call from Tyler requesting permission to affix my electronic signature | 0.40 | $110.00 |
| 02/03/25 | | read Motion to Extend time to File Operating Reports for January 2025. | 0.10 | $27.50 |
| 01/28/25 | | read Objection to Motion for Relief from Stay regarding 1, 3, and 17 Central Avenue, West Carrollton, Montgomery County, Ohio. and 4 West Main Street, Springfield, Clark County, Ohio filed by Creditor Martin Goldsmith | 0.10 | $27.50 |
| | | **Total for case:** | **15.80** | **$4,345.00** |
| | | **Grand Total:** | **15.80** | **$4,345.00** |