UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: Hull Organization, LLC )
)
) CASE:23-32983-acs
DEBTOR(S) )
_____) Chapter 11 (converted to Chapter 7)

## ORDER ALLOWING COMPENSATION

THIS MATTER having come before the Court upon the Application for Compensation (the "Application") filed by Michael E. Wheatley ("Case Trustee"), as SubChapter V Case Trustee, after due notice to parties in interest, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the SubV Trustee is awarded final compensation in the amount of $4,345.00 for actual, necessary professional services rendered during the Application Period.

Tendered By:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
mwheatleytr@gmail.com