## **Exhibit A**

*Proposed Reallocations per Category*

|  | Hull Org | Hull Equity | Hull Properties | 4 West | Aggregate |
|---|---|---|---|---|---|
| **01 - Asset Analysis** | | | | | |
| 1st Interim Fee App | $ 120.00 | $ - | $ - | $ - | |
| 2nd Interim Fee App | $ 270.00 | $ - | $ - | $ - | |
| 3rd Interim Fee App | $ - | $ - | $ - | $ - | |
| 4th Interim Fee App | $ - | $ - | $ - | $ - | |
| Subtotal | $ 390.00 | $ - | $ - | $ - | $ 390.00 |
| **02 - Asset Disposition** | | | | | |
| 1st Interim Fee App | $ 7,772.00 | $ - | $ 210.00 | $ 120.00 | |
| 2nd Interim Fee App | $ 1,338.50 | $ 1,110.00 | $ 1,260.00 | $ 4,725.50 | |
| 3rd Interim Fee App | $ 162.50 | $ 60.00 | $ 3,247.00 | $ 13,036.50 | |
| 4th Interim Fee App | $ 7,428.50 | $ - | $ 33.50 | $ 100.50 | |
| Subtotal | $ 16,701.50 | $ 1,170.00 | $ 4,750.50 | $ 17,982.50 | $ 40,604.50 |
| Proposed Reallocation | $ 22,995.38 | $ 1,170.00 | $ 4,750.50 | $ 11,688.63 | $ 40,604.50 |
| **03 - Business Operations** | | | | | |
| 1st Interim Fee App | $ 2,445.00 | $ 60.00 | $ 450.00 | $ - | |
| 2nd Interim Fee App | $ 690.00 | $ 120.00 | $ - | $ - | |
| 3rd Interim Fee App | $ 659.50 | $ 1,345.50 | $ 33.50 | $ 33.50 | |
| 4th Interim Fee App | $ 971.50 | $ 268.00 | $ - | $ - | |
| Subtotal | $ 4,766.00 | $ 1,793.50 | $ 483.50 | $ 33.50 | $ 7,076.50 |
| Proposed Reallocation | $ 3,336.20 | $ 2,270.10 | $ 960.10 | $ 510.10 | $ 7,076.50 |
| **04 - Case Administration** | | | | | |
| 1st Interim Fee App | $ 12,997.50 | $ 1,179.50 | $ 891.50 | $ 860.50 | |
| 2nd Interim Fee App | $ 7,249.00 | $ 1,050.00 | $ 225.50 | $ 271.00 | |
| 3rd Interim Fee App | $ 4,145.00 | $ 1,533.00 | $ 1,287.00 | $ 761.50 | |
| 4th Interim Fee App | $ 2,257.50 | $ 971.50 | $ 1,941.00 | $ 1,338.00 | |
| Subtotal | $ 26,649.00 | $ 4,734.00 | $ 4,345.00 | $ 3,231.00 | $ 38,959.00 |
| Proposed Reallocation | $ 14,656.95 | $ 8,731.35 | $ 8,342.35 | $ 7,228.35 | $ 38,959.00 |
| **05 - Claims Administration & Objections** | | | | | |
| 1st Interim Fee App | $ 660.00 | $ - | $ 270.00 | $ - | |
| 2nd Interim Fee App | $ 270.00 | $ 120.00 | $ 90.00 | $ 90.00 | |
| 3rd Interim Fee App | $ 3,433.50 | $ - | $ 350.50 | $ 82.50 | |
| 4th Interim Fee App | $ 1,781.50 | $ 31.00 | $ 406.50 | $ 144.50 | |
| Subtotal | $ 6,145.00 | $ 151.00 | $ 1,117.00 | $ 317.00 | $ 7,730.00 |
| **06 - Employee Benefits/Pensions** | | | | | |
| 1st Interim Fee App | $ - | $ - | $ - | $ - | |
| 2nd Interim Fee App | $ - | $ - | $ - | $ - | |
| 3rd Interim Fee App | $ - | $ - | $ - | $ - | |
| 4th Interim Fee App | $ - | $ - | $ - | $ - | |
| Subtotal | $ - | $ - | $ - | $ - | $ - |
| **07 - Fee/Employment Applications** | | | | | |
| 1st Interim Fee App | $ 2,130.00 | $ - | $ 750.00 | $ - | |
| 2nd Interim Fee App | $ 1,050.00 | $ - | $ - | $ - | |
| 3rd Interim Fee App | $ 2,222.00 | $ - | $ - | $ 33.50 | |
| 4th Interim Fee App | $ 2,878.50 | $ - | $ - | $ - | |
| Subtotal | $ 8,280.50 | $ - | $ 750.00 | $ 33.50 | $ 9,064.00 |
| Proposed Reallocation | $ 3,312.20 | $ 1,656.10 | $ 2,406.10 | $ 1,689.60 | $ 9,064.00 |
| **08 - Fee/Employment Objections** | | | | | |
| 1st Interim Fee App | $ - | $ - | $ - | $ - | |
| 2nd Interim Fee App | $ - | $ - | $ - | $ - | |
| 3rd Interim Fee App | $ - | $ - | $ - | $ - | |
| 4th Interim Fee App | $ - | $ - | $ - | $ - | |
| Subtotal | $ - | $ - | $ - | $ - | $ - |

