UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HULL ORGANIZATION, LLC<br><br>Debtor | Case No. 23-32983-acs<br><br>Chapter 7 |

**ORDER REALLOCATING AND ALLOWING ALL INTERIM AWARDS OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This matter came before the Court upon the *Motion for Reallocation and Final Allowance of All Interim Awards of Compensation and Reimbursement of Expenses* (the "Motion") filed by Kaplan Johnson Abate & Bird LLP ("KJAB"). Notice having been given, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Motion is **GRANTED**. KJAB is awarded compensation and reimbursement under Bankruptcy Code § 330(a), allowed as an administrative expense against the Debtors' estates in the following amounts:

| Debtor | Total Award per Estate |
|---|---|
| Hull Organization, LLC | $85,583.04 |
| Hull Equity, LLC | $44,276.87 |
| Hull Properties, LLC | $40,200.15 |
| 4 West, LLC | $49,960.12 |

SO ORDERED.

CHARITY S. BIRD
TYLER R. YEAGER
**Kaplan Johnson Abate & Bird LLP**
710 W. Main St., 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 416-1630