## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Hull Organization, LLC<br><br>Debtor(s) | Case No.:23−32983−acs<br><br>Chapter: 7<br>Judge: Alan C. Stout |

## NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding 662 Order Granting 668 Motion to Establish Special Compensation Procedures. Hearing scheduled for 10/7/2025 at 10:00 AM at Courtroom #2, 5th Fl. (7th St. Elevators), 601 West Broadway, Louisville, KY 40202. CC: service list. (AO)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 9/18/25

By: AO  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:  Case No. 23-32983-acs
Hull Organization, LLC  Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0644-3  User: KYWBECFAd  Page 1 of 3
Date Rcvd: Sep 18, 2025  Form ID: 220  Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Hull Organization, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| aty | + | Brandon Edward Lira, Stoel Rives LLP, 600 University Street, Ste 3600, Seattle, WA 98101-3197 |
| aty | + | Kaplan Johnson Abate & Bird LLP, 710 W. Main St., 4th Floor, Louisville, KY 40202-2698 |
| intp | + | 4 West, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| intp | + | Hull Equity, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| intp | + | Hull Properties, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| cr | + | Louisville Gas & Electric Company, Care of: Sara Abner, Frost Brown Todd LL, 400 West Market Street, Suite 3200, Louisville, KY 40202-3359 |
| cr | + | Martin Goldsmith, c/o Michael R. Gosnell, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202, UNITED STATES 40202-3466 |
| cr | + | PMGT, LLC d/b/a PMGTKY LLC, c/o Michael R. Gosnell, Attorney at Law, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202 UNITED STATES 40202-3466 |
| intp | + | US Martial Arts Academy, Inc., US Martial Arts Academy, Inc., 834 Ohio Pike, Suite 240, Cincinnati, OH 45245-2200 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy.notices@syb.com | Sep 18 2025 18:46:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Sep 18 2025 18:46:00 | United States of America, U.S. Attorney's Office, 717 W. Broadway, Louisville, KY 40202-2215 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Sep 18 2025 18:46:00 | United States of America for Internal Revenue Serv, c/o U.S. Attorney's Office, 717 West Broadway, Louisville, KY 40202-2215 |
| intp | + | Email/Text: dsbankruptcy@dinsmore.com | Sep 18 2025 18:47:00 | Windsor Companies, Ltd., c/o Ellen Arvin Kennedy, Esq., Dinsmore & Shohl LLP, 100 West Main Street, Suite 900, Lexington, KY 40507-1839 |

TOTAL: 4

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0644-3 | User: KYWBECFAd | Page 2 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: 220 | Total Noticed: 14 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025            Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

**Name**          **Email Address**

Daniel Albers, Jr.
    on behalf of Creditor Louisville/Jefferson County Metro Government Dan.AlbersJr@louisvilleky.gov

Ellen Arvin Kennedy
    on behalf of Defendant Windsor Companies Ltd dsbankruptcy@dinsmore.com

John R. Stonitsch
    on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  john.r.stonitsch@usdoj.gov

K. Gail Russell
    on behalf of Interested Party Nancy Hull grussell@tilfordlaw.com

Katherine A. Bell
    on behalf of Creditor United States of America Katherine.bell@usdoj.gov  caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov

Keith J. Larson
    on behalf of Creditor First Financial Bank  successor by merger to MainSource Bank kjl@mpmfirm.com,
    louretailbankruptcy@morganandpottinger.com

Kemal Catalan
    on behalf of Interested Party US Martial Arts Academy  Inc. kemalvcatalan@kvclawfirm.com

Matthew Golden
    trustee@mattgoldenlaw.com  mjg@trustesolutions.net;jessica.dunigan@thatlawlady.com

Matthew R. Lindblom
    on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com
    emily.keith@skofirm.com;kent.durning@skofirm.com

Michael E. Wheatley
    mwheatleytr@gmail.com  ky36@ecfcbis.com

Michael R. Gosnell
    on behalf of Creditor PMGT  LLC d/b/a PMGTKY LLC mgosnell@derbycitylaw.com

Michael W. McClain
    on behalf of Creditor Bilyeu Enterprises  LLC mmcclain@mcclainlawgroup.com,
    McClain.MichaelB136855@notify.bestcase.com

Paul Saba
    on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
    eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Sara L. Abner
    on behalf of Creditor Louisville Gas & Electric Company sabner@fbtlaw.com  osnider@fbtlaw.com

Scott A. Bachert
    on behalf of Trustee Michael E. Wheatley sbachert@kerricklaw.com  mwyatt@kerricklaw.com;kproctor@kerricklaw.com

Stephen Barnes
    sbarnes@kentuckytrustee.com  SBarnes@ecf.axosfs.com

Tim Ruppel
    on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com

Tyler R. Yeager
    on behalf of Debtor Hull Organization  LLC
    hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com

U.S. Trustee
    ustpregion08.lo.ecf@usdoj.gov

William P. Harbison
    on behalf of Creditor Martin Goldsmith harbison@derbycitylaw.com  benich@derbycitylaw.com

District/off: 0644-3                                    User: KYWBECFAd                                    Page 3 of 3
Date Rcvd: Sep 18, 2025                                 Form ID: 220                                       Total Noticed: 14
TOTAL: 20