UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

HULL ORGANIZATION, LLC.                                        Case No. 23-32983

### MOTION TO EXTEND TIME TO RESPOND TO DEBTOR'S COUNSEL'S APPLICATIONS AND REALLOCATION

***** ***** ***** ***** ***** ***** ***** ***** ***** ***** ***** ***** ***** *****

Comes Nancy Hull, an interested party herein, by counsel, and moves this Court to enter the accompanying Order to extend the response time to Debtor's counsel's filings with respect to Debtor's September 12, 2025 filing, *Fourth Application for Compensation and Reimbursement of Expenses* (Doc. 692) and the September 20, 2025 filing, *Motion for Reallocation and Final Allowance of All Interim Awards of Compensation and Reimbursement* (Doc. 698), for counsel, Tyler Yeager and the firm of Kaplan Johnson Abate & Bird, LLP to October 2, 2025.

This request is being made of the Court as there have been additional extensions granted to Mr. Yeager to file his fee applications and other motions, thus making the Court's Order of September 3, 2025 (Doc.688) in conflict with later docket entries . Therefore, Interested Party Hull respectfully requests of this Court to extend the deadline to respond to the above filings to October 2, 2025 so that the record is clear as to what deadlines are in effect.

1

Respectfully submitted:

/s/ K. Gail Russell
K. GAIL RUSSELL
MARK W. DOBBINS
Tilford Dobbins Schmidt PLLC
1400 One Riverfront Plaza
401 West Main Street
Louisville, Kentucky 40202
(502) 584-1000
mdobbins@tilfordlaw.com
grussell@tilfordlaw.com
Counsel for Nancy Hull

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was this _____ day of September, 2025, served by electronic mail or regular mail upon all parties of the case and upon the following:

Tyler R. Yeager
Kaplan Johnson Abate & Bird, LLP
710 W. Main Street, 4th Floor
Louisville, Kentucky 40202

Michael E. Wheatley, Trustee
PO Box 1072
Prospect, Kentucky 40059

US Trustee Office
US Trustee Office
Assistant US Trustee
601 W. Broadway, Suite 512
Louisville, Kentucky 40202

/s/ K. Gail Russell
K. Gail Russell

F:\office\MWD\Hull\Bankruptcy cases 2023\Hull Organization LLC\Conversion\motion for extensionoftimetorespondtofeeapp.doc