UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HULL ORGANIZATION, LLC ) | CASE NO. 23-32983 |
| ) | |
| Debtor ) | |

### TRUSTEE'S MOTION TO APPROVE
### THE CONTRACT FOR SALE OF REAL PROPERTY
### LOCATED AT 3918 S. BROOK ST., LOUISVILLE, KENTUCKY

Comes now the Trustee, Michael E. Wheatley, by and through counsel, and pursuant to 11 U.S.C. § 363 moves the Court to approve the sale of real property located at 3918 S. Brook St., Louisville, Kentucky, and described in the contract attached as Exhibit A hereto, free and clear of all liens and encumbrances. As grounds for this Motion are as follows:

1. The Debtor filed their Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on December 13, 2023, and case was converted to Chapter 7 on December 13, 2023. The case was converted to a Chapter 7 on August 13, 2025.

2. The Trustee desires to sell real estate located at 3918 S. Brook St., Louisville, Kentucky, Map Code 090-0000-012-01, pursuant to the attached contract for the total sum of $58,000 which the Trustee believes represents the fair market value of this real estate given the condition of the property. Trustee has been inside property on several occasions. The property was occupied by homeless individuals for a significant period of time during the pendency of the Chapter 11 causing considerable damage to the interior. In its current condition the property is uninhabitable. Trustee proposes to sell the property to Yaima Diaz Mirabal. The purchaser is not a relative or creditor of the Debtor or Trustee.

3. This real estate is not subject to a mortgage but has a tax lien payable to Christine Hoogenboom in the approximate balance of $1,292.09 and approximately 18 liens from the

Louisville-Jefferson County Government for code violations and mowing costs with an approximate balance of $10, 500 plus accrued interest.

    4.    The net sales proceeds will be paid to the lienholders and balance to be deposited into the Trustee's account.

    5.    The Trustee represents that this sale is an arms length transaction. Purchaser is not related to the Debtor nor the Trustee.

    6.    Buyer and Seller also agree that Seller shall pay a compensation of 3% of the agreed Sales Price to the Buyer's Broker at Closing.

    7.    The Debtor further moves the Court, to afford the parties in this transaction the protections of 11 U.S.C. § 363(m).

    8.    A proposed order is tendered herewith.

Electronically filed this October 1, 2025.

KERRICK BACHERT PSC  
1411 Scottsville Road  
P O Box 9547  
Bowling Green, KY  42102-9547  
Telephone:  (270) 782-8160  
Facsimile:   (270) 782-5856  

/s/Scott A. Bachert  
SCOTT A. BACHERT

**CERTIFICATE OF SERVICE:**

It is hereby certified that on October 1, 2025, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's CM/ECF system at the electronic addresses set forth therein to the United States Truste and all other persons receiving electronic notifications in this case, and mailed via First Class U.S. Mail to the following:

Christine Hoogenboom  
2307 Watterson Trail, Suite 200  
Louisville, KY  40299-2533

Louisville-Jefferson County Government
Dept. of Codes & Regulations
444 S. 5th Street
Louisville, KY  40202-2343

Louisville-Jefferson County Government
Attn:  Daniel T. Albers, Jr.
200 S. 5th St., Suite 200N
Louisville, KY  40202-3279

All Scheduled Creditors


/s/Scott A. Bachert
SCOTT A. BACHERT