# GREATER LOUISVILLE ASSOCIATION OF REALTORS®, INC.

This document is copyrighted by the Greater Louisville Association of REALTORS®, Inc. and is for the use of its Members only.

## Residential Sales Contract

Date: September 26 2025

MLS # 1698845

This is a legally binding Contract governed by the laws of the Commonwealth of Kentucky. It is agreed that all terms and conditions pertinent hereto are included in this writing, and no verbal agreements or understandings of any kind shall be binding upon the Parties. Seller and Buyer acknowledge that they have not relied upon the advice or representations of Brokers or Agents regarding, among other things, legal and tax consequences of this Contract, and Seller and Buyer acknowledge that if such matters have been of concern to them, they have sought and obtained independent advice relative thereto.

**CALCULATING DAYS:** All days are calendar days (midnight to midnight) calculated beginning on the first day following the acceptance day or, if applicable, notification day.

| Semonin REALTORS | 206788 | Douglas Myers | 192141 | 502-558-0444 | 502-420-5000 |
|---|---|---|---|---|---|
| Listing Company/License # | | Agent Name/License # | | Agent Telephone | Office Telephone |

Agent Email: dougmyers@semonin.com

Co-Agent Name/License # _____ Agent Telephone _____

| ZHomes Real Estate | 216658 | Pavel Reyes Valdes | 220295 | (502) 296-4839 | 502-641-6623 |
|---|---|---|---|---|---|
| Selling Company/License # | | Agent Name/License # | | Agent Telephone | Office Telephone |

Agent Email: pavelpvrv@gmail.com

Co-Agent Name/License # _____ Agent Telephone _____

For MLS Reporting: Selling Member/Team, if other than above _____

## PROPERTY

**1. OFFER:** Buyer agrees to buy and Seller agrees to sell the real property located at _____

3918 S Brook St, Louisville, KY 40214

being recorded in the Deed Book 10863 Page 482 Block # 055F Lot # 0146

Sub Lot # _____ in the County of Jefferson, Kentucky, together with all improvements and fixtures, if applicable, which are acknowledged by all parties not to be personal property, including but not limited to:

- attached lighting fixtures
- ceiling fans
- gas logs
- drapery rods
- security system
- blinds/shades
- mailboxes
- all bathroom mirrors
- towel rods
- satellite dish
- wall-to-wall-carpeting
- all remote control devices
- all outdoor landscaping and lighting
- water softener
- invisible fencing and associated transmitter(s)
- all storage sheds
- television mount(s) & bracket(s)

Appliances and additional items to **Remain:** ☐ Refrigerator(s), ☐ Stove(s)/Range(s), ☐ Dishwasher(s), ☐ Microwave(s), ☐ Washer ☐ Dryer, and the following: _____

_____

Seller shall **Remove** the following fixtures prior to delivery of Possession: _____

_____

Fuel/Propane Tank(s): ☐ Owned or ☐ Leased and ☐ Shall Remain or ☐ Shall Not Remain ☐ Not Applicable

The terms of all of this paragraph shall survive the closing and delivery of deed.

## PRICE AND TERMS

**2. PURCHASE PRICE:** The purchase price shall be.......... $ 55,000.00 .

Earnest Money Deposit.......... $ 1,000.00 .

The terms of all of this paragraph shall survive the closing and delivery of deed.

**3. PAYMENT OF PURCHASE PRICE:** Purchase price shall be paid as follows:

☒ Cash.......... $ 54,000.00 or _____ %

☐ Equity Line ☐ Gift ☐ Other _____ $ _____ or _____ %

☐ Down Payment Assistance .......... $ _____ or _____ %

☐ Financing: Remaining Amount Shall Be Financed by (CHOOSE ALL THAT APPLY):

☐ Conventional ☐ FHA ☐ VA ☐ Fixed Rate ☐ Adjustable Rate ☐ Other: _____ (if other, see attached addendum) loan amortized over _____ years, with interest rate not to exceed _____ % per annum. For an adjustable rate loan, adjustments are limited to the following: _____ . If Financing (other than an equity line) is involved, this Contract is contingent upon Buyer qualifying for a loan with the above financing terms and conditions, or better. If Buyer has acted in good faith and does not qualify for the loan, Buyer may void the Contract and receive Earnest Money Deposit in refund. The acquisition by Buyer of earnest money deposit, cash, equity line, gift, and/or other source of funds noted on lines 42, 45 and 46 above is not a contingency.

☐ **SELLER CONCESSIONS:** Seller shall provide an allowance up to $ _____ U.S. Dollars to be used by Buyer toward any lender allowed costs, prepaids, and survey.

