UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HULL ORGANIZATION, LLC | )  CASE NO. 23-32983 |
| | ) |
| Debtor | ) |

**MOTION TO SHORTEN TIME FOR OBJECTIONS TO
MOTION TO APPROVE THE CONTRACT FOR SALE OF REAL PROPERTY
LOCATED AT 3918 S. BROOK ST., LOUISVILLE, KENTUCKY**

Comes now the Trustee, Michael E. Wheatley, by and through counsel, and hereby moves the Court to enter an order shortening the time allowed for objections to the Motion to Approve the Contract for Sale of Real Property located at 3918 S. Brook St., Louisville, Kentucky. As grounds for the motion, the Debtor states as follows:

1. The Debtor filed its Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on December 13, 2023, and converted to Chapter 7 on August 13, 2025.

2. By separate motion, the Trustee filed a Motion to Approve the Contract for Sale of Real Property Located at 3918 S. Brook St., Louisville, Kentucky.

3. The Buyer has stated that he wishes to close in seven days, so Trustee requests that the period be shortened to October 8, 2025, so the closing can be conducted in a timely manner.

4. Trustee further requests that if an objection is timely filed, that the Court set the hearing on an expedited basis.

WHEREFORE, Trustee respectfully requests that the objection period for the approval of the Contract for Sale be shortened to expire on October 8, 2025.

Electronically filed October 1, 2025.

KERRICK BACHERT PSC
1411 Scottsville Road
P O Box 9547
Bowling Green, KY  42102-9547
Telephone: (270) 782-8160
Facsimile: (270) 782-5856

/s/Scott A. Bachert
SCOTT A. BACHERT

### **CERTIFICATE OF SERVICE:**

It is hereby certified that on October 1, 2025, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's CM/ECF system at the electronic addresses set forth therein to the United States Truste and all other persons receiving electronic notifications in this case, and mailed via First Class U.S. Mail to the following:

Christine Hoogenboom
2307 Watterson Trail, Suite 200
Louisville, KY  40299-2533

Louisville-Jefferson County Government
Dept. of Codes & Regulations
444 S. 5th Street
Louisville, KY  40202-2343

Louisville-Jefferson County Government
Attn:  Daniel T. Albers, Jr.
200 S. 5th St., Suite 200N
Louisville, KY  40202-3279

All Scheduled Creditors


/s/Scott A. Bachert
SCOTT A. BACHERT