UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HULL ORGANIZATION, LLC ) | CASE NO. 23-32983 |
| ) | |
| Debtor ) | |

### ORDER GRANTING MOTION TO SHORTEN TIME FOR OBJECTIONS

This matter having come before the Court on the Motion of the Debtor to shorten the time to object to the Motion to Approve the Contract for Sale of Lot and House Located at 4443 Anderson Store Road, and the Court being otherwise sufficiently advised in finding good cause to shorten the time for objections;

**IT IS HEREBY ORDERED** that the Motion to Approve the Contract for Sale of Lot and House Located at 3918 S. Brook St., Louisville, Kentucky is hereby GRANTED.  The time for objections on the Motion to Approve the Contract for Sale of Lot and House Located at 3918 S. Brook St., Louisville, Kentucky shall expire on October 8, 2025, 2025.  A hearing on any objection will be conducted telephonically on _____, 2025 at _____ __.m.  The movant is responsible for serving this Order on all creditors and parties in interest and filing a certificate of service with the Court.

Tendered by:

KERRICK BACHERT PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY  42102-9547
Telephone: (270) 782-8160
Facsimile:  (270) 782-5856
Email:  sbachert@kerricklaw.com


/s/Scott A. Bachert_____
SCOTT A. BACHERT – KY 02443