<div style="text-align:center">

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

</div>

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HULL ORGANIZATION, LLC | )   CASE NO. 23-32983 |
| | ) |
| Debtor | ) |

<div style="text-align:center">

**CERTIFICATE OF SERVICE**

\* \* \* \* \*

</div>

This is to certify that on this October 3, 2025, a true and accurate copy of the Order Granting Motion to Shorten Time for Objections, Docket No. 710, was placed in the U.S. Mail addressed to the following:

Christine Hoogenboom
2307 Watterson Trail, Suite 200
Louisville, KY  40299-2533

Louisville-Jefferson County Government
Dept. of Codes & Regulations
444 S. 5th Street
Louisville, KY  40202-2343

Louisville-Jefferson County Government
Attn:  Daniel T. Albers, Jr.
200 S. 5th St., Suite 200N
Louisville, KY  40202-3279

All Scheduled Creditors

<div style="margin-left: 50%">

KERRICK BACHERT PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY 42102-9547
Telephone:  (270) 782-8160


/s/Scott A. Bachert
SCOTT A. BACHERT

</div>