UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: Hull Organization, LLC | ) | |
| | ) | CASE:23-32983-acs |
| | ) | |
| DEBTOR(S) | ) | |
| | ) | |

## ORDER GRANTING MOTION TO APPEAR BY TELEPHONE

Scott A. Bachert, as counsel for the Trustee Michael E. Wheatley, having moved the Court for permission to appear at the upcoming hearing by telephone, and the Court being otherwise advised;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Counsel for the Trustee may appear telephonically at the upcoming hearings scheduled for Tuesday, October 7, 2025 at 9:00 AM and 10:00 AM EST. Counsel shall call in at 1-855-244-8681 and use the access code 2312 237 3755#. Parties are to use the prompt to bypass the attendee code, and the parties are directed to put their call on mute until their case is called.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: October 6, 2025

Tendered by:

Scott A. Bachert
KERRICK BACHERT PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY 42102-9547
Telephone: (270) 782-8160
Email: sbachert@kerricklaw.com