UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HULL ORGANIZATION, LLC | ) | CASE NO. 23-32983 |
| | ) | |
| Debtor | ) | |

## CERTIFICATE OF SERVICE

\* \* \* \* \*

This is to certify that on this October 13, 2025, a true and accurate copy of the Order Granting Motion to Shorten Time for Objections, Docket No. 722, was placed in the U.S. Mail addressed to the following:

Yusheng Wang
1-17 E. Central Ave.
West Carollton, OH  45449

eXp Realty, LLC
6601 Centerville Business Parkway
Suite 150
Dayton, OH  45459

All Scheduled Creditors

                                                KERRICK BACHERT PSC
                                                1411 Scottsville Road
                                                P.O. Box 9547
                                                Bowling Green, KY 42102-9547
                                                Telephone:  (270) 782-8160

                                                /s/Scott A. Bachert_____
                                                SCOTT A. BACHERT