UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HULL ORGANIZATION, LLC | ) | CASE NO. 23-32983 |
| | ) | |
| Debtor | ) | |

**TRUSTEE'S MOTION TO APPROVE
THE CONTRACT FOR SALE OF REAL PROPERTY
LOCATED AT 1-17 E., CENTRAL AVE., WEST CARROLLTON, OHIO AND
5-23 NORTH ELM STREET, WEST CARROLLTON, OHIO**

Comes now the Trustee, Michael E. Wheatley, by and through counsel, and pursuant to 11 U.S.C. § 363 moves the Court to approve the sale of real property located at 1-17 E. Central Ave. and 5-23 North Elm Street, West Carrollton, Ohio, and described in the contract attached as Exhibit A hereto, free and clear of all liens and encumbrances. As grounds for this Motion are as follows:

**JURISDICTION**

1. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

2. This is a matter arising under Title 11, and thus, venue is appropriate pursuant to 28 U.S.C. § 1409.

3. This motion complies with 11 U.S.C. § 363; BR 2002, 6004, and 9014; and LR. 6, 7 and 8.

**REQUEST FOR RELIEF**

4. The Debtor filed their Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on December 13, 2023, and case was converted to Chapter 7 on December 13, 2023.  The case was converted to a Chapter 7 on August 13, 2025.

5. The Trustee desires to sell real estate located at 1-17 E. Central Ave. and at 5-23 North Elm Street, West Carrollton, Ohio (collectively, the "Property"), pursuant to the attached

1

contract for the total sum of $650,000.00 which the Trustee believes represents the fair market value of this real estate given the condition of the property.

6. Trustee proposes to sell the Property to GP1210 Holdings, LLC ("Purchaser"). The Purchaser is not a relative or creditor of the Debtor or Trustee.

7. The Purchase will make a $5,000.00 good faith deposit which will be held by the Vantage Title Company as escrow agent.

8. The contract anticipates a closing on or before October 21, 2025, or within 14 days after all contingencies are removed.

9. The sale shall be subject to the terms and conditions set forth in the attached contract.

10. This real estate is subject to a mortgage in favor of Martin Goldsmith in the approximate amount of $185,000.00.

11. The net sales proceeds will be paid to the lienholders and balance to be deposited into the Trustee's account.

12. The Trustee represents that this sale is an arms-length transaction. Purchaser is not related to the Debtor nor the Trustee.

13. Buyer and Seller also agree that Seller shall pay a compensation of 3% of the agreed Sales Price to be split between Seller Broker, Crest Commercial Reality, and Buyer Broker, Key Realty.

14. The Debtor further moves the Court, to afford the parties in this transaction the protections of 11 U.S.C. § 363(m).

## B.R. 6004 NOTICE

15. This motion shall serve as notice of a proposed sale of property of the estate not in the ordinary course of business. An objection to said sale shall be filed and served not less than

five (5) days before the date set for the proposed action or within the time fixed by the court. An objection to the proposed use, sale, or lease of property is governed by Rule 9014.

16. A proposed order is tendered herewith.

Electronically filed this October 14, 2025.

>KERRICK BACHERT PSC
>1411 Scottsville Road
>P O Box 9547
>Bowling Green, KY  42102-9547
>Telephone:  (270) 782-8160
>Facsimile:   (270) 782-5856
>
>/s/Scott A. Bachert
>SCOTT A. BACHERT

## CERTIFICATE OF SERVICE:

It is hereby certified that on October 14, 2025, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's CM/ECF system at the electronic addresses set forth therein to the United States Trustee and all other persons receiving electronic notifications in this case, and mailed via First Class U.S. Mail to the following:

GP1210 Holdings, LLC
c/o Zachary Gilbert
3227 Mirimar St.
Kettering, OH 45409

Key Realty
270 Regency Ridge Drive
Suite 119
Dayton, OH 45459

Crest Commercial Realty
6601 Centerville Business Pkwy
Ste. 150
Dayton, OH 45459

All Scheduled Creditors

/s/Scott A. Bachert
SCOTT A. BACHERT