UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HULL ORGANIZATION, LLC | )   CASE NO. 23-32983 |
| | ) |
| Debtor | ) |

### ORDER GRANTING MOTION TO SHORTEN TIME FOR OBJECTIONS TO MOTION TO APPROVE CONTRACT FOR SALE OF REAL PROPERTY LOCATED AT 1-17 E. CENTRAL AVE. AND 5-23 NORTH ELM STREET, WEST CARROLLTON, OHIO

This matter having come before the Court on the Motion of the Debtor to shorten the time to object to the Motion to Approve the Contract for Sale of 1-17 E. Central Ave. and 5-23 North Elm Street, West Carrollton, Ohio, and the Court being otherwise sufficiently advised in finding good cause to shorten the time for objections;

**IT IS HEREBY ORDERED** that the Motion to Shorten Time for Objection is GRANTED. The time for objections on the Motion to Approve the Contract for Sale of 1-17 E. Central Ave. and 5-23 North Elm Street, West Carrollton, Ohio shall expire on October 21, 2025. A hearing, if needed, will be set on an expedited basis by separate notice from the Court. The movant is responsible for serving this Order on all creditors and parties in interest and filing a certificate of service with the Court.

Tendered by:

KERRICK BACHERT PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY  42102-9547
Telephone: (270) 782-8160
Facsimile:  (270) 782-5856
Email:  sbachert@kerricklaw.com


/s/Scott A. Bachert_____
SCOTT A. BACHERT – KY 02443