# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: Hull Organization, LLC ) | |
| ) | |
| ) | CASE:23-32983-acs |
| DEBTOR(S) ) | |
| _____) | Chapter 11 (converted to Chapter 7) |

## ORDER ALLOWING COMPENSATION

THIS MATTER having come before the Court upon the Application for Compensation (the "Application") filed by Michael E. Wheatley ("Case Trustee"), as SubChapter V Case Trustee, after due notice to parties in interest, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the SubV Trustee is awarded final compensation in the amount of $4,345.00 for actual, necessary professional services rendered during the Application Period.

Tendered By:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
mwheatleytr@gmail.com

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: October 14, 2025