UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HULL ORGANIZATION, LLC ) | CASE NO. 23-32983 |
| ) | |
| Debtor ) | |

**CERTIFICATE OF SERVICE**

\* \* \* \* \*

This is to certify that on this October 14, 2025, a true and accurate copy of the Order Granting Motion to Shorten Time for Objections, Docket No. 731, was placed in the U.S. Mail addressed to the following:

GP1210 Holdings, LLC
c/o Zachary Gilbert
3227 Mirimar St.
Kettering, OH 45409

Key Realty
270 Regency Ridge Drive
Suite 119
Dayton, OH 45459

Crest Commercial Realty
6601 Centerville Business Pkwy
Ste. 150
Dayton, OH 45459

All Scheduled Creditors

KERRICK BACHERT PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY 42102-9547
Telephone:  (270) 782-8160


/s/Scott A. Bachert
SCOTT A. BACHERT