**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**In re:**

**HULL ORGANIZATION, LLC    Case No. 23-32983-acs**
**Debtor**
**In re:**
**HULL EQUITY, LLC    Case No. 23-32984**
**Debtor**

**In re:**
**HULL PROPERTIES, LLC    Case No. 23-32985**
**Debtor**

**In re:**
**4 WEST, LLC    Case No. 23-32987**
**Debtor**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION OF MARK H. FLENER, AS CHAPTER 7 TRUSTEE FOR 4 WEST , LLC CASE NO.23-32987  TO REQUIRE ALL ADMINISTRATIVE CLAIMANTS ARISING OUT OF THE CONSOLIDATED CASES TO FILE THEIR CLAIMS SETTING FORTH THE AMOUNT DUE FROM THE ESTATE OF 4 WEST, LLC**

Comes now Mark H. Flener, the Chapter 7 Trustee in the case of 4 West, LLC., and hereby moves the Court to enter the attached order requiring any Chapter 11 administrative claims that are applicable to 4 West, LLC to be filed as a proof of claim in the case of 4 West, LLC., case number 23-32987 within 30 days or be barred.

**IN SUPPORT OF THIS MOTION** Mark H. Flener, as Chapter 7 Trustee for 4 West LLC states that he is holding approximately $82,000.00 from the sale of real estate owned

by 4 West, LLC. The Trustee desires to pay the Chapter 11 administrative expenses that can be attributed to the Debtor 4 West, LLC arising from the consolidated cases if sufficient funds are available. While some orders have been entered approving some Chapter 11 administrative expenses, it is unclear the amount of Chapter 11 administrative expenses that are attributable to the estate of 4 West, LLC.

Accordingly, the Trustee for 4 West, LLC requests that any and all administrative claims arising from the consolidated Chapter 11 cases be filed as a proof of claim in the case of 4 West, LLC within thirty (30) days or be barred.

**WHEREFORE** Mark H. Flener as Chapter 7 Trustee for 4 West, LLC moves the Court to enter the attached order.

This 30th day of October, 2025.

/s/ Mark H. Flener
Mark H. Flener
2501 Crossings Blvd., Suite 148
P.O. Box 8
Bowling Green, KY 42102-0008
Phone: (270)783-8400
Facsimile: (270)783-8872
Email: Mark@flenerlaw.com

## CERTIFICATE OF SERVICE

I certify the "Motion to require filing of Administrative Claims" was filed through the ECF system which will send a notice of filing to all persons/entities registered for noticing and by delivering a true copy via first class mail to all persons/entities listed on the Bankruptcy Court's mailing matrix who do not receive electronic noticing for the above listed bankruptcy case on October 30, 2025.

/s/ Mark H. Flener, Trustee
Mark H. Flener
P.O. Box 8
Bowling Green, KY 42102-0008

Telephone: (270) 783-8400
Facsimile: (270) 783-8873
Email: mark@flenerlaw.com