**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**In re:**

**HULL ORGANIZATION, LLC Case No. 23-32983-acs**
**Debtor**
**In re:**
**HULL EQUITY, LLC Case No. 23-32984**
**Debtor**

**In re:**
**HULL PROPERTIES, LLC Case No. 23-32985**
**Debtor**

**In re:**
**4 WEST, LLC Case No. 23-32987**
**Debtor**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER ON MOTION OF MARK H. FLENER, AS CHAPTER 7 TRUSTEE FOR 4 WEST , LLC TO REQUIRE ALL ADMINISTRATIVE CLAIMANTS ARISING OUT OF THE CONSOLIDATED CASES TO FILE THEIR CLAIMS SETTING FORTH THE AMOUNT DUE FROM THE ESTATE OF 4 WEST, LLC**

Upon the motion of Mark H. Flener, the Chapter 7 Trustee in the case of 4 West, LLC.,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** whereby any and all Chapter 11 administrative claims that are applicable to 4 West, LLC are to be filed as a proof of claim in the case of 4 West, LLC., case number 23-32987 within **THIRTY(30)** days

of the date of this order or be barred.

      Nothing contained herein will prevent the Trustee from filing objections to claims, if he deems an objection to be appropriate.

Tendered by:

/s/ Mark H. Flener, Trustee
Mark H. Flener
P.O. Box 8
Bowling Green, KY  42102-0008
Telephone:  (270) 783-8400
Facsimile:  (270) 783-8873
Email:  mark@flenerlaw.com