UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: Hull Organization, LLC    )
                                                                 )
                                                                 )    CASE NO. : 23-32983-acs
        DEBTOR(S)         )
_____ )

## REPORT OF SALE

      The undersigned, Michael E. Wheatley, Trustee, respectfully reports to the Court that the real property located at 3918 S. Brook St., Louisville, Kentucky was sold per Order granting motion to sale property entered herein on October 16, 2025 [DN 732] to Yaima Diaz Mirabal for $58,000.00 on October 31, 2025. Trustee further reports that the Estate's allocation of sale proceeds and closing costs were incurred and included on closing statement as follows:

Gross proceeds to the estate were $58,000.00. Costs of sale were as follows:

| | |
|---|---|
| a. Payoff civil penalty fees to Lou Metro Govt | $17,497.35 |
| b. Delinquent property taxes 2016-2020, 2023-2024 | $15,582.41 |
| c. Delinquent 2022 property taxes-Bouchillon Law Office | $3,712.33 |
| d. Real estate commissions | $3,480.00 |
| e. Proration of 2025 property taxes | $764.63 |
| f. Deed preparation | $225.00 |
| g. Closing fee | $195.00 |
| h. Listing admin fee-Semonin Realtors | $199.00 |
| i. Courier fee | $70.00 |
| j. Deed Tax | $58.00 |

Net proceeds to the estate were $16,216.28. Settlement Statement is attached as Exhibit "A".

        Respectfully Submitted:

        __/s/_____
        Michael E. Wheatley, Trustee
        P.O. Box 1072
        Prospect, Kentucky 40059
        (502) 744-6484
        Mwheatleytr@gmail.com

### CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on November 3, 2025 I sent a copy of the foregoing Report of Sale to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service

        _____/s/_____
        Michael E. Wheatley