OMB Approval No. 2502-0265

## A. Settlement Statement (HUD-1)

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1. ☐ FHA   2. ☐ RHS   3. ☐ Conv. Unins<br>4. ☐ VA    5. ☐ Conv. Ins | 6. File Number:<br>DX25-63537 | 7. Loan Number: | 8. Mortgage Insurance Case Number: | |

C. Note:   This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

(DX25-63537/36)

| D. Name and Address of Borrower:<br>Yaima Diaz Mirabal | E. Name and Address of Seller:<br>HULL ORGANIZATION, LLC, a Kentucky Limited Liability Company<br>3918 South Brook Street<br>Louisville, KY 40214 | F. Name and Address of Lender:<br>CASH |
|---|---|---|
| G. Property Location:<br>3918 South Brook Street<br>Louisville, KY 40214<br>Jefferson County, Kentucky | H. Settlement Agent: Agency Title, Inc.      502-447-0072<br>5135 Dixie Highway, Suite 15, Louisville, KY 40216<br>Place of Settlement:<br>5135 Dixie Highway<br>Suite 15<br>Louisville, KY 40216 | I. Settlement Date:<br>October 31, 2025<br>Disbursement Date:<br>October 31, 2025 |

| J. Summary of Buyer's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Buyer** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | 58,000.00 | 401. Contract sales price | 58,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (line 1400) | 917.75 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/Town taxes | | 406. City/Town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from Buyer** | 58,917.75 | **420. Gross amount due to Seller** | 58,000.00 |
| **200. Amounts Paid by or in Behalf of Buyer** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 41,019.09 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Dep. disbursed as proceeds | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes 01/01/25 to 10/31/25 | 764.63 | 511. County taxes 01/01/25 to 10/31/25 | 764.63 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. Remaining Proceeds to Trustee | 16,216.28 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total paid by/for Buyer** | 1,764.63 | **520. Total reduction amount due Seller** | 58,000.00 |
| **300. Cash at Settlement from/to Buyer** | | **600. Cash at Settlement from/to Seller** | |
| 301. Gross amount due from Buyer (Line 120) | 58,917.75 | 601. Gross amount due to Seller (Line 420) | 58,000.00 |
| 302. Less amount paid by/for Buyer (Line 220) | ( 1,764.63) | 602. Less reductions due Seller (Line 520) | ( 58,000.00) |
| **303. CASH FROM BUYER** | 57,153.12 | **603. CASH TO/FROM SELLER** | 0.00 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Previous editions are obsolete

| L. Settlement Charges | | | |
|---|---|---:|---:|
| **700.** | **Total Real Estate Broker Fees** $ 3,480.00 | **Paid From Buyer's Funds at Settlement** | **Paid From Seller's Funds at Settlement** |
| | *Division of commission (line 700) as follows:* | | |
| 701. | $ 1,740.00   to  Semonin REALTORS | | |
| 702. | $ 1,740.00   to  ZHomes Real Estate | | |
| 703. | Commission paid at settlement | | 3,480.00 |
| 704. | LA Admin Fee                to   Semonin REALTORS | | 199.00 |
| 705. | SA Admin Fee                to   ZHomes Real Estate | 199.00 | |
| **800.** | **Items Payable in Connection with Loan** | | |
| 801. | Our origination charge                                              (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen     (from GFE #2) | | |
| 803. | Your adjusted origination charges                                   (from GFE #A) | | |
| 804. | Appraisal fee                                                       (from GFE #3) | | |
| 805. | Credit report                                                       (from GFE #3) | | |
| 806. | Tax service                                                         (from GFE #3) | | |
| 807. | Flood certification                                                 (from GFE #3) | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900.** | **Items Required by Lender to be Paid in Advance** | | |
| 901. | Interest from 10/31/25 to 11/01/25 to CASH @ $     /day (1 day @    %)   (from GFE #10) | | |
| 902. | Mortgage insurance premium  for     month  to                       (from GFE #3) | | |
| 903. | Homeowner's insurance       for     year  to                        (from GFE #11) | | |
| 904. | for     year  to | | |
| 905. | | | |
| **1000.** | **Reserves Deposited with Lender** | | |
| 1001. | Initial deposit for your escrow account                             (from GFE #9) | | |
| 1002. | Homeowner's insurance    Months @ $        per Month | | |
| 1003. | Mortgage insurance       Months @ $        per Month | | |
| 1004. | County taxes             Months @ $        per Month | | |
| 1005. |                          Months @ $        per Month | | |
| 1006. |                          Months @ $        per Month | | |
| 1007. |                          Months @ $        per Month | | |
| 1008. |                          Months @ $        per Month | | |
| **1100.** | **Title Charges** | | |
| 1101. | Title services and lender's title insurance to Agency Title, Inc.   (from GFE #4) | 350.00 | |
| 1102. | Settlement / Closing Fee to Agency Title, Inc.     $350.00 | | |
| 1103. | Owner's title insurance to First American Title Insurance Company   (from GFE #5) | 290.00 | |
| 1104. | Lender's title insurance | | |
| 1105. | Lender's title policy limit | | |
| 1106. | Owner's title policy limit       $58,000.00 | | |
| 1107. | Agent's portion of the total title insurance premium to Agency Title, Inc.    $232.00 | | |
| 1108. | Underwriter's portion of the total title insurance premium to First American Title In:  $58.00 | | |
| 1109. | Owner's Policy Premium Tax - County KY to First American Title In | 14.50 | |
| 1110. | E-Doc Fee to Agency Title, Inc. | 10.00 | |
| 1111. | Recording Services to Simplifile LC | 4.25 | |
| 1112. | Seller Service Fee to Agency Title, Inc. | | 195.00 |
| 1113. | Document Preparation Fee to Agency Title, Inc. | | 225.00 |
| 1114. | Payoff Express Fee to Agency Title, Inc. | | 70.00 |
| 1115. | | | |
| **1200.** | **Government Recording and Transfer Charges** | | |
| 1201. | Government recording charges to Simplifile LC                       (from GFE #7) | 50.00 | |
| 1202. | Deed $ 50.00;       Mortgage $      ;      Releases $ | | |
| 1203. | Transfer taxes                                                      (from GFE #8) | | |
| 1204. | State tax/stamps      Deed $ 58.00;      Mortgage $ | | 58.00 |
| 1205. | State tax/stamps      Deed $       ;     Mortgage $ | | |
| **1300.** | **Additional Settlement Charges** | | |
| 1301. | Required services that you can shop for                             (from GFE #6) | | |
| 1302. | 2016-2020 & 2023-2024 Delinquent Taxes to Jefferson County Cle | | 15,582.41 |
| 1303. | 2022 Delinquent Taxes to Bouchillon Law Office, LLC | | 3,712.33 |
| 1304. | Civil Penalty Liens to Louisville Metro Government | | 17,497.35 |
| 1305. | | | |
| **1400.** | **Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | 917.75 | 41,019.09 |