UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HULL ORGANIZATION, LLC | ) | CASE NO. 23-32983 |
| | ) | |
| Debtor | ) | |

**TRUSTEE'S MOTION TO APPROVE
THE CONTRACT TO PURCHASE AT PUBLIC AUCTION
REAL ESTATE LOCATED AT 126 E. HIGH ST., SPRINGFIELD, OHIO
AND 136-138 E. HIGH ST., SPRINGFIELD, OHIO**

Comes now the Trustee, Michael E. Wheatley, by and through counsel, and pursuant to 11 U.S.C. § 363 moves the Court to approve the sale of real property located at 126 E. High St., Springfield, Ohio, and real property located at 136-138 E. High St., Springfield, Ohio, and described in the contracts attached as Exhibits A and B hereto, free and clear of all liens and encumbrances. As grounds for this Motion are as follows:

**JURISDICTION**

1. The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.

2. This is a matter arising under Title 11, and thus, venue is appropriate pursuant to 28 U.S.C. § 1409.

3. This motion complies with 11 U.S.C. § 363; BR 2002, 6004, and 9014; and LR. 6, 7 and 8.

**REQUEST FOR RELIEF**

4. The Debtor filed their Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on December 13, 2023, and case was converted to Chapter 7 on December 13, 2023. The case was converted to a Chapter 7 on August 13, 2025.

5. The Trustee desires to sell real estate located at 126 E. High St., Springfield, Ohio, and 136-138 E. High St., Springfield, Ohio (collectively, the "Property"), pursuant to the attached contracts as follows:

   (a) 126 E. High St., Springfield, Ohio for the total sum of $57,000.00 which the Trustee believes represents the fair market value of this real estate given the condition of the property; and,

   (b) 136-138 E. High St., Springfield, Ohio for the total sum of $85,000.00 which the Trustee believes represents the fair market value of this real estate given the condition of the property.

6. Trustee proposes to sell the Property to Springforward ("Purchaser"). The Purchaser is not a relative or creditor of the Debtor or Trustee.

7. The Purchaser has made a 10% down payment as a good faith deposit which will be held by Ohio Real Estate Auctions, LLC as escrow agent.

8. The contract anticipates a closing within 30 days after all contingencies are removed.

9. The sale shall be subject to the terms and conditions set forth in the attached contract.

10. The net sales proceeds will be paid to the lienholders and balance to be deposited into the Trustee's account.

11. The Trustee represents that this sale is an arms-length transaction. Purchaser is not related to the Debtor nor the Trustee.

12. Buyer and Seller also agree that Seller shall paid a buyers premium as follows:

    (a) 126 E. High St. - $5,700.00, and

    (b) 136-138 E. High St. - $8,500.00,

to be paid to Ohio Real Estate Auctions, LLC.

13. The Debtor further moves the Court, to afford the parties in this transaction the protections of 11 U.S.C. § 363(m).

## B.R. 6004 NOTICE

14. This motion shall serve as notice of a proposed sale of property of the estate not in the ordinary course of business. An objection to said sale shall be filed and served not less than five (5) days before the date set for the proposed action or within the time fixed by the court. An objection to the proposed use, sale, or lease of property is governed by Rule 9014.

15. A proposed order is tendered herewith.

Electronically filed this November 5, 2025.

KERRICK BACHERT PSC
1411 Scottsville Road
P O Box 9547
Bowling Green, KY  42102-9547
Telephone:  (270) 782-8160
Facsimile:   (270) 782-5856


/s/Scott A. Bachert
SCOTT A. BACHERT

## CERTIFICATE OF SERVICE:

It is hereby certified that on November 5, 2025, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's CM/ECF system at the electronic addresses set forth therein to the United States Trustee and all other persons receiving electronic notifications in this case, and mailed via First Class U.S. Mail to the following:

All Scheduled Creditors


/s/Scott A. Bachert
SCOTT A. BACHERT