UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HULL ORGANIZATION, LLC ) | CASE NO. 23-32983 |
| ) | |
| Debtor ) | |

**MOTION TO SHORTEN TIME FOR OBJECTIONS TO
MOTION TO APPROVE THE CONTRACT TO PURCHASE AT PUBLIC AUCTION
REAL ESTATE LOCATED AT 126 E. HIGH ST., SPRINGFIELD, OHIO
AND 136-138 E. HIGH ST., SPRINGFIELD, OHIO**

Comes now the Trustee, Michael E. Wheatley, by and through counsel, and hereby moves the Court to enter an order shortening the time allowed for objections to the Motion to Approve the Contract to Purchase at Public Auction Real Estate located 126 E. High St., Springfield, Ohio, and real property located at 136-138 E. High St., Springfield, Ohio.  As grounds for the motion, the Debtor states as follows:

1. The Debtor filed its Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on December 13, 2023, and converted to Chapter 7 on August 13, 2025.

2. By separate motion, the Trustee filed a Motion to Approve the Contract to Purchase at Public Auction Real Estate Located at 126 E. High St., Springfield, Ohio, and real property located at 136-138 E. High St., Springfield, Ohio

3. The Real Estate Purchase Agreement proposed a closing date of 30 days after approval; however, the Trustee states that the properties are vacant and occurring costs, and requests that the time period for objections be shortened so that the closing be conducted in a timely manner.

4. Trustee further requests that if an objection is timely filed, that the Court set the hearing on an expedited basis.

WHEREFORE, Trustee respectfully requests that the objection period for the approval of the Contracts for Sale be shortened to expire on November 15, 2025.

Electronically filed November 5, 2025.

> KERRICK BACHERT PSC
> 1411 Scottsville Road
> P O Box 9547
> Bowling Green, KY  42102-9547
> Telephone: (270) 782-8160
> Facsimile: (270) 782-5856
>
>
> /s/Scott A. Bachert
> SCOTT A. BACHERT

## CERTIFICATE OF SERVICE:

It is hereby certified that on November 5, 2025, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's CM/ECF system at the electronic addresses set forth therein to the United States Truste and all other persons receiving electronic notifications in this case, and mailed via First Class U.S. Mail to the following:

All Scheduled Creditors


/s/Scott A. Bachert
SCOTT A. BACHERT