UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HULL ORGANIZATION, LLC ) | CASE NO. 23-32983 |
| ) | |
| Debtor ) | |

## MOTION FOR LEAVE UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO EXAMINE AMANDA REDDEN

Comes now the Trustee, Michael E. Wheatley, by and through counsel, and hereby moves under Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for entry of an order authorizing the Trustee to examine Amanda Redden ("Ms. Redden"). In support hereof, the Trustee respectfully states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this proceeding under 28 U.S.C. §§ 157 and 1334. The Motion is a core proceeding under 28 U.S.C. § 157(b)(2)(A). Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2. The Debtor filed its Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on December 13, 2023, and converted to Chapter 7 on August 13, 2025.

3. The Trustee requests an order pursuant to Rules 2004 and 9016, authorizing it to serve the Subpoena, requiring Ms. Redden to attend the examination and give oral testimony under oath. The matters The Trustee seek to examine to explore assets of the Debtor.

**RELIEF REQUESTED**

4. The Trustee seeks entry of an order authorizing it to serve a subpoena compelling Ms. Redden to attend the examination.

5. If this Motion is granted, the Trustee intends to serve Ms. Redden with a Subpoena for Rule 2004 Examination in substantially the form as the subpoena attached hereto as **Exhibit A** (the "<u>Subpoena</u>").

**ARGUMENT**

6. Bankruptcy Rule 2004(a) provides that "[o]n motion of any party in interest, the court may order the examination of any entity." FED R. BANKR. P. 2004(a). Bankruptcy Rule 2004(b) clarifies that "[t]he examination of any entity under this rule…may relate only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate or to the debtor's right to a discharge." FED R. BANKR. P. 2004(b).

7. "The purpose of 2004 is to provide a tool to parties to a bankruptcy…to obtain information concerning the acts, conduct, or property of the debtor, the liabilities and financial condition of the debtor, any matter which may affect the administration of the debtor's estate, or to the debtor's right to discharge." *In re DeShetler*, 453 B.R. 295, 301 (Bankr. S.D. Ohio 2011) (internal quotation marks omitted). The scope of an inquiry under Bankruptcy Rule 2004 is very broad. *In re Fearn*, 96 B.R. 135, 137 (Bankr. S.D. Ohio, 1989). Great latitude is ordinarily permitted to a party seeking discovery under Bankruptcy Rule 2004, a 2004 Examination having been characterized as a "lawful, 'fishing expedition'". *In re Lufkin*, 255 B.R. 204, 208 (Bankr. E.D. Tenn. 2000). The standard for determining the propriety of a discovery request under Bankruptcy Rule 2004 is "good cause." *In re Hammond*, 140 B.R. 197, 201 (S.D. Ohio 1992).

8.     Here, good cause exists for entry of an order authorizing the Trustee to examine Ms. Redden under Bankruptcy Rule 2004.

9.     Further, the documents are necessary for the Trustee to comply with his duties as Trustee.

## CONCLUSION

WHEREFORE, Trustee respectfully requests that the Court enter an order (i) granting the Motion, (ii) authorizing the Trustee to issue subpoena to Amanda Redden, and (iii) granting such further relief as the Court deems just and proper.

This day, November 18, 2025.

> KERRICK BACHERT PSC
> 1441 Scottsville Road
> P. O. Box 9547
> Bowling Green, KY  42102
> Telephone:  (270) 782-8160
> Facsimile:  (270) 782-5856
>
> /s/Scott A. Bachert
> SCOTT A. BACHERT
> KY Bar No. 02443

## CERTIFICATE OF SERVICE:

It is hereby certified that on November 18, 2025, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's CM/ECF system at the electronic addresses set forth therein to the United States Truste and all other persons receiving electronic notifications in this case.

/s/Scott A. Bachert
SCOTT A. BACHERT