UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HULL ORGANIZATION, LLC ) | CASE NO. 23-32983 |
| ) | |
| Debtor ) | |

**<u>NOTICE OF 2004 EXAMINATION</u>**

Notice is hereby given that the Trustee, Michael E. Wheatley, will take the 2004 examination of the following person, at the times and place designated below:

PERSON TO BE DEPOSED:   Amanda Redden

TIME:   9:00 a.m.

DATE:   December 3, 2025

PLACE:   Via Zoom
(Court Reporter will send out link prior to examination)

Said deposition to be taken upon direct examination for use as evidence and for all other purposes permissible under the Rules of Civil Procedure.

KERRICK BACHERT PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY 42102-9547
Telephone:  (270) 782-8160
Facsimile:  (270) 782-5856


/s/Scott A. Bachert
SCOTT A. BACHERT

1

Certificate of Service:

   This is to certify that a true copy of the foregoing was this November 18, 2025, placed in the U.S. Mail or electronically mailed, addressed to:

Assistant US Trustee
(tim.ruppel@usdoj.gov)
(Jamie.L.Harris@usdoj.gov)

Michael E. Wheatley
(mwheatleytr@gmail.com)

Tyler R. Yeager
Charity Bird
(cbird@kaplanjohnsonlaw.com)

Amanda Redden
524 North Capitol Avenue
Corydon, IN  47112
(amandainanchorage@yahoo.com)


/s/Scott A. Bachert
SCOTT A. BACHERT