UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HULL ORGANIZATION, LLC | ) | CASE NO. 23-32983 |
| | ) | |
| Debtor | ) | |

**ORDER APPROVING THE SALE OF REAL ESTATE
LOCATED AT 126 E. HIGH ST., SPRINGFIELD, OHIO
AND 136-138 E. HIGH ST., SPRINGFIELD, OHIO**

This matter having come before the Court on Motion of the Trustee to approve the contract of sale of real estate located at 126 E. High St., Springfield, Ohio, and real property located at 136-138 E. High St., Springfield, Ohio, and after the Creditors having received notice and an opportunity to object, and the Court finding that it appears that it is in the best interest of the estate to consummate the sale, and the Court be sufficiently advised;

IT IS HEREBY ORDERED that the contract for sale of the real property located at 126 E. High St., Springfield, Ohio for the total sum of $57,000.00, to be sold to Springforward, be and is hereby APPROVED.

IT IS FURTHER ORDERED that the contract for sale of the real property located at 136-138 E. High St., Springfield, Ohio for the total sum of $85,000.00, to be sold to Springforward, be and is hereby APPROVED.

IT IS FURTHER ORDERED that the sale shall be free and clear of all liens and encumbrances with the prepetition liens to attach to the proceeds in the same order and priority as they existed prepetition.

IT IS FURTHER ORDERED that Ohio Real Estate Auctions, LLC shall be paid the buyer's premium of $5,700.00 for the property located at 126 E. High St., and $8,500.00 for the property located at 136-138 E. High St., for a total sum of $14,200.00.

IT IS FURTHER ORDERED that the proceeds of such sale to be used to pay all costs of closing including, but not limited to any mortgages, real estate commissions, attorney fees, real estate tax liabilities, liens (if any) placed by any taxing authority and recording fees and any other normal closing cost associated with the Seller. In addition, the Trustee has authority from proceeds to satisfy any other valid liens or encumbrances that may be identified by title examination. Trustee has authority to execute any and all documents necessary to convey said property to purchaser. The remaining proceeds to be turned over to the Trustee without undue delay and held until further Order of the Court

IT IS FINALLY ORDERED the parties to this transaction are afforded the protections of 11 U.S.C. § 363(m).

THIS IS A FINAL AND APPEALABLE ORDER and that there is no just cause for delay.

_____
Mary E. Naumann
United States Bankruptcy Judge

Dated: November 18, 2025

Tendered by:

Scott A. Bachert
KERRICK BACHERT PSC
1411 Scottsville Road
P O Box 9547
Bowling Green, KY  42102-9547
Telephone: (270) 782-8160