UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HULL ORGANIZATION, LLC | )   CASE NO. 23-32983 |
| | ) |
| Debtor | ) |

**ORDER GRANTING MOTION FOR LEAVE UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO EXAMINE AMANDA REDDEN**

This matter coming before the Court on the *Motion for Leave Under Rule 2004 of the Federal Rules of Bankruptcy Procedure to Examine of Amanda Redden* (the "Motion") filed by Trustee, Michael E. Wheatley; the Court having reviewed the Motion; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 2 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances; and the Court having determined that good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Trustee is authorized to serve a subpoena compelling Amanda Redden as set forth in the Motion to attend the examination under Bankruptcy Rule 2004.

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Mary E. Naumann
United States Bankruptcy Judge

Dated: November 19, 2025

Tendered by:

/s/Scott A. Bachert
SCOTT A. BACHERT
KERRICK BACHERT PSC
1441 Scottsville Road
P. O. Box 9547
Bowling Green, KY  42102
Telephone:  (270) 782-8160
Facsimile:  (270) 782-5856