UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HULL ORGANIZATION, LLC | )  CASE NO. 23-32983 |
| | ) |
| Debtor | ) |

## NOTICE OF CANCELLATION OF 2004 EXAMINATION OF AMANDA REDDEN

Notice is hereby provided that the Zoom 2004 examination of Amanda Redden, previously notice to occur on December 3, 2025, is cancelled.

This 25th day of November, 2025.

                                              KERRICK BACHERT PSC
                                              1411 Scottsville Road
                                              P.O. Box 9547
                                              Bowling Green, KY 42102-9547
                                              Telephone:  (270) 782-8160
                                              Facsimile:  (270) 782-5856


                                              /s/Scott A. Bachert
                                              SCOTT A. BACHERT

Certificate of Service:

This is to certify that a true copy of the foregoing was this November 25, 2025, placed in the U.S. Mail or electronically mailed, addressed to:

Assistant US Trustee
(tim.ruppel@usdoj.gov)
(Jamie.L.Harris@usdoj.gov)

Michael E. Wheatley
(mwheatleytr@gmail.com)

1

Tyler R. Yeager
Charity Bird
(cbird@kaplanjohnsonlaw.com)

Amanda Redden
524 North Capitol Avenue
Corydon, IN  47112
(amandainanchorage@yahoo.com)


/s/Scott A. Bachert
SCOTT A. BACHERT