UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In re: ) | |
| ) | |
| HULL ORGANIZATION, LLC, ) | CASE NO. 23-32983 |
| ) | CHAPTER 7 |
| Debtor. ) | |

**ORDER**

This matter comes before the Court on the Motion to Extend Deadline to Commence Actions (Docket No. 752) (the "Motion") filed by Trustee, Michael E. Wheatley (the "Trustee"). The Motion was noticed for objection and no objection was filed by any party in interest. In the Motion, the Trustee seeks to extend the deadlines imposed by §§ 546 and 108 of the Bankruptcy Code for the Trustee to file any action, including, but not limited to, avoidance actions under Chapter 5 of the Bankruptcy Code until March 13, 2026.

Upon review of the Motion, the Court finds that, under applicable bankruptcy law, the deadlines imposed by 11 U.S.C. § 546 are not jurisdictional and that bankruptcy courts have the discretion to extend the deadlines in appropriate circumstances. *In re ThermoView Industries, Inc.*, 381 B.R. 225, 229 (Bankr. W.D. Ky. 2008). The Court finds that the Trustee has presented good and sufficient cause for granting an extension. The Court now being sufficiently advised;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The deadlines imposed by §§ 546 and 108 of the Bankruptcy Code for the Trustee to file any action, including, but not limited to, avoidance actions under Chapter 5 of the Bankruptcy Code are extended until March 13, 2026.

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Mary E. Naumann
United States Bankruptcy Judge

Dated: December 3, 2025