UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HULL ORGANIZATION, LLC | )  CASE NO. 23-32983 |
| | ) |
| Debtor | ) |

**ORDER GRANTING MOTION TO SHORTEN TIME FOR OBJECTIONS**

This matter having come before the Court on the Motion of the Debtor to shorten the time to object to the Motion to Approve the Contract for Sale of 1-17 E. Central Ave., West Carrollton, Ohio, and the Court being otherwise sufficiently advised in finding good cause to shorten the time for objections;

**IT IS HEREBY ORDERED** that the Motion to Shorten Time for Objection is GRANTED.  The time for objections on the Motion to Approve the Contract for Sale of 1-17 E. Central Ave., West Carrollton, Ohio shall expire at 12:00 pm (EST) on December 18, 2025. A hearing, if needed, will be held telephonically on December 19, 2025 at 10:00 am (EST).  The movant is responsible for serving this Order on all creditors and parties in interest and filing a certificate of service with the Court.

Modified by the Court: 12/8/2025.

Mary E. Naumann
United States Bankruptcy Judge

Dated: December 8, 2025

Tendered by:

KERRICK BACHERT PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY  42102-9547
Telephone: (270) 782-8160
Facsimile:  (270) 782-5856
Email:  sbachert@kerricklaw.com


/s/Scott A. Bachert
SCOTT A. BACHERT – KY 02443