UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HULL ORGANIZATION, LLC ) | CASE NO. 23-32983 |
| ) | |
| Debtor ) | |

## CERTIFICATE OF SERVICE

\* \* \* \* \*

This is to certify that on this day, December 8, 2025, a true and accurate copy of the Order Granting Motion to Shorten Time for Objections, Docket No. 762, was placed in the U.S. Mail addressed to the following:

GP-1Cent, LLC
1-17 E. Central Ave.
West Carrollton, Ohio  45449

Key Realty
270 Regency Drive, Suite 119
Dayton, OH  45459

All Scheduled Creditors

KERRICK BACHERT PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY 42102-9547
Telephone:  (270) 782-8160

/s/Scott A. Bachert
SCOTT A. BACHERT