# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

IN RE: Hull Organization, LLC           )
                                        )
                                        )   CASE NO. : 23-32983-acs
            DEBTOR(S)                   )
_____     )

## REPORT OF SALES

The undersigned, Michael E. Wheatley, Trustee, respectfully reports to the Court that the real property located at 136-138 East High Street, Springfield, Ohio and 126 East High Street, Springfield, Ohio were sold per Order granting motion to sale properties entered herein on November 18, 2025 [DN 750] to SpringFORWARD, an Ohio not for profit corporation for $93,500.00 and $62,700.00 respectively on December 9, 2025. Trustee further reports that the Estate's allocation of sale proceeds and closing costs were incurred and included on closing statement as follows:

Gross proceeds to the estate were $156,200.00. Costs of sale were as follows:

| | |
|---|---|
| a. Payoff civil penalty fees to City of Springfield | $3,940.00 |
| b. Delinquent property taxes | $66,109.65 |
| c. Auctioneer commission & marketing Expenses | $16,200.00 |
| d. Proration of 2025 property taxes | $3,220.04 |
| e. Clark County Clerk of Court | $1,670.13 |
| f. Stormwater Utility billing | $1,029.71 |
| g. Federal express fee | $35.00 |

Net proceeds to the estate were $63,965.47. Settlement Statements are attached as Exhibit "A" and Exhibit "B".

Respectfully Submitted:

__/s/_____
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 9036-1, I certify that on December 13, 2025 I sent a copy of the foregoing Report of Sale to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service

_____/s/_____
Michael E. Wheatley