*Exhibit A*

FINAL

**A. SETTLEMENT STATEMENT (HUD-1)**



**ORET**
Ohio Real Estate Title

☐ OMB No. 2502-0265

| B. | TYPE | OF | LOAN |
|---|---|---|---|
| 1. ☐ FHA | 2. ☐ FHMA | 3. ☐ CONV. UNINS. | |
| 4. ☐ VA | 5. ☐ CONV. INS. | | |
| 6. FILE NUMBER: 25-00261-VR | 7. LOAN NUMBER | | |
| 8. MORTGAGE INS. CASE NO.: | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| | |
|---|---|
| D. NAME & ADDRESS OF BORROWER: | SpringFORWARD, an Ohio not-for-profit corporation<br>20 S Limestone St, Suite 100, Springfield, OH 45502 |
| E. NAME & ADDRESS OF SELLER: | Michael E. Wheatley, Chpt 7 Trustee for Bankruptcy Estate of Hull Organization<br>P.O. Box 1072, Prospect, KY 40059 |
| F. NAME & ADDRESS OF LENDER: | CASH SALE |

G. PROPERTY LOCATION: 136-138 East High Street, Springfield, OH 45502

H. SETTLEMENT AGENT: Ohio Real Estate Title, Inc.
PLACE OF SETTLEMENT: 1111 N. Plum Street, Suite 9, Springfield, OH 45504 (937) 322-7333

I. SETTLEMENT DATE: 12/09/2025          DISBURSEMENT DATE: 12/09/2025

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract sales price | 93,500.00 | 401. Contract sales price | 93,500.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower: (line 1400) | 1,505.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| | | | |
| | | | |
| | | | |
| **Adjustments For Items Paid By Seller In Advance:** | | **Adjustments For Items Paid By Seller In Advance:** | |
| 106. City/town taxes            to | | 406. City/town taxes            to | |
| 107. County taxes               to | | 407. County taxes               to | |
| 108. Assessments                to | | 408. Assessments                to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower:** | 95,005.00 | **420. Gross Amount Due To Seller:** | 93,500.00 |
| **200. Amounts Paid By Or In Behalf Of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201. Deposit or earnest money | 8,500.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 12,288.57 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 1st Mtg. Ln. | |
| 205. | | 505. Payoff 2nd Mtg. Ln. | |
| 206. | | 506. Property Tax-Delinquent Taxes | 11,793.16 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| | | | |
| | | | |
| **Adjustments For Items Unpaid By Seller:** | | **Adjustments For Items Unpaid By Seller:** | |
| 210. City/town taxes            to | | 510. City/town taxes            to | |
| 211. County taxes    07/01/25  to  12/09/25 | 561.37 | 511. County taxes    07/01/25  to  12/09/25 | 561.37 |
| 212. Assessments                to | | 512. Assessments                to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| | | | |
| **220. Total Paid By/For Borrower:** | 9,061.37 | **520. Total Reductions In Amount Due Seller:** | 24,643.10 |
| **300. Cash At Settlement From/To Borrower:** | | **600. Cash At Settlement From/To Seller:** | |
| 301. Gross amount due from borrower (line 120) | 95,005.00 | 601. Gross amount due to seller (line 420) | 93,500.00 |
| 302. Less amount paid by/for borrower (line 220) | 9,061.37 | 602. Less reductions in amount due seller (line 520) | 24,643.10 |
| **303. Cash (☒ FROM) ☐ TO) Borrower:** | 85,943.63 | **603. Cash (☒ TO) ☐ FROM) Seller:** | 68,856.90 |

