

⇑ OMB No. 2502-0265

| FINAL | B. TYPE OF LOAN |
|---|---|
| A. SETTLEMENT STATEMENT (HUD-1) | 1. ☐ FHA  2. ☐ FHMA  3. ☐ CONV. UNINS. |
| ORET — Ohio Real Estate Title | 4. ☐ VA  5. ☐ CONV. INS. |
| | 6. FILE NUMBER: 25-00260-VR   7. LOAN NUMBER |
| | 8. MORTGAGE INS. CASE NO.: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME & ADDRESS OF BORROWER: | SpringFORWARD, an Ohio not-for-profit corporation<br>20 S Limestone St, Suite 100, Springfield, OH 45502 |
|---|---|
| E. NAME & ADDRESS OF SELLER: | Michael E. Wheatley, Chpt 7 Trustee for Bankruptcy Estate for Hull Organization<br>P.O. Box 1072, Prospect, KY 40059 |
| F. NAME & ADDRESS OF LENDER: | CASH SALE |
| G. PROPERTY LOCATION: | 126-132 East High Street, Springfield, OH 45502 |
| H. SETTLEMENT AGENT:<br>PLACE OF SETTLEMENT: | Ohio Real Estate Title, Inc.<br>1111 N. Plum Street, Suite 9, Springfield, OH 45504 (937) 322-7333 |
| I. SETTLEMENT DATE: 12/09/2025 | DISBURSEMENT DATE: 12/09/2025 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract sales price | 62,700.00 | 401. Contract sales price | 62,700.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower: (line 1400) | 1,843.75 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments For Items Paid By Seller In Advance:** | | **Adjustments For Items Paid By Seller In Advance:** | |
| 106. City/town taxes        to | | 406. City/town taxes        to | |
| 107. County taxes           to | | 407. County taxes           to | |
| 108. Assessments            to | | 408. Assessments            to | |
| 109. | | 409. Net Proceeds from 136-138 E High St | 68,856.90 |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower:** | 64,543.75 | **420. Gross Amount Due To Seller:** | 131,556.90 |
| **200. Amounts Paid By Or In Behalf Of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201. Deposit or earnest money | 5,700.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 10,616.27 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff 1st Mtg. Ln. | |
| 205. | | 505. Payoff 2nd Mtg. Ln. | |
| 206. | | 506. Property Tax-Delinquent Taxes | 21,832.77 |
| 207. | | 507. Property Tax-Delinquent Taxes | 22,124.67 |
| 208. | | 508. Property Tax-Delinquent Taxes | 10,359.05 |
| 209. | | 509. | |
| **Adjustments For Items Unpaid By Seller:** | | **Adjustments For Items Unpaid By Seller:** | |
| 210. City/town taxes        to | | 510. City/town taxes        to | |
| 211. County taxes   07/01/25 to 12/09/25 | 2,658.67 | 511. County taxes   07/01/25 to 12/09/25 | 2,658.67 |
| 212. Assessments            to | | 512. Assessments            to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower:** | 8,358.67 | **520. Total Reductions In Amount Due Seller:** | 67,591.43 |
| **300. Cash At Settlement From/To Borrower:** | | **600. Cash At Settlement From/To Seller:** | |
| 301. Gross amount due from borrower (line 120) | 64,543.75 | 601. Gross amount due to seller (line 420) | 131,556.90 |
| 302. Less amount paid by/for borrower (line 220) | 8,358.67 | 602. Less reductions in amount due seller (line 520) | 67,591.43 |
| **303. Cash (☒ FROM) (☐ TO) Borrower:** | 56,185.08 | **603. Cash (☒ TO) (☐ FROM) Seller:** | 63,965.47 |

