# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

IN RE: Hull Organization, LLC         )
                                      )
                                      )   CASE: 23-32983-mbn
         DEBTOR(S)                    )
_____)

## TRUSTEE'S MOTION TO EMPLOY CPA

COMES the Trustee Michael E. Wheatley and respectfully moves this Court for authorization to employ Michael E. Wheatley, CPA to file all necessary income tax returns on behalf of estate. Several parcels of real property of the debtor were liquidated in 2025 necessitating the need to file estate tax returns. This administrative task is necessary to determine and pay income taxes, if any, associated with the asset sales. The tax services will be performed at an hourly rate of $275.00. Declaration of Michael E. Wheatley, CPA is attached hereto and Trustee believes that   Michael E. Wheatley does not hold or represent any interest adverse to that of the debtor estate and that Michael E. Wheatley is a disinterested person within the meaning of 11 U.S.C. Section 101 (14).

RESPECTFULLY SUBMITTED:

____/S/_____
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on December 15, 2025 I sent a copy of the foregoing Motion to Employ CPA and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.



_____/s/_____
Michael E. Wheatley