# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

IN RE: Hull Organization, LLC           )
                                        )
                                        )   CASE: 23-32983-mbn
        DEBTOR(S)                       )
_____ )

## DECLARATION OF DISINTERESTEDNESS

I, Michael E. Wheatley declare:

1. I am a licensed Certified Public Accountant duly admitted to practice in the Commonwealth of Kentucky.

2. To the best of my knowledge, information and belief, I am a disinterested person within the meaning of 11 U.S.C. Sec. 101(14) and are eligible to serve as CPA for this estate and the Trustee pursuant to the provisions of 11 U.S.C. Sec. 327(d).

3. I currently serve as Trustee in this case but the trustee duties and the tax services required are irrespective of each other and are not adverse to the estate, debtor, creditors, or any other party in interest, their respective attorneys , the United States Trustee, or any person employed in the Office of the United States Trustee.

I declare under penalty of perjury that the foregoing is true and correct. Executed: December 15, 2025.

/s/ *Michael E. Wheatley*
Michael E. Wheatley