# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

IN RE: Hull Organization, LLC        )
                                                      )
                                                      )        CASE: 23-32983-mbn
        DEBTOR(S)        )
_____)

## ORDER TO EMPLOY CPA

The Court having considered the foregoing Application of the Trustee to employ CPA and Declaration of Michael E. Wheatley, in support thereof, and it appearing that Michael E. Wheatley is a disinterested person and that the employment of said CPA by the trustee is in the best interest of this estate;

IT IS HEREBY ORDERED that Michael E. Wheatley, Trustee herein, is authorized to employ Michael E. Wheatley, CPA as accountant for the trustee and the estate, with compensation to be paid in such amounts as is stipulated in Motion to Employ CPA and as may be allowed by the Court upon proper application or applications therefor.

Tendered by:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484

Case 23-32983-mbn    Doc 767-2    Filed 12/15/25    Entered 12/15/25 09:32:50    Page 2 of 2