UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HULL ORGANIZATION, LLC | )        CASE NO. 23-32983 |
| | ) |
| Debtor | ) |

## ORDER APPROVING THE SALE OF REAL ESTATE IN
## WEST CARROLLTON, OHIO

This matter having come before the Court on Motion of the Trustee to approve the contract of sale of real estate located at 1-17 E. Central Ave., West Carrollton, Ohio, and after the Creditors having received notice and an opportunity to object, and the Court finding that it appears that it is in the best interest of the estate to consummate the sale, and the Court be sufficiently advised;

IT IS HEREBY ORDERED that the contract for sale of the real property located at 1-17 E. Central Ave., West Carrollton, Ohio, to be sold to GP-1Cent, LLC in the sum of $295,000.00 be and is hereby APPROVED.

IT IS FURTHER ORDERED that the sale shall be free and clear of all liens and encumbrances with the prepetition liens to attach to the proceeds in the same order and priority as they existed prepetition.

IT IS FURTHER ORDERED that Buyer's Broker, Key Realty, shall be paid a compensation of 3% of the agreed Sales Price by the Trustee.

IT IS FURTHER ORDERED that the proceeds of such sale to be used to pay all costs of closing including, but not limited to any mortgages, real estate commissions, attorney fees, real estate tax liabilities, liens (if any) placed by any taxing authority and recording fees and any other normal closing cost associated with the Seller. In addition, the Trustee has authority from proceeds to satisfy any other valid liens or encumbrances that may be identified by title examination. Trustee

has authority to execute any and all documents necessary to convey said property to purchaser. The remaining proceeds to be turned over to the Trustee without undue delay and held until further Order of the Court

    IT IS FINALLY ORDERED the parties to this transaction are afforded the protections of 11 U.S.C. § 363(m).

    THIS IS A FINAL AND APPEALABLE ORDER and that there is no just cause for delay.

_____
Mary E. Naumann
United States Bankruptcy Judge
Dated: December 18, 2025

Tendered by:

Scott A. Bachert
KERRICK BACHERT PSC
1411 Scottsville Road
P O Box 9547
Bowling Green, KY  42102-9547
Telephone: (270) 782-8160