UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| HULL ORGANIZATION, LLC ) | CASE NO. 23-32983 |
| ) | |
| Debtor ) | |

### MOTION TO SHORTEN TIME FOR OBJECTIONS TO MOTION TO APPROVE THE CONTRACT FOR SALE OF REAL PROPERTY LOCATED AT 5-23 N. ELM ST., WEST CARROLLTON, OHIO

Comes now the Trustee, Michael E. Wheatley, by and through counsel, and hereby moves the Court to enter an order shortening the time allowed for objections to the Motion to Approve the Contract for Sale of Real Property located at 5-23 N. Elm St., West Carrollton, Ohio. As grounds for the motion, the Debtor states as follows:

1. The Debtor filed its Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy Code on December 13, 2023, and converted to Chapter 7 on August 13, 2025.

2. By separate motion, the Trustee filed a Motion to Approve the Contract for Sale of Real Property Located at 5-23 N. Elm St., West Carrollton, Ohio.

3. The Real Estate Purchase Agreement proposed a closing date of December 30, 2025, so the Trustee requests that the time period for objections be shortened so that the closing be conducted in a timely manner.

4. Trustee further requests that if an objection is timely filed, that the Court set the hearing on an expedited basis.

WHEREFORE, Trustee respectfully requests that the objection period for the approval of the Contract for Sale be shortened to expire on December 29, 2025.

Electronically filed December 19, 2025.

KERRICK BACHERT PSC
1411 Scottsville Road
P O Box 9547
Bowling Green, KY  42102-9547
Telephone: (270) 782-8160
Facsimile: (270) 782-5856


/s/Scott A. Bachert
SCOTT A. BACHERT


## CERTIFICATE OF SERVICE:

It is hereby certified that on December 19, 2025, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's CM/ECF system at the electronic addresses set forth therein to the United States Truste and all other persons receiving electronic notifications in this case, and mailed via First Class U.S. Mail to the following:

Shade Holding Group LLC
c/o Zachary Shade
4958 Wilmington pk
Kettering, OH  45440

Bella Realty Group
6 W Franklin
Bellbrook, OH  45305

All Scheduled Creditors


/s/Scott A. Bachert
SCOTT A. BACHERT