UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HULL ORGANIZATION, LLC | ) | CASE NO. 23-32983 |
| | ) | |
| Debtor | ) | |

**ORDER GRANTING MOTION TO SHORTEN TIME FOR OBJECTIONS**

This matter having come before the Court on the Motion of the Trustee to shorten the time to object to the Motion to Approve the Contract for Sale of 5-23 N. Elm St., West Carrollton, Ohio, and the Court being otherwise sufficiently advised in finding good cause to shorten the time for objections;

**IT IS HEREBY ORDERED** that the Motion to Shorten Time for Objection is GRANTED. The time for objections on the Motion to Approve the Contract for Sale of 5-23 N. Elm St., West Carrollton, Ohio shall expire on **January 5, 2026.** The movant is responsible for serving this Order on all creditors and parties in interest and filing a certificate of service with the Court.

Modified by the Court: 12/22/2025

Tendered by:

KERRICK BACHERT PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY  42102-9547
Telephone: (270) 782-8160
Facsimile:  (270) 782-5856
Email:  sbachert@kerricklaw.com

_____
Mary E. Naumann
United States Bankruptcy Judge
Dated: December 22, 2025

/s/Scott A. Bachert_____
SCOTT A. BACHERT – KY 02443