UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HULL ORGANIZATION, LLC | )  CASE NO. 23-32983 |
| | ) |
| Debtor | ) |

## CERTIFICATE OF SERVICE

\* \* \* \* \*

This is to certify that on this day, December 29, 2025, a true and accurate copy of the Order Granting Motion to Shorten Time for Objections, Docket No. 776, was placed in the U.S. Mail addressed to the following:

Shade Holding Group LLC
c/o Zachary Shade
4958 Wilmington pk
Kettering, OH  45440

Bella Realty Group
6 W Franklin
Bellbrook, OH  45305

All Scheduled Creditors

KERRICK BACHERT PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY 42102-9547
Telephone:  (270) 782-8160

/s/Scott A. Bachert
SCOTT A. BACHERT