UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: Hull Organization, LLC            )
                                         )
                                         )    CASE:23-32983-acs
         DEBTOR(S)                       )
_____  )

### WITHDRAWAL OF TRUSTEE'S MOTION TO SELL REAL PROPERTY LOCATED AT 5-23 ELM STREET, WEST CARROLLTON, OHIO

    Comes the Trustee, Michael E. Wheatley, and hereby withdraws his Motion to Sell Real Property Located at 5-23 N Elm St., West Carrollton, Ohio filed on December 19, 2025 [ dn 770].

As a basis for his withdrawal, the trustee states that the sale contract contained an inspection contingency which the prospective buyer utilized to terminate the contract after said inspection.

Respectfully submitted,

*/s/ Michael E. Wheatley*
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484

## **CERTIFICATE OF SERVICE**

      In accordance with Local Rule 9036-1, I certify that on January 7, 2026 I sent a copy of the foregoing Withdrawal of Trustee's Motion to Sell Real Property Located at 5-23 N Elm St., West Carrollton, Ohio to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

                                                                     */s/ Michael E. Wheatley*
                                                                     Michael E. Wheatley