UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: Hull Organization, LLC       )
                                    )
                                    )    CASE NO. : 23-32983-mbn
        DEBTOR(S)                   )
_____        )

### REPORT OF SALE

The undersigned, Michael E. Wheatley, Trustee, respectfully reports to the Court that the real property located at 1-17 E. Central Ave., West Carrollton, Ohio was sold per Order granting motion to sale property entered herein on December 18, 2025 [DN 768] to GP120 Holdings, LLC for $295,000.00 on January 8, 2026. Trustee further reports that the Estate's allocation of sale proceeds and closing costs were incurred and included on closing statement as follows:

Gross proceeds to the estate were $295,000.00. Costs of sale were as follows:

| | |
|---|---|
| a. Payoff of 1st mortgage- Martin Goldsmith | $178,615.71 |
| b. Delinquent property taxes | $36,131.58 |
| c. Real Estate commission | $17,700.00 |
| d. 2025 property taxes | $9,353.79 |
| e. January rent proration | $1,858.08 |
| f. Security deposits | $2,000.00 |
| g. Deed Preparation | $150.00 |
| h. County transfer tax | $886.50 |
| i. Recording fees | $50.00 |
| j. Shipping & handling fees | $60.00 |
| k. Online Notary fee & security access | $165.00 |
| m. Misc closing costs | $375.00 |
| n. Seller paid OTI | $1,470.00 |

Net proceeds to the estate were $46,184.34. Settlement Statement attached as Exhibit "A".

Respectfully Submitted:

/s/ *Michael E. Wheatley*
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
Mwheatleytr@gmail.com

## CERTIFICATE OF SERVICE

In accordance with Local Rule 9036-1, I certify that on January 9, 2026 I sent a copy of the foregoing Report of Sale to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service

_____/s/_____
Michael E. Wheatley