| American Land Title Association | ALTA Settlement Statement - Cash |
|---|---|
| | Adopted 05-01-2015 |

**Vantage Land Title**
**ALTA Universal ID:**
6450 Poe Avenue, Ste. 109
Dayton, OH 45414

| | |
|---|---|
| File No./Escrow No.: | 25-2194VLT |
| Print Date & Time: | January 08, 2026 2:41 pm |
| Officer/Escrow Officer: | Andrew Morgan |
| Settlement Location: | 6450 Poe Avenue, Ste. 109<br>Dayton, OH 45414 |
| Property Address: | 1-17 E Central Avenue<br>West Carrollton, OH 45449 |
| Buyer: | GP-1Cent, LLC<br>PO Box 684<br>Naches, WA 98937 |
| Seller: | Hull Organization LLC<br>PO Box 1072<br>Prospect, KY 40059 |
| Lender: | Cash Deal |
| Settlement Date : | January 07, 2026 |
| Disbursement Date : | January 07, 2026 |

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Financial** | | |
| | 295,000.00 | Sale Price of Property | 295,000.00 | |
| | | Deposit | | 5,000.00 |
| | | **Prorations/Adjustments** | | |
| 1,470.00 | | Seller Paid OTI | | 1,470.00 |
| 4,673.74 | | County Taxes<br>07/01/25-01/07/26 | | 4,673.74 |
| 1,858.08 | | Rent Proration | | 1,858.08 |
| 2,000.00 | | Security Deposit | | 2,000.00 |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| | | Binder to Vantage Land Title | 95.00 | |
| 200.00 | | Closing Coordination to Vantage Land Title | 200.00 | |
| 100.00 | | Disbursement Processing to Vantage Land Title | 100.00 | |
| 75.00 | | Recording Processing/Efile to Vantage Land Title | 75.00 | |
| 150.00 | | Remote Online Notary Fee to Cook Closers | | |
| 15.00 | | Security Access to Vantage Land Title | 15.00 | |

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Title Charges and Escrow/Settlement Charges (continued)** | | |
| 60.00 | | Shipping and Handling to Vantage Land Title | 60.00 | |
| | | Title Examination to Vantage Land Title | 175.00 | |
| | | Title Processing to Vantage Land Title | 375.00 | |
| | | Wire Fee to Vantage Land Title | 40.00 | |
| | | Owner's Title Insurance to Vantage Land Title<br>Coverage: $295,000.00<br>Premium: $1,470.00<br>Version: ALTA Owners Policy (12/01/2022) | 1,470.00 | |
| | | **Commissions** | | |
| 8,850.00 | | Commission - Listing Agent to Crest Commercial Realty | | |
| 8,850.00 | | Commission - Selling Agent to Key Realty | | |
| | | **Government Recording and Transfer Charges** | | |
| 50.00 | | Recording Fees to Montgomery County Recorder | 34.00 | |
| 885.00 | | County Transfer Tax to Montgomery County Auditor | | |
| 1.50 | | County Transfer Tax to Montgomery County Auditor | | |
| | | **Payoffs** | | |
| 178,615.71 | | Payoff of First Mortgage Loan to Martin Goldsmith<br>Loan Payoff  177,905.35<br>Additional Interest (From 12/31/25 To 01/07/26 @ 50.740000 Per Diem) plus 7 Extra Days  710.36<br>Total Payoff  178,615.71 | | |
| | | **Miscellaneous** | | |
| 150.00 | | Deed Preparation Fee to Kaiser Law Practice | | |
| 4,278.68 | | Property Taxes - First Half 2025 - Parcel Ending 0107 to Montgomery County Treasurer | | |
| 221.44 | | Property Taxes - First Half 2025 - Parcel Ending 0109 to Montgomery County Treasurer | | |
| 179.93 | | Property Taxes - First Half 2025 - Parcel Ending 0108 to Montgomery County Treasurer | | |
| 8,375.31 | | Delinquent Property Taxes - Parcel Ending 0107 to Montgomery County Treasurer | | |
| 356.36 | | Delinquent Property Taxes - Parcel Ending 0108 to Montgomery County Treasurer | | |

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | Miscellaneous (continued) | | |
| 438.29 | | Delinquent Property Taxes - Parcel Ending 0109 to Montgomery County Treasurer | | |
| 46,184.34 | | Seller Proceeds to The Bankruptcy Estate of Hull Organization LLC | | |
| 12,965.28 | | Tax Certificate Payoff to Adair Asset Management, LLC | | |
| 13,996.34 | | Tax Certificate Payoff to Adair Asset Management, LLC | | |
| 295,000.00 | 295,000.00 | Subtotals | 297,639.00 | 15,001.82 |
| | | Due from Buyer | | 282,637.18 |
| 295,000.00 | 295,000.00 | Totals | 297,639.00 | 297,639.00 |

### Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Vantage Land Title to cause the funds to be disbursed in accordance with this statement.

Buyer

GP-1Cent, LLC

BY:_____
Zachary Gilbert, Manager

Seller

Hull Organization LLC
*Michael Wheatley*
BY:_____
Michael Wheatley
Chapter 7 Trustee

Vantage Land Title
*Kirsten Woods*
BY:_____
Andrew Morgan

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Vantage Land Title to cause the funds to be disbursed in accordance with this statement.

Buyer

GP-1Cent, LLC

BY: *Zachary Gilbert*   dotloop verified 01/07/26 6:26 PM EST ADOT-KEWT-DFXB-NWUG

Zachary Gilbert, Manager

Seller

Hull Organization LLC

BY:_____
Michael Wheatley
Chapter 7 Trustee

BY:_____

Vantage Land Title

BY: *Andrew Morgan*

Copyright 2015 American Land Title Association
All rights reserved