UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:

**HULL ORGANIZATION, LLC**  CASE NO. **23-32983**

CHAPTER 7

Debtor(s)

---

**ORDER SETTING EVIDENTIARY HEARING**

---

The above-styled case having come before the Court on January 13, 2026, for hearing on the Motion for Relief from the Order Authorizing the Private Sale of Collateral and the Motion for Protective Order filed by US Martial Arts Academy, Inc. The Court having considered statements of Counsel for US Martial Arts Academy and Counsel for Park Plaza Holdings, and the parties having advised the Court that they are prepared to proceed with this matter, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED:

(A)  That the above-styled action is scheduled for evidentiary hearing on **March 24, 2026 at 10:00 AM Eastern Time in Courtroom #3, Fifth Floor (6th Street Elevators), Gene Snyder Courthouse, 601 W. Broadway, Louisville, Kentucky, 40202.**

(B)  That all time periods referred to herein shall be computed in accordance with Bankruptcy Rule 9006.

(C)  That fourteen (14) days before the evidentiary hearing parties shall serve upon all parties and the Court:

   (1)  A List of Witnesses to be called at the hearing,

   (2)  A list of Exhibits that complies with the requirements of the Clerk's Office Administrative Manual. The parties shall also produce for inspection by opposing parties, all Exhibits that are to be placed into evidence at the hearing.

(D)  That at least fourteen (14) days before the evidentiary hearing the parties shall file with the Court and provide a copy to all other parties a Memorandum of Law which sets forth (a) the issues in question, (b) a brief summary of what the evidence will tend to prove and (c) any case authorities or statutes in support of the parties, respective position.

(E) That at least seven (7) days before the hearing the parties shall electronically file with the Court and provide a copy to all other parties:

(1) An original copy of each Document and/or written Exhibit, in addition to providing to the Court three (3) copies of said Documents and/or written Exhibits, **said Exhibits to be pre-marked and filed in binders**, and

(2) Written Objections to the authenticity and/or admissibility of the Exhibit. Failure to make such objections may result in the Exhibit being deemed admitted.

IT IS FINALLY ORDERED that a party who without substantial justification fails to disclose information as required shall not be permitted to use such evidence, witness (es) or information at hearing unless such failure to disclose is harmless. Furthermore, failure to comply with this Order may result in denial of the motions and/or other appropriate sanctions.

Mary E. Naumann
United States Bankruptcy Judge
Dated: January 13, 2026

alo