# EXHIBIT C

## ALTA Seller's Settlement Statement

Doc. 75, filed February 14, 2024 — Notice of Settlement Statement prepared by Hyde Park Title Agency, LLC (2623 Erie Avenue, Cincinnati, OH 45208), showing deed preparation fees paid to Stagnaro, Saba & Patterson and title examination fees paid to Hyde Park Title Agency

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

In re:                                    | Case No. 23-32983-acs

HULL ORGANIZATION, LLC, *et* | Chapter 11
*al.*                                     | (Jointly Administered)

Debtors[1]

## NOTICE OF FILING SETTLEMENT STATEMENT FOR CLOSING OF
## 830/834 SR 125, CINCINNATI, OHIO 45245

Now comes Creditor Stock Yards Bank & Trust Company, and pursuant to the

January 23, 2024, Order Authorizing the Private Sale of Collateral Free and Clear of Liens

Claims, and Encumbrances (Doc. 56), in which the Court ordered that all counsel or

parties of interest shall have the right to review the settlement statement, hereby provides

a copy of the attached Settlement Statement for the closing of 830/834 SR 125, Cincinnati,

Ohio 45245 to all interested parties.

Dated: February 6, 2024

Respectfully submitted,

/s/ *Paul T. Saba*
Paul T. Saba (KY #95203)
STAGNARO, SABA & PATTERSON CO., L.P.A.
2623 Erie Avenue,

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987). The Debtors' headquarters are located at 1902 Campus Place, Suite 9, Louisville, Kentucky 40299.

Cincinnati, Ohio 45208
513.533.2703
513.533.2999 (facsimile)
pts@sspfirm.com
***Attorneys for Creditor***
***Stock Yards Bank & Trust Company***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing Settlement Statement was served on February 6, 2024 upon the U.S. Trustee and on all registered ECF Participants electronically through the court's ECF System at the email address registered with the Court, including:

U.S. Trustee
Tim Ruppel, Assistant U.S. Trustee
John R. Stonitsch, Attorney for U.S. Trustee
K. Gail Russell, Attorney for Nancy Hull

I further certify that a copy of the foregoing was served on February 6, 2024, via first-class U.S. Mail, to the following:

C.J. Zimmer & Sons, Inc.
c/o Reminger Service Company, Inc.
200 Public Square, Suite 1200
Cleveland, OH 44114

/s/ Paul T. Saba
Paul T. Saba (KY #95203)

Hyde Park Title Agency, LLC
2623 Erie Avenue
Cincinnati, OH 45208
(513) 533-2989

ALTA Seller's Settlement Statement

| File #: | 24-OR104-29267 | Property | 830 & 834 Ohio Pike | Settlement Date | 02/07/2024 |
| Prepared: | 02/06/2024 | | Cincinnati, OH 45245 | Disbursement Date | 02/07/2024 |
| Closing Attorney: | Steven W Swick | Buyer | Park Plaza Holdings LLC | | |
| | | Seller | Hull Organization, LLC, by and through Cullen Bilyeu of Bilyeu Enterprises, LLC, as appointed receiver for Robert E. Hull, Case No.: 20-CI-500489, Jefferson County Circuit Court, Family Division | | |
| | | Lender | Forcht Bank, N.A. 10505 Taylorsville Road Louisville, KY 40299 | | |

| Description | Seller | |
| --- | --- | --- |
| | Debit | Credit |
| **Financial** | | |
| Sales Price of Property | | $1,825,000.00 |
| | | |
| **Prorations/Adjustments** | | |
| February Utility Costs 02/01/2024 to 02/07/2024 | $500.00 | |
| | | |
| **Payoff(s)** | | |
| Payoff to Stock Yards Bank & Trust Co. | $1,536,814.97 | |
| | | |
| **Government Recording and Transfer Charges** | | |
| County Auditor's Transfer Fee (Deed) to Clermont County Auditor | $0.50 | |
| County Transfer Tax (Deed) to Clermont County Auditor | $7,300.00 | |
| | | |
| **Commission** | | |
| Listing Agent Commission to Durnil Realtors/Auctioneers, Inc. dba Tranzon Asset Advisors | $109,500.00 | |
| | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - Deed Preparation Fees (3) to Stagnaro, Saba & Patterson | $375.00 | |
| Title - Examination & Update Fees (3 parcels) to Hyde Park Title Agency, LLC | $425.00 | |
| Title - Wire Fees (4) to Hyde Park Title Agency, LLC | $120.00 | |
| | | |
| **Miscellaneous** | | |
| 2023 RE Taxes (Parcel -018) to Clermont County Treasurer | $36,008.26 | |
| 2023 RE Taxes (Parcel -019) to Clermont County Treasurer | $6,905.64 | |
| 2023 RE Taxes (Parcel -020) to Clermont County Treasurer | $2,583.42 | |
| HVAC Repair Service Charge to Four Seasons | $95.00 | |
| Payoff Judgment Lien to Zimmer and Sons, Inc. dba Zimmer Heating and Cooling ($17,425.04 POC by Seller) | | |
| Plumbing Repair Fees to Max Hofmeyer & Sons, Inc. | $1,538.00 | |
| Reimbursement for Receiver Expenses to Bilyeu Enterprises, LLC. | $3,953.42 | |
| Remaining Sale Proceeds to Michael Wheatley, Trustee (US Bankruptcy Court; Case No 23-32983) | $117,982.76 | |
| Service and Fuel Surcharge Fees (1/17/24-2/1/24) to Rumpke Ohio | $255.28 | |
| Water Bill to Clermont County Water Resources Dept. | $642.75 | |

| | Debit | Credit |
|---|---|---|
| Subtotals | $1,825,000.00 | $1,825,000.00 |
| Due to Seller | $0.00 | |
| Totals | $1,825,000.00 | $1,825,000.00 |

See signature addendum

# Signature Addendum

---

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my

account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize Hyde Park Title Agency, LLC to cause the funds to be disbursed in accordance with this statement.

By: _____                    Date _____

CULLEN BILYEU, of Bilyeu Enterprises, LLC, solely in his capacity as the
court-appointed receiver in possession of certain assets of Robert E. Hull,
including the assets of Hull Organization, LLC, a Kentucky limited liability
company, pursuant to orders entered by Jefferson County Circuit Court,
Family Division, Case No. 20-CI-500489

REVIEWED AND APPROVED BY:

By: _____                    Date _____

Michael Wheatley, Trustee (US Bankruptcy Case No. 23-32983