**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HULL ORGANIZATION, LLC, | ) | CASE NO. 23-32983 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

## ORDER

This matter comes before the Court on the Motion for Summary Judgment (Docket No. 791) (the "Motion") filed by US Martial Arts Academy ("USMAA").

Upon review of the Motion, and the Court now being sufficiently advised;

IT IS HEREBY ORDERED THAT:

Park Plaza Holdings LLC shall have twenty-one (21) days from the date of this order to file a response to the Motion for Summary Judgment. USMAA shall have 7 (seven) days thereafter to file a reply, at which time the matter will be set for hearing or shall stand submitted.

_____
Mary E. Naumann
United States Bankruptcy Judge
Dated: February 25, 2026