## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Hull Organization, LLC<br><br>Debtor(s) | Case No.:23−32983−mbn<br><br>Chapter: 7<br>Judge: Mary Elisabeth Naumann |

## NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of Hearing regarding Motion to Compel US Martial Arts Academy, Inc. to Provide Discovery Responses. Filed by Interested Party Park Plaza Holdings, LLC.788. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING Hearing scheduled for 3/10/2026 at 09:00 AM Eastern Time by Telephonic Hearing. Parties to call in at 1−855−244−8681 and use the Access Code 2312 237 3755#. Parties are to use the prompt to bypass the attendee code. Parties are directed to put their call on mute until their case is called. CC: service list. (AO)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 2/24/26

By: AO
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Kentucky

In re:  Case No. 23-32983-mbn
Hull Organization, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0644-3      User: KYWBECFAd      Page 1 of 3
Date Rcvd: Feb 24, 2026      Form ID: 220      Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Hull Organization, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| aty | + | Brandon Edward Lira, Stoel Rives LLP, 600 University Street, Ste 3600, Seattle, WA 98101-3197 |
| aty | + | Kaplan Johnson Abate & Bird LLP, 710 W. Main St., 4th Floor, Louisville, KY 40202-2698 |
| intp | + | 4 West, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| intp | + | Hull Equity, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| intp | + | Hull Properties, LLC, 1902 Campus Place, Suite 9, Louisville, KY 40299-2335 |
| cr | + | Louisville Gas & Electric Company, Care of: Sara Abner, Frost Brown Todd LL, 400 West Market Street, Suite 3200, Louisville, KY 40202-3359 |
| intp | + | Mark Mark H. Flener Chapter 7 Trustee for 4 West, 2501 CROSSINGS BLVD SUITE 148, suite 148, Bowling Green, KY 42104, UNITED STATES 42104-5459 |
| cr | + | Martin Goldsmith, c/o Michael R. Gosnell, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202, UNITED STATES 40202-3466 |
| cr | + | PMGT, LLC d/b/a PMGTKY LLC, c/o Michael R. Gosnell, Attorney at Law, 462 South Fourth Street, 22nd Floor, Louisville, KY 40202 UNITED STATES 40202-3466 |
| intp | #+ | US Martial Arts Academy, Inc., US Martial Arts Academy, Inc., 834 Ohio Pike, Suite 240, Cincinnati, OH 45245-2200 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy.notices@syb.com | Feb 24 2026 19:00:00 | Stock Yards Bank & Trust Company, 1040 East Main Street, Louisville, KY 40206-1888 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Feb 24 2026 18:59:00 | United States of America, U.S. Attorney's Office, 717 W. Broadway, Louisville, KY 40202-2215 |
| cr | + | Email/Text: usakyw.ecfbankruptcy@usdoj.gov | Feb 24 2026 18:59:00 | United States of America for Internal Revenue Serv, c/o U.S. Attorney's Office, 717 West Broadway, Louisville, KY 40202-2215 |
| intp | + | Email/Text: dsbankruptcy@dinsmore.com | Feb 24 2026 19:00:00 | Windsor Companies, Ltd., c/o Ellen Arvin Kennedy, Esq., Dinsmore & Shohl LLP, 100 West Main Street, Suite 900, Lexington, KY 40507-1839 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0644-3 | User: KYWBECFAd | Page 2 of 3 |
| Date Rcvd: Feb 24, 2026 | Form ID: 220 | Total Noticed: 15 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2026                      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:

**Name**  **Email Address**

Daniel Albers, Jr.
   on behalf of Creditor Louisville/Jefferson County Metro Government Dan.AlbersJr@louisvilleky.gov

Ellen Arvin Kennedy
   on behalf of Defendant Windsor Companies Ltd dsbankruptcy@dinsmore.com

John R. Stonitsch
   on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  john.r.stonitsch@usdoj.gov

K. Gail Russell
   on behalf of Interested Party Nancy Hull grussell@tilfordlaw.com

Katherine A. Bell
   on behalf of Creditor United States of America Katherine.bell@usdoj.gov  caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov

Keith J. Larson
   on behalf of Creditor First Financial Bank  successor by merger to MainSource Bank kjl@mpmfirm.com,
   louretailbankruptcy@morganandpottinger.com

Kemal Catalan
   on behalf of Interested Party US Martial Arts Academy  Inc. kemalvcatalan@kvclawfirm.com

Mark H. Flener
   on behalf of Interested Party Mark Mark H. Flener Chapter 7 Trustee for 4 West mark@Flenerlaw.com  ky11@ecfcbis.com

Matthew Golden
   trustee@mattgoldenlaw.com  mjg@trustesolutions.net;paralegal@mattgoldenlaw.com

Matthew R. Lindblom
   on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com
   emily.keith@skofirm.com;kent.durning@skofirm.com

Michael E. Wheatley
   mwheatleytr@gmail.com  ky36@ecfcbis.com

Michael R. Gosnell
   on behalf of Creditor PMGT  LLC d/b/a PMGTKY LLC mgosnell@derbycitylaw.com, dperry@derbycitylaw.com

Michael W. McClain
   on behalf of Creditor Bilyeu Enterprises  LLC mmcclain@mcclainlawgroup.com,
   McClain.MichaelB136855@notify.bestcase.com

Paul Saba
   on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
   eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Sara L. Abner
   on behalf of Creditor Louisville Gas & Electric Company sabner@fbtlaw.com  osnider@fbtlaw.com

Scott A. Bachert
   on behalf of Trustee Michael E. Wheatley sbachert@kerricklaw.com  mwyatt@kerricklaw.com;kproctor@kerricklaw.com

Stephen Barnes
   sbarnes@kentuckytrustee.com  SBarnes@ecf.axosfs.com

Tim Ruppel
   on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com

Tyler R. Yeager
   on behalf of Debtor Hull Organization  LLC
   hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com

District/off: 0644-3                          User: KYWBECFAd                              Page 3 of 3
Date Rcvd: Feb 24, 2026                       Form ID: 220                              Total Noticed: 15

U.S. Trustee
                            ustpregion08.lo.ecf@usdoj.gov

William P. Harbison
                            on behalf of Creditor Martin Goldsmith harbison@derbycitylaw.com   benich@derbycitylaw.com

TOTAL: 21