# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF KENTUCKY

# LOUISVILLE DIVISION

*****************************************************************************

| | |
|---|---|
| In re: | : |
| | : **Case No. 23-32983** |
| **HULL ORGANIZATION, LLC,** et al. | : |
| | : **Chapter 7** |
| Debtor(s) | : |
| | : (Jointly Administered) |

## NOTICE OF VOLUNTARY WITHDRAWAL OF

## MOTION FOR STAY ENFORCEMENT OF ORDER (Doc. 555)

COMES NOW US Martial Arts Academy, Inc. ("USMAA"), by and through the undersigned counsel, and hereby gives notice of its voluntary withdrawal of its Motion for Stay Enforcement of Order (Doc. 555), filed on July 17, 2025, in the above-captioned case. In support thereof, USMAA states as follows:

1. On July 17, 2025, USMAA filed its Motion for Relief from the Order Authorizing the Private Sale of Collateral Free and Clear of Liens, Claims, and Encumbrances (Doc. 554) and its Motion for Stay Enforcement of Order (Doc. 555).

2. On September 5, 2025, while the foregoing motions were pending, Park Plaza Holdings, LLC ("Park Plaza") executed a self-help eviction by changing the locks on USMAA's premises and

posting a notice threatening trespassing charges, thereby rendering the stay request moot as to its original purpose of preserving USMAA's possession of the premises.

3. On February 23, 2026, USMAA filed its Motion for Summary Judgment (Doc. 791), which seeks a declaration that the Sale Order (Doc. 56) is void as to USMAA's leasehold interest due to violations of constitutional due process. An evidentiary hearing is currently set for March 24, 2026 (Doc. 784).

4. Contemporaneous with this filing, USMAA has commenced a state court action in the Clermont County Court of Common Pleas, Ohio, asserting claims for damages arising from Park Plaza's wrongful self-help eviction, breach of lease, tortious interference with business relationships, and related claims. The state court action seeks monetary damages and other relief not before this Court.

5. USMAA's Motion for Relief from Judgment (Doc. 554) and Motion for Summary Judgment (Doc. 791) remain pending before this Court and are not affected by this withdrawal.

6. This withdrawal is made voluntarily and without prejudice to USMAA's right to seek emergency injunctive or other equitable relief from this Court or any other court of competent jurisdiction should circumstances warrant.

**WHEREFORE**, USMAA respectfully requests that this Court enter an order granting the withdrawal of the Motion for Stay Enforcement of Order (Doc. 555) without prejudice.

Respectfully submitted,
/s/ Kemal V. Catalan
Kemal V. Catalan, Esq., Ph.D.
OH Bar No. 0102993
KVC Law Firm, LLC
539 Liberty Hill
Cincinnati, Ohio 45202
Phone: (513) 549-6246
Email: kemalvcatalan@kvclawfirm.com
*Attorney for US Martial Arts Academy, Inc.*

## **CERTIFICATE OF SERVICE**

      In accordance with Local Rule 9036-1, I certify that on March 2, 2026, I sent a copy of the foregoing Notice and proposed Order to all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing from this Court's CM/ECF system indicates that there are interested parties not deemed to have consented to electronic notice or service.

                                              /s/ Kemal V. Catalan
                                              Kemal V. Catalan

# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF KENTUCKY

# LOUISVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) CASE NO. 23-32983 |
| **HULL ORGANIZATION, LLC,** | ) |
| | ) CHAPTER 7 |
| Debtor. | ) |

## **ORDER**

This matter comes before the Court on the Notice of Voluntary Withdrawal of Motion for Stay Enforcement of Order (Docket No. 555) filed by US Martial Arts Academy, Inc. ("USMAA").

Upon review of the Notice, and the Court now being sufficiently advised;

**IT IS HEREBY ORDERED THAT:**

1. USMAA's Motion for Stay Enforcement of Order (Doc. 555), filed July 17, 2025, is hereby withdrawn without prejudice.

2. This Order is without prejudice to USMAA's right to seek emergency injunctive or other equitable relief from this Court or any other court of competent jurisdiction should circumstances warrant.

3. All other pending motions in the above-captioned case, including USMAA's Motion for Relief from Judgment (Doc. 554) and Motion for Summary Judgment (Doc. 791), remain unaffected by this Order.

# # #

*Tendered by:*

Kemal V. Catalan, Esq., Ph.D.
KVC Law Firm, LLC
539 Liberty Hill
Cincinnati, Ohio 45202
*Attorney for US Martial Arts Academy, Inc.*