UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF KENTUCKY

LOUISVILLE DIVISION

In re:

HULL ORGANIZATION, LLC, *et al.*

:

Case No. 23-32983

Chapter 11

*Debtors*    (Jointly Administered)

# NOTICE OF SERVICE OF US MARTIAL ARTS ACADEMY, INC.'S SUPPLEMENTAL AND AMENDED RESPONSES TO PARK PLAZA HOLDINGS, LLC'S FIRST SET OF DISCOVERY REQUESTS

NOW COMES US Martial Arts Academy, Inc. ("USMAA"), by and through undersigned counsel, and hereby gives notice to this Court and all parties in interest that on March 3, 2026, USMAA served its Supplemental and Amended Responses to Park Plaza Holdings, LLC's ("Park Plaza") First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents upon counsel for Park Plaza. On March 4, 2026, USMAA served corrected Supplemental and Amended Responses and a corrected document production upon counsel for Park Plaza. The corrected production includes text message screenshots between USMAA's President David Tester and Receiver Cullen Bilyeu (USMAA_SUPP_0074 through USMAA_SUPP_0102), which were inadvertently omitted from the March 3, 2026 production.

USMAA's Supplemental and Amended Responses include the following:

1. Supplemental and amended answers to Park Plaza's Interrogatories Nos. 1 through 13, including a verification executed by USMAA's President, David Tester;

2. Supplemental responses to Park Plaza's Requests for Admission Nos. 1 through 26;

      3. Supplemental responses to Park Plaza's Requests for Production Nos. 1 through 14; and

      4. Documents produced as USMAA_SUPP_0001 through USMAA_SUPP_0102, in response to Park Plaza's Requests for Production, as corrected on March 4, 2026.

This Notice is filed to advise the Court that USMAA has served supplemental discovery responses in advance of the hearing on Park Plaza's Motion to Compel Discovery Responses (Doc. 788), currently scheduled for March 10, 2026. USMAA respectfully submits that the service of these supplemental responses renders Park Plaza's Motion to Compel moot, as more fully set forth in USMAA's Objection to Park Plaza's Motion to Compel filed on March 2, 2026.

Respectfully submitted,

                                    */s/ Kemal V. Catalan*
                                    Kemal V. Catalan, Esq., Ph.D.
                                    KY Bar No. 100662
                                    KVC Law Firm, LLC
                                    539 Liberty Hill
                                    Cincinnati, Ohio 45202
                                    (513) 549-6246
                                    *kemalvcatalan@kvclawfirm.com*
                                    *Attorney for US Martial Arts Academy, Inc.*

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 9036-1, I certify that on March 4, 2026, I served USMAA's corrected Supplemental and Amended Responses and corrected document production (USMAA_SUPP_0001 through USMAA_SUPP_0102) upon counsel for Park Plaza via electronic mail. The original Supplemental and Amended Responses and document production (USMAA_SUPP_0001 through USMAA_SUPP_0073) were served on March 3, 2026. The corrected production supersedes the March 3, 2026 production. Service was made upon:

>Paul T. Saba
>SSP Law Co., L.P.A.
>*pts@sspfirm.com*

    I further certify that on March 5, 2026, the foregoing Notice was filed with the Court via CM/ECF and served on all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing indicates that there are interested parties not deemed to have consented to electronic notice or service.

>*/s/ Kemal V. Catalan*
>Kemal V. Catalan, Esq., Ph.D.