UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

**HULL ORGANIZATION, LLC,**                    Case No. 23-32983-mbn
                                               Chapter 7 (Jointly Administered)
                                               Judge: Mary Elisabeth Naumann

       Debtor.

---

## US MARTIAL ARTS ACADEMY, INC.'S WITNESS LIST

---

Pursuant to the Order Setting Evidentiary Hearing entered January 13, 2026 (Doc. 784), US Martial Arts Academy, Inc. ("USMAA"), by counsel, hereby submits the following list of witnesses that USMAA intends to call or may call at the evidentiary hearing scheduled for March 24, 2026 at 10:00 AM Eastern Time. USMAA reserves the right to call any witness listed by any other party and to supplement this list as circumstances warrant.

| No. | Witness | Status | Contact Information | Subject Matter of Testimony |
|---|---|---|---|---|
| 1 | **David Tester** | **Will Call** | President, US Martial Arts Academy, Inc.<br>834 Ohio Pike, Suite 240<br>Cincinnati, Ohio 45245<br>(513) 374-8518 | Execution and terms of the Lease; USMAA's occupancy for over 15 years; first knowledge of bankruptcy in mid-January 2024 through conversation with Receiver Bilyeu; receipt of February 7, 2024 Tenant Notice stating all leases assigned; transmission of Lease to Receiver on December 9, 2023; 19 months of rent payments to Park Plaza (February 2024 – September 2025); receipt and rejection of $20,754.56 reimbursement invoice; September 5, 2025 self-help eviction and lock change; damages sustained by USMAA. |
| 2 | **Cullen Bilyeu** | **Will Call** | Court-Appointed Receiver<br>Address available through Receiver filings on the docket<br>(502) 992-6425 | Role as Court-appointed Receiver; receipt of USMAA Lease and rent check from Tester on December 9, 2023; communications with David Tester from December 2023 through April 2024; actual knowledge of USMAA's tenancy during the sale process; tenant verification procedures; failure to provide USMAA notice of sale proceedings. |

- 1 -

| No. | Witness | Status | Contact Information | Subject Matter of Testimony |
|---|---|---|---|---|
| 3 | Paul T. Saba | **Will Call (Adverse)** | SSP Law Co., L.P.A. 2623 Erie Avenue Cincinnati, Ohio 45208 (513) 533-2703 pts@sspfirm.com | On-record statements at January 9, 2024 hearing regarding 'uncertainty with the tenants' while appearing as counsel for Stock Yards Bank (Doc. 724); title examination performed through Hyde Park Title Agency (same firm); preparation and terms of Settlement Statement (Doc. 75); failure to include USMAA in notice of sale; Park Plaza's understanding of the Lease and basis for claim that Lease was extinguished; dual role as title agent and current opposing counsel. |
| 4 | Matt Nobles | **Will Call** | Park Plaza Holdings, LLC rmnobles@valbridge.com | Pre-closing visit to property and delivery of business card to Tester (January 24, 2024); morning-of-closing email (February 7, 2024) stating all leases assigned and confirming $2,700/month rent; June 20, 2025 text messages requesting copy of Hull lease; delivery of termination notice June 30, 2025; arrangement of dumpster at property January 23, 2024; post-closing conduct demonstrating recognition of Lease. |
| 5 | Tyler R. Yeager | **Will Call** | Kaplan Johnson Abate & Bird, LLP 710 West Main Street, Fourth Floor Louisville, Kentucky 40202 (502) 416-1630 | Counsel for Debtor Hull Organization; present at January 9, 2024 hearing; scope and intent of Sale Order; statements made at hearing regarding paying tenants and stable tenant base; objection period for sale; what was discussed regarding existing tenant leases. |
| 6 | Charity Bird | **May Call** | Address and contact information to be supplemented | Knowledge of sale process, tenant occupancy status, or communications regarding USMAA's tenancy. |
| 7 | Michael Wheatley | **May Call** | Address and contact information to be supplemented | Knowledge of sale process, tenant occupancy status, or communications regarding USMAA's tenancy. |
| 8 | Robert Hull | **May Call** | Principal, Hull Organization, LLC Address available through docket filings | Execution of the USMAA Lease; landlord-tenant relationship with USMAA; rent payment history; Hull Organization's bankruptcy filing and the sale process; knowledge of USMAA's tenancy at the time of bankruptcy. |

Respectfully submitted,

/s/ Kemal V. Catalan
Kemal V. Catalan, Esq., Ph.D.
KY Bar No. 100662
KVC Law Firm, LLC

- 2 -

                    539 Liberty Hill  
                    Cincinnati, Ohio 45202  
                    (513) 549-6246  
                    kemalvcatalan@kvclawfirm.com  
                    Attorney for US Martial Arts Academy, Inc.

---

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, a copy of the foregoing Witness List was served upon the following via electronic mail:

Paul T. Saba  
SSP Law Co., L.P.A.  
2623 Erie Avenue  
Cincinnati, Ohio 45208  
pts@sspfirm.com  
Counsel for Park Plaza Holdings, LLC

I further certify that on March 10, 2026, the foregoing Witness List was filed with the Court via CM/ECF and served on all parties who requested notice in the above-captioned case by either: (1) electronic means through the Bankruptcy Court's CM/ECF system; or (2) first class U.S. mail if the Notice of Electronic Filing indicates that there are interested parties not deemed to have consented to electronic notice or service.

                    /s/ Kemal V. Catalan  
                    Kemal V. Catalan, Esq., Ph.D.