UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

**HULL ORGANIZATION, LLC,**                  Case No. 23-32983-mbn
                                             Chapter 7 (Jointly Administered)
                                             Judge: Mary Elisabeth Naumann

        Debtor.

---

**US MARTIAL ARTS ACADEMY, INC.'S EXHIBIT LIST**

---

Pursuant to the Order Setting Evidentiary Hearing entered January 13, 2026 (Doc. 784), US Martial Arts Academy, Inc. ("USMAA"), by counsel, hereby submits the following list of exhibits that USMAA intends to offer at the evidentiary hearing scheduled for March 24, 2026 at 10:00 AM Eastern Time. All exhibits have been produced or made available to opposing counsel for inspection in accordance with Doc. 784(C). USMAA reserves the right to supplement this list and to use any exhibit listed by any other party for any purpose.

| Ex. No. | Description | Source / Bates No. | Offered | Admitted |
|---|---|---|---|---|
| USMAA-1 | USMAA Commercial Lease Agreement, dated March 1, 2020 ("Lease") | Doc. 554, Ex. A | | |
| USMAA-2 | Order Authorizing Private Sale of Collateral ("Sale Order"), entered January 23, 2024 | Doc. 56 | | |
| USMAA-3 | Motion for Private Sale, including Sale Agreement (§ 6 tenant rights provision) | Doc. 24 / Doc. 24-1 | | |
| USMAA-4 | Settlement Statement | Doc. 75 | | |
| USMAA | Transcript of January 9, 2024 Hearing before | Doc. 724 | | |

| Ex. No. | Description | Source / Bates No. | Offered | Admitted |
|---|---|---|---|---|
| USMAA-5 | Judge Stout | | | |
| USMAA-6 | Park Plaza February 7, 2024 Tenant Notice ("All leases have been assigned to Park Plaza Holdings, LLC") | USMAA_SUPP_0012–0013 | | |
| USMAA-7 | Park Plaza February 7, 2024 Email — Matt Nobles to David Tester ("We've been reviewing your lease and your monthly rent is $2,700") | USMAA_SUPP_0012–0013 | | |
| USMAA-8 | Receivership Notice to USMAA, including Tenant Verification Form (received November/December 2023) | USMAA_SUPP_0001–0008 | | |
| USMAA-9 | December 9, 2023 Email — David Tester to Receiver Cullen Bilyeu (transmitting Lease and rent check) | USMAA_SUPP_0001–0008 | | |
| USMAA-10 | Tester–Bilyeu Text Message Screenshots (December 9, 2023 through April 20, 2024), including January 23, 2024 dumpster reference and January 24, 2024 Nobles business card photograph | USMAA_SUPP_0074–0102 | | |
| USMAA-11 | Matt Nobles Text Messages to David Tester, June 20, 2025 (requesting copy of Hull lease), and Tester Email transmitting Lease to Nobles | USMAA_SUPP_0018–0021 | | |
| USMAA-12 | February 20, 2025 Email — David Tester to Matt Nobles re: Lease | USMAA_SUPP_0012–0041 | | |
| USMAA-13 | Park Plaza Notice of Termination, delivered June 30, 2025 (purported termination effective July 30, 2025) | USMAA_SUPP_0012–0041 | | |
| USMAA-14 | Park Plaza / NC Real Estate Services Reimbursement Invoice, dated September 2, 2025 ($20,754.56), with CAM charges calculated through August 31, 2025 | USMAA_SUPP_0012–0041 | | |
| USMAA-15 | Park Plaza September 5, 2025 Notice Posted at Premises — Self-Help Eviction / Lock Change | USMAA_SUPP_0012–0041 | | |
| USMAA-16 | U.S. Bank Check Images — Rent Payments to Park Plaza Holdings, LLC (February 2024 through September 2025), including Check No. 3196 ($2,800.00, cashed 07/15/2025), Check No. 3197 ($1,600.00 correction, cashed 07/15/2025), and Check No. 3230 ($2,800.00, cashed 08/29/2025) | USMAA_SUPP_0050–0073 | | |

- 3 -

| Ex. No. | Description | Source / Bates No. | Offered | Admitted |
|---|---|---|---|---|
| USMAA-17 | Park Plaza Holdings, LLC's Responses to USMAA's First Set of Requests for Admission, served December 3, 2025 | Served 12/03/2025 | | |
| USMAA-18 | Park Plaza Holdings, LLC's Responses to USMAA's First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents | Park Plaza Discovery Record | | |
| USMAA-19 | Park Plaza Holdings, LLC — Ohio Articles of Organization | Ohio Secretary of State | | |
| USMAA-20 | December 29, 2023 Text Message — Amanda (Hull Organization) to David Tester | USMAA_SUPP_0009–0011 | | |

Respectfully submitted,
/s/ Kemal V. Catalan
Kemal V. Catalan, Esq., Ph.D.
KY Bar No. 100662
KVC Law Firm, LLC
539 Liberty Hill
Cincinnati, Ohio 45202
Tel: (513) 549-6246
Counsel for US Martial Arts Academy, Inc.

- 4 -

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2026, a true and correct copy of the foregoing Exhibit List was served upon all parties of record via the Court's CM/ECF electronic filing system, including counsel for Park Plaza Holdings, LLC, Paul T. Saba, SSP Law Co., L.P.A.

/s/ Kemal V. Catalan
Kemal V. Catalan, Esq., Ph.D.