UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | ) |
| | ) |
| HULL ORGANIZATION, LLC | )    CASE NO. 23-32983 |
| | ) |
| Debtor | ) |

### NOTICE OF FILING OF CORRECTED EXHIBIT TO TRUSTEE'S MOTION TO APPROVE THE CONTRACT FOR SALE OF REAL PROPERTY LOCATED AT 5-23 N. ELM ST., WEST CARROLLTON, OHIO (Doc #787)

Comes now the Trustee, Michael E. Wheatley, by and through counsel, and hereby files the attached Contract to Purchase Real estate dated February 13, 2026 for the Property located at 5-23 N. Elm St., West Carrollton Ohio.

When counsel for the Trustee filed the Trustee's Motion to Approve the Contract For Sale of Real Property Located at 5-23 N. Elm St., West Carrollton, Ohio (Doc #787) ("Motion"), Counsel attached the wrong document as an exhibit to the Motion. The Contract attached hereto is the correct Contract for which the Trustee seeks approval in the Motion.

Electronically filed this March 13, 2026.

KERRICK BACHERT PSC
1411 Scottsville Road
P O Box 9547
Bowling Green, KY  42102-9547
Telephone:  (270) 782-8160
Facsimile:   (270) 782-5856


/s/Scott A. Bachert
SCOTT A. BACHERT

### CERTIFICATE OF SERVICE:

It is hereby certified that on March 13, 2026, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's CM/ECF system at the electronic addresses set forth therein to the United States Truste and all other persons receiving electronic notifications in this case, and mailed via First Class U.S. Mail to the following:

Burns Holdings LLC
c/o Caleb Burns
1822 Murray Rd.
Oregonia, OH  45054

Crest Commercial Realty
6601 Centerville Business Pkwy
Suite 150
Dayton, OH  45459

All Scheduled Creditors


/s/Scott A. Bachert
SCOTT A. BACHERT