UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

IN RE:

HULL ORGANIZATION, LLC et al.
    Debtor(s)

Case No. 23-32983-mbn
Chapter 7

(Jointly Administered)

FILED
MAR 13 2026
U. S. Bankruptcy Court
Western District of Kentucky

MOTION FOR RELIEF

    Comes the Movant, Robert Ernest Hull, proceeding pro se, and respectfully moves this Court pursuant to 11 U.S.C. § 362(d) for relief from the automatic stay for the limited purpose of allowing a pending state court domestic relations appeal to proceed and be removed from abeyance. In support of this Motion, the Movant states as follows:

1.    The above-captioned bankruptcy proceedings were originally filed under Chapter 11 of the United States Bankruptcy Code by multiple limited liability companies, including Hull Organization, LLC 23-32983, Hull Equity, LLC 23-32984, Hull Properties, LLC 23-32985, and 4 West, LLC 23-32987

2.    The cases were subsequently consolidated/jointly administered and later converted to Chapter 7, and Chapter 7 Trustees has been appointed.

3.    The bankruptcy cases involve Hull Organization, LLC Hull Equity, LLC, Hull Properties, LLC and 4 West, which are limited liability companies, and were not filed as a personal bankruptcy of the Movant.

4.    Prior to the bankruptcy filings, the Movant was a party to a family court action in Jefferson County Family Court, Division 10 styled:

Nancy Hull v. Robert Hull

Case No. 20-CI- 50049.

5. The Family Court entered a judgment relating to the dissolution of marriage and division of marital property on or about March 20, 2023.

6. The Movant filed a timely appeal of that judgment in COMMONWEALTH OF KENTUCKY COURT OF APPEALS, DOCKET NO. 2023-CA-0969, APPEAL FROM JEFFERSON CIRCUIT COURT, CASE NO. 20-CI-50049.

7. Following the bankruptcy filings, the appellate Robert Hull through his attorney placed the appeal in abeyance for the purpose of a possible global settlement. A settlement was not reached.

8. The Movant seeks the right from the bankruptcy court to move forward with the appeal in family court since the chapter 7 is in no way a party to the appeal and solely for the limited purpose of allowing the appeal to be removed from abeyance and to proceed to resolution in the state appellate court.

9. Base on the latest filings in this Honorable Court, all properties have been sold with one under contract in these proceedings.

10. On or about February 24, 2026 an Order from the Kentucky Court of Appeals, No. 20- CI-500489 stated the following " *Additionally, having considered Appellant's motion to set a briefing schedule, the Court ORDERS that the motion be, and it is hereby, DENIED. As this Court has previously stated in this appeal, absent an order of the bankruptcy court stating that this appeal may proceed, this Court will not risk hindering the bankruptcy court's administration of its proceedings. However**, either party may tender a certified copy of any order of the bankruptcy court which states that this appeal is not subject to a stay and/or that this appeal may proceed to a review of the merits.*"

A copy of the Order is attached hereto.

11. Cause exists to grant relief from the stay because the appeal concerns domestic relations matters that are properly determined by the state courts, and allowing the appeal to proceed will not interfere with the administration of the bankruptcy estates of the debtor LLCs.

**WHEREFORE**, the Movant respectfully requests that this Court grant relief from the automatic stay for the limited purpose of allowing the pending appeal in the Commonwealth of Kentucky Court of Appeals, Case No. 2023-CA-0969 to be removed from abeyance and proceed to resolution, and for all other relief to which the Court deems just and proper.

Respectfully submitted,

Robert E. Hull
524 N Capitol Ave.
Corydon, IN 47112
502-817-3347
Movant, Pro Se
March 9, 2026

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served upon the Chapter 7 Trustee and all parties entitled to notice on this 13th day of March, 2026

Matthew J. Golden
3809 Poplar Level Road
Louisville, Kentucky 40213
Tel: (502) 583-8300
Fax: (502) 584-4208
trustee@mattgoldenlaw.com

# Commonwealth of Kentucky
# Court of Appeals

NO. 2023-CA-0969-MR

ROBERT ERNEST HULL                                                   APPELLANT

v.                 APPEAL FROM JEFFERSON CIRCUIT COURT
HONORABLE DERWIN L. WEBB, JUDGE
ACTION NO. 20-CI-500489

NANCY PRUITT HULL                                                 APPELLEE

## ORDER

* * * * * *

The Court has considered Appellant's motion to set a briefing schedule in this appeal, as well as Appellee's motion for additional time to file a response to Appellant's motion.

Having considered Appellee's motion for additional time, the Court ORDERS that the motion be, and it is hereby, GRANTED. The tendered response shall be FILED this date.

Additionally, having considered Appellant's motion to set a briefing schedule, the Court ORDERS that the motion be, and it is hereby, DENIED. As this Court has previously stated in this appeal, absent an order of the bankruptcy court

stating that this appeal may proceed, this Court will not risk hindering the bankruptcy court's administration of its proceedings. However, either party may tender a certified copy of any order of the bankruptcy court which states that this appeal is not subject to a stay and/or that this appeal may proceed to a review of the merits.

ENTERED: February 24, 2026

*[signature]*
HON. LARRY E. THOMPSON
CHIEF JUDGE, COURT OF APPEALS