UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

**FILED**
MAR 13 2026
U. S. Bankruptcy Court
Western District of Kentucky

IN RE:

HULL ORGANIZATION, LLC et al.
        Debtor(s)

Case No. 23-32983-mbn
Chapter 7

(Jointly Administered)

## ORDER

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

Motion having been made and the Court being sufficiently advised;

IT IS HEREBY ORDERED that Movant's Motion is **GRANTED**. This Court certifies that the COMMONWEALTH OF KENTUCKY COURT OF APPEALS, DOCKET NO. 2023-CA-0969, APPEAL FROM JEFFERSON CIRCUIT COURT, CASE NO. 20-CI-50049. is not subject to the automatic stay in the above captioned matter(s) and subject to approval and Order from the Kentucky Court of Appeals, may proceed to a review of the merits.

_____

Respectfully Submitted

Robert Hull
524 N. Capital Av
512-817-3812
Movant, Pro SE
March 9, 2026