UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>HULL ORGANIZATION, LLC, *et al.*<br><br>*Debtors[1]* | Case No. 23-32983-acs<br><br>Chapter 11<br>(Jointly Administered) |

## DECLARATION OF R. MATT NOBLES

In accordance with 28 U.S.C. § 1746, I, R. Matt Nobles, declare under penalty of perjury that the following statements are true and correct:

1. I am a member of Park Plaza Holdings, LLC ("Park Plaza").

2. On or about December 7, 2023, Park Plaza and Cullen Bilyeu, who was acting as Receiver in Jefferson County, Kentucky, Circuit Court Case No. 20-CI-500489, entered into a contract (hereafter, the "Receiver Contract") for the purchase and sale of a retail center located Clermont County, Ohio. Although the retail center is one economic unit, it consists of three parcels, identified by the Clermont County Auditor as Parcel Nos. 413219.018, 413219.019, and 413219.020 (collectively, the "Property").

3. The sale of the Property to Park Plaza closed on or about February 7, 2024. On that same day, I emailed a letter to several occupants, including US Martial Arts Academy, Inc. ("USMAA"), stating that "all leases have been assigned," but that was an

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987).

1

inadvertent mistake.

4. USMAA subsequently breached its purported lease ("Lease") by failing to pay the CAM payments as and when due, and in June, 2025, Park Plaza issued to USMAA a Notice to Terminate and Vacate the Leased Premises by July 30, 2025.

5. The terms of the Lease expressly provide that it is subject to termination *by either party* as of March 1, 2025, as reflected in the screenshot below:

> Term.
>
> A. Landlord hereby leases the Leased Premises to Tenant, and Tenant hereby leases the same from Landlord, for an "Initial Term" beginning **March 1, 2020** and ending **April 30, 2030**. with the option to cancel years 6-10 with a 180day notice prior to March 1, 2025" Lease Rental amounts below:

Here, however, it is important to note that USMAA failed to record a memorandum of lease in the real property records of Clermont County, and the Receiver did not provide Park Plaza with a copy of USMAA's Lease. Moreover, USMAA failed to provide a copy of its Lease to Park Plaza until after the Notice to Vacate had been issued. As such, Park Plaza did not have a copy until after its option to cancel had expired.

6. USMAA failed to vacate the Leased Premises, and on September 5, 2025, Park Plaza executed a self-help eviction.

7. Since the eviction, USMAA has not occupied the Leased Premises.

8. After the eviction, a tenant moved into the Leased Premises.

9. As such, the Leased Premises are no longer available for lease.

10. Attached hereto as **Exhibit 1** is a true and accurate copy of a complaint filed by USMAA against Park Plaza on March 2, 2026, in the Court of Common Pleas of Clermont County, Ohio, which was assigned Case No. 2026 CVC 00303.

Executed on ___March 13___, 20_26_.

                                           _____
                                           R. Matt Nobles

3