# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 23-32983-acs |
| **HULL ORGANIZATION, LLC,** *et al.* | Chapter 11 (Jointly Administered) |
| *Debtors*[1] | |

### ORDER GRANTING PARK PLAZA'S MOTION FOR ABSTENTION (DOC. #___)

This matter is before the Court upon Park Plaza Holdings, LLC's ("Park Plaza") Motion for Abstention (Doc. #___). Having reviewed the motion and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that USMAA's claims against Park Plaza are STAYED pending resolution of the state court proceedings in Clermont County, Ohio, Common Pleas Case No. 2026 CVC 00303.

The parties shall file a joint status report within thirty (30) days of the final resolution of the state court action.

---

[1] The Debtors in these jointly administered bankruptcy cases and their respective case numbers are as follows: Hull Organization, LLC (23-32983-acs); Hull Equity, LLC (23-32984); Hull Properties, LLC (23-32985); and 4 West, LLC (23-32987).

      IT IS SO ORDERED.

                                        Alan C. Stout
                                        United States Bankruptcy Judge

Submitted by:

*/s/ Paul T. Saba*
Paul T. Saba (KY #95203)
SSP Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
513.533.2703
513.533.2999 (facsimile)
pts@sspfirm.com
***Attorneys for Park Plaza Holdings, LLC***