**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HULL ORGANIZATION, LLC, | ) | CASE NO. 23-32983 |
| | ) | |
| Debtor. | ) | CHAPTER 7 |
| | ) | |

**ORDER**

This matter comes before the Court on the motion [Doc. No. 811] filed by Robert Ernst Hull ("Mr. Hull") for an order clarifying that the appeal pending in the Kentucky Court of Appeals (the "Appeal") from a proceeding in the Jefferson County Family Court, Division 10, styled *Nancy Hull v. Robert Hull*, Case No. 20-CI-50049, regarding a domestic relations judgment may go forward. The Court being sufficiently advised:

**IT IS HEREBY ORDERED THAT:**

1.    The automatic stay created when the above-captioned Debtor and its associated entities (collectively, Hull Organization, LLC (Case No. 23-32983); Hull Equity, LLC (Case No. 23-32984); Hull Properties, LLC (Case No. 23-32985); and 4 West, LLC (Case No. 23-32987)) filed for protection under the Bankruptcy Code does not operate as a stay of actions involving Mr. Hull personally.

2.    Mr. Hull is not a debtor in a bankruptcy case at this time. Accordingly, 11 U.S.C. § 362(a) does not operate as an automatic stay of the Appeal of the Jefferson Family Court judgment to which Mr. Hull is a party.

3.    The appeal pending in the Kentucky Court of Appeals is not subject to the automatic stay and it may proceed to a review of the merits.

Mary E. Naumann
United States Bankruptcy Judge
Dated: March 18, 2026