**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

In re:                                    )
                                          )
HULL ORGANIZATION, LLC,                   )       CASE NO. 23-32983
                                          )
          Debtor.                         )       CHAPTER 7
                                          )

## ORDER

This matter comes before the Court on the motion [Doc. No. 811] filed by Robert Ernst Hull ("Mr. Hull") for an order clarifying that the appeal pending in the Kentucky Court of Appeals (the "Appeal") from a proceeding in the Jefferson County Family Court, Division 10, styled *Nancy Hull v. Robert Hull*, Case No. 20-CI-50049, regarding a domestic relations judgment may go forward. The Court being sufficiently advised:

**IT IS HEREBY ORDERED THAT:**

1.    The automatic stay created when the above-captioned Debtor and its associated entities (collectively, Hull Organization, LLC (Case No. 23-32983); Hull Equity, LLC (Case No. 23-32984); Hull Properties, LLC (Case No. 23-32985); and 4 West, LLC (Case No. 23-32987)) filed for protection under the Bankruptcy Code does not operate as a stay of actions involving Mr. Hull personally.

2.    Mr. Hull is not a debtor in a bankruptcy case at this time. Accordingly, 11 U.S.C. § 362(a) does not operate as an automatic stay of the Appeal of the Jefferson Family Court judgment to which Mr. Hull is a party.

3.    The appeal pending in the Kentucky Court of Appeals is not subject to the automatic stay and it may proceed to a review of the merits.

Mary E. Naumann
United States Bankruptcy Judge
Dated: March 18, 2026

United States Bankruptcy Court
Western District of Kentucky

In re:                                                                      Case No. 23-32983-mbn

Hull Organization, LLC                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0644-3                    User: KYWBECFAd                           Page 1 of 2

Date Rcvd: Mar 18, 2026                 Form ID: pdf408                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | ^ MEBN | | |
| | | Mar 18 2026 19:08:51 | Robert E. Hull, 524 N Capitol Ave., Corydon, IN 47112-1502 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Albers, Jr. | on behalf of Creditor Louisville/Jefferson County Metro Government Dan.AlbersJr@louisvilleky.gov |
| Ellen Arvin Kennedy | on behalf of Defendant Windsor Companies Ltd dsbankruptcy@dinsmore.com |
| John R. Stonitsch | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  john.r.stonitsch@usdoj.gov |
| K. Gail Russell | on behalf of Interested Party Nancy Hull grussell@tilfordlaw.com |
| Katherine A. Bell | on behalf of Creditor United States of America Katherine.bell@usdoj.gov  caseview.ecf@usdoj.gov;wendy.parel@usdoj.gov |

District/off: 0644-3                                 User: KYWBECFAd                                 Page 2 of 2
Date Rcvd: Mar 18, 2026                         Form ID: pdf408                                 Total Noticed: 1

Keith J. Larson
on behalf of Creditor First Financial Bank  successor by merger to MainSource Bank kjl@mpmfirm.com, louretailbankruptcy@morganandpottinger.com

Kemal Catalan
on behalf of Interested Party US Martial Arts Academy  Inc. kemalvcatalan@kvclawfirm.com

Mark H. Flener
on behalf of Interested Party Mark Mark H. Flener Chapter 7 Trustee for 4 West mark@Flenerlaw.com  ky11@ecfcbis.com

Matthew Golden
trustee@mattgoldenlaw.com  mjg@trustesolutions.net;paralegal@mattgoldenlaw.com

Matthew R. Lindblom
on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com emily.keith@skofirm.com;kent.durning@skofirm.com

Michael E. Wheatley
mwheatleytr@gmail.com  ky36@ecfcbis.com

Michael R. Gosnell
on behalf of Creditor PMGT  LLC d/b/a PMGTKY LLC mgosnell@derbycitylaw.com, dperry@derbycitylaw.com

Michael W. McClain
on behalf of Creditor Bilyeu Enterprises  LLC mmcclain@mcclainlawgroup.com, McClain.MichaelB136855@notify.bestcase.com;cmorgan@mcclainlawgroup.com

Paul Saba
on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Sara L. Abner
on behalf of Creditor Louisville Gas & Electric Company sabner@fbtlaw.com  osnider@fbtlaw.com

Scott A. Bachert
on behalf of Trustee Michael E. Wheatley sbachert@kerricklaw.com  mwyatt@kerricklaw.com

Stephen Barnes
sbarnes@kentuckytrustee.com  SBarnes@ecf.axosfs.com

Tim Ruppel
on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com

Tyler R. Yeager
on behalf of Debtor Hull Organization  LLC hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com

U.S. Trustee
ustpregion08.lo.ecf@usdoj.gov

William P. Harbison
on behalf of Creditor Martin Goldsmith harbison@derbycitylaw.com  benich@derbycitylaw.com

TOTAL: 21