# UNITED STATES BANKRUPTCY COURT

# WESTERN DISTRICT OF KENTUCKY

# LOUISVILLE DIVISION

In re:

**HULL ORGANIZATION, LLC,**

Debtor.

Case No. 23-32983-mbn

Judge Mary Elisabeth Naumann

Chapter 7

## ORDER DENYING PARK PLAZA HOLDINGS, LLC'S MOTION FOR ABSTENTION

This matter having come before the Court on Park Plaza Holdings, LLC's Motion for Abstention (Doc. #816), styled as a Motion for Abstention Under Section 305 in the Court's Notice of Hearing (Doc. #820); the Court having considered the motion, the opposition filed by US Martial Arts Academy, Inc. ("USMAA"), and the record; the Court finding that the matter may be resolved on the briefs without a hearing; and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED THAT:**

1.  Park Plaza Holdings, LLC's Motion for Abstention (Doc. #816) is **DENIED**.

2.   Abstention under 11 U.S.C. § 305 is also denied. Park Plaza has not demonstrated, and the record does not support, a finding that dismissal or suspension of the entire Hull Organization bankruptcy case would better serve the interests of creditors and the debtor, as required by § 305(a).

3.   Mandatory abstention under 28 U.S.C. § 1334(c)(2) is unavailable because USMAA's Motion for Summary Judgment (Doc. #791) presents a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(N), involving the validity and scope of this Court's Order Authorizing Private Sale of Collateral Free and Clear of Liens, Claims, and Encumbrances (Doc. #56).

4.   Permissive abstention under 28 U.S.C. § 1334(c)(1) is also denied.

5.   The April 16, 2026 hearing on the Motion for Summary Judgment (Doc. #791) (Doc. #820) shall proceed as scheduled.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____

**Mary Elisabeth Naumann**

United States Bankruptcy Judge

**Tendered by:**

/s/ Kemal V. Catalan
**Kemal V. Catalan, Esq., Ph.D.**
KY Bar No. 100662
KVC Law Firm, LLC
539 Liberty Hill
Cincinnati, Ohio 45202
Telephone: (513) 549-6246
Email: kemalvcatalan@kvclawfirm.com
*Attorney for US Martial Arts Academy, Inc.*