UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:                                          )
                                                )        Case No. 25-30563-crm
HULL ORGANIZATION, LLC,                          )
                                                )        Chapter 11
        Debtor                                   )        Subchapter V
                                                )

### MOTION TO WITHDRAW AS ATTORNEY FOR MARTIN GOLDSMITH

Comes now William P. Harbison, one of the attorneys of record for the creditor Martin Goldsmith and moves for an order authorizing and recognizing the termination of his representation of Mr. Goldsmith, who will continue to be represented by the other attorney of record from the undersigned's current firm.  On or about April 1, 2026, the undersigned will move his practice to a new firm and will update the record accordingly.

WHEREFORE, the undersigned prays for an order authorizing and recognizing the termination of his representation of the Martin Goldsmith, and for all other appropriate relief.

A proposed order is submitted herewith.

Respectfully submitted,

/s/ *William P. Harbison*
WILLIAM P. HARBISON
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, KY 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: harbison@derbycitylaw.com

**CERTIFICATE OF SERVICE**

On April 2, 2026, I filed these papers electronically.  Notice of the filing will be sent via the Court's CM/ECF system to all counsel of record herein.

/s/ *William P. Harbison*
WILLIAM P. HARBISON