UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-32983-mbn |
| HULL ORGANIZATION, LLC, | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |

## ORDER AUTHORIZING WITHDRAWAL OF WILLIAM P. HARBISON AS COUNSEL FOR MARTIN GOLDSMITH

This matter is before the Court on the motion of William P. Harbison, heretofore one of the counsel of record for the creditor Martin Goldsmith, who seeks to withdraw as his counsel. Having considered the foregoing, and being otherwise duly advised, the Court now GRANTS the motion and ORDERS as follows:

Mr. Harbison's appearance for Martin Goldsmith in this matter shall be, and hereby is, deemed to be terminated.

IT IS SO ORDERED.

Mary E. Naumann
United States Bankruptcy Judge
Dated: April 3, 2026

*Tendered by:*
WILLIAM P. HARBISON
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, KY 40202
Telephone: (502) 584-7400
E-mail: harbison@derbycitylaw.com