UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-32983-mbn |
| HULL ORGANIZATION, LLC, | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | |

## ORDER AUTHORIZING WITHDRAWAL OF WILLIAM P. HARBISON AS COUNSEL FOR MARTIN GOLDSMITH

This matter is before the Court on the motion of William P. Harbison, heretofore one of the counsel of record for the creditor Martin Goldsmith, who seeks to withdraw as his counsel. Having considered the foregoing, and being otherwise duly advised, the Court now GRANTS the motion and ORDERS as follows:

Mr. Harbison's appearance for Martin Goldsmith in this matter shall be, and hereby is, deemed to be terminated.

IT IS SO ORDERED.

Mary E. Naumann
United States Bankruptcy Judge
Dated: April 3, 2026

*Tendered by:*
WILLIAM P. HARBISON
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, KY 40202
Telephone: (502) 584-7400
E-mail: harbison@derbycitylaw.com

United States Bankruptcy Court

Western District of Kentucky

In re:

Hull Organization, LLC

    Debtor

Case No. 23-32983-mbn

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0644-3 | User: KYWBECFAd | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 03, 2026 | Form ID: pdf408 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

**Recip ID       Recipient Name and Address**
aty       + William P. Harbison, Morgan Pottinger McGarvey, 401 South 4th Street # 1200, 47150-6110, Louisville, KY 40202-3428

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:**

**Name       Email Address**

Daniel Albers, Jr.
      on behalf of Creditor Louisville/Jefferson County Metro Government Dan.AlbersJr@louisvilleky.gov

Ellen Arvin Kennedy
      on behalf of Defendant Windsor Companies Ltd dsbankruptcy@dinsmore.com

John R. Stonitsch
      on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  john.r.stonitsch@usdoj.gov

K. Gail Russell
      on behalf of Interested Party Nancy Hull grussell@tilfordlaw.com

Katherine A. Bell
      on behalf of Creditor United States of America Katherine.bell@usdoj.gov  caseview.ecf@usdoj.gov

Keith J. Larson
      on behalf of Creditor First Financial Bank  successor by merger to MainSource Bank kjl@mpmfirm.com, louretailbankruptcy@morganandpottinger.com

District/off: 0644-3                           User: KYWBECFAd                        Page 2 of 2
Date Rcvd: Apr 03, 2026                        Form ID: pdf408                        Total Noticed: 1

Kemal Catalan
                          on behalf of Interested Party US Martial Arts Academy  Inc. kemalvcatalan@kvclawfirm.com

Mark H. Flener
                          on behalf of Interested Party Mark Mark H. Flener Chapter 7 Trustee for 4 West mark@Flenerlaw.com  ky11@ecfcbis.com

Matthew Golden
                          trustee@mattgoldenlaw.com  mjg@trustesolutions.net;paralegal@mattgoldenlaw.com

Matthew R. Lindblom
                          on behalf of Creditor AP Development LLC matthew.lindblom@skofirm.com
                          emily.keith@skofirm.com;kent.durning@skofirm.com

Michael E. Wheatley
                          mwheatleytr@gmail.com  ky36@ecfcbis.com

Michael R. Gosnell
                          on behalf of Creditor PMGT  LLC d/b/a PMGTKY LLC mgosnell@derbycitylaw.com, dperry@derbycitylaw.com

Michael W. McClain
                          on behalf of Creditor Bilyeu Enterprises  LLC mmcclain@mcclainlawgroup.com,
                          McClain.MichaelB136855@notify.bestcase.com;cmorgan@mcclainlawgroup.com

Paul Saba
                          on behalf of Creditor Stock Yards Bank & Trust Company pts@sspfirm.com
                          eak@sspfirm.com;srb@sspfirm.com;archive@recap.email

Sara L. Abner
                          on behalf of Creditor Louisville Gas & Electric Company sabner@fbtlaw.com  osnider@fbtlaw.com

Scott A. Bachert
                          on behalf of Trustee Michael E. Wheatley sbachert@kerricklaw.com  mwyatt@kerricklaw.com

Stephen Barnes
                          sbarnes@kentuckytrustee.com  SBarnes@ecf.axosfs.com

Tim Ruppel
                          on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov  tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com

Tyler R. Yeager
                          on behalf of Debtor Hull Organization  LLC
                          hfrint@kaplanjohnsonlaw.com;tyler-yeager-2252@ecf.pacerpro.com;cbird@kaplanjohnsonlaw.com

U.S. Trustee
                          ustpregion08.lo.ecf@usdoj.gov

William P. Harbison
                          on behalf of Creditor Martin Goldsmith harbison@derbycitylaw.com  benich@derbycitylaw.com

TOTAL: 21