**A. Settlement Statement**

U.S. Department of Housing and Urban Development

OMB No. 2502-0265

### B. Type of Loan

| | |
|---|---|
| 1. ☐ FHA   2. ☐ FmHA   3. ☐ Conv Unins | 6. File Number **2602125inv** |
| 4. ☐ VA   5. ☐ Conv Ins.   6. ☐ Seller Finance | 7. Loan Number |
| 7. ☐ Cash Sale. | 8. Mortgage Ins Case Number |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| **Burns Holdings, LLC**<br>**1822 Murray Rd**<br>**Oregonia, OH  45054** | **Hull Organization, LLC**<br>**1902 Campus Pl, Ste. 9**<br>**Louisville, KY  40299** | **SimpliFund LLC, ISAOA**<br>**500 Westover Drive #7156**<br>**Sanford, NC  27330** |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| **5-23 N Elm St**<br>**West Carrollton, OH  45449** | **Partners Land Title Agency**<br>**3033 Kettering Blvd. #110**<br>**Dayton, OH  45439   Tax ID: 31-1126612**<br>**Underwritten By: Fidelity** |

| Place of Settlement | I. Settlement Date |
|---|---|
| **Partners Land Title Agency**<br>**3033 Kettering Blvd., Suite 110**<br>**Dayton, OH  45439** | **4/28/2026**<br>Fund: **4/28/2026** |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101.  Contract Sales Price | **$331,000.00** | 401.  Contract Sales Price | **$331,000.00** |
| 102.  Personal Property | | 402.  Personal Property | |
| 103.  Settlement Charges to borrower | **$16,309.80** | 403. | |
| 104.  Draw Amount Held by Lender | **$70,000.00** | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106.  County property taxes | | 406.  County property taxes | |
| 107.  Rent Proration | | 407.  Rent Proration | |
| 108. | | 408. | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | **$417,309.80** | **420.  Gross Amount Due to Seller** | **$331,000.00** |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201.  Deposit or earnest money | **$2,000.00** | 501.  Excess Deposit | |
| 202.  Principal amount of new loan(s) | **$401,000.00** | 502.  Settlement Charges to Seller (line 1400) | **$18,051.50** |
| 203.  Existing loan(s) taken subject to | | 503.  Existing Loan(s) Taken Subject to | |
| 204.  Loan Amount 2nd Lien | | 504.  Payoff of first mortgage loan        to | |
| 205. | | 505.  Payoff of second mortgage loan    to | |
| 206. | | 506.  Mechanic's Lien Payoff | **$1,963.88** |
| 207. | | 507.  Tax Lien Payoff | **$18,653.92** |
| 208. | | 508.  Tax Lien Payoff | **$17,101.81** |
| 209.  Drain Tech Inspection | **$147.50** | 509.  Drain Tech Inspection | **$147.50** |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210.  County property taxes    01/01/26 thru 04/28/26 | **$3,417.51** | 510.  County property taxes    01/01/26 thru 04/28/26 | **$3,417.51** |
| 211.  Rent Proration    04/28/26 thru 05/01/26 | **$300.00** | 511.  Rent Proration    04/28/26 thru 05/01/26 | **$300.00** |
| 212.  Security Deposit | **$1,000.00** | 512.  Security Deposit | **$1,000.00** |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **$407,865.01** | **520. Total Reduction Amount Due Seller** | **$60,636.12** |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | **$417,309.80** | 601. Gross Amount due to seller (line 420) | **$331,000.00** |
| 302. Less amounts paid by/for borrower (line 220) | **$407,865.01** | 602. Less reductions in amt. due seller (line 520) | **$60,636.12** |
| **303. Cash From Borrower** | **$9,444.79** | **603. Cash To Seller** | **$270,363.88** |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following:  • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services;

• Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate;  • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA  mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting  Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions searching existing  data sources, gathering and maintaining  the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number.

The information requested does not lend itself to confidentiality.

