# Kerrick Bachert PSC - Time Entry

Date Start:  08/17/2025| Date End:  05/19/2026 | Client:  Michael Wheatley

| Entry Date | User | Description | Billable Time | Billable Amt |
|---|---|---|---|---|
| 08/21/2025 | Scott A. Bachert | E-mail correspondence to Wheatley regarding outcome of mediation | 0.1 | $40.00 |
| 08/22/2025 | Scott A. Bachert | Review motion to compel turnover filed by trustee | 0.2 | $80.00 |
| 08/25/2025 | Scott A. Bachert | Review motion to market property; to shorten notice and order of turnover | 0.2 | $80.00 |
| 08/27/2025 | Scott A. Bachert | Review and answer e-mail correspondence from Dan Wendt | 0.1 | $40.00 |
| 08/27/2025 | Scott A. Bachert | Review USMAA motion for expedited hearing | 0.2 | $80.00 |
| 09/08/2025 | Scott A. Bachert | Review USMAA motion for protective order | 0.2 | $80.00 |
| 09/08/2025 | Scott A. Bachert | Review various orders entered by the Court | 0.2 | $80.00 |
| 09/08/2025 | Scott A. Bachert | Review various motions filed by USMAA | 0.3 | $120.00 |
| 09/11/2025 | Scott A. Bachert | Review trustee motion to expedite hearing;  Email to Wheatley | 0.3 | $120.00 |
| 09/15/2025 | Scott A. Bachert | Preparation for and attendance at hearing on trustee's expedited hearing on turnover | 0.5 | $200.00 |
| 09/29/2025 | Scott A. Bachert | Review and answer email from Wheatley regarding Motion to Sell | 0.2 | $80.00 |
| 09/29/2025 | Michelle A. Wyatt | Work on Motion to Approve Contract and Motion to Shorten Time | 1 | $200.00 |
| 10/01/2025 | Scott A. Bachert | Email correspondence to Wheatley regarding sale motions | 0.1 | $40.00 |
| 10/01/2025 | Michelle A. Wyatt | Work on Motion to Approve Contract; Review Court Filings for address of creditors | 0.4 | $80.00 |
| 10/01/2025 | Scott A. Bachert | Review and answer e-mail correspondence from Wheatley regarding sale motion | 0.1 | $40.00 |
| 10/03/2025 | Michelle A. Wyatt | Preparation of Certificate of Service of Order (Doc 710) | 0.4 | $80.00 |
| 10/01/2025 | Michelle A. Wyatt | Finalization of Motion to Approve Contract and filing with Court; Mailing to Creditors | 0.5 | $100.00 |
| 10/06/2025 | Scott A. Bachert | Work on motion for sale of property in West Carrollton Ohio | 0.5 | $200.00 |
| 10/06/2025 | Scott A. Bachert | Preparation of Motion to sell West Carrollton real estate; Preparation of Motion to Shorten Time for Objection | 0.7 | $280.00 |
| 10/07/2025 | Scott A. Bachert | Revise and finalize motion for sale of real estate; email correspondence to Wheatley | 0.3 | $120.00 |
| 10/07/2025 | Scott A. Bachert | Attendance at telephonic pretrial Regarding motion for relief from order authorizing private sale | 0.4 | $160.00 |
| 10/08/2025 | Michelle A. Wyatt | Correspondence to Michael Wheatley regarding check from Fifth Third Bank | 0.2 | $40.00 |
| 10/13/2025 | Scott A. Bachert | Review Metro Gov't response to motion to sell real estate | 0.2 | $80.00 |
| 10/13/2025 | Scott A. Bachert | Review correspondence from Wheatley regarding new contract;  preparation of motion and order to sell per new contract | 1 | $400.00 |
| 10/14/2025 | Scott A. Bachert | Email correspondence to Wheatley with draft motion to sell real estate | 0.1 | $40.00 |
| 10/14/2025 | Scott A. Bachert | Preparation of motion in order to shorten time for objections to enter into contract for sale of real estate | 0.4 | $160.00 |
