UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

In re:

HULL ORGANIZATION, LLC                           Case No. 23-32983

            Debtor                                      Chapter 7

**ORDER FOR THE ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR KERRICK BACHERT PSC,
COUNSEL FOR THE CHAPTER 7 TRUSTEE**

This matter having come before the Court upon the Interim Application for Compensation and Reimbursement of Expenses for Kerrick Bachert PSC, Counsel for the Chapter 7 Trustee, from August 21, 2025 through May 18, 2026, in the amount of $16,045.52, and after notice and no objection thereto;

IT IS HEREBY ORDERED that the Interim Application for Compensation and Reimbursement of Expenses for Kerrick Bachert PSC is APPROVED, for approval of compensation in the amount of $14,440.00, and reimbursements in the sum of $1,605.52, be and is hereby approved and allowed.

Tendered by:

Scott A. Bachert
Kerrick Bachert PSC
P O Box 9547
Bowling Green KY  42102-9547
Telephone:  (270) 782-8160