**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE:

**HULL ORGANIZATION, LLC**                     **CHAPTER 7 PROCEEDING**
                                                **CASE NO. 23-32983**

DEBTOR.

**TRUSTEE'S APPLICATION FOR INTERIM COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

Now comes Michael E. Wheatley, Trustee herein, and requests interim compensation and reimbursement for expenses in the above–referenced case, as follows:

**COMPUTATION OF COMMISSION:**

| Total Receipts: | $ | 950,000.00 | 25% of first $5,000 | $ | 1,250.00 |
|---|---|---|---|---|---|
| Less Bal. | $ | 945,000.00 | 10% of next $45,000 | $ | 4,500.00 |
| Less Bal. | $ | 900,000.00 | 5% of next $950,000 | $ | 45,000.00 |
| Less Bal. | $ | 0.00 | 3% of balance | $ | 0.00 |

| | | |
|---|---|---|
| **TOTAL COMMISSION:** | $ | 50,750.00 |
| **LESS PREVIOUSLY PAID** | $ | 0.00 |
| **AMOUNT DUE** | $ | 0.00 |

**UNREIMBURSED EXPENSES:**

| | | |
|---|---|---|
| **TOTAL UNREIMBURSED EXPENSES:** | $ | 0.00 |
| **LESS PREVIOUSLY PAID** | $ | 0.00 |
| **AMOUNT DUE** | $ | 0.00 |

Wherefore, the Trustee, Michael E. Wheatley, hereby requests interim compensation in the sum of $50,750.00 and reimbursement of expenses in the sum of $0.00.

 /s/ Michael E. Wheatley
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, KY 40059
(502) 744-6484