**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE:

HULL ORGANIZATION, LLC                    **CHAPTER 7 PROCEEDING**
                                          **CASE NO. 23-32983**

   DEBTOR.

**ORDER APPROVING TRUSTEE'S INTERIM COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES**

Michael E. Wheatley, Trustee herein, having filed an application for interim compensation and reimbursement of expenses in the above-referenced case, and the Court having considered the application after due notice was given to all interested parties, and the Court being otherwise sufficiently advised;

HEREBY ORDERS as follows:

That on total receipts of $950,000.00, the following additional disbursements are hereby approved:

Chapter 7 Trustee's Commission:              $      50,750.00

Chapter 7 Trustee's Expenses:                $           0.00

              Total    $      50,750.00

Tendered by:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
mwheatleytr@gmail.com