**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-32983 |
| HULL ORGANIZATION, LLC | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

_____

## MOTION FOR LEAVE UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PRODUCURE TO EXAMINE AND REQUEST THE PRODUCTION OF DOCUMENTS FROM DEBTOR AND ROBERT HULL

Michael Wheatley, Trustee for Hull Organization, LLC, ("Trustee") by counsel, hereby moves under Rule 2004 of the Federal Rules of Bankruptcy Procedure for entry of an order authorizing Wheatley to Request the Production of Documents from Debtor and Robert Hull ("Debtor's Representative"). In support hereof, Wheatley respectfully states as follows:

### Jurisdiction and Venue

1.      This Court has jurisdiction over this proceeding case under 28 U.S.C. §§ l57 and 1334. The Motion is a core proceeding under 28 U.S.C. § 157 (b)(2)(A).Venue is proper for this district bankruptcy case under 28 U.S.C. §§ l408 and l409.

### Background

2.      The Debtor filed its Voluntary Petition pursuant to Subchapter V of Chapter 11 of the Bankruptcy code on December 13, 2023.

3.      On December 14, 2023, United States Trustee appointed Trustee as the Subchapter V Trustee in this case.

4.      On August 13, 2025, the case was converted to a Chapter 7 proceeding and the Trustee was appointed Interim Trustee pursuant to Section 702 of the Bankruptcy Code.

5.      During the course of this proceeding, the Trustee has sold certain real estate which produced proceeds for the benefit of the Estate.

6.      The Trustee is need of certain information in order to prepare 2025 and 2026 tax returns for the Estate. The Trustee needs information regarding the tax basis of the real estate which has been sold, as well as the capital improvements which have been made to the real estate. In addition, the Trustee needs copies of the most recent Kentucky and Ohio state corporate tax returns.

7.      The Trustee therefore specifically seeks from the Debtor's representative the following information:

(1) Copy of the most recent Ohio corporate tax return filed with all schedules and attachments

(2) Copy of the most recent Kentucky state Corporate tax return file with all schedules and attachments.

(3) As to the sales of real estate listed below,

(a) original documentation showing accumulated depreciation claimed on each property

(b) original documentation of any capital improvements made to the properties (not ordinary repairs and maintenance).

The real estate in question:

- 3819 South Brock St., Louisville, KY
- 136-138 East High St., Springfield, OH,
- 126 East Highway St., Springfield, OH,
- 5-23 N. Elm St. W., Carrollton, OH,
- 1-17 E. Central Ave. W. Carrollton, OH.

8.      The Trustee requests that copies of original invoices, checks or other documentations be produced, Summaries of such information prepared by the Debtor or the Debtor's representative cannot be used to prepare the tax returns; therefore original documentation is required.

9.      If this motion is granted, Trustee intends to serve upon the Debtor and the Debtor's representative a Subpoena for Rule 2004 Examination in substantially the form as the Subpoena attached hereto as Exhibit A.

10.     Good cause exists for the Entry of the Order authorizing the Trustee to request the production of documents from the Debtor and the Debtor's representative under Bankruptcy Rule 2004.

11.     The information sought in this the examination relates to the financial transactions and liabilities of the Debtor and are necessary for the advancement of the bankruptcy proceeding and the filing of tax returns.

12.     The documents are necessary for the Trustee to comply with its duties as Debtor-in-Possession conclusion.

WHEREFORE, the Trustee respectfully request that the court enter in an order on (i) granting the motion; (ii) authorizing the Trustee to request the production of documents from the Debtor and the Debtor's representative under Bankruptcy Rule 2004 and (iii) granting such other relief as the court deems just and proper.

KERRICK BACHERT PSC
1411 Scottsville Road
P O Box 9547
Bowling Green, KY  42102-9547
Telephone:  (270) 782-8160
Facsimile:   (270) 782-5856


/s/Scott A. Bachert
SCOTT A. BACHERT

## CERTIFICATE OF SERVICE:

It is hereby certified that on June 16, 2026, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's CM/ECF system at the electronic addresses set forth therein to the United States Truste and all other persons receiving electronic notifications in this case, and mailed via First Class U.S. Mail to the following:

Burns Holdings LLC
c/o Caleb Burns
1822 Murray Rd.
Oregonia, OH  45054

Crest Commercial Realty
6601 Centerville Business Pkwy
Suite 150
Dayton, OH  45459

All Scheduled Creditors


/s/Scott A. Bachert
SCOTT A. BACHERT