**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-32983 |
| HULL ORGANIZATION, LLC | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

---

**ORDER GRANTING MOTION FOR LEAVE UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO EXAMINE AND TO REQUEST THE PRODUCTION OF DOCUMENTS FROM HULL ORGANIZATION, LLC AND ROBERT HULL**

This matter coming before the Court on the *Motion for Leave Under Rule 2004 of the Federal Rules of Bankruptcy Procedure to Examine and to Request the Production of Documents from Hull Organization, LLC and Robert Hull* (the "Motion") filed by June ____, 2026; the Court having reviewed the Motion; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 2 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances; and the Court having determined that good and sufficient cause having been shown; IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Trustee is authorized to serve a subpoena compelling Hull Organization, LLC and Robert Hull as set forth in the Motion to produce documents within five business days under Bankruptcy Rule 2004.

3. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Tendered by:

/s/Scott A. Bachert
SCOTT A. BACHERT
KERRICK BACHERT PSC
1441 Scottsville Road
P. O. Box 9547
Bowling Green, KY  42102
Telephone:  (270) 782-8160
Facsimile:  (270) 782-5856