**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

IN RE: §
§    CASE NO. 23-32983
HULL ORGANIZATION, LLC §    CHAPTER 7
§
DEBTOR §

---

**ORDER GRANTING MOTION FOR LEAVE UNDER RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE TO EXAMINE AND TO REQUEST THE PRODUCTION OF DOCUMENTS FROM HULL ORGANIZATION, LLC AND ROBERT HULL**

This matter coming before the Court on the *Motion for Leave Under Rule 2004 of the Federal Rules of Bankruptcy Procedure to Examine and to Request the Production of Documents from Hull Organization, LLC and Robert Hull* (Docket No. 834) (the "Motion"); the Court having reviewed the Motion; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 2 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having concluded that the Movant has established sufficient cause for the relief granted herein; and no additional notice being required except as specified herein; IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED as provided in this Order.

2.    Pursuant to Federal Rule of Bankruptcy Procedure 2004(c) and (d) and 9016, the Trustee is authorized to issue a subpoena compelling Debtor Hull Organization, LLC as set forth in the Motion to produce the documents in the Subpoena attached to the Motion within five (5) business days after service of the subpoena.

3.    Pursuant to Federal Rule of Bankruptcy Procedure 2004(c) and 9016, the Trustee is authorized to issue a subpoena compelling non-Debtor Robert Hull as set forth in the Motion to produce the documents in the Subpoena attached to the Motion within five (5) business days after service of the subpoena.

4.     Any production required hereby is subject to any applicable privilege; provided, that if production of a document required to be produced hereby is withheld on the basis of an asserted privilege, the producing party shall provide a proper privilege log to the Trustee's counsel at the time of document production hereunder.

5.     The     producing party shall, prior to conducting an electronic search utilizing search terms (if such search is required), meet and confer with the Trustee's counsel to attempt to agree on appropriate search terms.

6.     This Court shall retain jurisdiction over any and all matters arising from the interpreation or implementation of this Order.

Mary E. Naumann
United States Bankruptcy Judge
Dated: June 18, 2026