B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: __Robert Hull__
on *(date)* __6/19/26__

[X] I served the subpoena by delivering a copy to the named person as follows: _____
_____Robert Hull, 524 North Capital Avenue, Corydon, IN 47112_____

_____ on *(date)* _____ ; or

[ ] I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $_____ .

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

      I declare under penalty of perjury that this information is true and correct.

Date: __6/19/26__

                                                      *Server's signature*

                             __Scott Bachert / Attorney__
                                      *Printed name and title*

                        __1411 Scottsville Rd, Bowling Green, KY 42104__
                                      *Server's address*

Additional information concerning attempted service, etc.: