B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*:    **Hull Organization, LLC**
on *(date)* **6/19/26** .

☒ I served the subpoena by delivering a copy to the named person as follows: **Hull Organization, LLC**
    **c/o Managing Agent or Officer, 1902 Campus Place, Ste 1, Louisville, KY 40299**
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: **6/19/2026**

_____
*Server's signature*

**Scott Bachert / Attorney**
*Printed name and title*

**1411 Scottsville Rd, Bowling Green, KY 42104**
*Server's address*

Additional information concerning attempted service, etc.: