**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

IN RE:

**HULL ORGANIZATION, LLC**                             **CHAPTER 7 PROCEEDING**
                                                       **CASE NO. 23-32983**

    DEBTOR.

### ORDER APPROVING TRUSTEE'S INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

    Michael E. Wheatley, Trustee herein, having filed an application for interim compensation and reimbursement of expenses in the above-referenced case, and the Court having considered the application after due notice was given to all interested parties, and the Court being otherwise sufficiently advised;

    HEREBY ORDERS as follows:

    That on total receipts of $950,000.00, the following additional disbursements are hereby approved:

Chapter 7 Trustee's Commission:          $    50,750.00

Chapter 7 Trustee's Expenses:           $    0.00

          Total  $    50,750.00

Tendered by:
Michael E. Wheatley, Trustee
P.O. Box 1072
Prospect, Kentucky 40059
(502) 744-6484
mwheatleytr@gmail.com

Mary E. Naumann
United States Bankruptcy Judge
Dated: June 25, 2026