UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| HULL ORGANIZATION, LLC | ) | CASE NO. 23-32983 |
| | ) | |
| Debtor | ) | |

**ORDER GRANTING TRUSTEE'S MOTION FOR
ADDITIONAL EXTENSION OF DEADLINE TO COMMENCE ACTIONS**

This matter coming before the Court on the *Trustee's Motion for Additional Extension of Deadline to Commence Actions* [Docket No. 840] (the "Motion") filed by Trustee, Michael E. Wheatley; the Court having reviewed the Motion; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 2 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances; and the Court having determined that good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     The deadlines imposed by sections 546 and 108 of the Bankruptcy Code for the trustee to file any action, including, but not limited to, avoidance actions under chapter 5 of the Bankruptcy Code is extended until December 1, 2026.

3.     This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Mary E. Naumann
United States Bankruptcy Judge
Dated: July 27, 2026

Tendered by:

/s/Scott A. Bachert
SCOTT A. BACHERT
KERRICK BACHERT PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY 42104
Telephone: (270) 782-8160
Facsimile: (270) 782-5856