# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:
Hull Organization, LLC

Debtor(s)

Case No.:23−32983−mbn

Chapter: 7
Judge: Mary Elisabeth Naumann

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Sua Sponte Notice of Telephonic Status Hearing directing Counsel for Park Plaza Holdings, Counsel for US Martial Arts Academy, and the Case Trustee to appear. Status hearing to be held on 10/20/2026 at 09:00 AM Eastern Time by Telephonic Hearing. Parties to call in at 1−855−244−8681 and use the Access Code 2312 237 3755#. Parties are to use the prompt to bypass the attendee code. Parties are directed to put their call on mute until their case is called. CC: service list. (AO)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 9/14/26

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court

By: AO
Deputy Clerk