**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-32983 |
| HULL ORGANIZATION, LLC | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

**ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH RULE 2004 SUBPOENAS AND FOR ORDER TO SHOW CAUSE**

This matter is before the Court on the Motion to Compel Compliance with Rule 2004 Subpoenas and for Order to Show Cause (the "Motion") filed by Michael Wheatley, Trustee for Hull Organization, LLC (the "Trustee"), seeking an order (i) compelling Hull Organization, LLC (the "Debtor") and Robert Hull ("Mr. Hull," and together with the Debtor, "Respondents") to comply with the subpoenas for Rule 2004 examination and production of documents served upon them on June 19, 2026 (the "Subpoenas"), and (ii) directing Respondents to show cause why they should not be held in contempt for their failure to comply. The Court, having reviewed the Motion and the record in this case, and it appearing that Respondents were properly served with the Subpoenas, that Respondents have served no objection of any kind, and that Respondents have failed to produce any documents or otherwise respond to the Subpoenas, and for good cause shown, finds that the Motion is GRANTED.

IT IS FURTHER ORDERED that Hull Organization, LLC and Robert Hull shall produce, within seven (7) days of the entry of this Order, all documents responsive to the Subpoenas served on June 19, 2026, including: (a) a copy of the Debtor's most recent Ohio state corporate tax return, with all schedules and attachments; (b) a copy of the Debtor's most recent Kentucky state corporate tax return, with all schedules and attachments; (c) original documentation showing accumulated

depreciation claimed on each of the five properties identified in the Subpoenas; and (d) original documentation of any capital improvements made to those properties.

IT IS FURTHER ORDERED that Hull Organization, LLC and Robert Hull shall appear before this Court on October 20, 2026, 2026, at 10:00 a.m., at the United States Bankruptcy Court, Western District of Kentucky, Louisville CR#3 and show cause why they should not be held in civil contempt for their failure to comply with the Subpoenas and with this Court's Order Granting Motion for Leave Under Rule 2004 of the Federal Rules of Bankruptcy Procedure to Examine and to Request the Production of Documents from Hull Organization, LLC and Robert Hull, entered June 16, 2026 (Doc. 834-3).

IT IS FURTHER ORDERED THAT The Trustee's request for attorney's fees will be addressed at the hearing to be held on October 20, 2026.

This Court retains jurisdiction to enforce the terms of this Order and to grant such other and further relief as may be just and proper.

Court Modified: 9/21/2026.

Mary E. Naumann
United States Bankruptcy Judge
Dated: September 21, 2026

TENDERED BY:
KERRICK BACHERT PSC
1411 Scottsville Road
P O Box 9547
Bowling Green, KY 42102-9547
Telephone: (270) 782-8160
Facsimile: (270) 782-5856

/s/ Scott A. Bachert
SCOTT A. BACHERT
*Counsel for the Trustee*