**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-32983 |
| HULL ORGANIZATION, LLC | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

---

**DECLARATION OF SCOTT A. BACHERT FOR KERRICK BACHERT, PSC. AS COUNSEL FOR TRUSTEE**

Comes now Scott A. Bachert with Kerrick Bachert, PSC., Counsel for Michael Wheatley, and hereby submits this declaration in support of the request for award of attorney fees and expenses incurred in the filing and prosecution of the Motion to Compel Compliance with Rule 2004 Subpoenas and Order to Show Cause. Counsel hereby states and verifies that he has expended the following time in connection with the Motion to Compel:

| Date | Fee Description | Hours |
|---|---|---|
| 09/13/2026 | Preparation of motion to compel and order granting | 1.00 |
| 09/14/2026 | Email to Wheatley regarding motion to compel | 0.20 |
| 09/14/2026 | Email to Tyler Yeager regarding motion to compel | 0.20 |
| 09/14/2026 | Review correspondence from Yeager | 0.10 |
| 09/18/2026 | Email to Yeager regarding document production | 0.10 |
| 10/15/2026 | Email to Yeager regarding document production | 0.10 |
| 10/15/2026 | Review email from Yeager regarding document production | 0.10 |
| 10/19/2026 | Review and answer email from Michael Wheatley regarding hearing | 0.10 |
| 10/19/2026 | Email correspondence to Wheatley regarding hearings | 0.10 |
| 10/20/2026 | Appear for/attend hearing and motion for contempt and sanctions; travel to Louisville | 4.50 |
| 10/22/2026 | Draft order regarding motion to compel and sanctions | 0.60 |
| **Total** | | **7.10** |

Based upon the approved rate of $400.00 per hour, the value of the time expended totals $2,840.00.

In addition, Counsel has incurred expenses in the amount of $176.32 in mileage (232 miles at the federal rate of 0.76 per mile) and parking of $6.00 with total expense of $182.32.

Wherefore, Counsel proposes that the Court make an award of attorney fees of $2,840.00 and expenses of $182.32.

This day, October 26, 2026.

KERRICK BACHERT PSC
1411 Scottsville Road
P.O. Box 9547
Bowling Green, KY 42104
Telephone: (270) 782-8160
Facsimile: (270) 782-5856

/s/Scott A. Bachert
SCOTT A. BACHERT

**CERTIFICATE OF SERVICE:**

It is hereby certified that on October 26, 2026, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's CM/ECF system at the electronic addresses set forth therein to the United States Truste and all other persons receiving electronic notifications in this case.

/s/Scott A. Bachert
SCOTT A. BACHERT