**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-32983 |
| HULL ORGANIZATION, LLC | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

**ORDER REGARDING MOTION TO COMPEL COMPLIANCE WITH RULE 2004 SUBPOENAS AND FOR ORDER TO SHOW CAUSE**

This matter having come before the Court for a hearing on October 20, 2026, on the Court's Order Granting Compliance on Court's Order Granting Motion to Compel Compliance with Rule 2004 Subpoenas and for Order to Show Cause (Doc. 849); and the Trustee Michael Wheatley, and his counsel Scott A. Bachert having appeared as well as Tyler Yeager as counsel for the Debtor and Robert Hull, *Pro Se,* as Debtor's Representative; and the counsel for the Trustee having advised the Court that the Request for Production of Documents was served by subpoena on Robert Hull on June 26, 2026 by certified mail at the address of 524 North Capital Avenue, Corydon, IN 47112; as well as service upon counsel for the Debtor; and the Court was advised by counsel that prior to the hearing, certain documents were produced to the Trustee which were obtained from the accountant for the Debtor; and both counsel and Hull represented to the Court that they had no additional documents responsive to the subpoena but Hull indicated that the accountant may have additional documents. After discussion among the parties, it was agreed that the following terms will be incorporated into this order.

IT IS HEREBY ORDERED that on or before November 5, 2026, Hull shall obtain from the accountant for the Debtor any further documents responsive to the subpoena, or, on or before November 5, 2026, provide to the Trustee his affidavit, along with an affidavit of the accountant, verifying that there are no other documents responsive to this subpoena. In addition, on or before November 5, 2026, Hull shall provide to the Trustee bank statements and other documents necessary for the Trustee to prepare the corporate federal and state tax returns for 2023, 2024, and the partial year 2025.

IT IS FURTHER ORDERED that upon filing by the Trustee of a Notice of Non-Compliance, Hull shall be penalized $100.00 dollars per day for failure to comply with the subpoena and this Order. Such penalty shall accrue daily until such time Hull fully complies with this Order.

IT IS FURTHER ORDERED that upon filing by the Trustee of a Notice of Non-Compliance, that Hull shall pay the Estate, through the Trustee, the sum of $3,016.32 in attorney's fees and costs which were incurred in the filing and prosecution of the Motion to Compel by counsel for the Trustee. This sum shall be paid by Hull on or before 14 days following the date of the Notice of Non-Compliance. However, Hull may purge himself of contempt, and shall be relieved of the obligation to pay the attorney's fees and costs, upon full and complete compliance with this Order.

Modified by the Court: October 27, 2026

Mary E. Naumann
United States Bankruptcy Judge
Dated: October 27, 2026

Tendered by:

KERRICK BACHERT PSC
1441 Scottsville Road
P. O. Box 9547
Bowling Green, KY 42102
Telephone: (270) 782-8160
Facsimile: (270) 782-5856

/s/Scott A. Bachert
SCOTT A. BACHERT