**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-32983 |
| HULL ORGANIZATION, LLC | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

**TRUSTEE'S MOTION TO AMEND ORDER REGARDING MOTION TO COMPEL COMPLIANCE WITH RULE 2004 SUBPOENAS AND FOR ORDER TO SHOW CAUSE**

Comes now the Trustee, Michael Wheatley, by counsel, and hereby moves the Court to enter an *Order Amending the Order Regarding Motion to Compel Compliance with Rule 2004 Subpoenas and for Order to Show Cause* (DOC 852) in order to correct what appears to be an error in the order. The Order as entered provides, "Hull shall provide to the Trustee bank statements and other documents necessary for the Trustee to prepare corporate, federal and state tax returns for 2023, 2024 and the partial year 2025." However, the parties discussed and agreed at the hearing on the Motion on October 20, 2026, that the accountant for the Debtor would prepare the tax returns.

The Trustee therefore requests that the Court amend the Order to correctly set forth that Hull shall provide to the accountant for the Debtor bank statements and other documents necessary for the accountant for the Debtor to prepare the corporate, federal and state tax returns for 2023, 2024 and the partial year 2025.

This October 29, 2026

KERRICK BACHERT PSC
1411 Scottsville Road
P O Box 9547
Bowling Green, KY 42102-9547
Telephone: (270) 782-8160
Facsimile: (270) 782-5856

/s/Scott A. Bachert
SCOTT A. BACHERT

**CERTIFICATE OF SERVICE:**

It is hereby certified that on October 29, 2026, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's CM/ECF system at the electronic addresses set forth therein to the United States Trustee and all other persons receiving electronic notifications in this case, and mailed via First Class U.S. Mail to the following:

Robert Hull
524 North Capital Ave.
Corydon, IN 47112

Hull Organization, LLC
c/o Managing Agent or Officer
1902 Campus Place, Suite 1
Louisville, KY 40299

/s/Scott A. Bachert
SCOTT A. BACHERT