FILED
NOV 03 2026
U. S. Bankruptcy Court
Western District of Kentucky

**AFFIDAVIT OF ROBERT E HULL**

Now comes Affiant, Robert Hull, being at least 18 years of age, after being duly cautioned and sworn, and based on her personal knowledge, states as follows:

I Robert E. Hull hereby certify that of the following:

I have given all documents for tax purposes that are currently in my possession to the Attorney for the trustee for Hull Organization for years 2023 through August 2025.
There are no capital improvements done to any of the properties for Hull Organization.
Ohio state taxes were never filed with the state of Ohio with Hull Organization.
I currently don't have in my possession any filed Kentucky state taxes.

FURTHER AFFIANT SAYETH NOT.

I have read the foregoing affidavit and verify that the facts stated therein are true and correct to the best of my knowledge and belief.

Robert E. Hull

SUBSCRIBED AND SWORN before me by Robert Hull on this 3rd day of November, 2026.

KENNEDY A. RICHARDSON
Notary Public
Clark County - State of Indiana
Commission Number NP0768659
My Commission Expires Feb 12, 2034

NOTARY PUBLIC, State at Large
My commission expires: 02/12/2034