**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HULL ORGANIZATION, LLC, | ) | CASE NO. 23-32983 |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

**ORDER**

The above styled case came before the Court on November 10, 2026, for a hearing on the Trustee's Motion to Amend (Dkt. No. 853) ("Motion"). The Court having considered statements of the Chapter 7 Trustee, Counsel for the Chapter 7 Trustee, Counsel for the United States Trustee, Counsel for the Debtor, and Robert Hull, appearing pro se, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Trustee's Motion is **DENIED**.

Mary E. Naumann
United States Bankruptcy Judge
Dated: November 10, 2026

alo