|  | Hull Org | Hull Equity | Hull Properties | 4 West | Aggregate |
|---|---|---|---|---|---|
| **09 - Financing** | | | | | |
| 1st Interim Fee App | $ 4,980.00 | $ - | $ 150.00 | $ 180.00 | |
| 2nd Interim Fee App | $ - | $ 60.00 | $ - | $ - | |
| 3rd Interim Fee App | $ - | $ - | $ - | $ - | |
| 4th Interim Fee App | $ - | $ - | $ - | $ - | |
| Subtotal | $ 4,980.00 | $ 60.00 | $ 150.00 | $ 180.00 | $ 5,370.00 |
| Proposed Reallocation | $ 1,992.00 | $ 1,056.00 | $ 1,146.00 | $ 1,176.00 | $ 5,370.00 |
| **10 - Meeting of Creditors** | | | | | |
| 1st Interim Fee App | $ 1,380.00 | $ - | $ - | $ - | |
| 2nd Interim Fee App | $ - | $ - | $ - | $ - | |
| 3rd Interim Fee App | $ - | $ - | $ - | $ - | |
| 4th Interim Fee App | $ - | $ - | $ - | | |
| Subtotal | $ 1,380.00 | $ - | $ - | $ - | $ 1,380.00 |
| Proposed Reallocation | $ 345.00 | $ 345.00 | $ 345.00 | $ 345.00 | $ 1,380.00 |
| **11 - Plan and Disclosure Statement** | | | | | |
| 1st Interim Fee App | $ 3,810.00 | $ 1,380.00 | $ - | $ - | |
| 2nd Interim Fee App | $ 6,636.50 | $ 1,416.50 | $ - | $ - | |
| 3rd Interim Fee App | $ 1,312.50 | $ 495.50 | $ - | $ - | |
| 4th Interim Fee App | $ 1,519.50 | $ 973.50 | $ - | $ - | |
| Subtotal | $ 13,278.50 | $ 4,265.50 | $ - | $ - | $ 17,544.00 |
| Proposed Reallocation | $ 9,958.88 | $ 7,585.13 | | | $ 17,544.00 |
| **12 - Relief from Stay Proceedings** | | | | | |
| 1st Interim Fee App | $ - | $ - | $ - | $ - | |
| 2nd Interim Fee App | $ - | $ - | $ - | $ - | |
| 3rd Interim Fee App | $ 1,273.00 | $ - | $ - | $ - | |
| 4th Interim Fee App | $ - | $ - | $ - | $ - | |
| Subtotal | $ 1,273.00 | $ - | $ - | $ - | $ 1,273.00 |
| Proposed Reallocation | $ 636.50 | | | $ 636.50 | $ 1,273.00 |
| **13 - Litigation** | | | | | |
| 1st Interim Fee App | $ 31,381.00 | $ - | $ - | $ - | |
| 2nd Interim Fee App | $ 22,154.00 | $ - | $ 120.00 | $ 1,878.50 | |
| 3rd Interim Fee App | $ 9,953.00 | $ 100.50 | $ - | $ 298.00 | |
| 4th Interim Fee App | $ 18,956.50 | $ 31.00 | $ - | $ 2,348.00 | |
| Subtotal | $ 82,444.50 | $ 131.50 | $ 120.00 | $ 4,524.50 | $ 87,220.50 |
| Proposed Reallocation | $ 20,611.13 | $ 20,742.63 | $ 20,731.13 | $ 25,135.63 | $ 87,220.50 |
| **14 - Assumption and Rejection** | | | | | |
| 1st Interim Fee App | $ - | $ - | $ - | $ - | |
| 2nd Interim Fee App | $ - | $ - | $ - | $ - | |
| 3rd Interim Fee App | $ - | $ - | $ - | $ - | |
| 4th Interim Fee App | $ - | $ - | $ - | $ - | |
| Subtotal | $ - | $ - | $ - | $ - | $ - |
| | | | | | |
| **Total Proposed Reallocation of Fees** | $ 84,379.23 | $ 43,707.30 | $ 39,798.18 | $ 48,726.80 | $ 216,611.50 |
| | | | | | |
| **Expenses** | | | | | |
| 1st Interim Fee App | $ 492.67 | $ - | $ - | $ - | |
| 2nd Interim Fee App | $ 881.37 | $ 199.00 | $ - | $ 748.00 | |
| 3rd Interim Fee App | $ 110.88 | $ - | $ 230.00 | $ 313.35 | |
| 4th Interim Fee App | $ 234.81 | $ 198.60 | $ - | $ - | |
| Subtotal | $ 1,719.73 | $ 397.60 | $ 230.00 | $ 1,061.35 | $ 3,408.68 |
| Proposed Reallocation | $ 1,203.81 | $ 569.57 | $ 401.97 | $ 1,233.32 | $ 3,408.68 |