**BUYER** Initials: _YD_ Date: 09/26/2025 Time: 4:57 PM    Initials: _____ Date: _____ Time: _____

**SELLER** Initials: _____ Date: _____ Time: _____    Initials: _MW_ Date: 09/28/25 7:47 AM Time: _____

Rev. 01/25    Copyright 2025 Greater Louisville Association of REALTORS®, Inc.    Page 1 of 7

This document is copyrighted by the Greater Louisville Association of REALTORS, Inc. and is for the use of its Members only.

60  Property located at: 3918 S Brook St _____ Louisville ___ KY __ 40214 __

61  Buyer must apply for said loan within _____ day(s). Failure to apply for loan shall constitute a breach of this Contract, in which case
62  Seller may either a) grant a written extension of time; b) void the Contract and retain Earnest Money Deposit as liquidated damages; or c)
63  pursue a claim for damages as a result of the breach. Any change in financing terms or Lender must not adversely affect the Seller's
64  proceeds or the closing date. Seller shall be informed of the progress of the loan, including any change to the above financing terms or
65  selected Lender.
66  Lender Contact Information: _____.

67  Except for Earnest Money Deposit, all monies necessary to close shall be tendered at closing by certified funds. Buyer and Seller
68  shall pay their respective closing costs, consistent with local custom.

69  Buyer represents to Seller, the Listing Company, the Selling Company, and their respective sales associates, the Greater Louisville
70  Association of REALTORS®, Inc., Metro Search, Inc., and participants in its Multiple Listing Service that the information provided above
71  related to any source of funds and/or Buyer's ability to pay cash is true, accurate and complete to the best of Buyer's knowledge. Buyer
72  shall indemnify and hold harmless all the foregoing parties from any liabilities, damages, costs, fees and expenses including attorney
73  fees, resulting from any **fraudulent** information provided herein, or in any other writing provided by Buyer. The terms of all of this
74  paragraph shall survive the closing and delivery of deed.

75  **4. EARNEST MONEY DEPOSIT:** The Earnest Money Deposit shall be delivered by Buyer or Buyer's agent within three (3) days and shall
76  be held in the escrow account of the following ☒ Listing Broker/Brokerage ☐ Selling Broker/Brokerage_____.
77  Failure to deliver Earnest Money Deposit within the aforementioned time period shall constitute a breach of this Contract, in which case
78  Seller may either a) grant a written extension of time; b) void the Contract; or c) pursue a claim for damages as a result of the breach. The
79  deposit shall only be removed from the broker's escrow account upon closing, written agreement of all parties, court order, or as provided
80  by law. If either party fails to perform his/her obligations hereunder, the other party may accept the deposit as liquidated damages, with
81  both parties signing a release, or subject to paragraph 27, may pursue any available legal or equitable remedy. In the event that any legal
82  action is necessary as a result of the Buyer's or Seller's refusal to release Earnest Money Deposit, the prevailing party shall be entitled to
83  recover, in addition to any other remedies available under the Contract a) Earnest Money Deposit and b) mediation/arbitration or Court
84  costs and the reasonable attorney's fees required to obtain the recovery of said deposit, not to exceed three (3) times the deposit amount.
85  This limitation on the damages recoverable is for claims based on the failure to release the deposit, and it shall not limit the recovery of
86  damages based on any other claim.

87  **5. APPRAISAL CONTINGENCY (CHOOSE ONLY ONE OPTION):**
88  ☐ **A. For Transactions Involving a Lender:** This Contract **is contingent** upon the Lender's first appraiser establishing that the value
89     of the property is equal to or greater than the purchase price; -or-

90  ☐ **B. For Cash Transactions, Private Finance Transaction, and Contracts for Deed:** This contract **is contingent** upon an
91     appraisal from a Kentucky certified real estate appraiser chosen by Buyer, completed within _____ days, establishing that the
92     value of the property is equal to or greater than the purchase price; -or-

93  ☒ **C. This Contract is not contingent upon an appraisal.**

94  Should the appraisal establish that the value of the property is less than the purchase price, in order for the contingencies in **A** or **B** to
95  be effective, Buyer must, within five (5) days of discovering the appraised value and in writing, either a) waive the Appraisal
96  Contingency; b) agree with Seller on a new purchase price and/or payment terms, if necessary to close; or c) void the Contract, at
97  which point Buyer shall receive Earnest Money Deposit in refund. Otherwise, the Contract is voidable at the option of Seller and Seller
98  shall retain Earnest Money Deposit.

99  **6. PRORATIONS:** All taxes, dues and assessments due and payable in the year of closing shall be prorated between Buyer and Seller on
100 the applicable calendar/fiscal year basis to date of deed, unless otherwise agreed upon in writing. The terms of all of this paragraph shall
101 survive the closing and delivery of deed.

102 **7. HOME WARRANTIES** (The terms of all of this paragraph shall survive closing)
103 **A. LIMITED HOME WARRANTY (CHOOSE ALL THAT APPLY):** Buyer and Seller acknowledge the following: a limited home warranty
104 policy may be available to Buyer for an additional fee; said policy may have exclusions; said policy is not a substitute for a home
105 inspection; and Broker may receive a service fee from the home warranty company for marketing and administrative services and for
106 processing application on behalf of the home warranty company.