Previous Edition Is Obsolete
Form No. 1581
3/86

X _____ (signature)
X NJM

Page 1 of 3          X _____
X _____


*MEW*
12/08/25
12:01 PM EST
dotloop verified

SB-4-3538-000-1
HUD-1 (3-86)
RESPA, HB 4305.2

dotloop signature verification: dtlp.us/qfAp-m0K0-QjEV

| L. | SETTLEMENT CHARGES | Escrow: 25-00261-VR | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|---|---|
| **700.** Total Sales/Broker's Commission: | | | | |
| Based On Price $ 93,500.00 @ % = | | | | |
| **Division of Commission (line 700) As Follows:** | | | | |
| 701. $ 8,500.00 to Ohio Real Estate Auctions | | | | |
| 702. $ to | | | | |
| 703. Commission paid at settlement | | | | 8,500.00 |
| 704. EM Deposit $8,500.00 held by Ohio Real Estate Auctions | | | | |
| **800. Items Payable In Connection With Loan:** | | | | |
| 801. Loan Origination fee % | | | | |
| 802. Loan Discount % | | | | |
| 803. Appraisal fee to: | | | | |
| 804. Credit report to: | | | | |
| 805. Lender's inspection fee | | | | |
| 806. Mortgage insurance application fee to | | | | |
| 807. Assumption fee | | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| 816. | | | | |
| 817. | | | | |
| 818. | | | | |
| 819. | | | | |
| 820. | | | | |
| 821. | | | | |
| **900. Items Required By Lender To Be Paid In Advance:** | | | | |
| 901. Interest from to @$ /day (0 days) | | | | |
| 902. Mortgage insurance premium for mo. to | | | | |
| 903. Hazard insurance premium for yrs. to | | | | |
| 904. Flood insurance premium for yrs. to | | | | |
| 905. | | | | |
| 906. | | | | |
| **1000. Reserves Deposited With Lender:** | | | | |
| 1001. Hazard insurance 0 months @ $ 0.00 per month | | | | |
| 1002. Mortgage insurance 0 months @ $ 0.00 per month | | | | |
| 1003. City property taxes 0 months @ $ 0.00 per month | | | | |
| 1004. County property taxes 0 months @ $ 0.00 per month | | | | |
| 1005. Annual assessments 0 months @ $ 0.00 per month | | | | |
| 1006. Flood insurance 0 months @ $ 0.00 per month | | | | |
| 1007. 0 months @ $ 0.00 per month | | | | |
| 1008. Aggregate Adjustment | | | | |
| 1009. | | | | |
| **1100. Title Charges** | | | | |
| 1101. Settlement or closing fee to Ohio Real Estate Title, Inc. | | | 250.00 | |
| 1102. Escrow Fee: $250.00 | | | | |
| 1103. Title examination to Ohio Real Estate Title, Inc. | | | 500.00 | |
| 1104. Title insurance binder to Ohio Real Estate Title, Inc. | | | 100.00 | |
| 1105. Document preparation to | | | | |
| 1106. Notary fees to | | | | |
| 1107. Attorney's fees to | | | | |
| (includes above item Numbers: ) | | | | |
| 1108. Title insurance to Ohio Real Estate Title, Inc. | | | | |
| (includes above item Numbers: ) | | | 540.50 | |
| 1109. Lender's coverage $ | | | | |
| 1110. Owner's coverage $ 93,500.00 Premium: $540.50 | | | | |
| 1111. Deed Preparation Fee to David R. Miles, Attorney at Law | | | 75.00 | |
| 1112. | | | | |
| 1113. | | | | |
| 1114. | | | | |
| **1200. Government Recording and Transfer Charges:** | | | | |
| 1201. Recording fees: Deed $ 39.00 ;Mortgage $ 0.00 ;Releases $ 0.00 | | | 39.00 | |
| 1202. City/county tax/stamps: Deed $ 0.00 ;Mortgage $ 0.00 | | | | |
| 1203. State tax/Stamps: Deed $ 0.00 ;Mortgage $ 0.50 | | | 0.50 | |
| 1204. Court Costs to Clark County Clerk of Courts | | | | 1,670.13 |
| 1205. | | | | |
| **1300. Additional Settlement Charges:** | | | | |
| 1301. Survey to | | | | |
| 1302. Pest inspection to | | | | |
| 1303. Civil Fines to City of Springfield | | | | 852.50 |
| 1304. Stormwater to City of Springfield Utility Billing | | | | 265.94 |
| 1305. Marketing & Promotion to Ohio Real Estate Auctions | | | | 1,000.00 |
| 1306. | | | | |
| 1307. | | | | |
| 1308. | | | | |
| **1400. Total Settlement Charge** *(Enter on line 103, Section J - and - line 502, Section K)* | | | 1,505.00 | 12,288.57 |

Form No. 1582                                    Page 2 of 3                                    SB-4-3538-000-1

X _____    X _____    X _____    X _____

MEW
12/08/25
12:01 PM EST
dotloop verified

**SELLER'S AND/OR BORROWER'S STATEMENT**          Escrow:    25-00261-VR

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrowers/Purchasers                                Sellers

SpringFORWARD, an Ohio not-for-profit              Michael E. Wheatley, Chpt 7 Trustee for
corporation                                        Bankruptcy Estate of Hull Organization

By: _____               By: _____
Tom Lotus, President                               Michael E. Wheatley, Chapter 7 Trustee

                                                   dotloop verified
                                                   12/08/25 12:01 PM EST
                                                   7HH-AMXB-DCGA-TQT

By: _____
Michael McDorman, Secretary

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____          Date: _____12-9-2025_____
                  Ohio Real Estate Title, Inc.

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see:  Title 18 U.S. Code Section 1001 and Section 1010.