Previous Edition Is Obsolete
Form No. 1581
3/86

X _____
X _____

Page 1 of 3

X 
X _____

SB-4-3538-000-1
HUD-1 (3-86)
RESPA, HB 4305.2

| L. | SETTLEMENT CHARGES | Escrow: 25-00260-VR | | |
|---|---|---|---|---|
| **700. Total Sales/Broker's Commission:** Based On Price $ 62,700.00  @  % = | | | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
| **Division of Commission (line 700) As Follows:** | | | | |
| 701. $ 5,700.00 to Ohio Real Estate Auctions | | | | |
| 702. $ to | | | | |
| 703. Commission paid at settlement | | | | 5,700.00 |
| 704. EM Deposit   $5,700.00  held by Ohio Real Estate Auctions | | | | |
| **800. Items Payable In Connection With Loan:** | | | | |
| 801. Loan Origination fee          % | | | | |
| 802. Loan Discount               % | | | | |
| 803. Appraisal fee to: | | | | |
| 804. Credit report to: | | | | |
| 805. Lender's inspection fee | | | | |
| 806. Mortgage insurance application fee to | | | | |
| 807. Assumption fee | | | | |
| 808. | | | | |
| 809. | | | | |
| 810. | | | | |
| 811. | | | | |
| 812. | | | | |
| 813. | | | | |
| 814. | | | | |
| 815. | | | | |
| 816. | | | | |
| 817. | | | | |
| 818. | | | | |
| 819. | | | | |
| 820. | | | | |
| 821. | | | | |
| **900. Items Required By Lender To Be Paid In Advance:** | | | | |
| 901. Interest from    to    @$   /day   (0 days) | | | | |
| 902. Mortgage insurance premium for    mo. to | | | | |
| 903. Hazard insurance premium for    yrs. to | | | | |
| 904. Flood insurance premium for    yrs. to | | | | |
| 905. | | | | |
| 906. | | | | |
| **1000. Reserves Deposited With Lender:** | | | | |
| 1001. Hazard insurance    0 months @ $    0.00 per month | | | | |
| 1002. Mortgage insurance   0 months @ $    0.00 per month | | | | |
| 1003. City property taxes  0 months @ $    0.00 per month | | | | |
| 1004. County property taxes 0 months @ $    0.00 per month | | | | |
| 1005. Annual assessments   0 months @ $    0.00 per month | | | | |
| 1006. Flood insurance      0 months @ $    0.00 per month | | | | |
| 1007.                      0 months @ $    0.00 per month | | | | |
| 1008. Aggregate Adjustment | | | | |
| 1009. | | | | |
| **1100. Title Charges** | | | | |
| 1101. Settlement or closing fee to | | | | |
| 1102. Abstract or title search to | | | | |
| 1103. Title examination to    Ohio Real Estate Title, Inc. | | | 1,000.00 | |
| 1104. Title insurance binder to   Ohio Real Estate Title, Inc. | | | 100.00 | |
| 1105. Document preparation to | | | | |
| 1106. Notary fees to | | | | |
| 1107. Attorney's fees to | | | | |
|       (includes above item Numbers:                             ) | | | | |
| 1108. Title insurance to Ohio Real Estate Title, Inc. | | | | |
|       (includes above item Numbers:                             ) | | | 362.25 | |
| 1109. Lender's coverage $ | | | | |
| 1110. Owner's coverage $ 62,700.00  Premium:   $362.25 | | | | |
| 1111. Closing Fee to Ohio Real Estate Title, Inc. | | | 250.00 | |
| 1112. Federal Express Fee to Ohio Real Estate Title, Inc. | | | | 35.00 |
| 1113. Deed Preparation Fee to David R. Miles, Attorney at Law | | | 75.00 | |
| 1114. | | | | |
| **1200. Government Recording and Transfer Charges:** | | | | |
| 1201. Recording fees: Deed $ 55.00  ;Mortgage $ 0.00  ;Releases $ 0.00 | | | 55.00 | |
| 1202. City/county tax/stamps: Deed $ 0.00  ;Mortgage $ 0.00 | | | | |
| 1203. State tax/Stamps:   Deed $ 0.00  ;Mortgage $ 1.50 | | | 1.50 | |
| 1204. Civil Fines For 132 E High St to City of Springfield | | | | 1,960.00 |
| 1205. | | | | |
| **1300. Additional Settlement Charges:** | | | | |
| 1301. Survey to | | | | |
| 1302. Pest inspection to | | | | |
| 1303. Civil Fines For 126 E High St to City of Springfield | | | | 560.00 |
| 1304. Civil Fines For 130 E High St to City of Springfield | | | | 597.50 |
| 1305. Stormwater to City of Springfield Utility Billing | | | | 265.94 |
| 1306. Stormwater to City of Springfield Utility Billing | | | | 249.77 |
| 1307. Stormwater to City of Springfield Utility Billing | | | | 248.06 |
| 1308. Marketing & Promotion to Ohio Real Estate Auctions | | | | 1,000.00 |
| **1400. Total Settlement Charge** (Enter on line 103, Section J - and - line 502, Section K) | | | 1,843.75 | 10,616.27 |

Form No. 1582        Page 2 of 3        SB-4-3538-000-1

X  _____     X  _____     X  
12/08/25
11:58 AM EST
dotloop verified

X  _____

**SELLER'S AND/OR BORROWER'S STATEMENT**         Escrow:    25-00260-VR

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Borrowers/Purchasers

SpringFORWARD, an Ohio not-for-profit corporation

By: _____
  Tom Loflis, President

By: _____
  Michael McDorman, Secretary

Sellers

Michael E. Wheatley, Chpt 7 Trustee for Bankruptcy Estate for Hull Organization

By: _Michael E. Wheatley_     dotloop verified
                              12/08/25 11:58 AM EST
                              SYDI-MXJD-WDV8-IL2G
  Michael E. Wheatley, Chapter 7 Trustee

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _Veronica Thixo_       Date: _12-9-2025_
  Ohio Real Estate Title, Inc.

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.