**L. Settlement Charges**

| | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| **700. Total Sales/Broker's Commission based on price** $331,000.00 @5 % = $16,550.00 | | | | | |
| Division of Commission (line 700) as follows: | | | | | |
| 701. **$16,550.00** | | to | **Crest Commercial Realty** | | |
| 702. | | to | | | |
| 703. Commission Paid at Settlement | | | | **$0.00** | **$16,550.00** |
| **800. Items Payable in Connection with Loan** | | | | | |
| 801. Loan Origination Fee | **%** | to | **SimpliFund LLC, ISAOA** | **$12,030.00** | |
| 802. Loan Discount | **%** | to | | | |
| 803. Appraisal Fee | | to | | | |
| 804. Credit Report | | to | | | |
| 805. Lender's Inspection Fee | | to | | | |
| 806. Mortgage Insurance Application | | to | | | |
| 807. Assumption Fee | | to | | | |
| 808. Flood Certification Fee | | to | | | |
| 809. Underwriting Fee | | to | | | |
| 810. Commitment Fee | | to | | | |
| 811. Tax Service Fee | | to | | | |
| 812. Yield Spread Premium | | to | | | |
| 813. Wire Fees | | to | **SimpliFund LLC, ISAOA** | **$25.00** | |
| **900. Items Required by Lender To Be Paid in Advance** | | | | | |
| 901. Interest from **4/28/2026** to **5/1/2026** @ **$133.67** /day | | | | **$401.00** | |
| 902. Mortgage Insurance Premium for months | | to | | | |
| 903. Hazard Insurance Premium for years | | to | | | |
| **1000. Reserves Deposited With Lender** | | | | | |
| 1001. Hazard insurance | months @ | per month | | | |
| 1002. Mortgage insurance | months @ | per month | | | |
| 1003. City property taxes | months @ | per month | | | |
| 1004. County property taxes | months @ $880.92 | per month | | | |
| 1005. Assessment Taxes | months @ | per month | | | |
| 1006. School property taxes | months @ | per month | | | |
| 1007. Other taxes | months @ | per month | | | |
| 1008. Other taxes | months @ | per month | | | |
| 1011. Aggregate Adjustment | | | | | |
| **1100. Title Charges** | | | | | |
| 1101. Settlement or closing fee | | to | **Partners Land Title Agency** | **$185.00** | |
| 1102. Seller Settlement or Closing Fees | | to | **Partners Land Title Agency** | | **$160.00** |
| 1103. Title examination | | to | **Partners Land Title Agency** | **$180.00** | |
| 1104. Title insurance binder | | to | **Partners Land Title Agency** | **$95.00** | |
| 1105. Deed Prep/ Processing Fees | | to | **Partners Land Title Agency** | | **$95.00** |
| 1106. Closing Protection Coverage Fee | | to | **Fidelity** | **$40.00** | |
| 1107. Attorney's fees | | to | | | |
| (includes above items numbers: ) | | | | | |
| 1108. Title insurance | | to | **Partners Land Title Agency** | **$2,461.80** | |
| (includes above items numbers: ) | | | | | |
| 1109. Lender's coverage | **$501,250.00/$1,529.70** . | | | | |
| 1110. Owner's coverage | **$331,000.00/$1,782.10** | | | | |
| 1111. Disbursement Fees | | to | **Partners Land Title Agency** | | |
| 1112. Contiguity - Multiple Parcels | | to | **Partners Land Title Agency** | **$50.00** | |
| 1113. EPA Endorsement | | to | **Partners Land Title Agency** | **$50.00** | |
| 1114. Comprehensive Endorsement | | to | **Partners Land Title Agency** | **$150.00** | |
| 1115. Tax Parcel Endorsment | | to | **Partners Land Title Agency** | **$75.00** | |
| 1116. Zoning Completed Structure | | to | **Partners Land Title Agency** | **$250.00** | |
| 1117. Survey Coverage | | to | **Partners Land Title Agency** | **$25.00** | |
| 1118. Access and Entry Endorsement | | to | **Partners Land Title Agency** | **$150.00** | |
| 1119. RON/ E-Sign Fees | | to | **Partners Land Title Agency** | | **$50.00** |
| 1120. Doc Prep/ Processing for Mtg Release 1 | | to | **Partners Land Title Agency** | | **$50.00** |
| 1121. Doc Prep/ Processing for Mtg Release 2 | | to | **Partners Land Title Agency** | | **$50.00** |
| **1200. Government Recording and Transfer Charges** | | | | | |
| 1201. Recording Fees Deed $55.00 ; Mortgage $87.00 ; Rel | | to | **Montgomery County Recorder** | **$142.00** | |
| 1202. City/county tax/stamps Deed ; Mortgage | | to | | | |
| 1203. State tax/stamps Deed ; Mortgage | | to | | | |
| 1204. Assignment Fee | | to | | | |
| 1205. Conveyance Fee. | | to | **Montgomery County Auditor** | | **$994.50** |
| 1206. Recording Fees for Mortgage Releases | | to | **Montgomery County Recorder** | | **$102.00** |
| **1300. Additional Settlement Charges** | | | | | |
| 1301. Survey | | to | | | |
| 1302. Pest Inspection | | to | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | | **$16,309.80** | **$18,051.50** |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction.  I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

Burns Holdings, LLC                                              Hull Organization, LLC


_____                              _____
By Caleb Burns, Sole Member                              By Michael Wheatley, Trustee

SETTLEMENT AGENT CERTIFICATION

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction.  I have caused the funds to be disbursed in accordance with this statement.


_____ _____
   Settlement Agent                                        Date

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine and imprisonment.  For details see: Title 18 U.S. Code Section 1001 and Section 1010.

Previous Editions are Obsolete                    Page 2                    form **HUD-1** (3/86)
                                                                            Handbook 4305.2