| 10/16/2025 | Scott A. Bachert | Review and answer e-mail correspondence from Gosnell | 0.2 | $80.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/24/2025 | Scott A. Bachert | Review and answer email correspondence from Wheatley regarding Hull title opinions | 0.2 | $80.00 |
| 11/05/2025 | Michelle A. Wyatt | Preparation of Motion to Approve Sale of High Street Properties; Preparation of Motion to Shorten Ojection Period | 1.3 | $260.00 |
| 11/05/2025 | Scott A. Bachert | Work on motion to sell:  email to Wheatley | 0.5 | $200.00 |
| 11/24/2025 | Scott A. Bachert | E-mail correspondence to Wheatley regarding questions from Gosness regarding real estate closings | 0.1 | $40.00 |
| 12/05/2025 | Michelle A. Wyatt | Preparation of Motion to Sell and Mailing to Creditors | 1.2 | $240.00 |
| 12/05/2025 | Michelle A. Wyatt | Preparation of Motion to Shorten Objection Period and Mailing to Creditors | 0.7 | $140.00 |
| 12/05/2025 | Michelle A. Wyatt | E-mail correspondence to Michael Wheatley regarding Motion to Sell | 0.2 | $40.00 |
| 12/08/2025 | Michelle A. Wyatt | Preparation of Certificate of Service and Mailing of Order to Creditors | 0.5 | $100.00 |
| 12/14/2025 | Scott A. Bachert | Review and answer e-mail correspondence from Gosness | 0.2 | $80.00 |
| 12/15/2025 | Scott A. Bachert | Review and answer e-mail correspondence from Gosness | 0.1 | $40.00 |
| 12/16/2025 | Scott A. Bachert | Review and answer e-mail correspondence from Wheatley regarding sale motion | 0.1 | $40.00 |
| 12/19/2025 | Michelle A. Wyatt | Preparation of Motion to Sell 5-23 N Elm St; Preparation of Motion to Shorten Objection Period | 1.3 | $260.00 |
| 12/22/2025 | Scott A. Bachert | Review order regarding objections to sale;  email to Wheatley | 0.2 | $80.00 |
| 01/12/2026 | Scott A. Bachert | Review and answer e-mail correspondence from Wheatley regarding sale motion | 0.2 | $80.00 |
| 02/17/2026 | Michelle A. Wyatt | Preparation of Motion to Sell - 5-23 N Elm St. | 1 | $200.00 |
| 02/16/2026 | Scott A. Bachert | Review correspondence from Wheatley for real estate sales contract | 0.2 | $80.00 |
| 02/18/2026 | Scott A. Bachert | E-mail correspondence to Wheatley with motion to sell for review and approval | 0.3 | $120.00 |
| 03/12/2026 | Scott A. Bachert | Telephone conference with Jim Higdon regarding motion to sell real estate; review motion and exhibit; email correspondence to trustee Wheatley | 0.4 | $160.00 |
| 03/13/2026 | Scott A. Bachert | Preparation of Notice of filing of corrected exhibit | 0.5 | $200.00 |
| 03/13/2026 | Michelle A. Wyatt | File Notice of Filing of Corrected Exhibit and Mailing to Creditors | 0.6 | $120.00 |
| 04/28/2026 | Scott A. Bachert | Telephone conference with Wheatley | 0.2 | $80.00 |
| | | **Totals for Asset Disposition** | **19** | **$5,740.00** |
| 11/05/2025 | Scott A. Bachert | Review and answer e-mail correspondence from Wheatley | 0.1 | $40.00 |
| 11/14/2025 | Scott A. Bachert | Telephone conference with Wheatley regarding sale 2004 exams;  review statute of limitations for avoidance actions | 0.5 | $200.00 |
| 11/14/2025 | Scott A. Bachert | Research statute of limitations post conversion | 0.5 | $200.00 |