107    ☐ Seller agrees to pay $_____ toward the purchase of a limited home warranty identified and ordered
108    prior to closing by ☐Buyer or ☐Seller; -or-
109    ☐ Buyer agrees to purchase a limited home warranty; -or-
110    ☐Buyer ☒waives OR ☐ reserves the option of purchasing a limited home warranty at closing at their own discretion and expense.

111 **B. NEW HOME CONSTRUCTION WARRANTY:** The property is a new construction and will carry a minimum of a one-year
112 warranty from Seller which will begin at closing.
113    ☐ A copy of the warranty has been provided to Buyer and is attached hereto and shall be considered incorporated herein.
114    ☐ If this Contract is accepted without receipt by Buyer of said warranty, Buyer may void this Contract in writing unless Seller delivers
115    said warranty form to Buyer within three (3) days. If Seller delivers said form to Buyer within three (3) days, Buyer shall then have three
116    (3) days to review and acknowledge receipt of said form in writing. If Buyer does not respond in writing with a release of Contract within
117    the same three (3) day period, then Buyer waives Buyer's right to void the Contract on the basis of the terms of warranty.

118 **BUYER** Initials:___YD___ Date: 09/26/2025 Time: 4:57 PM   Initials:_____ Date:_____ Time:_____
119 **SELLER** Initials:_____ Date:_____ Time:_____   Initials:___MW___ Date: 09/28/25 Time: 7:47 AM

120 Rev. 01/25                Copyright 2025 Greater Louisville Association of REALTORS®                Page 2 of 7

This document is copyrighted by the Greater Louisville Association of REALTORS, Inc. and is for the use of its Members only.

121 Property Located at: 3918 S Brook St                                    Louisville        KY    40214

122 **DUE DILIGENCE**

123 **8. SELLER DISCLOSURE OF PROPERTY CONDITION (as required by 201 KAR 11:350, CHOOSE IF APPLICABLE):** Seller
124 represents to Buyer, the Listing Company, the Selling Company, and their respective sales associates, the Greater Louisville
125 Association of REALTORS®, Inc., Metro Search, Inc., and participants in its Multiple Listing Service that the information provided in the
126 Seller Disclosure of Property Condition form is true, accurate and complete to the best of Seller's knowledge. Seller shall indemnify and
127 hold harmless all the foregoing parties from any liabilities, damages, costs, fees, and expenses including attorney fees,
128 resulting from any **fraudulent** information provided herein, in any addendum, in the Listing Contract, in the Seller Disclosure of Property
129 Condition form, or in any other writing provided by Seller.

130     ☒ **A.** Buyer acknowledges receipt from Seller of the Seller Disclosure of Property Condition form; -or-

131     ☐ **B.** Buyer has not received the Seller Disclosure of Property Condition form. Although it may not be required by law, Seller
132     shall provide to Buyer the *Seller Disclosure of Property Condition* form.

133 If this Contract is accepted without receipt by Buyer of the Seller Disclosure of Property Condition form under B, Buyer may void this
134 Contract in writing anytime up to and including the closing date unless Seller delivers said form to Buyer within three (3) days. If Seller
135 delivers said form to Buyer within three (3) days of acceptance, Buyer shall then have one (1) day to review and acknowledge receipt of
136 said form in writing. If Buyer does not respond in writing with a release of Contract within the same one (1) day period, then Buyer
137 waives Buyer's right to void the Contract on the basis of the information provided on the Seller Disclosure of Property Condition form.

138 **9. LEAD PAINT DISCLOSURE (CHOOSE ONLY ONE OPTION):**

139     ☐ **A.** This property was not built before 1978; -or-

140     ☒ **B.** This property was built prior to 1978. Seller agrees to complete the Disclosure of Information on Lead-Based Paint and/or Lead-
141     Based Paint Hazards form and attach it as an addendum to this Contract. Buyer acknowledges receipt of a copy of the EPA
142     pamphlet, *Protect Your Family From Lead In Your Home.*

143     **(CHOOSE 1 OR 2):**
144     ☒ 1. Buyer waives the right to conduct a risk assessment or inspection of the property for the presence of lead-based paint or lead-
145     based paint hazards; -or-

146     ☐ 2. This Contract is contingent upon a risk assessment or inspection of the property for the presence of lead-based paint and/or
147     lead-based paint hazards. Buyer has ten (10) days, or _____ day(s), from acceptance of this Contract to inspect the property for this
148     purpose. This contingency will terminate unless Buyer delivers to Seller by the above-mentioned time and date, a
149     copy of the inspection and/or risk assessment report and a list of deficiencies and corrections needed to address the existence of
150     lead-based paint and/or lead-based paint hazards. Seller will then have _____ days to respond to Buyer's request. If
151     Seller agrees to the request, all repairs/corrections/remediation shall be made prior to closing. If Seller does not agree to Buyer's
152     request, Buyer may void this Contract and receive a refund of Earnest Money Deposit, or may accept the property in its current
153     condition as it relates to lead-based paint and lead-based paint hazards. Buyer may remove this contingency at anytime.