| 11/14/2025 | Scott A. Bachert | Researched statute of limitations for subchapter v trustee when converted to chapter 7 | 2.8 | $1,120.00 |
| 11/15/2025 | Scott A. Bachert | E-mail correspondence to Wheatley regarding statue of limitations | 0.2 | $80.00 |
| 11/16/2025 | Scott A. Bachert | Continued research on statute of limitations | 0.5 | $200.00 |
| 11/18/2025 | Scott A. Bachert | Review and answer e-mail correspondence from Ruppel | 0.2 | $80.00 |
| 11/18/2025 | Michelle A. Wyatt | Preparation of Motion for 2004 Examination of Amanda Redden | 1 | $200.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/18/2025 | Michelle A. Wyatt | Preparation of Notice of Examination of Amanda Redden; Preparation of Subpoena | 0.5 | $100.00 |
| 11/19/2025 | Scott A. Bachert | Review and answer email from Wheatley regarding 2004 Exams | 0.1 | $40.00 |
| 11/19/2025 | Scott A. Bachert | Email correspondence to Michael Wheatley regarding extension of statue of limitations | 0.2 | $80.00 |
| 11/19/2025 | Michelle A. Wyatt | E-mail correspondence to Court Reporter regarding Zoom Deposition | 0.2 | $40.00 |
| 11/19/2025 | Michelle A. Wyatt | E-mail correspondence to Amanda Redden with Subpoena | 0.2 | $40.00 |
| 11/19/2025 | Scott A. Bachert | Reviewed bankruptcy documents; drafted emergency motion to extend SOL | 2.7 | $1,080.00 |
| 11/20/2025 | Michelle A. Wyatt | E-mail correspondence with Amanda Redden regarding deposition | 0.2 | $40.00 |
| 11/20/2025 | Scott A. Bachert | Email correspondence to Michael Wheatley regarding 2004 exams | 0.2 | $80.00 |
| 11/20/2025 | Scott A. Bachert | Email correspondence to Tyler Yeager regarding 2004 Exam | 0.2 | $80.00 |
| 11/20/2025 | Scott A. Bachert | Review and answer e-mail correspondence from Wheatley | 0.2 | $80.00 |
| 11/20/2025 | Scott A. Bachert | Drafted Order for Motion for Extension of Statute of limitations; downloaded documents from Pacer and reviewed | 2.2 | $880.00 |
| 11/20/2025 | Scott A. Bachert | Review correspondence from Yeager | 0.1 | $40.00 |
| 11/24/2025 | Michelle A. Wyatt | E-mail correspondence to Amanda Redden regarding examination | 0.2 | $40.00 |
| 11/24/2025 | Scott A. Bachert | E-mail correspondence to Wheatley regarding 2004 exams and Aps | 0.2 | $80.00 |
| 11/24/2025 | Michelle A. Wyatt | Preparation of Notice of Cancellation of Examination of Amanda Redden; Email correspondence with Amanda Redden regarding Zoom meeting | 0.4 | $80.00 |
| 11/25/2025 | Michelle A. Wyatt | E-mail correspondence to Amanda Redden and Amanda Redden regarding Zoom meeting | 0.2 | $40.00 |
| 11/25/2025 | Michelle A. Wyatt | E-mail correspondence to Court Reporter regarding cancellation of Examination of Amanda Redden | 0.2 | $40.00 |
| 11/25/2025 | Michelle A. Wyatt | Preparation of Subpoena - First Financial Bank; Preparation of Notice of Intent | 1 | $200.00 |
| 11/25/2025 | Michelle A. Wyatt | Preparation of Motion for 2004 Examination of Robert Hull; Preparation of Notice of 2004; Examiation of Robert Hull; Preparation of Subpoena | 1.5 | $300.00 |
| 12/03/2025 | Scott A. Bachert | Review and answer e-mail correspondence from Redden | 0.2 | $80.00 |
| 12/02/2025 | Michelle A. Wyatt | E-mail correspondence with Amanda Redden regarding Zoom | 0.2 | $40.00 |
| 12/03/2025 | Scott A. Bachert | Attendance at zoom interview with Amanda Redden | 1.3 | $520.00 |