154 **10. INSPECTIONS OF PROPERTY: (Time is of the essence with Regard to All of Paragraph 10).** Buyer is on notice that an
155 inspection is recommended on every purchase. Inspections and appraisals required by FHA, VA, or Buyer's Lender do not necessarily
156 eliminate the need for other inspections. Seller shall allow reasonable access and shall remove all personal belongings and/or debris
157 that might obstruct a thorough inspection of the property and its improvements.

158 Except as expressly provided herein, the parties have not relied upon any statement or representation by any real estate Broker or
159 Agent as to the nature or condition of the property, or any part thereof, nor do such Brokers or Agents, expressly or impliedly, warrant
160 the property, its construction, condition or materials or any of the fixtures, appliances or amenities.

161 The parties hereto acknowledge that real estate Brokers and Agents do not recommend specific inspectors or specific inspection
162 companies. All inspections are deemed to have been chosen and approved by Buyer. Except for a material misrepresentation made by
163 a real estate Broker or Agent, the **PARTIES RELEASE** each such Broker and Agent from liability for any defect or deficiency now
164 existing or later discovered relating to this property, and all systems, appliances, and equipment on it.

165 If Buyer and/or Buyer's representative damage the property, Buyer accepts the property with the damaged item(s). If Buyer does not
166 purchase the property for any reason whatsoever, Buyer shall, in a timely manner, pay Seller for the full cost to repair or, if necessary,
167 replace the damaged item(s). These provisions related to property damage shall survive the closing, and can be enforced even if the
168 Contract is released by both parties.

169 **A. VERIFICATION OF SQUARE FOOTAGE:** Within 15 days Buyer shall verify the information provided by Seller as to the square
170 footage of improvements located on the property. Within the same time period, Buyer shall have the right to void the Contract and
171 receive their Earnest Money Deposit in refund with written notice to Seller if the information is incorrect by more than ten percent (10%)
172 of the total above grade (conforming and non-conforming) finished square footage according to American National Standards Institute
173 (ANSI) guidelines. If Buyer fails to void the Contract within the same time period, Buyer shall be deemed to have waived any rights or
174 claims for damages as a result of any incorrect information regarding square footage of the improvements located on the property, and
175 shall proceed with the purchase of the property. The information provided by Seller regarding the square footage of the improvements is
176 approximate and is provided to the best of Seller's knowledge.

177 **B. INSPECTIONS (CHOOSE ONLY ONE OPTION):**
178     ☒ 1. Buyer waives inspections. Buyer accepts the property in its condition as of date of offer. Buyer understands the risks associated
179     with this option and agrees to indemnify and hold harmless the real estate Brokers and Agents from any damages sustained as a
180     result of accepting the property in its condition as of date of offer; -or-

181 **BUYER** Initials: VD  Date: 09/26/2025  Time: 4:57 PM  Initials: _____  Date: _____  Time: _____
182 **SELLER** Initials: _____  Date: _____  Time: _____  Initials: MW  Date: 09/28/25  Time: 7:47 AM

183 Rev. 01/25                    Copyright 2025 Greater Louisville Association of REALTORS®, Inc.                    Page 3 of 7

184 Property located at: 3918 S Brook St                                  Louisville            KY    40214

185 ☐ **2.** Within _____ day(s), Buyer may inspect the property for any purpose at reasonable times, at Buyer's expense. After all
186 inspections, and within the same inspection period, Buyer shall notify Seller that Buyer either a) accepts the property in its current
187 condition; b) voids the Contract with a refund of the Earnest Money Deposit (but only if Buyer has hired a licensed home inspector
188 and received a written report); or c) requests Seller to make repairs, corrections, or replacements or pay for same (hereinafter
189 referred to as "Repairs"), if Buyer has hired a qualified contractor or licensed home inspector and received a written report. Once
190 Buyer has requested repairs, corrections, or replacements, Buyer may not rescind, amend, or alter said request until Seller has
191 had an opportunity to respond pursuant to this paragraph.

192 If Buyer fails to reply to Seller within the deadline listed above, Buyer is deemed to have accepted the property in its current condition. If
193 Buyer submits a Repairs request to Seller, Buyer and Seller shall negotiate Repairs in good faith. Seller shall respond within _____
194 day(s) to Buyer's initial request. If Seller does not respond to Buyer within the same time frame, Seller agrees to all of Buyer's Repairs.