| 12/03/2025 | Scott A. Bachert | Telephone conference with Steve Barnes trustee in other Hull case | 0.3 | $120.00 |
| 12/04/2025 | Scott A. Bachert | Review correspondence from First Financial Bank; Email to Wheatley | 0.3 | $120.00 |
| 02/20/2026 | Scott A. Bachert | Telephone conference with Wheatley regarding sale of causes of actions or abandonment;  review correspondence from Wheatley | 0.5 | $200.00 |
| 03/01/2026 | Scott A. Bachert | Review and answer e-mail correspondence from Wheatley regarding abandonment | 0.2 | $80.00 |
| 02/27/2026 | Scott A. Bachert | Review and answer e-mail correspondence from Wheatley regarding abandonment | 0.3 | $120.00 |
| 03/03/2026 | Scott A. Bachert | Preparation of second motion for extension of deadline to commence actions | 0.7 | $280.00 |

| 03/02/2026 | Scott A. Bachert | Review and answer e-mail correspondence from Wheatley | 0.2 | $80.00 |
|---|---|---|---|---|
| 03/04/2026 | Scott A. Bachert | Review entered an order extending deadline for chapter 5 causes of action; email correspondence to Wheatley | 0.2 | $80.00 |
| | | **Totals for Case Administration** | **20.9** | **$7,200.00** |
| 08/18/2025 | Scott A. Bachert | Review and answer e-mail correspondence from Wheatley | 0.2 | $80.00 |
| 08/17/2025 | Scott A. Bachert | Telephone conference with Wheatley regarding engagement | 0.4 | $160.00 |
| 08/18/2025 | Scott A. Bachert | Preparation of motion for trustee to retain counsel, with order and affidavit | 0.6 | $240.00 |
| 08/19/2025 | Scott A. Bachert | Review correspondence from Wheatley with affidavit and application to employ | 0.3 | $120.00 |
| 08/20/2025 | Scott A. Bachert | E-mail correspondence to Wheatley | 0.1 | $40.00 |
| 10/07/2025 | Scott A. Bachert | Attendance at Hearing Regarding compensation and reallocation of fee | 0.4 | $160.00 |
| 05/18/2026 | Michelle A. Wyatt | Work on Fee Application | 2.5 | $500.00 |
| | | **Totals for Fee/Employment Applications** | **4.5** | **$1,300.00** |
| 01/13/2026 | Scott A. Bachert | Attendance at telephonic hearing on stay relief | 0.5 | $200.00 |
| | | **Totals for Relief from Stay Proceedings** | **0.5** | **$200.00** |
| | | **Grand Total** | **44.9** | **$14,440.00** |

# Kerrick Bachert PSC - Expense Report

Date Start:  08/17/2025| Date End:  05/19/2026 | Client:  Michael Wheatley

| Expense Date | Dexcription | Bill Price |
|---|---|---|
| **Filing Fees** | | |
| 10/2/2025 | U.S. Bankruptcy Court | $199.00 |
| 10/8/2025 | U.S. Bankruptcy Court | $199.00 |
| 10/14/2025 | U.S. Bankruptcy Court | $199.00 |
| 11/5/2025 | U.S. Bankruptcy Court | $199.00 |
| 12/5/2025 | U.S. Bankruptcy Court | $199.00 |
| 12/19/2025 | U.S. Bankruptcy Court | $199.00 |
| 2/18/2026 | U.S. Bankruptcy Court | $199.00 |
| | **Total Billable Amounts for Filing Fees** | **$1,393.00** |
| **Printing/Copying** | | |
| 10/13/2025 | Copy Charges | $19.00 |
| 10/14/2025 | Copy Charges | $19.00 |
| 12/5/2025 | Copy Charges | $37.00 |
| 3/13/2026 | Copy Charges | $28.00 |
| | **Total Billable Amounts for Printing/Copying** | **$103.00** |
| **Postage** | | |
| 10/13/2025 | Postage | $28.12 |
| 10/14/2025 | Postage | $28.12 |
| 12/5/2025 | Postage | $27.38 |
| 3/13/2026 | Postage | $25.90 |
| | **Total Billable Amounts for Postage** | **$109.52** |
| | **Grand Total** | **$1,605.52** |