195 If the parties do not agree on requested Repairs, each Party shall respond to the other's last reply within _____ day(s) until either 1) all
196 Parties agree on Repairs or 2) either Party provides written notice of intent to void the Contract. If either party provides notice of an
197 intention to void the Contract, the other party shall, within _____ day(s) of delivery of notice, either 1) accept the other party's last
198 Repairs response, or 2) sign a mutual release with Earnest Money Deposit refunded to Buyer.

199 If Seller agrees to Buyer's Repairs, all improvements shall be made in a workmanlike and timely manner prior to closing. All responses
200 and requests shall be made in writing.

201 **11. SURVEY:** Buyer is advised to order and purchase a survey to inform Buyer of the lot size and boundaries and of the potential for
202 encroachments of buildings and other improvements over property lines, building setback lines, easements, etc.

203 Buyer acknowledges that Buyer has not relied upon representations made by any real estate Broker or Agent regarding the afore-
204 mentioned matters which would be revealed by a survey. Buyer releases each such Broker and Agent from liability for any defect or
205 deficiency now existing or later discovered relating to the aforementioned matters.

206 **CHOOSE IF APPLICABLE**

207 ☐ This Contract is contingent upon a survey, at Buyer's expense, satisfactory to Buyer. Within _____ day(s), survey to be completed
208 and shall notify Seller in writing if Buyer wishes to void the Contract based upon the results of the survey; otherwise, this contingency is
209 hereby deemed waived, subject to paragraph 18. **Time is of the essence with regard to this contingency.**

210 **CLOSING**

211 **12. CLOSING DATE (CHOOSE ONLY ONE OPTION):**
212 ☐ **A.** Closing of this transaction shall occur on the _____ day of _____, 20____, unless otherwise agreed upon in
213 writing between Buyer and Seller. The closing time shall be agreeable to both Buyer and Seller, which agreement shall not be
214 unreasonably withheld; -or-

215 ☒ **B.** Closing of this transaction shall occur no sooner than __4__ days nor later than __7__ days, unless otherwise agreed upon in
216 writing between Buyer and Seller. The closing date and time shall be agreeable to both Buyer and Seller, so long as date is within the
217 time frame. If Buyer and Seller cannot mutually agree upon a closing date and time, closing shall occur on the last business day of the
218 time frame.

219 **13. DATE OF POSSESSION (CHOOSE ONLY ONE OPTION):** Possession of the property shall be given by Seller to Buyer:
220 ☒ **A.** Simultaneously with closing, with all keys at closing table and property ready for occupancy; -or-

221 ☐ **B.** By _____ am/pm Eastern Time _____ day(s) after closing (closing day not included).
222 The terms of all of this paragraph shall survive the closing and delivery of deed.

223 **14. CONDITION AT POSSESSION:** Until possession is delivered, Seller shall maintain the property, exterior and interior, in the same or
224 better condition as of the date of acceptance of the Contract, normal wear and tear excepted. Seller shall leave the property free of trash
225 and debris, and shall leave the premises "broom clean." **Personal property not designated in this Contract must be removed by Seller**
226 **prior to possession. Damage beyond normal wear and tear caused by the removal of personal property shall be repaired in a**
227 **workmanlike manner by Seller prior to possession.** The terms of all of this paragraph shall survive the closing and delivery of deed.

228 **15. WALK THROUGH:** Buyer shall have the right to perform a "walk-through" inspection prior to closing and again prior to delivery of
229 possession to verify condition. The terms of all of this paragraph shall survive the closing and delivery of deed.

230 **16. LEASES (CHOOSE ONLY ONE OPTION):**
231 ☒ **A.** Seller warrants that no valid leases are or shall be in effect as of the date of closing on this property; -or-

232 ☐ **B.** At closing, all leases, if any, shall be assigned to Buyer; all rents, if any, shall be prorated between Buyer and Seller based on date
233 of deed; and all deposits, if any, shall be transferred to Buyer. All current tenant leasing records, in Seller's possession, shall be
234 delivered to Buyer at Closing. The terms of all of this paragraph shall survive the closing and delivery of deed.

235 **17. WARRANTIES TRANSFER:** Seller agrees to transfer to Buyer, at closing, Seller's interest in any manufacturer's warranties, service
236 contracts, and other guarantees or warranties which may be transferable to Buyer. Should there be a fee for this transfer, it shall be paid
237 by Buyer.

238 **BUYER** Initials: YD  Date: 09/26/2025  Time: 4:57 PM  Initials: MW  Date: 09/28/25  Time: 7:47 AM
239 **SELLER** Initials: _____ Date: _____ Time: _____  Initials: _____ Date: _____ Time: _____

240 Rev. 01/25                    Copyright 2025 Greater Louisville Association of REALTORS®, Inc.                    Page 4 of 7

This document is copyrighted by the Greater Louisville Association of REALTORS, Inc. and is for the use of its Members only.

241 Property located at: 3918 S Brook St                                    Louisville       KY    40214

242 **18. TITLE TO BE CONVEYED:** An unencumbered, marketable title to the real property described herein shall be conveyed by deed of
243 GENERAL WARRANTY with the usual covenants such as any title company will insure the Owner, except easements of record, restrictive
244 covenants of record as to use and improvement of the property, and except applicable regulations imposed by the Planning Commission.
245 Should title prove defective and such defect cannot be remedied before closing date, Seller shall pay all title examination costs, and any
246 reasonable out-of-pocket expenses incurred by Buyer in the process of pursuing the purchase of this property, including but not limited to
247 cost of appraisal, credit report, mortgage application, survey, and inspections of any type. **Buyer is advised that a title examination**
248 **alone cannot determine the existence of many possible claims or encumbrances against title.** Consequently, to help protect
249 Buyer's ownership interest from certain claims, encumbrances or objections to title, Buyer shall purchase at closing an Owner's Title
250 Insurance Policy as a Buyer's normal expense.

251 **Buyer acknowledges that Owner's Title Insurance is strongly recommended** and that, without said insurance, Buyer may have no
252 protection against future loss from possible liens, demands for money, claims for possession of the property, unreleased encumbrances
253 or future objections to title or potential losses.

254 **CHOOSE IF APPLICABLE:**

255 ☐ Buyer **declines** the protection of Owner's Title Insurance.

256 **NOTICES**

257 **19. SMOKE DETECTOR ORDINANCE NOTICE (Jefferson County Only):** Seller agrees to sign at closing an affidavit certifying
258 compliance with Louisville Metro Code of Ordinances Section 94 and any changes thereto. Seller shall comply with said ordinance prior to
259 closing. All Sellers, including lenders who have foreclosed on a property, are required to comply with this ordinance; the responsibility to
260 comply cannot be transferred to Buyer. All Parties understand that if the smoke detectors are not hard-wired to the electricity, **new** 10 year
261 non-removable lithium powered smoke detectors must be installed after this Contract has been accepted and prior to closing. The terms
262 of all of this paragraph shall survive the closing and delivery of deed.

263 **20. SMOKE DETECTOR ORDINANCE NOTICE (Bullitt County Only):** Seller agrees to sign at closing an affidavit certifying compliance
264 with Bullitt County Ordinance No. 23-04.

265 **21. CONDOMINIUM SELLER CERTIFICATE:** If the subject property is a condominium, and a Condominium Seller's Certificate has not
266 been previously provided by Seller, Seller agrees to immediately request a Condominium Seller's Certificate, at Seller's expense, and
267 provide it to Buyer pursuant to KRS 381.9203. Any additional condominium association documentation (including updates) requested by
268 Buyer's lender shall be paid by Buyer. If the property is a condominium, Buyer has the right, by Kentucky law, to a copy of the declaration,
269 bylaws, rules or regulations of the association and a Condominium Seller's Certificate, such as KREC Form 404. This Contract is voidable
270 by Buyer until the Certificate has been provided and for five (5) days thereafter, or until conveyance, whichever first occurs.

271 **22. RISK OF LOSS:** All risks of loss with respect to the property shall remain with Seller until the closing and delivery of deed to Buyer.
272 Seller agrees to provide and maintain insurance until closing. If the property is destroyed or substantially damaged before the closing
273 date, this Contract may be voided at Buyer's option by written notice to Seller or Seller's Agent. If Buyer voids this Contract, Buyer and
274 Seller shall immediately sign a Release of Contract and Earnest Money Deposit paid hereunder shall be refunded to Buyer. The terms of
275 all of this paragraph shall survive the closing and delivery of deed. **Buyer is strongly advised to secure homeowners insurance prior**
276 **to closing.**

277 **23. ADDITIONAL DISCLOSURES: Fair Housing.** This property was offered for sale without regard to race, color, sex, religion, national
278 origin, handicap, familial status, sexual orientation or gender identity. Buyer and Seller acknowledge receipt of a copy of the pamphlet
279 *"What Kentucky's Fair Housing Law Means"* as required by 104 KAR 1:010. Due to Fair Housing concerns and risks, Broker and Agents
280 are discouraged from preparing, reviewing, submitting personal information letters (aka "love letters"), including photographs, from
281 potential Buyer to Seller.

282 A Guide to Agency Relationships and the Agency Consent Agreement. Buyer and Seller acknowledge receipt of A Guide to Agency
283 Relationships and the Agency Consent Agreement, as required by 201 KAR 11:121.

284 **24. COMMISSION:** At the closing of this transaction, the contractually required parties shall pay the commissions due to any entitled
285 Brokers. The commissions are earned upon acceptance of this offer, but subject to any contingencies specified herein. If the closing is
286 not completed because of the failure of the Buyer and/or Seller to perform his/her respective obligations hereunder, the defaulting party or
287 parties shall be obligated to pay the commissions due to any entitled Broker, and all costs of collection of same, including a reasonable
288 attorney's fee.

289 **25. NOTICES:** All Notices to be in writing and delivered to the respective Party's Agent and/or Co-Agent listed on page 1 of this Contract
290 by hand delivery, first-class mail, email, or fax.

291 **26. SEVERABILITY:** The deletion, alteration or unenforceability of any provision of this Contract shall not affect the enforceability of this
292 Contract.

293 **27. MEDIATION/BINDING ARBITRATION:** Notice of Demand for Mediation must be made within 365 days after the Party raising the
294 claims knew, or should have known, of the existence of said claims. Any dispute or claim (including, without limitation, claims of fraud,
295 misrepresentation, punitive damages, warranty and/or negligence) of Seller, Buyer, Brokers, Agents or any of them for a sum greater
296 than the limits of small claims court jurisdiction arising out of this Contract or breach thereof or arising out of or relating to the physical
297 condition of the property covered by this Contract shall first be submitted to mediation and arbitration in accordance with the guidelines of
298 the Greater Louisville Association of REALTORS,® Inc. Copies of these guidelines are available at the Greater Louisville Association of
299 REALTORS®, Inc. Disputes shall include (among other things) issues relating to representations made by Buyer, Seller, or any Broker or
300 Agent, or other person or entity in connection with the sale and purchase of the property covered by this Contract. Any agreement signed
301 by the parties pursuant to the mediation conference shall be binding.

302 **BUYER** Initials:_____ Date: 09/26/2025 Time: 4:57 PM  Initials:_____ Date:_____ Time:_____
303 **SELLER** Initials:_____ Date:_____ Time:_____  Initials: /MW/ Date: 09/28/25 Time: 7:47 AM
304 Rev. 01/25                Copyright 2025 Greater Louisville Association of REALTORS®, Inc.              Page 5 of 7

305 Property located at: 3918 S Brook St                                              Louisville        KY   40214

306 If mediation does not result in an agreement signed by the Parties, all such claims or disputes shall be decided by binding arbitration in
307 accordance with the Guidelines of the Greater Louisville Association of REALTORS®, Inc. and the laws of the Commonwealth of
308 Kentucky, and the Federal Arbitration Act. All parties acknowledge and recognize that any inconsistencies between the laws of the
309 Commonwealth of Kentucky, and the Federal Arbitration Act shall be resolved in favor of arbitration and the Federal Arbitration
310 Act. Copies of these guidelines are available at the Greater Louisville Association of REALTORS®, Inc. The Arbitration must be
311 submitted to the Arbitrator, consistent with the Greater Louisville Association of REALTORS® Guidelines, within 365 days after the
312 initial Demand for Mediation has been filed. Any proceeding to determine damages shall be conducted by an arbitrator pursuant to this
313 paragraph 27 and not in court and shall be conducted within the Commonwealth of Kentucky. In the event a party fails to proceed with
314 arbitration when so required, or unsuccessfully challenges the arbitrator's award, the other party is entitled to recover its costs, including
315 reasonable attorney fees, for having to compel arbitration or defend/enforce the award.

316 It is specifically agreed that no Party will be entitled to join or consolidate disputes by or against others in any mediation or arbitration
317 (unless agreed to by all parties), or to include in any mediation or arbitration any dispute as a representative or member of a class, or to
318 act in any arbitration in the interest of the public or in any private attorney general capacity.

319 By signing below, Agents, on behalf of themselves and their Brokers, agree to be bound by this paragraph 27, but are not parties to this
320 Contract for any other purpose. The terms of all of this paragraph shall survive the closing and delivery of deed.

321 *Douglas Myers*   09/27/25  4:45 PM           *Pavel Reyes Valdes*         09/26/2025
322 Listing Agent Signature Douglas Myers          Selling Agent Signature Pavel Reyes Valdes

323 **28. AMENDMENTS:** This Contract may only be amended or modified by a written agreement signed by both Seller and Buyer;
324 ***provided, however,*** for purposes of the Kentucky Uniform Electronic Transactions Act (KRS 369.101 to 369.120), this Contract may
325 ***NOT*** be amended by email, text message or other electronic means unless the party using email, text messaging or other electronic
326 means acknowledges (a) their intent to amend or modify this Contract by email, text message or other electronic means, (b) that such
327 amendment or modification will be deemed to be an "electronic record", and (c) that the inclusion of their name, email address, phone
328 number or other identifying information will be deemed to be an "electronic signature"; ***provided, further,*** the use by either Seller or
329 Buyer of an electronic system or program such as AuthentiSign or Docusign shall be deemed such party's acknowledgement to the
330 foregoing (a), (b) and (c).

331 **29. OTHER PROVISIONS:** [MW] 09/28/25  7:47 AM
332 Buyer and Seller hereby agree that Seller shall pay a compensation of 3% of the agreed Sales Price to
    the Buyer's Broker at closing. This payment shall be made in accordance with the closing and
333 settlement procedures.

334
335
336
337 This property is a court ordered sale and is contingent upon bankruptcy court approval.
338
339
340
341
342

343 The terms of all of this paragraph shall survive the closing and delivery of deed.

344 **30. ADDENDUMS (CHOOSE ALL THAT APPLY):** The following addendum(s) is/are attached to this Contract:

345 ☐ HOA Addendum                               ☐ Delayed Possession Agreement         ☐ Escalation Addendum
346 ☐ Contingency of Sale/Closing of Buyer's Property   ☐ Substantially Completed New Construction
347 ☐ Addendum to Contract, Request for Seller/Landlord to Pay Buyer/Tenant Broker Compensation
348 ☐ _____

349 **31.** There is no rescission period following the signing of this Contract. The parties to this Contract have read its entire
350 contents and acknowledge receipt of a copy.

351 **32. SURVIVAL CLAUSE:** In addition to those provisions herein which, by their terms, are to survive the closing and delivery
352 of deed, any provision herein which, by its terms, is required to be performed after closing and delivery of deed shall also
353 survive the closing and delivery of deed. All provisions herein which are to survive the closing and delivery of deed shall be
354 deemed to survive and be fully enforceable for a period of 12 months following closing and delivery of deed.

355 **BUYER** Initials: VD  Date: 09/26/2025  Time: 4:57 PM   Initials: _____ Date: _____ Time: _____
356 **SELLER** Initials: _____ Date: _____ Time: _____   Initials: MW   Date: 09/28/25  7:47 AM  Time: _____

357 Rev. 01/25                Copyright 2025 Greater Louisville Association of REALTORS®, Inc.                Page 6 of 7

This document is copyrighted by the Greater Louisville Association of REALTORS, Inc. and is for the use of its Members only.

358 Property located at: 3918 S Brook St          Louisville     KY    40214

### BUYER SIGNATURES

360 Unless accepted in writing and response delivered to Buyer by 05:00 am/p̶m̶ (x pm), Eastern Time, on the 3 day of November,
361 20 25 this offer shall become null and void. (I/We acknowledge receipt of a copy of this offer.)

362 Yaima Diaz Mirabal          *Yaima Diaz Mirabal*          09/26/2025 4:57 PM
363 Printed Name of Buyer       Signature of Buyer             Date and Time

364 _____
365 Printed Name of Buyer       Signature of Buyer             Date and Time

### SELLER RESPONSE: ACCEPTANCE OR REJECTION

367 Buyer's offer is: ☐ ACCEPTED or ☐ REJECTED at _____ am/pm, ET on the _____ day of _____, 20 ___.

368 _____
369 Printed Name of Seller      Signature of Seller            Date and Time

370 _____
371 Printed Name of Seller      Signature of Seller            Date and Time

### SELLER RESPONSE: REJECTION AND COUNTEROFFER

373 Buyer's offer is REJECTED at 4:00 P.M., ET on the 27 day of SEPTEMBER, 20 25.
374 However, Seller will ACCEPT:

375
376
377     $58,000.00 (FIFTY-EIGHT THOUSAND DOLLARS NO CENTS.
378     PLEASE NOTE WORDING ADDED IN OTHER PROVISIONS SECTION.
379
380
381
382

383 **All other terms and conditions shall remain the same.**
384 Unless accepted in writing and response delivered to Seller by 7:00 P.M., Eastern Time, on the 28 day of
385 SEPTEMBER, 20 25 this offer shall become null and void. (I/We acknowledge receipt of a copy of this offer.)

386 Michael Wheatley, Trustee   *Michael Wheatley, Trustee*   09/28/25 7:47 AM
387 Printed Name of Seller      Signature of Seller
                                Michael Wheatley, Trustee     Date and Time

388 _____
389 Printed Name of Seller      Signature of Seller            Date and Time

### BUYER RESPONSE TO COUNTEROFFER (Use Additional Page if Further Counteroffer)

391 Seller's response is: ☒ ACCEPTED or ☐ REJECTED at __:__ am/pm, ET, on the ___ day of 09/28/2025 9:22 AM, 20 ___.
392 Yaima Diaz Mirabal          *Yaima Diaz Mirabal*  *Yaima Diaz Mirabal*   09/26/2025 4:57 PM
393 Printed Name of Buyer       Signature of Buyer             Date and Time

394 _____
395 Printed Name of Buyer       Signature of Buyer             Date and Time

396 ☐ See Counteroffer, page 8.   Buyer Initials: YD   Date: 09/26/2025   Time: 4:57 PM
397                               Buyer Initials: ____  Date: _____    Time: _____

This document is copyrighted by the Greater Louisville Association of REALTORS, Inc. and is for the use of its Members only.

Case 23-32983-acs Doc 708-1 Filed 10/01/25 Entered 10/01/25 15:51:27 Page 8 of 8